AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Donnie O. Weaver
_____
Plaintiff

V.

_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED NOV 1 5 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • (Yes)   • No   (If "No" go to Question)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   **Inmate Identification Number (Required):** 00150811

   Are you employed at the institution? Yes  Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • (No) |
   | b. | Rent payments, interest or dividends | • • Yes | • • (No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • (No) |
   | d. | Disability or workers compensation payments | • • Yes | • • (No) |
   | e. | Gifts or inheritances | • • Yes | • • (No) |
   | f. | Any other sources | • • Yes | • • (No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ·· Yes   · (No)

   If "Yes" state the total amount $ 00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ·· Yes   · (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.   No - one

I declare under penalty of perjury that the above information is true and correct.

10/30/06                  Donnie O. Weaver
DATE                      SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-694

TO: Donnie Weaver SBI#: 150811

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: October 27, 2006

FILED
NOV 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of April 1, 2006 to September 30, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| April | 3.30 |
| May | 20.27 |
| June | 227.02 |
| July | 118.25 |
| Aug | 104.47 |
| Sept | 96.43 |

Average daily balances/6 months: 94.96

Attachments
CC: File

Stacy Shane
10/27/06

# Individual Statement

Date Printed: 10/27/2006                                                                 Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00150811 | Weaver | Donnie | O | | | |

**Current Location:** D/E

**Comments:** App for Art Supplies-

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 4/3/2006 | $36.00 | $0.00 | $0.00 | $36.00 | 243510 | | FS 2/24-3/23/06 | |
| Canteen | 4/5/2006 | ($32.31) | $0.00 | $0.00 | $3.69 | 245844 | | | |
| Medical | 4/7/2006 | ($2.87) | $0.00 | $0.00 | $0.82 | 247290 | | 2/24/06 | |

**Ending Mth Balance:** $0.82

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 10/27/2006                                                                 Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.82 |
|---|---|---|---|---|---|---|
| 00150811 | Weaver | Donnie | O | | | |
| Current Location: | D/E | | | Comments: | App for Art Supplies- | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/1/2006 | $29.52 | $0.00 | $0.00 | $30.34 | 256886 | | FS 3/24-4/23/06 | |
| Canteen | 5/3/2006 | ($24.90) | $0.00 | $0.00 | $5.44 | 258941 | | | |
| Canteen | 5/10/2006 | ($4.83) | ($4.00) | $0.00 | $0.61 | 261617 | | | |
| Medical | 5/26/2006 | $0.00 | ($3.39) | $0.00 | $0.61 | 270587 | | 5/17/06 | |
| Medical | 5/26/2006 | ($0.61) | $0.00 | $0.00 | $0.00 | 270762 | | 5/17/06 | |
| Mail | 5/30/2006 | $260.00 | $0.00 | $0.00 | $260.00 | 271519 | 00539793279 | | M. NELSON |

Ending Mth Balance: $260.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 10/27/2006                                                                 Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $260.00 |
|---|---|---|---|---|---|---|
| 00150811 | Weaver | Donnie | O | | | |

Current Location: D/E      Comments: App for Art Supplies-

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 6/1/2006 | $38.64 | $0.00 | $0.00 | $298.64 | 272848 | | FS 4/24-5/23/06 | |
| Canteen | 6/7/2006 | ($39.83) | $0.00 | $0.00 | $258.81 | 276075 | | | |
| Medical | 6/9/2006 | ($3.39) | $0.00 | $0.00 | $255.42 | 277957 | | 5/17/06 | |
| Canteen | 6/14/2006 | ($37.13) | $0.00 | $0.00 | $218.29 | 279399 | | | |
| Canteen | 6/21/2006 | ($37.57) | $0.00 | $0.00 | $180.72 | 282027 | | | |
| Canteen | 6/28/2006 | ($37.03) | $0.00 | $0.00 | $143.69 | 284510 | | | |

Ending Mth Balance: $143.69

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 10/27/2006                                    Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00150811 | Weaver | Donnie | O | | $143.69 | |

Current Location: D/E      Comments: App for Art Supplies-

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 7/3/2006 | $44.40 | $0.00 | $0.00 | $188.09 | 286481 | | FS 5/24-6/23/06 | |
| Canteen | 7/5/2006 | ($38.00) | $0.00 | $0.00 | $150.09 | 287844 | | | |
| Canteen | 7/12/2006 | ($39.67) | $0.00 | $0.00 | $110.42 | 290384 | | | |
| Canteen | 7/19/2006 | ($10.82) | $0.00 | $0.00 | $99.60 | 293578 | | | |
| Canteen | 7/25/2006 | ($16.58) | $0.00 | $0.00 | $83.02 | 296784 | | | |
| | | | | Ending Mth Balance: | $83.02 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of August 2006

Date Printed: 10/27/2006                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $83.02 |
|---|---|---|---|---|---|---|
| 00150811 | Weaver | Donnie | O | | | |
| Current Location: D/E | | | | Comments: App for Art Supplies- | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 8/1/2006 | $38.40 | $0.00 | $0.00 | $121.42 | 299050 | | FS 6/24-7/23/06 | |
| Misc | 8/1/2006 | $2.00 | $0.00 | $0.00 | $123.42 | 300173 | | 7/4/06 ACTIVITIES | |
| Canteen | 8/2/2006 | ($13.13) | $0.00 | $0.00 | $110.29 | 300507 | | | |
| Canteen | 8/9/2006 | ($7.20) | $0.00 | $0.00 | $103.09 | 303162 | | | |
| Canteen | 8/30/2006 | ($13.93) | $0.00 | $0.00 | $89.16 | 312153 | | | |

Ending Mth Balance: $89.16

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 10/27/2006

## For Month of September 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00150811 | Weaver | Donnie | O | | $89.16 |

**Current Location:** D/E

**Comments:** App for Art Supplies-

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2006 | $33.60 | $0.00 | $0.00 | $122.76 | 313316 | | FS 7/24-7/23/06 | |
| Canteen | 9/6/2006 | ($19.13) | $0.00 | $0.00 | $103.63 | 315731 | | | |
| Canteen | 9/13/2006 | ($3.37) | $0.00 | $0.00 | $100.26 | 319072 | | | |
| Canteen | 9/20/2006 | ($22.81) | $0.00 | $0.00 | $77.45 | 321779 | | | |

Ending Mth Balance: $77.45

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00