AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Warren Wyant
Plaintiff

V.

_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _____

I, Warren Wy____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED NOV 15 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ⊗ Yes   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  D.C.C Smyrna

   **Inmate Identification Number (Required):** 176129

   Are you employed at the institution? NO  Do you receive any payment from the institution? NO

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   • •Yes   • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    ⊗ No
   b. Rent payments, interest or dividends             • • Yes    ⊗ No
   c. Pensions, annuities or life insurance payments   • • Yes    ⊗ No
   d. Disability or workers compensation payments      • • Yes    ⊗ No
   e. Gifts or inheritances                            ⊗ Yes      • No
   f. Any other sources                                ⊗ Yes      • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   Family & Friends normaly $100.00 a month

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 1/05)

4. Do you have any cash or checking or savings accounts?  · · Yes  (· ·No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   · · Yes  (· ·No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

10-28-06
DATE

_W. [signature]_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Warren Wyant_  SBI#: _176129_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _October 26, 2006_


FILED
NOV 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _April 1, 2006_ to _September 30, 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| april | 475.52 |
| May | 386.17 |
| June | 267.67 |
| July | 108.05 |
| aug | 135.70 |
| sept | 112.55 |

Average daily balances/6 months: _257.61_

Attachments
CC: File

_Stacy Shane_
10/26/06

_[signature]_
10/26/06