Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

[Envelope image with postage mark dated DEC 05 2006, "RETURN TO SENDER" stamp, filed stamp DEC 12 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE, notation "06cv694 GMS", and checkboxes for: INSUFFICIENT ADDRESS, ATTEMPTED NOT KNOWN, NO SUCH NUMBER/STREET, NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD, OTHER]

Brady Muhammad
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Utility Events

1:06-cv-00694-UNA Boyer et al v. Taylor et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 11/22/2006 at 3:03 PM EST and filed on 11/22/2006

**Case Name:** Boyer et al v. Taylor et al
**Case Number:** 1:06-cv-694
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)

**1:06-cv-694 Notice has been electronically mailed to:**

**1:06-cv-694 Notice has been delivered by other means to:**

Donald Boyer
Amir Fatir
Willis L. Grayson
David B. Houston
Andre Johnson
Japhis Lampkins, Sr
Brady Muhammad
Nicholas Rivera
Donnie O. Weaver
William Woodlin
Daniel M. Woods
Warren J. Wyant