Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

PRESORTED FIRST-CLASS

MAILED96 05282906 F180506

UNITED STATES POSTAGE $00.293
PITNEY BOWES
02 1A
0004623756  DEC 05 2006
MAILED FROM ZIP CODE 19801

Mail has been opened and returned by
the Delaware Correctional Center
Mail Room.

06cv694GMS

FILED
DEC 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RG scanned

RTS RETURN TO SENDER

☐ OTHER
A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
  ☐ NO SUCH NUMBER/STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  – UNABLE TO FORWARD

Nicholas Rivera
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Utility Events

1:06-cv-00694-UNA Boyer et al v. Taylor et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 11/22/2006 at 3:03 PM EST and filed on 11/22/2006

**Case Name:**     Boyer et al v. Taylor et al
**Case Number:**   1:06-cv-694
**Filer:**
**Document Number:** No document attached

## Docket Text:
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)

**1:06-cv-694 Notice has been electronically mailed to:**

**1:06-cv-694 Notice has been delivered by other means to:**

Donald Boyer
Amir Fatir
Willis L. Grayson
David B. Houston
Andre Johnson
Japhis Lampkins, Sr
Brady Muhammad
Nicholas Rivera
Donnie O. Weaver
William Woodlin
Daniel M. Woods
Warren J. Wyant