Amir Fatir # 137010
DCC
1181 Paddock Rd.
Smyrna, DE 19977
December 26, 2006

Clerk
U.S. District Court
844 King St.
Wilmington, DE 19977

RE: **Boyer, et al. v. Taylor, et al., C.A. No. 1:06-cv-694-GMS**

Dear Sir or Madame:

    Please remove William H. Woodlin and Nicholas Rivera as plaintiffs in the above case.

    They have failed to provide the necessary informa pauperis forms and inmate account statements.

Very truly yours,

Amir Fatir,
Pro se



FILED
DEC 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM Amir Fatir
SBI# 137010  UNIT D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 DEC 2006 PM 3 L

Clerk
U.S. District Court
844 King St.
Wilmington, DE 19801

U.S.M.S.
X-RAY