

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Donald Boyer, Andre Johnson, Donnie Weaver,        )
Willis L. Grayson II, Amir Fatir, David B. Houston,  )
Nicholas Rivera, Brady Muhammad, Warren Wyant, )
William H. Woodlin, Japhis Lampkins, and        )
Daniel M. Woods,
                          Plaintiffs,
     v.

C.A. No. 1:06-CV-694

Stanley Taylor, Paul Howard, Ronald Hosterman,  )
Thomas Carroll, Maureen Whalen, David Pierce,   )
Jenny Havel, Cpl. Krumka, Officer Morgan, Janet )
Henry, Lisa Merson, Alan Machington, Cpl. Oney, )
Michael Little, Floyd Dixon, Correctional Medical )
Services, First Medical Services, Marvin Creasy,  )
James P. Satterfield, Inspector Lt. Palowski,   )
Michael McCramer, and David Hall,          )
                   Defendants.

Civil Rights Complaint
pursuant to 42 U.S.C.
Sec. 1983



BD Scanned

FILED

DEC 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### A. Jurisdiction

This section 1983 complaint alleges that the civil rights of plaintiffs who are incarcerated the Delaware Correctional Center ("DCC") were violated and continue to be violated by the actions of the below-named defendants, which actions were directed againsted plaintiffs at DCC during 2004-2006 A.D.

1. Defendant Stanley Taylor ("Taylor") resides or works at 245 McKee Rd., Dover, DE 19904, and is employed as "Commissioner of Corrections." This defendant, acting under color of law, permitted, authorized, encouraged, supported, ordered and/or ignored the below violations of statute and the U.S. Constitution. This defendant deliberately neglected to correct the violations explained in the below counts.

2. Defendant Paul Howard ("Howard") resides or works at 245 McKee Rd., Dover, DE 19904, and is employed as "Bureau Chief." This defendant, acting under color of law, permitted, authorized, encouraged, supported, ordered and/or ignored the below violations of statute and the U.S. Constitution. This defendant deliberately neglected to correct the violations explained in the below counts.

3. Defendant Thomas Carroll ("Carroll") resides or works at 1181 Paddock Road, Smyrna, Delaware 19977 and is employed at "Warden" of the Delaware Correctional


A-1

FORM # 585

GRIEVANCE FORM

FACILITY: DCC                                    DATE: 11/21/06

GRIEVANT'S NAME: Donald J. Boyer          SBI#    082420

CASE#: _____          TIME OF INCIDENT: Ongoing

HOUSING UNIT: D/East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATE AND NAMES OF OTHERS
INVOLVED IN THE INCIDENT OR ANY WITNESSES.
This grievance is filed against the Grievance Board itself for not processing and hearing grievances in a timely manner.
It takes months and even years to have a simple grievance hearing. And when forms are processed at all, they are too
often dismissed for made up reasons such as "this issue has been grieved before" or "your time has expired" even
when the time has not even come close to expiring. Grievances are also dismissed for "making a request" when the
form itself requires that the section "Action Requested by Grievant" be filled out. So I am being put me in a catch 22.
If I fill out the section as required, the grievance is not heard but if I do the grievance is dismissed for making a
request.

ACTION REQUESTED BY GRIEVANT: For Commissioner Stanley Taylor, Bureau Chief Paul Howard and the
Executive Committee to investigate and audit the grievance system at DCC and the officers to determine if the system
is operating according to law or whether it is merely ostructionist and in existence to prevent grievances from ever
actually being heard.

GRIEVANT'S SIGNATURE: *Donald J Boyer*          DATE: 11/21/06
_____

WAS AN INFORMAL RESOLUTION ACCEPTED?          ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE:
_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE
COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**April'97 REV**

# AMERICAN BOARD OF MEDICAL SPECIALTIES®

1007 Church Street, Suite 404   Evanston, IL 60201-5913   Phone: 847.491.9091
FAX: 847.328.3596
www.abms.org

**Members**
American Board of Allergy & Immunology
American Board of Anesthesiology
American Board of Colon & Rectal Surgery
American Board of Dermatology
American Board of Emergency Medicine
American Board of Family Medicine
American Board of Internal Medicine
American Board of Medical Genetics
American Board of Neurological Surgery
American Board of Nuclear Medicine
American Board of Obstetrics & Gynecology
American Board of Ophthalmology
American Board of Orthopaedic Surgery
American Board of Otolaryngology
American Board of Pathology
American Board of Pediatrics
American Board of Physical Medicine
    and Rehabilitation
American Board of Plastic Surgery
American Board of Preventive Medicine
American Board of Psychiatry & Neurology
American Board of Radiology
American Board of Surgery
American Board of Thoracic Surgery
American Board of Urology

**Associate Members**
Accreditation Council for
    Continuing Medical Education
Accreditation Council for
    Graduate Medical Education
American Hospital Association
American Medical Association
Association of American Medical Colleges
Council of Medical Specialty Societies
Educational Commission for
    Foreign Medical Graduates
Federation of State Medical Boards of U.S.
National Board of Medical Examiners

**Public Members**
L. Edward Bryant, Jr., Esq.
Lloyd B. Morgan
Rosemary A. Stevens, Ph.D.

**Officers, 2004-2005**
Harvey W. Meslin, M.D.
    Chair
Cynda A. Johnson, M.D., M.B.A.
    Vice Chair
Joel A. DeLisa, M.D., M.S.
    Secretary-Treasurer

**Staff**
Stephen H. Miller, M.D., M.P.H.
    President and CEO
Sheldon D. Horowitz, M.D.
    Associate Vice President
Julie J. Mohr, MSPH, Ph.D.
    Director of Research
Robert G. Nelson, M.B.A.
    Director of Business Development
Alexis L. Rodgers
    Director of Operations & Publications
Todd J. Tischendorf
    Director of Information Services &
    Systems Development

March 31, 2005

Julian Miller
        Unit D-East F-22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Miller:

Your letter was received at the American Board of Medical Specialties (ABMS) on March 28, 2005. The ABMS is the umbrella organization for 24 medical specialty boards. The main focus of ABMS and its 24 Member Boards is the process of certification of physician specialists in the United States.

The ABMS is not a referral service and does not give recommendations to patients. The ABMS does not process complaints or provide information regarding disciplinary actions that have been filed by the state. The ABMS can verify if a physician is certified by one of its 24 Member Boards.

The *Official ABMS Directory of Board Certified Medical Specialists*, which is available in many medical and public libraries, would be a useful resource to obtain more information regarding certification status of individual physicians. Also, the ABMS has a public education program which provides verbal verification of board certification at 1-800-CERT (776-2378).

In response to your questions:



1) There is no record of a Dr. Sitta Gombeh-Alie in the ABMS database.
2) Requirements of a Medical Director are determined by each health care organization. A health care organization can require certification but it is not the law.

It is hoped that this information is helpful to you and satisfactorily responds to your request.

Sincerely,

Sheldon D. Horowitz, M.D.
Associate Vice President

A-2

EXIBIT

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _D C C._    DATE: _7/8/05_

GRIEVANT'S NAME: _Donald J Boyer_    SBI#: _082420_

CASE#: _17437_    TIME OF INCIDENT: _on going_

HOUSING UNIT: _D- EAST And WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR  ANY WITNESSES.

I'm putting this grievance in concerning the poor ventilation on all
of the tiers in 'Building. The return vents are clogged up with dirt
and dust, and it is not letting out the hot and stale air off the tiers. It's
hard for guys with breathing problems along with chronic illnesses. There is
no circulation on the tiers and there are only one fan on all but one tier.
The only thing that the fans are doing is circulating hot stale and dust air
around.

ACTION REQUESTED BY GRIEVANT: To have the windows taken out of the back
doors beings though they have screens on them and to have a couple
windows taken out of the front of the tiers, so the air can circulate
through all the tiers. To have the return vents cleaned.

GRIEVANT'S  SIGNATURE: _Donald J Boyer_    DATE: _7/8/05_    JAN/27/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S  SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

To: Commissioner Stan Taylor

Fr: Inmates Housed in D-building West and East

RE: Poor ventilation in D-building.

⊗ Grievance was properly filed in reference to this matter and explaining the nature of the problem to Deputy Warden Betty Burris on 7-8-05.

Exibit
A-2

Aug 3/05

## "Emergency Petition"

(1.) The problems stems from this being the oldest building on the compound, when it gets 90° degrees, inside it feels like 100° degrees. This building was opened some 34 years ago in 1971 and maintenance was not kept up. We request to have 2 or 3 fans put on each tiers, front and back to have some sort of legit ventilation.

(2.) To have the return vents cleaned and new filters put in and the same for the coils, because the vents are covered with paint.

(3.) To have (3) bags of ice in the morning, afternoon and evenings, because of the humidity and heat. Also the cold water buttons to the sinks in the bathrooms are broken and hot or warm water is the only water we have access to, because inmates are not allowed off the tiers just to get water from the water fountain.

(4.) To have all cell doors open at code green, we are being told to stay in our cells until chow is called, that means we have to stay in our cells an extra 4 to 8 hours a day. Do to the heat and stale conditions along with the humidity temperatures get so hot in the cells that we are experiencing dehydration and it's hard to breath at times.

5.) By it being so hot it makes it hard on the guys that have breathing problems, such as Asthma, heart conditions, people taking medications and the elderly, two guys have already had heat strokes. There are (14) guys in wheel chairs on F-tier and the oppresive heat makes mobility difficult for these handicapped individuals.

(6.) When the officers get a code green the Showers should be open so the guys can get a cool or cold shower to relieve from the heat. Their are only (3) shower heads on each tier in which were set up for (26) men when the building was all single cells, now the building is double bunked and 7 or 8 guys at a time is trying to get a shower (guys are arguing daily about the shower situations). If the showers were open at code green it would eliminate alot of the overcrowding and tension in which will soon lead to several fights considering guys bunched up in the showers together. August is the hottest month of the years. If something is not done soon its an volcano waiting to explode.

(7.) What we cannot understand is why isint our grievances being heard and the administration that is running this institution isint doing anything about it? We also cant understand why S-1 building has floor fans when it has Central air conditioning and David E building does not?

(8.) TB now drug resistant, turberculosis has now became resistant to first line drugs and has caused 233 deaths in 2003 alone.

(9.) Inmates in this prison are treated worse than Hitler treated the Jews in the Holocaust especially C and D buildings.

Friday July 22, 2005                    A-2

## Shower Open

9:00 til 9:45 ———— 45 min

2:00 til 2:45 ———— 45 min

6:55 til 7:45 ———— 50 min

8:40 til 9:50 ———— 70 min

Total = 3 Hours 20 min

for 52 inmates a day.

① EXIBIT A-2

DATE Aug/1/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|--|-------|------|----------|
| Rudolph Hardin | 180391 | 1 | D | E | 1 |
| Tony Poli | 085161 | 2 | D | F | 1 |
| Daniel Maldonado | 276883 | 3 | D | E | 2 |
| Brian James | 323066 | 4 | D | E | 2 |
| Ron matthews | 253845 | 5 | D | E | 3 |
| Richard Taylor | 0075114 | 6 | D | F | 4 |
| Kenneth Pierce | 188716 | 7 | D | E | 5 |
| David Taylor | 286531 | 8 | D | E | 5 |
| Johnlee Harris Jr. | 210748 | 9 | D | E | 25 |
| Ronnie Watson | 162772 | 10 | D | E | 6 |
| Tyrone Bryant | 327461 | 11 | D | E | 7 |
| Jermaine Barnett | 330792 | 12 | D | E | 20 |
| Lester Anderson | 225954 | 13 | D | E | 8 # |
| Chester Lewis | 0034655 | 14 | D | E | 8 A |
| Henry Young | 00181843 | 15 | D | E | 9 |
| Aaron Rhodes | 348254 | 16 | D | E | 9 |
| F. Johnson | 387340 | 17 | D | E | 2LE |
| Eric | 188737 | 18 | D | E | 10 |
| Robert Bailey | 183403 | 19 | D | E | 10 |
| Jose Salmeron | 420001 | 20 | D | E | 11 |
| Donnie D. Weaver | 00150811 | 21 | D | E | 12 |
| Michael S Smith | 236372 | 22 | D | E | 12 |
| Benjamin A. McMillan | 00335114 | 23 | D | E | 14 |
| Nicholas Rivera | 00522936 | 24 | D | E | 15 |
| George D. Outten | 00326033 | 25 | D | E | 17 |
| Collet Hart mann | 229843 | 26 | D | E | 17 |
| Douglas Bruno | 292251 | 27 | D | E | 16 |
| Bobby Marts | 198948 | 28 | D | E | 18 |
| Ronald Davis | 346256 | 29 | D | E | 19 |
| Donald J. Boyer | 082420 | 30 | D | E | 26 |
| michael Dennison | 192972 | 31 | D | E | 26 |
| Kevin Jamison | 250217 | 32 | D | E | 7 |
| Graham White | 308922 | 33 | D | E | 20 |
| Russell mealy | 090961 | 34 | D | E | 20 |
| Willie Brown | 00228827 | 35 | D | E | 21 |
| Tyson Mifflin | 310491 | 36 | D | E | 22 |
| | #158882 | 37 | D | E | 23 |

EXIBIT
A.2

DATE
Aug 1/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|---|---|---|---|---|---|
| John Warren | 427775 | 39 | D | E | 6 |
| Marlon Kirks | D-E, E-13 291259 | 40 | D | E | 13 T |
| Eric Rose | D-E E-13 238044 | 41 | D | E | 13 |
| Charles Street | D-E 24 029440 | 42 | D | E | 24 |
| Elija James | D-E 0030687 | 43 | D | E | 25 |
| Angelo Coles | D-E 00248720 | 44 | D | E | 18 |
| Edward Wawerlewski | D-E-15 252629 | 45 | D | E | 15 |
| Sylvester Harmon | D-E 00123881 | 46 | D | E | 19 |
| Everett Bond Jr | D-E-16 332017 | 47 | D | E | 16 |
| Ray S Hall | D-E 14 251775 | 48 | D | E | 14 |
| Earl Conley | | 49 | D | E | 24 |
| John Miller | F-16 393626 | 50 | D | F | 25 |
| Mike Chaplin | F-21 142244 | 51 | D | F | 21 |
| Earl Broadnax | F-22 00298170 | 52 | D | F | 22 |
| Paul Wells | F-4 156296 | 53 | D | F | 4 |
| Willie Young | 348498 F-25 | 54 | D | F | 25 |
| | D/E F7 115-747 | 55 | D | F | 7 |
| | D/E F7 247902 | 56 | D | F | 7 |
| Frank Ford | D/E F-15 209593 | 57 | D | F | 15 |
| James R. Fenton | D/e F-11 196663 | 58 | D | F | 11 |
| Bill Chl | D/e F9 226008 | 59 | D | F | 9 |
| Keith Hallman | D-E F-8-396096 | 60 | D | F | 8 |
| Ronnie T. Harris | D-E F9-110557 | 61 | D | F | 9 |
| Anthony R Pulli | D-E F12-311254 | 62 | D | F | 12 |
| John White | D-E F10 455033 | 63 | D | F | 10 |
| Perzell Banner | D-E F10 320785 | 64 | D | F | 10 |
| Daniel Rivera | D-2 F16 153591 | 65 | D | F | 16 |
| Chris Chin | D-E F20 061693 | 66 | D | F | 20 |
| Sam White | D-E D4 00149357 | 67 | D | F | |
| Roger Henson | D-E D6 | 68 | D | F | |
| Mr. Duncan J. Knight | D-E D2 | 69 | D | D | 2 |
| David Cox | D-E D2 | 70 | D | F | 2 |
| Derek Revell | D-E D-1 | 71 | D | D | 1 |
| Robert Angle | D-E D-11 165835 | 72 | D | F | |
| Al-haj M. Lewis | D-E D-15 0 | 73 | D | D | 15 |
| | D-E D-20 | 74 | D | F | |
| Martin Colyer | D-E D-15 | 75 | D | D | 20 |

EXIBIT A-2   3   12/05   Aug 2/05 DATE

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|---|-------|------|----------|
| Darrell Jackson | | 77 | D | 21 | D B |
| | 7822909 | 78 | D | | |
| Ryad Davis | | 79 | D | | |
| Kevin T Jones #14 | 1724.. | 80 | D | | |
| Jermaine Velak | 291388 | 81 | D | D6 | |
| H SNPAP | | 82 | D | D7 | |
| Robert W Johnson J. | | 83 | D | D | D9 |
| Tyrone Bunting | | 84 | D | D12 | |
| Aubrey L. Washington | | 85 | D | D-10 | D-10 |
| Gregory David | | 86 | D | D-12 | |
| Dawnett Jefferson | 00306875 | 87 | D | D-13 | |
| Ramiro Arruaga | 00474768 | 88 | D | D | D#13 |
| Domingo Torres | 263164 F Tier #6 | 89 | D | d | |
| Jose Rodriguez | 387630 Tier #23 | 90 | D | E | |
| Max Rider | 383681 F tier #19 | 91 | D | F | 19 |
| Roy Campbell | 276969 F tier #19 | 92 | D | F | 19 |
| Jeffrey Timms | 199602 | 93 | D | | |
| wm c creppy | 152666 | 94 | D | | |
| | | 95 | D | C | 3 |
| Jay Rizzle Sr. | | 96 | D | C | 23 |
| Jerome E Clark | 167463 | 97 | D | C | 25 |
| Donald John | 655504 | 98 | D | C | |
| James Coull | 293676 | 99 | D | C | 12 |
| Ric Hill | 280323 | 100 | D | | |
| Mark Tingle | 381464 | 101 | D | C | 23 |
| James Mig | 167347 | 102 | D | C | 6 |
| Nelson | 280879 | 103 | D | C | 22 |
| Fred Banks | 177273 | 104 | D | C | 22 |
| Michael Koenig | 348124 | 105 | D | C | 0 |
| James A Birney | 407223 | 106 | D | | |
| Thomas R White | 368690 | 107 | D | C | 21 |
| John Hart | 362651 | 108 | D | C | 5 |
| Jaime Francisco | 00181866 | 109 | D | C | 23 |
| Jeff Jackson | 00206075 | 110 | D | C | 8 |
| Frederick James | 237140 | 111 | D | C | |
| Charles Hen | 163618 | 112 | D | C | C26 |
| Anthony Cooper | 275064 | 113 | D | C | E8 |
| | | 114 | D | | |

EXIBIT A-2 (4)    2/75

DATE
Aug 2/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO: |
|---|---|---|---|---|---|
| Vernon J Bean 81 | 193538 | 115 | D | C | 26 |
| Raymond Frey | 403926 | 116 | D | C | 2 |
| Eric Christy | 490711 | 117 | D | C | 3 |
| Jerry Duff | 144888 | 118 | D | C | 17 |
| Alfred Terry | 540137 | 119 | D | C | 13 |
| Peter Schelltz | 379244 | 120 | D | C | 4 |
| Arthur C Wolfe | 0048001 | 121 | D | C | 4 |
| Robert L Coverdale | 0028089 | 122 | D | C | 26 |
| Brody Couch | 068028 | 123 | D | C | 20 |
| Fred Calhoun | 000134184 | 124 | D | C | 20 |
| Todd Davis | 403528 | 125 | D | C | 9 |
| Dyrell Alger | 348286 | 126 | D | C | 18 |
| | 348278 | 127 | D | C | 19 |
| H. Dunn | 0521496 | 128 | D | C | 10 |
| Andre Johnson | 117593 | 129 | D | C | 10 |
| Antonio Jackson | 261493 | 130 | D | C | 12 |
| Henry Gooding | 13200 | 131 | D | C | 14 |
| | | 132 | D | | |
| Von Stringer | 271899 | 133 | D | C | 13 |
| Buck Seth | 354098 | 134 | D | C | 24 |
| Jonathan West | 226874 | 135 | D | C | 18 |
| Ricardo West | 464363 | 136 | D | C | 15 |
| Daniel Robinson | 159415 | 137 | D | C | 15 |
| John Falks | 126134 | 138 | D | C | 19 |
| Joseph Sertorsi | 805505 | 139 | D | C | 23 |
| Michael Rose | | 140 | D | C-21 | |
| Orlando Brown | 369746 | 141 | D | C-22 | |
| Deonfay Holley | 285916 | 142 | D | C- | 1 |
| | 152529 | 143 | D | C-21 | 11 |
| Ronald Tattoom | 380464 | 144 | D | C-17 | |
| Charles Patterson | 174078 | 145 | D | E | 25 |
| Rox Boxler | 353757 | 146 | D | C- | 14 |
| George King | 168640 | 147 | D | E- | 16 |
| Michael Yellhetoe | 224146 | 148 | D | C- | 10 |
| Kevin Turner | 232797 | 149 | D | E- | 2 |
| Franklin C Harvey | 188370 | 150 | D | C- | A-16 |
| Calvin Hammond | 191490 | 151 | D | C- | A-1 |
| | | 152 | D | E-21 | |

EXIBIT A 5

2/15

DATE
TIER   AUG/2/03

155

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|------|-------|------|----------|
| James A Weeks | 148620 | 153 | C+ | | |
| Tyrone Kennedy | 386118 | 154 | | B | 17 |
| Tim Hembree | 100523 - 7316 | 155 | | B | 16 |
| TERRY PHILLIPS | 244901 | 156 | | B | 4 |
| Donald Cole | 281479 | 157 | | B | 17 |
| Stepafone Sample | 272883 | 158 | | B | 15 |
| Dwight Coleman | 399564 | 159 | | B | 19 |
| Elmont Decorreac | 441221 | 160 | | B | 19 |
| R Closs | 223459 | 161 | | B | 18 |
| A Feelener | 431779 | 162 | | B | 1 |
| Jacoby Smith | | 163 | | B | 1 |
| Timothy Toro | 370234 | 164 | | | |
| MARIE MASSEY | 359497 | 165 | | | |
| David T Henry | 202730 | 166 | | | |
| | | 167 | | | |
| | | 168 | | | |
| | | 169 | | | |
| | | 170 | | | |
| | | 171 | | | |
| | | 172 | | | |
| | | 173 | | | |
| | | 174 | | | |
| | | 175 | | | |
| | | 176 | | | |
| | | 178 | | | |
| | | 179 | | | |
| | | 180 | | | |
| | | 181 | | | |
| | | 182 | | | |
| | | 183 | | | |
| | | 184 | | | |
| | | 185 | | | |
| | | 186 | | | |
| | | 187 | | | |
| | | 188 | | | |
| | | 189 | | | |
| | | 190 | | | |
| | | 191 | | | |
| | | 192 | | | |

Exhibit B

The inmates hopefully and respectfully prays that your administration staff adheres to these formal complaints formentioned petition to resolve this matter immediatley, and in good faith and good cause that we can continue to communicate on the basis of one to another, as human beings.

Respectfully,

Inmates Housed in D-East and West

CC COMMISSONER, STAN TAYLOR

Governor, Ruthanne Minner

Warden, Carroll

Deputy Warden, E. Burris

Deputy Warden, Pierce

Major Holman

Major Cunningham

Captain Seager's

Internal Affairs

A-2    **Instructions for Submitting a Regular Grievance**

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____    **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____    **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

   ____ **Disciplinary Action**     ____ **Parole Decision**     ____ **Classification Action**

_____    **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____    **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

_____    **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

__✓__    **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

__✓__    **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

EXIBIT

_____
Inmate Grievance Chairperson

AUG **2 9 2006**
Date

2/1/06

*Capeler memory ice*

*at 4 To 12*
*ice*
*3/7/06*
*E. TIER.*

EXIBIT A-3

**FORM #584**

**GRIEVANCE FORM**

FACILITY: *DCC.*                           DATE: *7/8/05*

GRIEVANT'S NAME: *DONALd J BoYER*        SBI#: *082420*

CASE#: *21759*                             TIME OF INCIDENT: *On going*

HOUSING UNIT: *D- EAST ANd WEST*

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

*I'm putting this grievance in concerning the poor ventilation on all*
*of the tiers in. Building. The return vents are clogged up with dirt*
*and dust, and it is not letting out the hot and stale air off the tiers. It's*
*hard for guys with breathing problems along with chronic illnesses. There is*
*no circulation on the tiers and there are only one fan on all but one tier*
*The only thing that the fans are doing is circulating hot stale and dust air*
*around.*

ACTION REQUESTED BY GRIEVANT: *To have the windows taken out of the back*
*doors being's though they have screens on them and to have a couple*
*windows taken out of the front of the tiers, so the air can circulate*
*through all the tiers. To have the return vents cleaned.*

GRIEVANT'S SIGNATURE: *Donald J Boyer*          DATE: *7/8/05*

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

*2/8/06*
*Oxonts Toxic*

April '97 REV

RECEIVED

AUG 2 9 2005

Inmate Grievance Office

*2/2/06*

To: Commissioner Stan Taylor    EXIBIT    Aug 3/05
                                 A·3

Fr: Inmates Housed in D·building West and East

RE: Poor ventilation in D·building.

⊗ Grievance was properly filed in referance to this matter and explaining the nature of the problem to Deputy Warden Betty Burris on 7-8-05.

## "Emergency Petition"

(1.) The problems stems from this being the oldest building on the compound, when it gets 100° degrees, inside it feels like 200° degrees. This building was opened some 34 years agoy in 1971 and maintenance was not kept up. We request to have 2 or 3 fans put on each tiers, front and back to have some sort of legit ventilation.

(2.) To have the return vents cleaned and new filters put in and the same for the coils, because the vents are covered with paint.

(3.) To have (3) bags of ice in the morning, afternoon and evenings, because of the humidity and heat. Also the cold water buttons to the sinks in the bathrooms are broken and hot or warm water is the only water we have access to, because inmates are not allowed off the tiers just to get water from the water fountain.

(4.) To have all cell doors open at code green, we are being told to stay in our cells until chow is called, that means we have to stay in our cells an extra 4 to 6 hours a day. Do to the heat and stale conditions along with the humidity temperatures get so hot in the cells that we are experiencing dehydration and it's hard to breathe properly.

Exhibit A?

5.) By it being so hot it makes it hard on the guys that have breathing problems, such as Asthma, heart conditions, people taking medications and the elderly, two guys have already had heat strokes, There are (14) guys in wheel chairs on F-tier and the oppresive heat makes mobility difficult for these handicapped individuals,

6.) When the officers get a code green the showers should be open so the guys can get a cool or cold shower to relieve from the heat. Their are only (3) shower heads on each tier in which were set up for (26) men when the building was all single cells, now the building is double bunked and 7 or 8 guys at a time is trying to get a shower (guys are arguing daily about the shower situations). If the showers were open at code green it would eliminate alot of the overcrowding and tension in which will soon lead to several fights considering guys bunched up in the showers together, August is the hottest month of the year. MAY JUNE JULY↓ If something is not done soon its an volcano waiting to explode.

7.) What we cannot understand is why isint our grievances being heard and the administration that is running this institution isint doing anything about it? We also cant understand why S.1 building has floor fans when it has Central air conditioning and D and E building does not?

8.) TB now drug resistant, turberculosis has now became resistant to first line drugs and has caused 233 deaths in 2003 alone.

9.) Inmates in this prison are treated worse than Hitler treated the Jews in the Holocaust especially C and D buildings.

EXIBIT
A.3

Friday July 22, 2005

Shower Open

9:00 til 9:45 ———— 45 min

2:00 til 2:45 ———— 45 min

6:55 til 7:45 ———— 50 min

8:40 til 9:50 ———— 70 min

Total = 3 Hours 20 min

For 52 inmates a day.

21759

EXIBIT
A-3

① 

DATE
Aug/1/05

| NAME: | SBI NO:. | | BLDG: | TIER | CELL NO |
|-------|----------|---|-------|------|---------|
| Rudolph Hardin | 180391 | 1 | D | E | 1 |
| Jony Pole | 085161 | 2 | D | F | 1 |
| Daniel Maldonado | 276883 | 3 | D | E | 2 |
| Brian Lambert | 323066 | 4 | D | E | 2 |
| Ron matthews | 253845 | 5 | D | E | 3 |
| Richard Fraylor | 0207511/4 | 6 | D | F | 4 |
| Kenneth Pierce | 188716 | 7 | D | E | 5 |
| David Taylor | 286531 | 8 | D | E | 5 |
| Johndee Harris Jr. | 210748 | 9 | D | E | 25 |
| Rimi Walkins | 162772 | 10 | D | E | 6 |
| Tyrone Grant | 327461 | 11 | D | E | 7 |
| Jermaine Barnett | 330792 | 12 | D | E | 20 |
| Lester Anderson | 225954 | 13 | D | E | 8 # |
| Chester Lewis | 00341655 | 14 | D | E | 8 A |
| Henry Young | 00181843 | 15 | D | E | 9 |
| Sean Hodgin | 348254 | 16 | D | E | 9 |
| F Taylor Jr | 387340 | 17 | D | E | 2LE |
| E. | 188737 | 18 | D | E | 10 |
| Albert Mosley Jr | 183403 | 19 | D | E | 10 |
| Jose Salmeron | 420001 | 20 | D | E | 11 |
| Donnie D. Weaver | 00150811 | 21 | D | E | 12 |
| Michael S Bailey | 236372 | 22 | D | E | 12 |
| Benjamin A. McMillan | 00335114 | 23 | D | E | 14 |
| Nicholas Q Rivera | 00522936 | 24 | D | E | 15 |
| George D. Outten | 00326033 | 25 | D | E | 17 |
| Gillet Hartmann | 229843 | 26 | D | E | 17 |
| Douglas Bruno | 292251 | 27 | D | E | 16 |
| Booky Mark | 198948 | 28 | D | E | 18 |
| Ronald Davis | 346256 | 29 | D | E | 19 |
| Donald J. Boyer | 082420 | 30 | D | E | 26 |
| Michael Dennison | 190977 | 31 | D | E | 26 |
| Kevin Jamison | 250217 | 32 | D | E | 7 |
| Graham White | 308922 | 33 | D | E | 20 |
| Russell mealy | 090464 | 34 | D | E | 20 |
| Willie Brown | 00228827 | 35 | D | E | 21 |
| Jason M Mullin | 310481 | 36 | D | E | 22 |
| Sharel Walley | #158882 | 37 | D | E | 23 |
| Knoll Elliles | 318688 | 38 | D | E | 28 |

A-3   EXIDIT   ②   21759   DATE   Aug 1/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO |
|---|---|---|---|---|---|
| John Warren | 427775 | 39 | D | E | 6 |
| Martin Kivits | D-E, E-13  291259 | 40 | D | E | 13 T |
| Eric Rose | D-E E-13 238044 | 41 | D | E | 13 |
| Charles Street | D.E 24 029440 | 42 | D | E | 24 |
| Elijah Jama | D-E 00306187 | 43 | D | E | 25 |
| Angelo Coles | D-E 00248720 | 44 | D | E | 18 |
| Edward Wasilewski | D-E-15 252629 | 45 | D | E | 15 |
| Jesta Harris | D-E 0012388/ | 46 | D | E | 19 |
| Everett Loom Jr | D-E-16 332017 | 47 | D | E | 16 |
| Roger D Hall | D-E 14 251775 | 48 | D | E | 14 |
| Paul Conrad | | 49 | D | E | 24 |
| John Miller | F-16 398626 | 50 | D | F | 28 |
| Mike Chaplin | F-21 142244 | 51 | D | F | 21 |
| Gary Woodnax | F-22 00292170 | 52 | D | F | 22 |
| Paul Wells | F-4 156296 | 53 | D | F | 4 |
| Willie Evans | 348492 F-25 | 54 | D | F | 25 |
| | D/E F-7 115-747 | 55 | D | F | 7 |
| | D/E F 7247902 | 56 | D | F | 7 |
| Frank Ford | D/E F-15 209593 | 57 | D | F | 15 |
| James R. Fenton | D/E F-11 196663 | 58 | D | F | 11 |
| | D/E F-9 226008 | 59 | D | F | 9 |
| | D-E F-8-3960966 | 60 | D | F | 8 |
| Jonnie T. Harris | D-E F-9-/10551 | 61 | D | F | 9 |
| Anthony R Pulli | D-E F 12-311254 | 62 | D | F | 12 |
| John White | D-E F-10 455033 | 63 | D | F | 10 |
| Verzell Banner | D-E F-10 320785 | 64 | D | F | 10 |
| Phil Rivera | D-E F-16 153591 | 65 | D | F | 16 |
| Chris Ann | D-E F-20 061693 | 66 | D | F | 20 |
| Stan White | D-E D4 00149357 | 67 | D | F | |
| Roger Munn | D-E D6 | 68 | D | F | |
| Mr. Duncan J. Knight | D-E D2 | 69 | D | D | 2 |
| David Cox | D-E D2 | 70 | D | F | 2 |
| Derek Sewell | D-E D-1 | 71 | D | D | 1 |
| Robert Ingle | D-E D-11 165835 | 72 | D | F | |
| Al-haji M. Lewis | D-E D-15 Q | 73 | D | D | 15 |
| | D-E D-20 | 74 | D | F | |
| | D-E D-15 | 75 | D | D | 20 |

3  A-3    EX14    Aug 2/05 DATE

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|----|-------|------|---------|
| Darell Jackson | | 77 | D | 21 | DB |
| Sammy | T827909 | 78 | D | | |
| Roger Davis | | 79 | D | | |
| Ronald T Jones Th 14 | 17?? | 80 | D | | |
| Aaron McCalob | 291388 | 81 | D | D6 | |
| A SNPAP | | 82 | D | D-7 | |
| Robert W Johnson Jr. | | 83 | D | D | D9 |
| Tyrone Bunting | | 84 | D | D-12 | |
| Aubrey L Washington | | 85 | D | D-10 | D-10 |
| Gregory David | | 86 | D | D-12 | |
| Roosevelt Gibson | 00306875 | 87 | D | D-17 | |
| Ramiro Arruaga | 0C474768 | 88 | D | D | D-13 |
| Domingo Torres | 263164 Tier #6 | 89 | D | C | |
| Joel Rodriguez | 387630 Flier 23 | 90 | D | C | |
| Max Rider | 383681 Tier #19 | 91 | D | F | 19 |
| Roy Campbell | 276969 Tier #19 | 92 | D | F | 19 |
| Jeffery Simms | 199402 | 93 | D | | |
| wm Creppy | 152666 | 94 | D | | |
| | | 95 | D | C | 3 |
| Jay Rigale Sr. | | 96 | D | C | 25 |
| Jerome E Clate | 167463 | 97 | D | C | 25 |
| Gerald Johnson | 655504 | 98 | D | C | |
| James Coult | 293676 | 99 | D | C | 12 |
| Ric Hill | 280323 | 100 | D | | |
| Mark Tingle | 381464 | 101 | D | C | 23 |
| James Mays | 147347 | 102 | D | C | 6 |
| Wayne | 280879 | 103 | D | C | 22 |
| Tony Banks | 177223 | 104 | D | C | 22 |
| Michael Koenig | 348124 | 105 | D | C | 6 |
| James Botney | 407223 | 106 | D | | |
| Thomas A White | 368690 | 107 | D | C | 21 |
| John Hart | 362651 | 108 | D | C | 5 |
| Tony Francress | 00181866 | 109 | D | C | 23 |
| Jeff Johnson | 00206075 | 110 | D | C | 8 |
| Fredrick James | 232140 | 111 | D | C | |
| Charles Benn | 163618 | 112 | D | C | C26 |
| Anthony Coom | 275064 | 113 | D | C | E8 |

A.3                    ④              EXIBIT                    DATE

Aug 2/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|---|-------|------|----------|
| Vernon J Brown Sr | 193538 | 115 | D | C | 26 |
| Raymond Grey | 405926 | 116 | D | C | 2 |
| Eric Chrisley | 490711 | 117 | D | C | 3 |
| Jerry D Wy | 144888 | 118 | D | C | 17 |
| Alfred Terry | 540137 | 119 | D | C | 13 |
| Peter Schelltop | 399244 | 120 | D | E | 4 |
| Arthur C. Wolfe | 0048000l | 121 | D | C | 4 |
| Robert L Coverdale | 0028089 | 122 | D | C | 26 |
| Brody Couch | 068028 | 123 | D | C | 20 |
| Fred Calhoun | 00013488 | 124 | D | C | 20 |
| Tod Davis | 403528 | 125 | D | C | 9 |
| Dyrell Albey | 348286 | 126 | D | C | 18 |
| | 348278 | 127 | D | C | 19 |
| W. Hurston | 00521496 | 128 | D | C | 10 |
| Andre Johnson | 117593 | 129 | D | C | 10 |
| Antonie Jackson | 261493 | 130 | D | C | 12 |
| Henry Gladding | 13200 | 131 | D | C | 14 |
| | | 132 | D | | |
| Von Stingrs | 271898 | 133 | D | C | 13 |
| Buck Seth | 354098 | 134 | D | C | 24 |
| Jonathan West | 226874 | 135 | D | C | 18 |
| Ricardo West | 464363 | 136 | D | C | 15 |
| Daniel Robinson | 159415 | 137 | D | C | 15 |
| John Ruths | 126234 | 138 | D | C | 14 |
| Joseph Denton | 405505 | 139 | D | C | 23 |
| Michael Rose | | 140 | D | C-27 | |
| Orlando Brown | 369746 | 141 | D | C-27 | |
| Deonfrey Hollis | 285916 | 142 | D | E- | 1 |
| R. Allen | 152529 | 143 | D | C-21 | 11 |
| Ronald Tatnam | 380464 | 144 | D | C-17 | |
| Charles Patterson | 174078 | 145 | D | E | 25 |
| Rex Barle | 353757 | 146 | D | C- | 14 |
| George King | 168640 | 147 | D | E- | 16 |
| Michael Yelverton | 224146 | 148 | D | C- | 10 |
| Kevin Turner | 232297 | 149 | D | E | 2 |
| Franklin C. Harvey | 188370 | 150 | D | C- | A-16 |
| Jim Hammond | 191490 | 151 | D | C- | A-1 |

A-3    5    EXIBIT    DATE

-AU5/2/03

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|---|---|---|---|---|---|
| James Wheeler | 148680 | 153 | | | |
| Tyrone Kennedy | 386118 | 154 | | B | V7 |
| Tim Hembree | 160523 - B16 | 155 | | B | 16 |
| TERRY PHILLIPS | 244901 | 156 | | B | 4 |
| Donald Cole | 281479 | 157 | | B | 17 |
| Stephone Sample | 272883 | 158 | | B | 15 |
| Dwight Coleman | 299564 | 159 | | B | 19 |
| Edmond Feliciano | 441221 | 160 | | B | 19 |
| R Cole | 223459 | 161 | | B | 18 |
| A Feliciano | 421777 | 162 | | B | 1 |
| Jacoby Smith | | 163 | | B | 1 |
| Timothy Toro | 370234 | 164 | | | |
| MARIE MASSEY | 359497 | 165 | | | |
| David T Henry | 202730 | 166 | | | |
| | | 167 | | | |
| | | 168 | | | |
| | | 169 | | | |
| | | 170 | | | |
| | | 171 | | | |
| | | 172 | | | |
| | | 173 | | | |
| | | 174 | | | |
| | | 175 | | | |
| | | 176 | | | |
| | | 178 | | | |
| | | 179 | | | |
| | | 180 | | | |
| | | 181 | | | |
| | | 182 | | | |
| | | 183 | | | |
| | | 184 | | | |
| | | 185 | | | |
| | | 186 | | | |
| | | 187 | | | |
| | | 188 | | | |
| | | 189 | | | |
| | | 190 | | | |
| | | 191 | | | |
| | | 192 | | | |

The inmates hopefully and respectfully prays that your administration staff adheres to these formal complaints formentioned petition to resolve this matter immediatley, and in good faith and good cause that we can continue to communicate on the basis of one to another as human beings.

Respectfully,

Inmates Housed in D-East and West

CC
COMMISSONER, STAN TAYLOR
Governor, Ruthanne Minner

Warden, Carroll

Deputy Warden, E. Burris

Deputy Warden, Pierce

Major Holman

Major Cunningham

Captain Seager's

Internal Affairs

**Instructions for Submitting a Regular Grievance**

A-3

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

_____ Disciplinary Action      _____ Parole Decision      _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

✓ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # 21000.

✓ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

✓ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

_Inmate Grievance Chairperson_

AUG 2 9 2005
Date

2/1/06

(* Emergency Grievance)

EXIBIT
A-4

E-34

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 7/8/05

GRIEVANT'S NAME: Donald Boyer       SBI#: 082420

CASE#: 17437                        TIME OF INCIDENT: On Going

HOUSING UNIT: D-East tier E-26

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I'm putting this grievance in concerning the poor ventilation
on all the tiers in D-Building. The return vents are clogged up
with dirt and dust. It's not taking out the hot stale air off
the tiers. It's hard for guys with breathing problems along with
cronic illnesses.
   There is no circulation on the tiers and there are only
two fans on some tiers and some tiers only have one fan. The
only thing that the fans are doing is circulation hot stale air
around.

ACTION REQUESTED BY GRIEVANT: To have the windows at the back of the
tiers taken out beings they have screens on them and to have a
couple windows taken out at the front of the tiers so the air
can circulate through the tiers. To have the return vents
cleaned.

GRIEVANT'S SIGNATURE: Donald Boyer        DATE: 7/8/05

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____      DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.    9/22

cc: INSTITUTION FILE                      2005 **RECEIVED** SEP 22
    GRIEVANT
                                          AUG 02 2005
April '97 REV
                                          Inmate Grievance Office

                                          JAN/22/06

Emergency Grievances

EXIBIT    A-4

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_

DATE: _Aug 22/05_

GRIEVANT'S NAME: _DONALd J BOYER_

SBI#: _082420_

CASE#: _21771_

TIME OF INCIDENT: _On going_

HOUSING UNIT: _D·EAST ANd WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I am filing this grievance in Regard to rules and
regulations of institutional policies are not being
followed. The problem is ice distribution as of
the 22nd of Aug. D-East and D-West tiers only
receive one bag of ice twice a day. We don't
receive any ice at 9am. Lack of sufficient ice causes
arguments among inmates which there are 52 on tier.
We do not have access to any drinking water except
what is available in restrooms and water is warm.
Correctional officers do not like giving access to inmates

_page ①_

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

AUG 2 9 2005

Inmate Grievance Office

April '97 REV

E

EXIBIT
A-4

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                          DATE: _8/22/05_

GRIEVANT'S NAME: _Donald J Boyer_        SBI#: _081420_

CASE#: _____                       TIME OF INCIDENT: _On going_

HOUSING UNIT: _D-EAST AND WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

to get cold water from water fountain. C/O Calhoun stated
Capt. Henry has denied inmates access to water
fountain reason being a security concern. When ice is
made available 1 bag is distributed at 11am and 6pm.
So ice is done without for 18 hours. Why is it that S-1
has 28 inmates on tier and receives 2 bags of ice at
11am and 6:30pm. S-1 has air conditioning made available
to inmates also.

Page ②

ACTION REQUESTED BY GRIEVANT: For memo to be distributed by
Warden immediatly and for inmates to be allowed
to come out on code green to obtain ice because some
inmates are dehydrating. Warden when Capt. Henry approached
with problems she states file a grievance. could you make

GRIEVANT'S SIGNATURE: _Donald J Boyer_        DATE: _Aug 22/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

AUG 2 9 2005

**Inmate** Grievance Office

ExiBit
A-4

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D C C_                          DATE: _8/22/05_

GRIEVANT'S NAME: _DoNAld J BoYER_    SBI#: _682420_

CASE#: _____     TIME OF INCIDENT: _on going_

HOUSING UNIT: _D-EAST ANd WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

page ③
_____

ACTION REQUESTED BY GRIEVANT: _Capt Henry distributes proper amount_
_of ice. 3 bags of ice at 9am, 11am, and 6pm reason_
_being heat and humidity_

_____

_____

GRIEVANT'S SIGNATURE: _Donald J Boyer_    DATE: _AUg 22/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**
AUG 2 9 2005
Inmate Grievance Office

April '97 REV

EXIBIT
A-4

E-24

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                DATE: Nov, 13, 05

GRIEVANT'S NAME: DonAld Buyer    SBI#: 082420

CASE#: 20821            TIME OF INCIDENT: 9:45 PM

HOUSING UNIT: D EAST

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the above date and time Nov, 13, 05 9:45 PM
C/o Griffin removed E tier's coffee pot and hid it
for the remainder of the night from the 12-8 shift.
C/o Griffin did not log the incident nor did he
inform the 12-8 officers of the whereabouts of the
coffee pot. When ask where is the coffee pot He stated
don't worry about it, I can do what I want to do.
C/o Griffin was told by his Lt's and Capt HAZZARD
to leave the coffee pot and ice chest alone. C/o Griffin
is abusing his job duties and creating a unhealthy enviorment.

ACTION REQUESTED BY GRIEVANT: Will be discuss at hearing.

GRIEVANT'S  SIGNATURE: DONAld Boyee        DATE: 11/14/05

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)   X (NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

RECEIVED

cc: INSTITUTION FILE
    GRIEVANT

NOV 2 1 2005

Inmate Grievance Office

April '97 REV

12/14/05

EXIBIT
A.5

FORM #584

GRIEVANCE FORM

FACILITY: _DCC_____     DATE: _1/22/06_____

GRIEVANT'S NAME: _Donald J. Boyer_     SBI#: _082420_____

CASE#: _____     TIME OF INCIDENT: _1840_____

HOUSING UNIT: _D - E 26_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 1/21/06 Capt. McCreanor used the racial slur "you people" in reference to me and another inmate. He had the distinct smell of alcohol on his breath in violation of SOP 8.9. He was intimidating, offensive and unprofessional in his conduct, demeanor and language — at one point saying, "Get the F away from here."

ACTION REQUESTED BY GRIEVANT: _An investigation of Capt. McCreanor and alcohol treatment such as Alcoholics Anonymous be given._

GRIEVANT'S SIGNATURE: _Donald J Boyer_     DATE: _1/22/06_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _✓_(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

EXIBIT
A-5



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:        IM Donald Boyer SBI# 082420 D-East E26B

FROM:    Deputy Warden Pierce

DATE:    January 25, 2006

RE:        Staff Issues

I received your letter dated January 22, 2006, regarding issues with staff and assure you my office will be looking into the matter.

DP/dc
Attachment
cc:      File

Received
on
4 to 12
JAN 29/06

EXiBiT A-5

Donald J. Boyer 052420
D-East
E-Tier / Cell 26
Jan. 22, 2006

Warden Thomas Carroll
DCC.
Smyrna DE 19977
    Re: Captain McCreaner
Dear Warden Carroll:

RECEIVED

JAN 2 3 2006

DCC Warden's Office

On Jan. 21, 2006 at approximately 1800 I and Amir Fatir were heading to evening chew when we heard screams screaming, "You people! I'm talking to you people! Get over here."

When I looked up I saw it was Capt. McCreaner. I asked, "What's the problem?"

He said, "Both of you, get over here." When I got closer he yelled, "Where's your I.D."

I told him it was on my shirt. He got up in my face and shouted, "Put it on your coat."

That is when I smelled alcohol on his breath. I took a step back, and he yelled "Get back over here. That's the problem with you people."

EXIBIT
A-5

-2-

I then said, "What do you mean
by 'you people'?"

Capt. Creamer ignored my question,
pointed to Fostic and yelled, "Get
the F away from here. Head off."

He then seemed to catch himself and
yelled out, "I didn't curse at you."

It was all very bizarre.

He took my I.D. and told me
to go to chow.

In his drunken state, Capt. McCreamer
seemed bent on causing a disturbance.

He should not be on the compound
when he is intoxicated. It places
inmates and staff in jeopardy.

I am asking you to please investigate
this matter and see if Capt. McCreamer
has a serious drinking problem and
if he does, get him some help.

DCC Standards of Conduct, SOP 8.9,
F. states: "Under no circumstances will
any employee consume drugs or intoxicants,
including beer and wine, eight hours prior
to assigned tour of duty." The SOP
goes on to say an employee will not have
alcohol on his breath (F. 1.).

Capt. McCreamer violated that SOP

EXIBIT A-5

- 3 -

and presented a bad example for staff and inmates.

I.D.'s are supposed to be affixed to the shirt pocket, not the coat.

Capt. McCreamer should be instructed to refrain from creating his own policy on the spot.

Sincerely,

Donald J. Boyer

EXIBIT A-6

David B. Houston #001-37-142
HIV/AIDS Peer Education Program
Delaware Correctional Center
1181 Paddock Road, D-East
Smyrna, Delaware. 19977

Jeremy McEntire
245 McKee Road
Smyrna, Delaware. 19977


February 6, 2006

Please find enclosed a list of what I see as correctable items in order of difficulty, which may help solve a few of "F-Tier's" problems.

### Showers:

Removal of fungal or bacterial growth on shower walls and peeling paint.   (Bleach does not work)

Place hand rails on shower to prevent any more slip and fall accidents.

Strip to the bare block and paint or tile shower walls to prevent further growth of mold like substance.

### Cells:

Spray all cell and utility closets between cells for spiders and roaches.

Replace all cloth covered mattresses with a water proof covering as in the main hospital unit to protect against all body fluid.
(Bowel and urine)

Fix exhaust and intake vents in all cells, that they have a positive and negative flow in this semi- closed environment.

Top bunks need hand rails to allow safe entry and exit of the bunk by all  assigned inmates no matter their size or age. Most inmates assigned to F-Tier are physically handicapped and cannot make this transition easily or safely.

A short ladder either bolted or welded to the foot of the bunk would allow the over weight, elderly or physically handicapped a better chance of safe entry and exit from the top bunk in these cells.

EXHIBIT A-6

## The Tier Residents:

The corrections officers are required to make area checks of each tier every 20 – 30 minutes (D – E – F) per 8 hour shift, 3 shifts per day for the purpose security. They are not trained in mental health issues and can only visually check for verbal complaint missing persons or a man down. There has never been a nurse or doctor assigned to do rounds of the F-Tier Chronic Care Unit as there are inmates with a wide range of physical and emotional disabilities present ei., cardiac, diabetic, dermatological and HIV/AIDS. From all accounts, most people employed by CMS have no idea that this unit exists and therefore do not treat the residents with the same care as on the main wards of the hospital and this needs to be rectified as soon as possible.

Hopefully this will help you and Mr. Welch fix or resolve some the problems suffered by the residents of Chronic Care Unit on F-Tier. Should there be any further questions or assistance required, please feel free to contact me.
Thank you,

Sincerely

David B. Houston
HIV/AIDS Peer Education Program,
D.C.C.

Cc: Alfred Onounga, Director Delaware Center for Justice, Inc.
Linda Kemp, Supervisor, Peer Educations Program
File.

DONALD BOYER

EXIBIT A-7

**FORM   #584**

**GRIEVANCE FORM**

FACILITY: DCC                                DATE: 02/28/06

GRIEVANT'S NAME: DONALD BOYER      SBI#: 082420

CASE#: 24248                                TIME OF INCIDENT:

HOUSING UNIT: D East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

D Bldg. lacks a proper ventilation system.
The absence of a true ventilation system
in cells and tiers, corroded coils, clogged
vents and overcrowding (double-bunking)
impairs breathing, causes and exacerbates
respiratory ailments and infectious diseases.
These violate the 8th Amendment of the
U.S. Constitution.

ACTION REQUESTED BY GRIEVANT: Complete renovation
or evacuation of D-Building. A new
building fit for human habitation be built
with single rooms, not double-bunked in
rooms designed for one.

Donald Boyer
GRIEVANT'S SIGNATURE                      DATE: 02/28 06

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

RECEIVED

cc: INSTITUTION FILE
    GRIEVANT

MAR 0 1 2006

Inmate Grievance Office

April '97 REV

Received

DONALD BOYER
EXIBIT A-7

FORM #584

GRIEVANCE FORM

FACILITY: DCC          DATE: 02/28/06

GRIEVANT'S NAME: DONALD BOYER     SBI#: 082420

DONALD BOYER

CASE#: 24248          TIME OF INCIDENT: _____

HOUSING UNIT: D-East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

D-Bldg. is double-bunked when it was
designed for only one person per room.
This violates the U.S. District Court order
in Anderson v. Redman. As I was, incarcerated
prior to double-bunking rule change, to force
me to be double-bunked violates the
ex post facto clause of the U.S. Constitution.

ACTION REQUESTED BY GRIEVANT: Return D-Bldg. to Single
bunking or return me to my single room in
W-Bldg.

GRIEVANT'S SIGNATURE: Donald Boyer     DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____ (YES)    _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAR 0 1 2006

Inmate Grievance Office

DONALD BOYER
EXiBit
A-7

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                                     DATE: 02/28/06

GRIEVANT'S NAME: Donald Boyer    SBI#: 082420

CASE#: 24248                      TIME OF INCIDENT:

HOUSING UNIT: D-East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The bathrooms on Dr E Tiers have work
room insufficient working toilets and urinals,
peeling paint no door on bathroom for
D Tier, no stalls for even a medium of
privacy, especially since women staff often
work the tiers, rust on windows, bacteria
throughout. The condition of the bathroom
endangers health and amounts to cruel and
unusual punishment.

ACTION REQUESTED BY GRIEVANT: Complete renovation of
bathrooms, doors installed, stalls installed,
complete disinfection of bathroom.

GRIEVANT'S SIGNATURE: Donald Boyer        DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 0 1 2006

Received    Inmate Grievance Office

DONALD BOYER
EXIBIT
A-7

## FORM  #584

## GRIEVANCE FORM

FACILITY: DCC

GRIEVANT'S NAME: Donald Boyer

CASE#: 29248

HOUSING UNIT: D · East

DATE: 02/28/06

SBI#: 082420

TIME OF INCIDENT: _____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The soil at DCC is contaminated with
rayon and other lethal contaminants. This
places my health at risk.

ACTION REQUESTED BY GRIEVANT: Test soil at DCC o make
test results known. If contaminants cannot
be quickly removed all inmates should be
relocated or released.

GRIEVANT'S SIGNATURE: Donald Boyer  DONALD BOYER

DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)      _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

RECEIVED

MAR 0 1 2006

Inmate Grievance Offic

Donald Boyer
Exibit
A-7

**FORM   #584**

**GRIEVANCE FORM**

FACILITY: DCC

DATE: 02/28/06

GRIEVANT'S NAME: Donald Boyer ~~Donald Boyer~~

SBI#: 082420

CASE#: 24248

TIME OF INCIDENT:

HOUSING UNIT: D East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Due to overcrowding and double-bunking the noise levels in D-Bldg. are extremely high. Excessive noise causes, hearing loss, Stress, anxiety and hypertension.

ACTION REQUESTED BY GRIEVANT: End double-bunking in D Bldg. Return to the design capacity.

GRIEVANT'S SIGNATURE: Donald Boyer    DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAR 0 1 2006

Inmate Grievance Office

Donald Boyer
Exibit
A-7

FORM #584

GRIEVANCE FORM

FACILITY: DCC                              DATE: 02/28/06

Donald Boyer
GRIEVANT'S NAME: DONALD BOYER          SBI#: 082420

CASE#: 22128                            TIME OF INCIDENT:

HOUSING UNIT: D East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

The water in D-Bldg. is contaminated with deadly minerals, fecal matter, bacteria and other lethal, disease-causing contaminants in violation of the 8th Amendment of the U.S. Constitution. There is no adequate water treatment system to purify water.

ACTION REQUESTED BY GRIEVANT: Provide clean drinking and bathing water. Provide water test results for past two years. Evacuate D-Bldg. if water cannot be cleaned immediately.

Donald Boyer
GRIEVANT'S SIGNATURE: DONALD BOYER          DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ _____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 0 1 2006

April '97 REV

Inmate Grievance Office

DONALD BOYER
EXIBIT
A-7

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_

GRIEVANT'S NAME: DONALD BOYER _DONALD BOYER_

CASE#: _24248_

HOUSING UNIT: _D  East_

DATE: _2/28/06_

SBI#: _082420_

TIME OF INCIDENT: _____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

The showers in D Building contain deadly mold, placing health in peril in violation of the 8th Amendment of the U.S. Constitution. The mold is deadly black mold. The mold was painted over but is exerting through the bricks.

ACTION REQUESTED BY GRIEVANT: Showers be completely stripped, professionally decontaminated and all new showers, floors and walls be installed.

GRIEVANT'S SIGNATURE: _Donald Boyle_          DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE. RECEIVED.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

MAR 0 1 2006

Inmate Grievance Office

DONALD BOYER

EXIBIT
A-7

FORM #584

GRIEVANCE FORM

FACILITY: DCC                      DATE: 02/28/06

GRIEVANT'S NAME: DONALD BOYER      SBI#: 082420

CASE#: 24248                       TIME OF INCIDENT:

HOUSING UNIT: D-East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Cells in D-Bldg. lack chairs, stools, cabinets, tables, TV stands for both prisoners, ladders for climbing to the top bunk. Lack of chairs, desks & tables violate First Amendment. Inability to even sit down violates the Eighth Amendment. Lack of cabinets places personal property at risk and violates equal protection since some other buildings have cabinets provided. No ladders violates cruel & unusual punishment. Only 1 TV stand in rooms with 2 violates equal protection.

ACTION REQUESTED BY GRIEVANT: End double-bunking or provide chairs, ladders, stools, desks, cabinets & TV stands for D-Bldg.

GRIEVANT'S SIGNATURE: Donald Boyer    DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 0 1 2006

April '97 REV

Inmate Grievance Office

Ex Bit
A-8



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone:  (302) 653-9261
Fax:  (302) 659-6668

### MEMORANDUM

TO:        IM Donald Boyer SBI# 082420 D-East E26B

FROM:      Deputy Warden Pierce

DATE:      July 13, 2006

RE:        Problems in Building

    I received your letter dated June 30, 2006, regarding problems in your building and have forwarded your concerns to Security Superintendent Scarborough for his investigation.

DP/dc
Attachment
cc:        Security Superintendent Scarborough
        File

*1*

EXHIBIT

A-8

RECEIVED

JUL 0 5 2006

DEPUTY WARDEN I

No iCE

JUNE 30/06

TO: Deputy Warden Pearce

Dear Mr. Pearce!

   I am writing you regarding the on-going and continuing problems that we are experiencing in D-bldg. It seems that this is not being treated as a serious problem. There have been numerous complaints of these problems yet they seem to fall on deaf ears.

   These problems stem from multiple situations that have happened in this prison over a year ago. The main concern of all the problems is the ventilation. The building's air out-take is not functioning properly at all. Since they did the roofing, the out-take valves have been capped off. As a result of a faulty air return system, stagnant and contaminated air is not being removed, thus forcing us to breath the stench of stale air. Any possibility of air flow is not present due to each end of the Teir being blocked by doors with non-functioning windows. Stale contaminated air is circulated without chance of escape, therefore deleting any opportunity for fresh air to be drawn in.

   The second problem is the hallway drinking fountain. It has been demerited un-fit to drink from. We are forced to drink from bathroom faucets which others wash their bodies from, as well as from an outside bathroom which is acknowledged as un-sanitary. This same outside faucet is corroded and has a severly high potential of harboring infectious diseases which could spread rampedly amongst other inmates. These unsanitary conditions are a very serious health hazard and are not ideal, especially with the skin disease running prevalent.

2





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:       IM Donald Boyer SBI# 082420 D-East E26B

FROM:     Deputy Warden Pierce

DATE:     July 20, 2006

RE:       Proposal

I received your letter dated July 18 2006, regarding a proposal for ice and water in your building and have forwarded your letter to Security Superintendent Scarborough for his consideration and reply to me.

DP/dc
Attachment
cc:     Security Superintendent Scarborough
        File

EXIBIT
A-9

RECEIVED

JUL 1 9 2006

DEPUTY WARDEN I

DE
E26B

07/15/06

Deputy Warden Pierce,

I am sending this proposal to you so you can go over them and forward them to security chief Scarborough, and Staff Lt. Floyd Dixon, and please send me a copy as well. When I seen you on the compound you told me to mail them to you. I did not get to finish typing it out because of circumstances beyond my control so I sent the rest in writing. One thing that stands out from everything in the proposal is the ice and water situation. If you could start the process of getting more ice and water containers on the tiers for cold water so that we could have something cold to drink, it would be very much appreciated. And to get thermostats in each building so that the officers can report to you on a daily basis how hot and humid it is in the buildings. Thank you very much for your expertese and concerns involving these matters. The older and younger inmates send their thanks as well.

Sincerly,
Donald Boyer
082420

EXIBIT
A-9

Mr. Donald Boyer
SBI# 08242
7/18/06

Security Superintendent Scarborough,
RE: Here Are Some Problems That Needs To Be Addressed
In D-Building.

Number1: Due to the excessive heat and humidity there is a need for a
five gallon water container on the tier and with it; two bags of Ice. One in the
morning and one in the evening, specifically for that container. In addition we
only receive Ice twice a day for our coolers, and in reality we need it three times
a day. Once at 9:00am, once at noon, and once in the evening. There also needs
to be three bags instead of two each time, due to there being fifty-two people on
the tier. (Two half-melted bags does not cut it. The reason we need water
containers on the tier is because the only water we have access to is the sinks in
the bathroom, which are contaminated due to the fact that people wash their
face, brush their teeth, spit, and things of that nature all day, every day. Plus
there is mold and mildew all around those sinks. The water fountain in the
hallway is contaminated with bacteria and germs and barely works. Besides the
guard say it is a security risk, to let us off the tier to get the fountain water.
Having a water cooler on the tier, would alleviate a lot of the problems.
Maintenance could design a cage for the water cooler like the one for the hot
pot, and have the tier-man responsible for filling it. Sir, please understand when
it's 90 degrees outside it's at least 120 degrees inside. This building was built
some 34 years ago in 1971, and has not been properly maintained. There is 52
people on the tier, and without proper ventilation and enough Ice to hydrate us,
we are suffering. These unsanitary conditions are very serious health hazards,
especially with the skin disease going around.

Number2: To have cell doors open after count; after the guard makes
his/her count, he/she should open the showers and let us come out of our cells,
also, due to the excessive heat and humidity and overcrowded conditions This
would not be a security risk, because we would still be locked on the tier. It's
been done in the past, and it worked. If a guard was put at the table in the center
of the hallway, which is where one is supposed to be at all times anyway, then
he/she could monitor all three tiers. This would alleviate a lot of the tension and
fighting amongst the inmates, and it would take stress off of the already
overworked guards because they would not have to write hundreds of inmates
up for being in the hallway. Come count time the guard yells count we lock in,
he counts, and we come back out. It should be like this from8;00am to 10:00pm,
then at 10:00pm we lock in for the night.

Exibit
A-9

4

Number 3 : Ever since the hospital has been built the ventalation system has been down, It does not work and we have been told it cannot be fixed, The return vents are either clogged up with dirt and dust, not working, or they are capped off because there is no circulation of fresh air through the building whatsoever and nothing to take out the stale and stench air such as return vents. Maintenence has tried to fix them multible times and cannot. Until they can be fixed properly, us inmates have some suggestions, to temporarily elevliate some of these problems such as; To put a screen gate at the back door of each trer for the summer months. Take the windows out of the front of each trer door. This way the stale and stagned air would have somewhere to go and fresh air would flow throughout the trer, and people with illnesses such as breathing problems and heart conditions, to say the least, would be a little cooler and breath alot better. It would also keep the spread of TB, Hepitctes and other infectious disease to a minimum,

Number 4 : Our bathroom is contaminated with black mold, peeling layers of

EXIBIT A-9

5

lead based paint with mold and fungus growing on the walls in the paint. There is also mold, fungus, peeling paint, and rust on the doors and windows. This is a serious health hazzard. The sink chases and shower chases where the pipes are, are contaminated with an enormous amount of fungus and bacteria such things are dangerous to breath. Also there are bugs like roaches spiders and ants living and breeding in there, we need E-crew or Maintenence to clean these places out and spray for bugs at least Once every six months. spraying for the bugs would cut down on inmates going to the infirmery with spider bites. you could easily come down here yourself sir and look in the chases and you would see and smell what we are talking about.

Number 5 : The matteeses in O-Building have not been changed in four years, This building is in constant transit. More inmates come and go in O-Building than all the people that get tranferred back and fourth to court every day it seems. This is the reason people are developing skin rashes, hepititus, scabies, skin mites, and other disease. We would also like to have new sheets every week like the other buildings get. we get sheets with blood and body fluid stains on them while the other buildings get new ones each week.

In closing Mr Scarborough there should be some kind of evaluation on employees of DCC from captain on down because when you freeze these gaurds and they have no choice but to work they take their frustration out o. us. I understand we are inmates and we are being punished for whatever reason but when has punishment gone too far. Inmates are not animals, we are human all we are asking is to be treated fairly especially as far as our health is concerned. One very good solution is to get with Staff Leut. Floyd Dixon and myself and hire a team of inmates about 8 to 10 people to paint and do whatever else we can to eleviate these conditions and to bring

Exibit
A 9

6

future inspections the prison will not be held responsible for any code violations, at least not in D-Building. Thank you for your time and patience in reading this letter and I look forward to talking to you and hearing your input on these matters.

C.C.

DONALd BOYER 082420

\* One thing I almost forgot. In the evening our Ice arrives between 5:00 and 6:00 and the officers take our coolers off the tier and put the ice in them and do not hand them out until 8:30 code green they say they do this so the kitchen workers can get ice too which is understandable but instead of making everyone wait on a couple kitchen workers how about putting a small cooler in the office with a bag or two of ice in it especially for them because between 4:00 and 8:00 P.M is when its usually the hottest in the buildings.

C.C. WARDEN PIERCE
Staff Lt. Floyd Dixon





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

MEMORANDUM

TO:        IM David Houston SBI# 137142 D-East F17B

FROM:      Deputy Warden Pierce

DATE:      July 24, 2006

RE:        Building Temperature

    I received your letter dated July 23, 2006, regarding the temperature in your building and have forwarded your concerns to Captain Henry for her corrective action.

DP/dc
Attachment
cc:     Captain Henry
        File

EXHIBIT A-10

David B. Houston
#00-37-142
D-East /1=

DE-
FMB

RECEIVED
JUL 24 2006
DEPUTY WARDEN I

EXHIBIT

Dave Pierce
Deputy Warden
DCC

July 23, 2006

This is a complaint to attempt to correct the following issues on the Rehabilitation tier (F-Tier) which need to be addressed post haste before there is lose of life. (Not an overstatement)

i.) AT present it is so hot in the cells that normal movement for nine (9) inmates is extremely difficult.

   a.) Thurman Kitchens: Has a small fan and suffers from a lung disease. He uses inhalers and is 70+ years of age.

   b.) Ronald Kline: Has no fan and suffers chronic asthma and a fluid build up in right lung. He is 42 years old.

   c.) Raymond Steele: No fan uses nebulizer for congestion. Also a diabetic and is 73 years old.

   d.) Christopher C. Owens: Has a fan and uses inhaler. He suffers from chronic heart and lung disease. He is 65 years old.

   e.) Sodi Sandoz: Has a fan also suffers a chronic heart and lung disease. He is 53 years old.

A-10.

Exibit

f.) Michael Phares: Has a fan. Also uses a C-PAP machine to aid in breathing. He is 74 years old.

g.) John White: Has a fan. Suffers from (COPD) Chronic Oral Pulmonary Disease. He is 74 years old.

h.) Donald McCabe: Has a fan. Suffers heart disease (has had a stroke) 75 year of age.

i.) Glenn Barrentine. Has a fan. Uses a C-PAP machine. Suffers chronic sleep apnea. He is 56 years of age.

J.) The next group are those people or persons who suffer HIV/AIDS and are taking mediation for same. These meds are taken with warning to avoid extreme heat and/or direct sunlight as they can cause severe side effects. At present there are five. (5).

These are major issues which can cause death due to extreme heat and the lack of untrained supervision which also has yet to be addressed by either DCC administration or the medical department.

2.) Unless there is a fire drill the F-tier fire door is never open. Take note that on hot days the fire doors are opened in S-I Building or a regular basis to either vent, cool, or whatever the needs, it is done and inmate health is not at the forefront in most cases.

EXIBIT
A-10

3.) The simple solution of removing the glass window and replacing it. (or not) with plexy glass with drilled holes for circulation would solve this heat problem to a degree.

4.) Turn up the blower pressure in the cells from just a trickle as is at present to the, "I think I need to plug this up cause the heat blasting" like it does from Oct. to March. If you can have forced air with the heat during winter, then why can't we get the forced *cool* air in the summer months?

Something must be done to correct these issues. Does it always have to take a serious injury or I/m death before something this simple is implemented.

Can you do more than say; "I'll check into it?" Come look at these guys between 10:00 a.m. and 1330 hrs. They are hurting and showers and Ice aren't getting the job done.

Respectfully
Submitted
Pat Taustor

ExiBit
A-11-

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                    DATE: 8/31/06

GRIEVANT'S NAME: Donald Beyer    SBI#: 082420

CASE#: 68876                     TIME OF INCIDENT: Ongoing

HOUSING UNIT: D

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The DCC phone system is a monopoly, price-
fixing operation. Forcing inmates to use Verizon
violates anti-trust and is an illegal banking
scheme. DOC's kickbacks from the phone
companies for forcing me and others of my
family to use Verizon's exhorbitant rates
is exploitative of DOC's wards of the state.

ACTION REQUESTED BY GRIEVANT: Cancel the phone contract.
Stop taking kickbacks. Establish new system
that benefits inmates and not prison
brass.

GRIEVANT'S SIGNATURE: Donald Beyer    DATE: 8/31/06.

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

SEP 05 2006

Inmate Grievance Office

April '97 REV

EXIBIT,
EXIBIT

A-11

December 15, 2004

TO:        All Inmates at SCI

FROM:     Deputy Warden DeLoy

RE:        Inmate Phones
_____

On Friday, December 17, 2004 at 12:00 noon Verizon will be taking over the inmate phones. There will be no phone service for 8 to 10 hours during the change over.

Effective immediately after the change over, rates for local calls will increase and long distance rates will increase after the first of the year.

Please review the attached dialing instructions for changes.

12- 15- 04

EXiBit
A· 11

# Telephone Dialing Instructions
## *Instrucciones Para Marcar El Numero e Telefono*

1. To make a call, dial 0 plus the area code and the number.
   *Para hacer una llamada telefonica, marque el 0 luego el codigo de area y el numero de telefono.*

2. Enter your 6-digit PIN number at the tone.
   *Oprime el numero de 6 cifras de su tarjeta de identificacion al tono.*

3. The phone system will ask for your language preference; for English dial 1.
   *El sistema telefonico le preguntara por su idioma de preferencia. Para Español margue el 2.*

4. The system will thank you and you call will be placed.
   *El sistema telefonico le dara las gracias y su llamada sera procesada.*

EXIBIT

A-11



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

February 8, 2006

# MEMORANDUM

TO:        Bldg. **D** "E" 82420  BOYER, DONALD

FROM:    Deputy Warden Burris, *Elizabeth Burris*

DATE:    February 8, 2006

RE:        Inmate Telephone System

By now you are aware that the inmates' telephone system has gone through recent changes. Effective February 6, 2006, families must either have their phone service with Verizon or establish a pre-paid account with PCS at 1-800-786-8521. I have received a listing of inmates who are currently making calls to family/friends who had telephone companies that do not allow billable calls.

While I realize that you probably already know that this change affects you, I wanted to send you this memorandum to remind you to make the appropriate notifications to your telephone contacts regarding the new system.

EB/drs



(1) EXHIBIT A.12

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/16/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : BOYER, DONALD | | SBI# : 00082420 | | Institution : DCC | |
| Grievance # : 73723 | | Grievance Date : 10/03/2006 | | Category : Individual | |
| Status : Unresolved | | Resolution Status : | | Resol. Date : | |
| Grievance Type: Hygiene/Sanitation | | Incident Date : 10/03/2006 | | Incident Time : | |
| IGC : Merson, Lise M | | Housing Location : Bldg D-EAST, Tier E, Cell 26, Bottom | | | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims: I'm filing this grievance in regards to black mold in E tiers bathroom, and the shower and the fire exit door. The black mold in the bathroom has fungus on the wooden shelving over top of the sinks. The shelves should be removed and replaced with stainless steel. The mold on the walls and window pains should be scraped off and painted over and the hoppers need to be cleaned three times a day with spray bottles full of bleach to ensure the killing of any bacteria or fungus growing on or in them because inmates are obtaining fungus and flesh eating skin disease on their private areas. Maintenance should come over and replace the weather stripping on the fire escape door and clean the mold off the door before they do it, the smell burns your nostrils.

Remedy Requested : For deputy warden Pierce to put a memo out to Capt. Henry to get the fungus problem cleaned up because Capt. Henry has not been doing anything about the fungus problem in this building.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Pierce, David E Jr. |
| Grievance Amount : | |

Received by security superintendent scarborough 10/31/06 in the



DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BOYER, DONALD | SBI# : 00082420 | Institution : DCC |
| Grievance # : 73723 | Grievance Date : 10/03/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 10/03/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg D-EAST, Tier E, Cell 26, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Pierce, David E Jr. | Date of Report 10/16/2006 |

Investigation Report :


Reason for Referring:


Offender's Signature:_____

Date                 :_____

Witness (Officer)    :_____

EXIBIT A-13

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC

DATE: 10-3-06

GRIEVANT'S NAME: Donald Boyer

SBI#: 082420

CASE#: 74263

TIME OF INCIDENT: Ongoing

HOUSING UNIT: D/E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Im Filing this grievance because there is no adequate drinking water in the hospital for inmates to drink while waiting long periods of time to be seen. The problem is that the inmates need a water fountain in the lobby because the only water we have access to is in the bathroom sink which is contaminated with bacteria and the only way to get a drink of water is from that sink where inmates spit wash their hands and probably other nasty things leading to bacteria growth in the sink. Also in the bubble where the guard sits in the main lobby there should be a talk box in the plexiglass so you can communicate with the guard because the guards don't want you to hit the glass to get their attention so a talk box would stop this problem. Its hard for the handicap to bend way down to talk in the tiny hole where the passes go so this needs to be addressed

ACTION REQUESTED BY GRIEVANT: To have deputy warden pierce to investigate and order a water fountain in the lobby and have a talk box put in the plexiglass window in the guard box in the lobby. And have deputy warden pierce talk to the hospital administrator about these problems because he said he has no authority over that.

GRIEVANT'S SIGNATURE: Donald Boyer

DATE: 10-3-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

OCT 0 9 2006

Inmate Grievance Office

**April '97 REV**

Exhibit

A-13
2

FORM #584

GRIEVANCE FORM

FACILITY: DCC

DATE: 10-24-06

GRIEVANT'S NAME: Donald Boyer

SBI#: 042420

CASE#:

TIME OF INCIDENT: 5:45 ongoing

HOUSING UNIT: D/E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Colligan

Im writing this grievance in regards to Sgt. Kellegan for unproffesional conduct and verbally abusive language and threatning and disorderly in C-14 ~~they~~ Twice and diet window. I put my ID. in the window for my diet and snack I received my diet so I went back and gave my ~~inmate~~ I.D. to the inmate and asked him if he could check on my snack. He told me that Sgt kellegan said I don't get a snack, just a diet. I told him thats not right cause if that was the case my diet would have run out. so he told me to get away from the damn window. Then I went to the building sgt in D-Building and asked him could he see why I could not get my snack and explained everything to him. Sgt Bryant took my ID to the window and asked to talk to Sgt Kellegan and asked him to check the list for my snack —> ongoing

ACTION REQUESTED BY GRIEVANT: Page 2

GRIEVANT'S SIGNATURE: _____ DATE: 10-24-06

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exibit A-13
3

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: ___DCC_____    DATE: __10-24-06_____

GRIEVANT'S NAME: __Donald Boyer_____    SBI#: __082420_____

CASE#: _____    TIME OF INCIDENT: __5:45 ongoing____

HOUSING UNIT: __D/E_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Then sgt. Kellegan gave sgt Bryant my I.D. and told Sgt Bryant and I  Quote
"I told that motherfucker that he don't get that motherfucking diet snack
and tell that bitch motherfucker to get away from the window". Sgt. Bryant
was shocked to hear that kind of language out of a fellow sgt. mouth
and told me to write a grievance so I asked Sgt Bryant for Sgt
Kellegan's name and he got it for me, with my 37 years in prison I have never
disrespected a gaurd with verbal abuse. I always give them respect and try
to teach other inmates to give them respect, he was so abusive inmates in line
heard him, I feel that Sgt. Kellegan is a threat to security and should not
work in the kitchen around inmates because he is very disrespectful.

ACTION REQUESTED BY GRIEVANT: _For Sgt. Kellegan to be investigated by
deputy warden Pierce and security chief Scarbourgh and internal affairs,
for their investigation, Also to have Sgt Bryant interviewed for confirmation.

GRIEVANT'S SIGNATURE: _Donald Boyer_____    DATE: _10-24-06_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV



# <u>PER DEPUTY WARDEN PIERCE:</u>

EFFECTIVE IMMEDIATELY:
WE ARE NO LONGER PERMITTED TO ISSUE
**BOTTOM BUNK MEMOS**
OR **SNEAKERS** FOR ANY REASON!!

3/22/93

D.R. Richard P Dushuttle. M.D. new

addresses. 640 queen street Dover Del

1990l. tel-6788447. orthopaedic surgery.

name of inmate Donald J Boyer Date of Birth

3/28/48. SBi number-00082420. social

securit number 222-30 7352. addresses

Del corr center smyrna Del. 19977. my

new addresses. Donald J Boyer - SBi 00082420. sussel

corr institution p.o. Box 500 georgetown Del 1994,

male

(CALCANEUS) = hill (Heel)

TALUS = Right foot Tender

CUBOID = Left

NAVICULAR Right

fracture of the

(The CALCANEUS) is attached to the Talus above.

In front are the navicular, cuboid and

cuneiform bones



metatarsals

TALUS

CALCANEUS

**EMERGENCY DEPARTMENT** DATE OF SERVICE 8/18/78 HOUR 12:10 A☐ P)  RIVERSIDE HOSPITAL WILMINGTON, DE

43354 4

| PATIENT LAST NAME, FIRST NAME, MIDDLE INITIAL | AGE | DATE OF BIRTH | SEX | MARITAL | RELIGION | RACE |
|---|---|---|---|---|---|---|
| Boyer, Donald | 30 | 3/28/48 | M | S M W D C S P O | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|
| 915 Vandever Avenue | Wilm., DE | | 19801 | 5719866 |

| RESPONSIBLE PARTY | ADDRESS | CITY, STATE, ZIP | RELATIONSHIP | TELEPHONE |
|---|---|---|---|---|
| Patient | No Lic. on person | | | |

| EMPLOYER | OCCUPATION | ADDRESS (Job site: 9th & Poplar St, Wilm, DE) |
|---|---|---|
| Felton Construction Co., Inc. | | 453 Penn St. Yeadon, Pa. 19050 |

SOCIAL SECURITY # 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    NAME & ADDRESS OF COMMERCIAL INS. Work Compensation

ACCIDENT CASES DATE 8/9/78 TIME 5:30 P.M. WHERE INJURED AUTO HOME WORK OTHER ☒ FAMILY DOCTOR NOTIFIED None - Pt. requests recommandation

PATIENT STATEMENT REASON FOR VISIT Pt. states cinder block fell on right foot at work yesterday

| SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 99 |
| | | 5- | | | | | | | LAB |
| | | 18.50 | | | | | | | X-RAY |
| | | 1C- | | | | | | | E.K. |

PHYSICIAN'S REPORT, PHYSICAL FINDINGS

BP 130/88   T. 98   P. 100   R.   ALLERGIES: None

NURSE'S SIGNATURE

DOCTOR'S SIGNATURE

# X-RAY REPORT

| Name | First Name | Middle Name | Room No. | Hosp. No. |
|------|-----------|-------------|----------|-----------|
| Boyer | Donald | | OPER | |

| ment nation of | Name-Part | Sex | Age-Years | X-Ray No. |
|------|-----------|-----|-----------|-----------|
| | Right Foot | X F | 30 | 01-27-71 |

| ...ng Physician | | Date | O.P.D.No. |
|------|-----------|------|-----------|
| Dr.Tan | , Dr.C.Mauriello | 8-10-78 | 49354-4 |

Frontal, lateral and oblique films were taken. There is alteration
of the bone architecture along the anterior superior margin of
the talus. This is considered to represent a recent cortical tear
fracture. The fracture position is satisfactory. The other findings
are normal.

ORC/bz

*Referred to Dr. Mauriello*

EMERGENCY DEPARTMENT · WILMINGTON DE · 50250 0

| | AGE | DATE OF BIRTH | MARITAL | RELIGION | RACE | | TYPE: |
|---|---|---|---|---|---|---|---|
| Boyer, Donald | 30 | 03/28/48 | M | | | | SERVICE: EMR |

915 Woodrow Ave.    Wilmington, DE  19801    571-2066

Pautoma

Kelton Construction Co.    OCCUPATION    ADDRESS  9th & Poplar St. Wilm, DE

SOCIAL SECURITY #  222 30 7852    Work Compensation

FAMILY DOCTOR NOTIFIED  Dr. Mauriello

REASON FOR VISIT: Damaged cast- right foot

Cortical fracture Talus

| SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | 10 00 | | | | | | | ☐ LAB |
| | | | | | | | | | ☒ X-RAY |
| | | | | | | | | | ☐ EKG |
| | | | | | | | | | R.T. |

REPORT, PHYSICAL FINDINGS

*[handwritten notes illegible]*

NOTES | BP | T. | P. | R. | ALLERGIES: none known

8/27/78 Cast damaged. Dr Guagliardo called. Pt placed on Crutches
to return 9:15am 8/28/78

CONDITION OF PATIENT AT DISCHARGE

DISCHARGED    ADMITTED TO ROOM

NURSE'S SIGNATURE
DOCTOR'S SIGNATURE

*LETTER*® 44-902

**WilsonJones** ~~Carbonless~~ Snap-A-Way® Forms

*SPEED LETTER*®

TO: C/O Donald Boyer

FROM: HAROLD J. LAGOVEN
medical Dept

SUBJECT: Work Boots

MESSAGE:

The above is to be issued a
Pair of Work Boots size 10 1/2 C

DATE April 93    SIGNED _____

REPLY

FOLD FOR NO. 9

FOLD FOR NO. 10

DATE _____    SIGNED _____

WilsonJones • Carbonless • MADE IN U S A
44-902 Triplicate • © WilsonJones, 1989

RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY

SPEED LETTER®

FROM

Stan Dill

TO

Medical

SUBJECT Donald Bayer    DOB  3/29/48

MESSAGE

High top  Sneakers
Size  10½ C  as per
Dr Wagner's orders

DATE 8/10/93   SIGNED  P. Mackie RN

REPLY

Rec  8-27-93

DATE _____    SIGNED _____

WilsonJones • Carbonless • MADE IN U.S.A.
44-902 Triplicate • © WilsonJones, 1969

RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

(3)

SPEED LETTER

~~from it may concern~~

FROM _Mason_

SUBJECT

MESSAGE

Donald Boyer needs boots & Hi Tec sneakers. His previous shoes are ruined due to chemical on boots from work according to O.O.C.

Size 11

DATE 6/27/94    SIGNED _____

REPLY

DATE _____    SIGNED _____

WilsonJones • Carbonless • MADE IN U.S.A.
44-902 Triplicate • © WilsonJones, 1989

SENDER: DETACH AND RETAIN YELLOW COPY, SEND WHITE AND PINK COPIES

TO Boyer Donald

FROM Medwell

SUBJECT

MESSAGE

One Pair of Work Boots & One Pair of Hi Top Sneakers

DATE 7-22-94      SIGNED X Donald J Boyer

REPLY

FOLD FOR NO. 9

FOLD FOR NO. 10

9      DATE _____      SIGNED _____

**WilsonJones.**   SENDER: DETACH AND RETAIN YELLOW COPY, SEND WHITE AND PINK COPIES.   RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY.

44-902 • Triplicate
44-904 • Quadruplicate

SPEED LETTER®

FROM _Correction Officer_    TO

_Medical_

SUBJECT _Donald Foyer_

LD NO. 9 or 10

MESSAGE

_Pls. allow inmate to use shower shoes till he gets his pair of shoes_

DATE _7/14/95_    SIGNED _Omacgaure_

REPLY

LD FOR NO. 9

LD FOR NO. 10

DATE _____    SIGNED _____

WilsonJones®    RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

44-902 • Triplicate
44-904 • Quadruplicate

SPEED LETTER®

FROM
Stan Dill - Laundry
Donald Boyer

TO
Medical

SUBJECT  Donald Boyer

OLD NO. 9 or 10
MESSAGE

I/M Boyer has been medically authorized
to be issued a pair of Hi-Top Sneakers.
Size 11  Per Dr Robinson

DATE  8-14-95  SIGNED  Maria James Rn

REPLY

FOLD FOR NO. 9
FOLD FOR NO. 10

DATE _____ SIGNED _____

**WilsonJones®**    RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

44-902 • Triplicate
44-904 • Quadruplicate

TO Donald Boyer

6

SUBJECT BooB

MESSAGE

DATE 8-15-95

approval has been granted
for the above mentioned inmate
to receive a pair of boob.

SIGNED Sue Walls

REPLY

DATE

SIGNED

SPEED LETTER

**FROM:** Donald Boyer

**TO:** Medical

⑦

**SUBJECT:** Sneakers

**MESSAGE:**

Please plu Your Size 11 sneakers

X Donald J Boyer

**DATE** 10/ /95    **SIGNED** _(illegible)_

**REPLY**

**DATE** _____    **SIGNED** _____

WilsonJones®

PDU FOR NO. 10

FOLD FOR NO. 9

FORM NO. 9 6-10

RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

Carbonless Snap-A-Way® Forms  ©1993 ACCO USA, Inc.  Made in U.S.A.

44-902 - Triplicate
44-904 - Quadruplicate



· A · GRAM

FROM: DCC - MEDICAL

TO: Donald Boyer — DW

DATE: 11/05/06

ATTENTION OF:

SUBJECT: Sneakers

I've received one pair of Sneakers from medical. Size: 11

D00 82450

SIGNED X Donald Boyer

DATE

Snap · A · Gram

Adams
NC 2973

# MEMORANDUM

| TO | FROM |
|----|------|
| Donald Boyer DW 9 | Medical |

| DATE | SUBJECT |
|------|---------|
| 1-10-97 | |

## MESSAGE

Picked up one pair of Hi-Top Boots
SBI0082420

X Donald J. Boyer

PLEASE REPLY BY_____    NO REPLY NECESSARY_____

Adams
9042
8

## Memorandum





Donald Beyer  SBI # 082420
D East
1181 Paddock Rd
Smyrna, DE 19977

9 November 2006

Dear Mr. Beyer,

I received your letter regarding your concerns on 6 November 2006.    The medical staff should respond with equipment to stabilize a patient at a minimum; transport of patients from one are to another should only be attempted if this becomes necessary due to the risk of injury to the patient.   In approximately 70% of cases the patient can be resuscitated and stabilized on site, no transport is needed.   The time to roll a stretcher to each emergency would slow the staff response time and the bag they have allows the to stabilize the patient until transportation arrives.

The issue of delivery of meals and the meals themselves is under the control of the DOC.   The medical staff does have a properly executed order in your file so you should be receiving them; I would ask that you address your concerns with the kitchen through other grievance channels.

I hope the other grievances you forwarded me have been heard.   We have a extremely competent nurse at DCC who addresses all of these items at that level; please let me know if they have not yet been resolved.

Please write to me if you experience any further problems.

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC:  Warden Thomas Carroll

EX¹BIT
A-15

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY: _DCC_

INMATE'S NAME: _DONALd J BOYER_

HOUSING UNIT: _D EAST_

DATE SUBMITTED: _12-7-05_

SBI#: _082420_

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _12/5/05  9 AM_

TYPE OF MEDICAL PROBLEM:

On the above date and time nurse Christine stated to me that I am "NOT" chronic care so she is not going to assist me in any way when it comes to my Diabetes. I need Doctor Burns to re-order my medication Dr. Burns is the one who handles my medical problems. nurse Christine trys to tell me I do have to pay for my medication which I do not because I am "Chronic Care". See attach sheet of things I need to provide for my Chronic care.

GRIEVANT'S SIGNATURE: _Donald J Boyer_     DATE: _12-7-05_

ACTION REQUESTED BY GRIEVANT: _Will discuss at Hearing_

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

DEC 1 3 2005

Inmate Grievances

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXIBIT

DATE/12-7-05

1 → I NEED TO BE TESTED FOR MY high Blood PRESSURE.

2 → I NEED TO BE TESTED FOR MY DIABETES.

3 → I NEED TO BE PUT BACK ON MY DIABETES DIET.

4 → I NEED A NURSE TO ORDER ME VITAMIN A-D
OITMENT FOR CRACK SKIN OR DRY SKIN.

5 → I NEED TO BE PUT BACK ON MY NEUTOGENA
THERAPEUTIC T/GEL SHAMPOO FOR MY DANDRUFF.

6 → I NEED MY EYE TESTED FOR DIABETES

7 → I NEED MY IBUPROFEN MOTRIN RE-ORDER 90-TABS
FOR CONDITION PAIN.

8 → I NEED MY ALLERGY PILL ACTIFED RE-ORDER.

9 → DOCTOR BURNS IS THE DOCTOR I NEED SEE.

Donald J Boyer
082420

*Ex 19*

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 (Inmate Grievance Procedure) to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

     ____ Disciplinary Action     ____ Parole Decision     ____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

*NEED ACTION REQUESTED TO BE SPECIFIC,*

_____
Inmate Grievance Chairperson

12-22-05
Date

FORM #584

## GRIEVANCE FORM

FACILITY: _DCC_                          DATE: _10-27-06_

GRIEVANT'S NAME: _Donald Boyer_         SBI#: _082420_

CASE#: _80924_                           TIME OF INCIDENT: _1:00 - ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I'm writing this grievance in regards to Sgt. Burton In A-14
chow hall, he is not going by the rules and regulations that the hospital
implicated in their rules and regulations as far as diet trays, and the dietician,
told me if anything should happen regarding my diet that I should write him, concerning
my diet. On the 27th of October at approximatly 1:00 Sgt Burton at A-14
chow hall window served my diet. The diet on the menu said it was supposed to
be chicken. Sgt Burton served me a chicken patty that has, salt, spices
making it very spicy, and I cannot eat that. He gave it to all the inmates that
were on diet's. I explained to him that I couldn't eat it. He said and I
Quote "I don't care, its chicken and your gonna eat it." Then I told

ACTION REQUESTED BY GRIEVANT: _____→ongoing_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _Donald Boyer_        DATE: _10/27/06_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

### (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

NOV 01 2006

Inmate Grievance Office

EXP A-16

②

### FORM #584

### GRIEVANCE FORM

FACILITY: DCC

DATE: 10-27-06

GRIEVANT'S NAME: Donald Boyer

SBI#: 082420

CASE#: 80924

TIME OF INCIDENT: 1:00 - ongoing

HOUSING UNIT: D/E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

him I would write him up to Deputy warden pierce he said, and I Quote, "write a fucking grievance cause I don't care about Deputy warden pierce fuck him, he don't run this kitchen I do, now get the fuck away from the window." I have high blood pressure and I have a diabetic problem, so I am not supposed to eat chicken patties, this is why my blood pressure and sugars are high because they keep messing up my diet, According to the code of conducts book for the gaurds on page 4 section 13 Sgt Burton is illustrating unproffesional conduct and threatning behavior by using profanity twoards me and about the dietician and deputy warden pierce, Also page 6 section 21 Insubordination, All staff should obey job related orders from duly recognised supervisors, which means he should obey the order of the dietician.

ACTION REQUESTED BY GRIEVANT: For deputy warden pierce to have a thourough investigation and as well as security chief scarbourogh, the dietician, and the hospital to investigate these problems as well, And to have the proper diciplinary actions taken so this stops and never happens again. This is not the first Sgt in the chow hall to curse and treat me badly.

GRIEVANT'S SIGNATURE: Donald Boyer    DATE: 10-27-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

#### (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

NOV 01 2006

Inmate Grievance Office

Exibit
A-16

FORM #585

MEDICAL GRIEVANCE

FACILITY: DCC

DATE SUBMITTED: 10-31-06

INMATE'S NAME: Donald Boyer

SBI#: 082420

HOUSING UNIT: D/E

CASE #: 82023

////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

I'm filing this grievance in regards to inadequate and unproffesional medical service, when a code 4 was called yesterday 10-30-06 an inmate in education building was having a stroke, the medical team responded, they went inside the building to give the inmate medical attention, they stayed in there for about 2 minutes trying to help the patient then they realized they didn't have the proper equipment, a stretcher, so the medical staff had to go back to the hospital to get a stretcher while the patient was having seizures and could have possibly diet from the minutes wasted running back to the hospital, This put the inmates life in danger, each building should be equiped with emergency equipment from the hospital in DCC, They should have a gurney, and a stretcher in each Building so the nursing staff doesn't have to run back to the hospital to get one. They should not have a golf cart for an emergency

GRIEVANT'S SIGNATURE: Donald Boyer     DATE: 10-31-06     vehicle

ACTION REQUESTED BY GRIEVANT: For Warden Carrol to have a thourogh investigation through his administrative staff, Deputy warden pierce, Deputy warden Burress security chief Scarbourgh and internal affairs, And the Dicector of the hospital because this is an ongoing problem, and should be looked into immeidiatly before someone Dies.

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED
NOV 06 2006
Inmate Grievance Office

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

EXIBi
A-16

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

WRITE MR. RUNDLE, MEDICAL DIRECTOR

_____
Inmate Grievance Chairperson

11-16-06
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

Emergency

EXiBiT
A-16

FORM #585

MEDICAL GRIEVANCE

FACILITY: _DCC_

INMATE'S NAME: Donald Boyer

HOUSING UNIT: _D//E_

DATE SUBMITTED: _10-31-06_

SBI#: _082420_

CASE #: _82064_

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _ongoing_

TYPE OF MEDICAL PROBLEM:

Im filing this grievance in regards that the rules, regulations, and policies are not being followed according to the dieticians prescribed diets. The kitchen cooks dinnertime around 5:30 and served me a chicken patty this is the second time in a week that this has happened. According to the dietician, I cannot eat a chicken patty that is salty, spicy, and greasy, because I have high blood pressure and I am a diabetic, if I continue to eat the same food that everyone else eats on their trays I might have a stroke or heart attach, it is the kitchen Lewtenent that is in charge of the kitchen and the seargents that are altering the diet menu for cost cutting reasons, It is the same with the diet snacks. This is why my blood pressure is so high, And the doctor needs to have a meeting with the dietician and the medical director and his staff immediatly

GRIEVANT'S SIGNATURE: _Donald Boyer_       DATE: _10-31-06_

ACTION REQUESTED BY GRIEVANT: _For Deputy Warden Pierce to have a thourogh investigation along with Deputy Warden Burres and security chief Scarborough and internal affairs_

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

NOV 0 6 2006

Inmate Grievance Office

NOTE: **EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EXT A-16

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

WRITE G. KLEIN, FOOD SERVICES

_____
Inmate Grievance Chairperson

11-16-06
_____
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

EVIBIT A-16



FORM #584

## GRIEVANCE FORM

FACILITY: DCC

DATE: 10-20-06

GRIEVANT'S NAME: Donald Boyer

SBI#: 082420

CASE#: 80612

TIME OF INCIDENT: ongoing

HOUSING UNIT: D/E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I am writing this grievance because of the unsanitary conditions in chow halls 14 A, 14 B, 14 C, and 14 D. First of all the ventalation systems are clogged with dust, dirt and grease. They need to be cleaned and need new filters. The number of inmates that must be fed makes it impossible to clean the dining room adequatly between meal times creating unsanitary conditions. The tables in the chow halls and the floors need to be pressure washed, especially underneath the tables because its never cleaned there. The walls should be G.I.'ed as well especially since they have food and juice on them especially around the serving windows. The upper windows have spider webs in them as well as

NEXT PAGE ↓

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

GRIEVANT'S SIGNATURE: Donald Boyer     DATE: 10-20-06

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

OCT 2 4 2006

Inmate Grievance Office

EXiBit
A-16

②

④

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                           DATE: 10-20-06

GRIEVANT'S NAME: Donald Boyer          SBI#: 082420

CASE#: 80612                           TIME OF INCIDENT: Ongoing

HOUSING UNIT: D/E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

most of the lower windows. They should be cleaned as well. All of this should be done at least once every 90 days. The chow hall floors need painting as they are chipping badly. The doors that we enter and exit from also need painting. The sanitation crew workers are not doing a good job keeping the chow halls clean and the gaurds supervising them are not doing a good job eaither. There should be no excuse or no exceptions that this institution remains as unsanitary as it is. If having the walls G.I.ed does not clean them then they should be painted as well. The Gards especially Lieutenent Barlow and sgt. creasy are cleaning the tables theirselves with

NEXT PAGE ↓

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: Donald Boyer     DATE: 10-20-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

OCT 2 4 2006

April '97 REV

Inmate Grievance Office

Exibit
A-16

5

③

FORM #584

## GRIEVANCE FORM

FACILITY: _DCC_                                  DATE: _10-20-06_

GRIEVANT'S NAME: _Donald Boyer_                  SBI#: _082420_

CASE#: _80612_                                   TIME OF INCIDENT: _Ongoing_

HOUSING UNIT: _P/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Paper towels and dirty rags from the kitchen. I have witnessed this with my own eyes, this is very unsanitary as it does not get rid of the germs that just pass on to inmates and their food. Through my investigation it took so long to write this grievance because I had to investigate each dining hall, and I came up with the same problems in each one and am now writing the grievance. I have been a sanitation crew leader and enviormental crew for at least 25 years so I know what I'm talking about. I've worked under deputy warden Betty Burris.

ACTION REQUESTED BY GRIEVANT: For Deputy Warden pierce to investigate these matters and to visually check on these matters himself and for him to see the Agency Inspection Reports from Lt. Sheryl Marsh for the past 2 years for the dining halls and complete kitchen area's.

GRIEVANT'S SIGNATURE: _Donald Boyer_        DATE: _10-20-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

OCT 24 2006

Inmate Grievance Office

Exibit
A-16

FORM  #584

**GRIEVANCE FORM**

FACILITY: _DCC_                           DATE: _10-24-06_

GRIEVANT'S NAME: _Donald Boyer_           SBI#: _082420_

CASE#: _81003_                            TIME OF INCIDENT: _5:45 ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Im writing this grievance in regards to Sgt Colligan for unproffessional conduct and verbally
abusive language and threatning and disorderly behavior, in C-14 juice and diet window.
I put my I.D. in the window for my diet and snack I received my diet only, so I went
back and gave my I.D. to the inmate and asked him about my snack he told me that Sgt.
Colligan said that I don't get a snack, just a diet. I told him that's not right because
If that was the case my diet would have ran out. I need my diet tray and snack because I
am a diabetic. Anyway's Sgt Colligan told me to get away from the damn window then I
went to the building Sgt in D-Building and asked him to see why I could not get my snack.
Sgt. Bryant took my I.D. to the window and asked to talk to Sgt Coiligan and asked
Sgt Colligan to check the list for my snack, Sgt. Colligan gave Sgt. Bryant my I.D.

ACTION REQUESTED BY GRIEVANT: _____ | Page 2 of Grievance

GRIEVANT'S SIGNATURE: _Donald Boyle_      DATE: _10-24-06_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

NOV 0 1 2006

Inmate Grievance Office

xiBit
A-16

Page 2    of    7

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                    DATE: _10-24-06_

GRIEVANT'S NAME: _Donald Boyer_    SBI#: _082420_

CASE#: _81003_                     TIME OF INCIDENT: _5:45 ongoing_

HOUSING UNIT: _D/1E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

and told Sgt Bryant, and I quote, "I told that motherfucker he don't get no
motherfucking diet snack and tell that bitch motherfucker to get away from the window."
Sgt. Bryant was shocked to hear that kind of language from a fellow sgt. and told
me to write a grievance. I asked Sgt. Bryant for Sgt. Colligans name and he
got it for me. With my 37 years in prison I have never verbally abused a gaurd.
I have always given them respect and try to teach other inmates to do the same.
Sgt. Colligan was so loud with his abusive language that other inmates in line heard
him. I feel that Sgt Colligan is a threat to security and should not work in the
kitchen around inmates because he is very disrespectfull.

ACTION REQUESTED BY GRIEVANT: _For Sgt Colligan to be investigated by Deputy_
warden Pierce, Security chief Scarborough and Internal affairs. Also to have Sgt.
Bryant interviewed for confirmation.

GRIEVANT'S SIGNATURE: _Donald Boyer_    DATE: _10-24-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

NOV 01 2006

April '97 REV

Inmate Grievance Office

EXIBIT

A 1

# FORM # 585

## GRIEVANCE FORM

FACILITY: DCC                                              DATE: 11/21/06

GRIEVANT'S NAME: Donald J. Boyer                 SBI#   082420

CASE # : _____          TIME OF INCIDENT: Ongoing

HOUSING UNIT: D/East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATE AND NAMES OF OTHERS
INVOLVED IN THE INCIDENT OR ANY WITNESSES.
This grievance is filed against the Grievance Board itself for not processing and hearing grievances in a timely manner.
It takes months and even years to have a simple grievance hearing. And when forms are processed at all, they are too
often dismissed for made up reasons such as "this issue has been grieved before" or "your time has expired" even
when the time has not even come close to expiring. Grievances are also dismissed for "making a request" when the
form itself requires that the section "Action Requested by Grievant" be filled out. So I am being put me in a catch 22.
If I fill out the section as required, the grievance is not heard but if I do the grievance is dismissed for making a
request.

ACTION REQUESTED BY GRIEVANT: For Commissioner Stanley Taylor, Bureau Chief Paul Howard and the
Executive Committee to investigate and audit the grievance system at DCC and the officers to determine if the system
is operating according to law or whether it is merely ostructionist and in existence to prevent grievances from ever
actually being heard.

GRIEVANT'S SIGNATURE: _Donald J Boyer_          DATE: _11/21/06_
_____

WAS AN INFORMAL RESOLUTION ACCEPTED?          ____(YES)     ___ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____
_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE
COMMITTEE.

cc: INSTITUTION FILE
      GRIEVANT

EXIBIT·

A-1




# AMERICAN BOARD OF MEDICAL SPECIALTIES®

1007 Church Street, Suite 404   Evanston, IL 60201-5913   Phone: 847.491.9091
FAX: 847.328.3596
www.abms.org

**Members**
American Board of Allergy & Immunology
American Board of Anesthesiology
American Board of Colon & Rectal Surgery
American Board of Dermatology
American Board of Emergency Medicine
American Board of Family Medicine
American Board of Internal Medicine
American Board of Medical Genetics
American Board of Neurological Surgery
American Board of Nuclear Medicine
American Board of Obstetrics & Gynecology
American Board of Ophthalmology
American board of Orthopaedic Surgery
American Board of Otolaryngology
American Board of Pathology
American Board of Pediatrics
American Board of Physical Medicine
    and Rehabilitation
American Board of Plastic Surgery
American Board of Preventive Medicine
American Board of Psychiatry & Neurology
American Board of Radiology
American Board of Surgery
American Board of Thoracic Surgery
American Board of Urology

**Associate Members**
Accreditation Council for
    Continuing Medical Education
Accreditation Council for
    Graduate Medical Education
American Hospital Association
American Medical Association
Association of American Medical Colleges
Council of Medical Specialty Societies
Educational Commission for
    Foreign Medical Graduates
Federation of State Medical Boards of U.S.
National Board of Medical Examiners

**Public Members**
L. Edward Bryant, Jr., Esq.
Lloyd B. Morgan
Rosemary A. Stevens, Ph.D.

**Officers, 2004-2005**
Harvey W. Meislin, M.D.
    Chair
Cynda A. Johnson, M.D., M.B.A.
    Vice Chair
Joel A. DeLisa, M.D., M.S.
    Secretary-Treasurer

**Staff**
Stephen H. Miller, M.D., M.P.H.
    President and CEO
Sheldon D. Horowitz, M.D.
    Associate Vice President
Julie J. Mohr, MSPH, Ph.D.
    Director of Research
Robert G. Nelson, M.B.A.
    Director of Business Development
Alexis L. Rodgers
    Director of Operations & Publications
Todd J. Tischendorf
    Director of Information Services &
    Systems Development

March 31, 2005

Julian Miller
          Unit D-East F-22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Miller:

Your letter was received at the American Board of Medical Specialties (ABMS) on March 28, 2005.  The ABMS is the umbrella organization for 24 medical specialty boards.  The main focus of ABMS and its 24 Member Boards is the process of certification of physician specialists in the United States.

The ABMS is not a referral service and does not give recommendations to patients.  The ABMS does not process complaints or provide information regarding disciplinary actions that have been filed by the state. The ABMS can verify if a physician is certified by one of its 24 Member Boards.

The *Official ABMS Directory of Board Certified Medical Specialists*, which is available in many medical and public libraries, would be a useful resource to obtain more information regarding certification status of individual physicians. Also, the ABMS has a public education program which provides verbal verification of board certification at 1-800-CERT (776-2378).

In response to your questions:



1) There is no record of a Dr. Sitta Gombeh-Alie in the ABMS database.

2) Requirements of a Medical Director are determined by each health care organization.  A health care organization can require certification but it is not the law.

It is hoped that this information is helpful to you and satisfactorily responds to your request.

Sincerely,

Sheldon D. Horowitz, M.D.
Associate Vice President

A-2

EXIBIT

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D C C._    DATE: _7/8/05_

GRIEVANT'S NAME: _Donald J Boyer_    SBI#: _082420_

CASE#: _17437_    TIME OF INCIDENT: _On going_

HOUSING UNIT: _D- EAST And WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I'm putting this grievance in concerning the poor ventilation on all of the tiers in Building. The return vents are clogged up with dirt and dust, and it is not letting out the hot and stale air off the tiers. It's hard for guys with breathing problems along with chronic illnesses. There is no circulation on the tiers and there are only one fan on all but one tier. The only thing that the fans are doing is circulating hot stale and dust air around.

ACTION REQUESTED BY GRIEVANT: To have the windows taken out of the back doors being's though they have screens on them and to have a couple windows taken out of the front of the tiers, so the air can circulate through all the tiers. To have the return vents cleaned.

GRIEVANT'S SIGNATURE: _Donald J Boyer_    DATE: _7/8/05_    JAN/27/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

o: Commissioner Stan Taylor

ir: Inmates Housed in D-building West and East

RE: Poor ventilation in D-building.

⊗ Grievance was properly filed in reference to this matter and explaining the nature of the problem to Deputy Warden Betty Burris on 7-8-05.

EXIBIT
A-2

Aug 3/05

<u>"Emergency Petition"</u>

(1.) The problems stems from this being the oldest building on the compound, when it gets 90° degrees, inside it feels like 120° degrees. This building was opened some 34 years ago in 1971 and maintenance was not kept up. We request to have 2 or 3 fans put on each tiers, front and back to have some sort of legit ventilation.

(2.) To have the return vents cleaned and new filters put in and the same for the coils, because the vents are covered with paint.

(3.) To have (3) bags of ice in the morning, afternoon and evenings, because of the humidity and heat. Also the cold water buttons to the <u>sinks in the bathrooms are</u> broken and hot or warm water is the only water we have access to, because inmates are not allowed off the tiers just to get water from the water fountain.

(4.) To have all cell doors open at code green, we are being told to stay in our cells until chow is called, that means we have to stay in our cells an extra 4 to 6 hours a day. Do to the heat and stale conditions along with the humidity temperatures get so hot in the cells that we are experiencing dehydration and it's hard to breathe properly.

.) By it being so hot it makes it hard on the guys that have breathing problems, such as Asthma, heart conditions, people taking medications and the elderly, two guys have already had heat strokes. There are (14) guys in wheel chairs on F-tier and the oppresive heat makes mobility difficult for these handicapped individuals.

6.) When the officers get a code green the Showers should be open so the guys can get a cool or cold shower to relieve from the heat. Their are only (3) shower heads on each tier in which were set up for (26) men when the building was all single cells, now the building is double bunked and 7 or 8 guys at a time is trying to get a shower (guys are arguing daily about the shower situations). If the showers were open at code green it would eliminate alot of the overcrowding and tension in which will soon lead to several fights considering guys bunched up in the showers together. August is the hottest month of the year. If something is not done soon its an volcano waiting to explode.

(7.) What we cannot understand is why isint our grievances being heard and the administration that is running this institution isint doing anything about it? We also cant understand why S.1 building has floor fans when it has central air conditioning and Davd E building does not?

(8.) TB now drug resistant, turberculosis has now became resistant to first line drugs and has caused 233 deaths in 2003 alone.

(9.) Inmates in this prison are treated worse than Hitler treated the Jews in the Holocaust especially C and D buildings.

Friday July 22, 2005

A-2

Shower Open

9:00 til 9:45 ———— 45 min

2:00 til 2:45 ———— 45 min

6:55 til 7:45 ———— 50 min

8:40 til 9:50 ———— 70 min

Total = 3 Hours 20 min

For 52 inmates a day.

EX, B, A-2

DATE Aug/1/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|---|---|---|---|---|---|
| Rudolph Hardin | 180391 | 1 | D | E | 1 |
| Tony Poli | 085161 | 2 | D | F | 1 |
| Daniel Maldonado | 276883 | 3 | D | E | 2 |
| Brian Jarrett | 323066 | 4 | D | E | 2 |
| Ron Matthews | 253845 | 5 | D | E | 3 |
| Richard Taylor | 02075114 | 6 | D | F | 4 |
| Kenneth Pierce | 188716 | 7 | D | E | 5 |
| David Taylor | 286531 | 8 | D | E | 5 |
| Johnnlee Harris Sr. | 210748 | 9 | D | E | 25 |
| Ronnie Watson | 162772 | 10 | D | E | 6 |
| Tyrone Bryant | 327461 | 11 | D | E | 7 |
| Jermaine Barnett | 330798 | 12 | D | E | 20 |
| Lester Anderson | 225954 | 13 | D | F | 8 # |
| Chester Lewis | 00341655 | 14 | D | E | 8 A |
| Henry Young | 00181843 | 15 | D | E | 9 |
| Sean Hodge | 348254 | 16 | D | E | 9 |
| F. Tucker | 387340 | 17 | D | E | 21 E |
| | 188737 | 18 | D | E | 10 |
| | 183403 | 19 | D | E | 10 |
| Jose Salmeron | 420001 | 20 | D | E | 11 |
| Donnie D. Weaver | 00150811 | 21 | D | E | 12 |
| Michael S. Bailey | 236372 | 22 | D | E | 12 |
| Benjamin A. McMillan | 00335114 | 23 | D | E | 14 |
| Nicholas A. Rivera | 00522936 | 24 | D | E | 15 |
| George D. Outten | 00326033 | 25 | D | E | 17 |
| Cortez Mangum | 229843 | 26 | D | E | 17 |
| Douglas Bruno | 292251 | 27 | D | E | 16 |
| Bobby Martz | 198948 | 28 | D | E | 18 |
| Ronald Davis | 346256 | 29 | D | E | 19 |
| Donald J. Boyer | 082420 | 30 | D | E | 26 |
| Michael Dennison | 192972 | 31 | D | E | 26 |
| Kevin Jamison | 250217 | 32 | D | E | 7 |
| Carlton White | 308922 | 33 | D | E | 20 |
| Russell Mealy | 090964 | 34 | D | E | 20 |
| Willie Brown | 00228827 | 35 | D | E | 21 |
| Tyreen Mifflin | 310491 | 36 | D | E | 22 |
| Lionel Walley | #158882 | 37 | D | E | 23 |

Exhibit
A.2

DATE
Aug 1/05

②

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|---|-------|------|----------|
| John Warhop | 427775 | 39 | D | E | 6 |
| Marlon Kirtis | D-E, E-13 291259 | 40 | D | E | 13 T |
| EBK Rose | D-E E-13 278044 | 41 | D | E | 13 |
| Charles Street | D-E 24 029440 | 42 | D | E | 24 |
| Elyid James | D-E 0030618 7 | 43 | D | E | 25 |
| Angelo Coles | D-E 00248720 | 44 | D | E | 18 |
| Edwards Wasulewski | D-E-15 252629 | 45 | D | E | 15 |
| Shuda Harmon | D-E 00123841 | 46 | D | E | 19 |
| Errell Pomps | D-E-16 332017 | 47 | D | E | 16 |
| Roger P. Hall | D-E 14 251775 | 48 | D | E | 14 |
| Paul Cousons | | 49 | D | E | 24 |
| John Allen | F-16 390626 | 50 | D | F | 25 |
| Mike Chaplin | F-21 142244 | 51 | D | F | 21 |
| Earl Broadnay | F-22 00298170 | 52 | D | F | 22 |
| Paul Wells | F-4 156296 | 53 | D | F | 4 |
| Willie Young | 348 29 A F-25 | 54 | D | F | 25 |
| | D/E F-7 115-747 | 55 | D | F | 7 |
| Sam Taylor | D/E F-7 247 902 | 56 | D | F | 7 |
| Frank Ford | D/E F-15 209593 | 57 | D | F | 15 |
| James R. Fenton | D/E F-11 196663 | 58 | D | F | 11 |
| Nill Chl | D/E F-9 226006 | 59 | D | F | 9 |
| Keith Hallaner | D-E F-8-39609660 | 60 | D | F | 8 |
| Jonnie T. Harris | D-F F-9-110551 | 61 | D | F | 9 |
| Anthony R Pulli | D-E F-12-311254 | 62 | D | F | 12 |
| John White | D-E F-10 455033 | 63 | D | F | 10 |
| Verzell Banner | D-E F-10 320785 | 64 | D | F | 10 |
| Daniel Rivera | D-E F-16 153591 | 65 | D | F | 16 |
| Chris Chin | D-E F-20 061693 | 66 | D | F | 20 |
| Sam White | D-E D-4 00149857 | 67 | D | F | |
| Roger Munn | D-E D-6 | 68 | D | F | |
| Mr. Duncan T. Knight | D-E D-2 | 69 | D | D | 2 |
| David Cox | D-E D-2 | 70 | D | F | 2 |
| Derek Powell | D-E D-1 | 71 | D | D | 1 |
| Robert Angle | D-E D-11 165835 | 72 | D | F | |
| Al haji M. Lewin | D-E D-15 0 | 73 | D | D | 15 |
| En Shan Helmel | D-E D-20 | 74 | D | | |
| Marlin Dixon | D-E D-15 | 75 | D | D | 20 |

EXIBIT A-2     3     2/2/51     Aug 2/05 DATE

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|----|-------|------|----------|
| Darrell Jackson | | 77 | D | 21 | D B |
| ? | 7827909 | 78 | D | | |
| ? | | 79 | D | | |
| Ravell T. Jones #14 | 1724 | 80 | D | | |
| Lamar M Cotat | 291388 | 81 | D | D6 | |
| A 5 N P A D | | 82 | D | D 7 | |
| Robert W Johnson J. | | 83 | D | D | D 9 |
| Tyrone Bunting | | 84 | D | D12 | |
| Aubrey L. Washington | | 85 | D | D-10 | D-10 |
| Gregory Davis | | 86 | D | D-12 | |
| Donnell Jefferson | 00300875 | 87 | D | D-13 | |
| Ramiro Arriaga | OC474768 | 88 | D | D | D #13 |
| Domingo Torres | 263164 ftier #6 | 89 | D | C | |
| Joel Rodriguez | 387630 Ftier #23 | 90 | D | C | |
| Max Pinder | 383681 ftier #19 | 91 | D | F | 19 |
| Roy Campbell | 276969 Ftier #19 | 92 | D | F | 19 |
| Jeffrey Simms | 198465 | 93 | D | | |
| Wm C capos | 152666 | 94 | D | | |
| ? | | 95 | D | C | 3 |
| Jay Rigald Sr. | | 96 | D | C | 25 |
| Jerome E Clark | 167463 | 97 | D | C | 25 |
| ? | 655564 | 98 | D | C | |
| James S Coulk | 293646 | 99 | D | C | 12 |
| K. Hill | 280323 | 100 | D | | |
| Mark Tingle | 381464 | 101 | D | C | 23 |
| James May | 167347 | 102 | D | C | 6 |
| ? | 280879 | 103 | D | C | 22 |
| ? Banks | 177273 | 104 | D | C | 22 |
| Michael Keeney | 348124 | 105 | D | C | 0 |
| James Bonny | 407223 | 106 | D | | |
| Thomas R White | 368640 | 107 | D | C | 21 |
| John Hart | 362651 | 108 | D | C | 5 |
| Tony Francesco | 0218864 | 109 | D | C | 23 |
| Jeff Johnson | 00206075 | 110 | D | C | 8 |
| Frederick James | 237140 | 111 | D | C | |
| Chah Ben | 163618 | 112 | D | C | C 26 |
| Anthony Coom | 275064 | 113 | D | C | E 8 |

EXIBIT A-2 (4)    2/75

DATE
Aug 2/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO |
|---|---|---|---|---|---|
| Vernon J Braw Sr | 193538 | 115 | D | C | 26 |
| Howard Emf | 405926 | 116 | D | C | 2 |
| Eric Chursey | 490711 | 117 | D | C | 3 |
| Jean D w | 144888 | 118 | D | C | 17 |
| Alfred Jerr | 540137 | 119 | D | C | 13 |
| Pete Schell | 379244 | 120 | D | C | 4 |
| Arthur C Orville | 0048001 | 121 | D | C | 4 |
| Robert L Coverdale | 0080869 | 122 | D | C | 26 |
| Brody Couch | 068028 | 123 | D | C | 20 |
| Fred Calib | 00013488 | 124 | D | C | 20 |
| Todd Davis | 403528 | 125 | D | C | 9 |
| Darell Algey | 348286 | 126 | D | C | 18 |
| | 348278 | 127 | D | C | 19 |
| H. Burton | 0521496 | 128 | D | C | 10 |
| Andre Johnson | 117593 | 129 | D | C | 10 |
| Antonio Jackson | 261493 | 130 | D | C | 12 |
| Henry Gladny | 13200 | 131 | D | C | 14 |
| | | 132 | D | | |
| Von Sturgis | 271898 | 133 | D | C | 13 |
| Buon Seth | 354098 | 134 | D | C | 24 |
| Jonathan West | 226874 | 135 | D | C | 18 |
| Lucas West | 464363 | 136 | D | C | 15 |
| Daniel Robinson | 159415 | 137 | D | C | 15 |
| John Falks | 126134 | 138 | D | C | 14 |
| Joell Santos | 405505 | 139 | D | C | 23 |
| Michael Ross | | 140 | D | C-27 | |
| Alando Brown | 369746 | 141 | D | C-27 | |
| Deonfay Sulbury | 285916 | 142 | D | C- | 1 |
| B. A. | 152529 | 143 | D | C-21 | 11 |
| Ronald Tattoam | 380464 | 144 | D | C-17 | |
| Charles Patterson | 174078 | 145 | D | E- | 25 |
| Rox Boler | 353757 | 146 | D | C- | 14 |
| George King | 168640 | 147 | D | E- | 16 |
| Michael Yehreta | 224146 | 148 | D | C- | 10 |
| Kevin Turner | 232797 | 149 | D | E | 2 |
| Franklin C. Harvey | 188370 | 150 | D | C- | A-16 |
| Glenn Hammond | 191490 | 151 | D | C- | A-1 |
| | | 152 | D | C | 21 |

EXIBIT A-2

5

2/75

DATE

155

TIER — AUS/2/03

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|---|---|---|---|---|---|
| Jamel A Wise | 148620 | 153 | C+ | | |
| Tyrone Kennedy | 386118 | 154 | | B | 17 |
| Tim Hembree | 100523 – 7316 | 155 | | B | 16 |
| TERRY PHILLIPS | 244901 | 156 | | B | 4 |
| Donald Cole | 281479 | 157 | | B | 17 |
| Stephen Sample | 272883 | 158 | | B | 15 |
| Dwight Coleman | 399564 | 159 | | B | 19 |
| Edward Teodoro | 441221 | 160 | | B | 19 |
| R Ross | 223459 | 161 | | B | 18 |
| A Federer | 421771 | 162 | | B | 1 |
| Jacoby Smith | | 163 | | B | 1 |
| Timothy Ross | 370234 | 164 | | | |
| MARIE MASSEY | 359497 | 165 | | | |
| David T. Henry | 202730 | 166 | | | |
| | | 167 | | | |
| | | 168 | | | |
| | | 169 | | | |
| | | 170 | | | |
| | | 171 | | | |
| | | 172 | | | |
| | | 173 | | | |
| | | 174 | | | |
| | | 175 | | | |
| | | 176 | | | |
| | | 178 | | | |
| | | 179 | | | |
| | | 180 | | | |
| | | 181 | | | |
| | | 182 | | | |
| | | 183 | | | |
| | | 184 | | | |
| | | 185 | | | |
| | | 186 | | | |
| | | 187 | | | |
| | | 188 | | | |
| | | 189 | | | |
| | | 190 | | | |
| | | 191 | | | |

EXIBIT            A·2

The inmates hopefully and respectfully prays that your administration staff adheres to these formal complaints formentioned petition to resolve this matter immediatley, and in good faith and good cause that we can continue to communicate on the basis of one to another as human beings.

Respectfully,

Inmates Housed in D-East and West

CC
COMMISSONER, STAN TAYLOR
Governor, Ruthanne Minner

Warden, Carroll

Deputy Warden, E. Burris

Deputy Warden, Pierce

Major Holman

Major Cunningham

Captain Seager's

Internal Affairs

A. 2    **Instructions for Submitting a Regular Grievance**

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

____ **Disciplinary Action**       ____ **Parole Decision**       ____ **Classification Action**

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond  with the appropriate Office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances** must be submitted to the **Inmate Grievance Chairperson.** Photocopies are not accepted.

__✓__ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

__✓__ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

ExiBit

_____
Inmate Grievance Chairperson

AUG 2 9 2006
Date

2/1/06

*Captain henry*    *one time 2 Nary*
*ice*                *at 4 To 12*
                     *ice*
**FORM  #584**       *3/7/06*
                     *E. Tier.*
**GRIEVANCE FORM**

*EXIBIT A·3*

FACILITY: __D C C.__    DATE: __7/8/05__

GRIEVANT'S NAME: __Donald J Boyer__   SBI#: __082420__

CASE#: __21759__    TIME OF INCIDENT: __On going__

HOUSING UNIT: __D- EAST And WEST__

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I'm putting this grievance in concerning the poor ventilation on all of the tiers in . Building. The return vents are clogged up with dirt and dust, and it is not letting out the hot and stale air off the tiers. It's hard for guys with breathing problems along with chronic illnesses. There is no circulation on the tiers and there are only one fan on all but one tier. The only thing that the fans are doing is circulating hot stale and dust air around.

ACTION REQUESTED BY GRIEVANT: To have the windows taken out of the back doors being though they have screens on them and to have a couple windows taken out of the front of the tiers, so the air can circulate through all the tiers. To have the return vents cleaned.

GRIEVANT'S SIGNATURE: __Donald J Boyer__    DATE: __7/8/5__

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

*2/8/06*

**RECEIVED**
AUG 2 9 2005
Inmate Grievance Office

April '97 REV

To: Commissioner Stan Taylor

EXIBIT
A-3

Aug 3/05

27759

Fr: Inmates Housed in D-building West and East

RE: Poor ventilation in D-building.

⊗ Grievance was properly filed in reference to this matter and explaining the nature of the problem to Deputy Warden Betty Burris on 7-8-05.

<u>"Emergency Petition"</u>

(1.) The problems stems from this being the oldest building on the compound, when it gets 100° degrees, inside it feels like 200° degrees. This building was opened some 34 years agoy in 1971 and maintenance was not kept up. We request to have 2 or 3 fans put on each tiers, front and back to have some sort of legit ventilation.

(2.) To have the return vents cleaned and new filters put in and the same for the coils, because the vents are covered with paint.

(3.) To have (3) bags of ice in the morning, afternoon and evenings, because of the humidity and heat. Also the cold water buttons to the sinks in the bathrooms are broken and hot or warm water is the only water we have access to, because inmates are not allowed off the tiers just to get water from the water fountain.

(4.) To have all cell doors open at code green, We are being told to stay in our cells until chow is called, that means we have to stay in our cells an extra 4 to 6 hours a day. Do to the heat and stale conditions along with the humidity temperatures get so hot in the cells that we are experiencing dehydration and it's hard to breathe properly.

Exhibit A

5.) By it being so hot it makes it hard on the guys that have breathing problems, such as Asthma, heart conditions, people taking medications and the elderly, two guys have already had heat strokes. There are (14) guys in wheel chairs on F-tier and the oppresive heat makes mobility difficult for these handicapped individuals.

6.) When the officers get a code green the showers should be open so the guys can get a cool orp cold shower to relieve from the heat. Their are only (3) shower heads on each tier in which were set up for (26) men when the building was all single cells, now the building is double bunked and 7 or 8 guys at a time is trying to get a shower (guys are arguing daily about the shower situations). If the showers were open at code green it would eliminate alot of the overcrowding and tension in which will soon lead to several fights considering guys bunched up in the showers together. August is the hottest month of the year. MAY JUNE JULY If something is not done soon its an volcano waiting to explode.

7.) What we cannot understand is why isin't our grievances being heard and the administration that is running this institution isn't doing anything about it? We also cant understand why S.1 building has floor fans when it has central air conditioning and Daud E building does not?

8.) TB now drug resistant, turberculosis has now became resistant to first line drugs and has caused 233 deaths in 2003 alone.

9.) Inmates in this prison are treated worse than Hitler treated the Jews in the Holocaust especially C and D buildings.

EXiBit    Friday July 22, 2005
A.3

Shower Open

9:00 til 9:45 ———— 45 min

2:00 til 2:45 ———— 45 min

6:55 til 7:45 ———— 50 min

8:40 til 9:50 ———— 70 min

Total = 3 Hours 20 min

for 52 inmates a day.

EXIBIT A-3    (1)    DATE Aug/1/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO |
|-------|---------|--|-------|------|---------|
| Rudolph Hardin | 180391 | 1 | D | E | 1 |
| Tony Poli | 085261 | 2 | D | F | 1 |
| Daniel Maldonado | 276883 | 3 | D | E | 2 |
| Brian Jamler | 323066 | 4 | D | E | 2 |
| Ron Matthews | 253845 | 5 | D | E | 3 |
| Richard Traylor | 0207514 | 6 | D | E | 4 |
| Kenneth Pierce | 188716 | 7 | D | E | 5 |
| David Taylor | 286531 | 8 | D | E | 5 |
| Johnnie Harris L. | 210748 | 9 | D | E | 25 |
| Rummie Wethins | 162772 | 10 | D | E | 6 |
| Tyrone Bryant | 324461 | 11 | D | E | 7 |
| Jermaine Barnett | 330792 | 12 | D | E | 20 |
| Lester Anderson | 225954 | 13 | D | E | 8 # |
| Chester Lewis | 00341655 | 14 | D | E | 8 A |
| Henry Young | 00181843 | 15 | D | E | 9 |
| Hank Hodgin | 348254 | 16 | D | E | 9 |
| F. Tyukaty | 387340 | 17 | D | E | 2LE |
| | 188737 | 18 | D | E | 10 |
| | 183403 | 19 | D | E | 10 |
| Jose Salmeron | 420001 | 20 | D | E | 11 |
| Donnie O. Weaver | 00150811 | 21 | D | E | 12 |
| Michael S. Bailey | 236372 | 22 | D | E | 12 |
| Benjamin A. McMillan | 00335114 | 23 | D | E | 14 |
| Nicholas O. Rivera | 00522936 | 24 | D | E | 15 |
| George D. Outten | 00326033 | 25 | D | E | 17 |
| Cotter Hart mm | 229843 | 26 | D | E | 17 |
| Douglas Bruno | 292251 | 27 | D | E | 16 |
| Bobby Marts | 198948 | 28 | D | E | 18 |
| Ronald Davis | 346256 | 29 | D | E | 19 |
| Donald J. Boyer | 082420 | 30 | D | E | 26 |
| Michael Dennison | 192972 | 31 | D | E | 26 |
| Kevin Jamison | 250217 | 32 | D | E | 7 |
| Graham White | 308922 | 33 | D | E | 20 |
| Russell Mealy | 040964 | 34 | D | E | 20 |
| Willie Brown | 00228827 | 35 | D | E | 21 |
| Tyson Mifflin | 310491 | 36 | D | E | 22 |
| Lionel Walley | #158882 | 37 | D | E | 23 |

A-3 EXIBA

②

DATE
Aug 1/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO |
|-------|---------|---|-------|------|---------|
| John Warken | 4 2 7 7 7 5 | 39 | D | E | 6 |
| Martin Rivera | D-E, E-13 291259 | 40 | D | E | 13 T |
| Eric Rose | D-E E-13 278049 | 41 | D | E | 13 |
| Charles Street | D-E 24 029440 | 42 | D | E | 24 |
| Elijah Sama | D-E 0030687 | 43 | D | E | 25 |
| Angelo Coles | D-E 00248720 | 44 | D | E | 18 |
| Edward Wasilewski | D-E-15 252629 | 45 | D | E | 15 |
| Alberta Harmos | D-E 0012388/ | 46 | D | E | 19 |
| Everett Bonfr | D-E-16 332017 | 47 | D | E | 16 |
| Roger P. Hall | D-E 14 251775 | 48 | D | E | 14 |
| Paul Consko | | 49 | D | E | 24 |
| John Allen | F 16 398626 | 50 | D | F | 20 |
| Mike Chaplin | F 21 142244 | 51 | D | F | 21 |
| Gary Broadnax | F 22 00292170 | 52 | D | F | 22 |
| Paul Wells | F 24 156296 | 53 | D | F | 4 |
| Willy Evans | 348292 F-25 | 54 | D | F | 25 |
| | D/E F7 115-747 | 55 | D | F | 7 |
| Sam Leyla | D/E F 7 247 902 | 56 | D | F | 7 |
| Frank Ford | D/E F-15 209593 | 57 | D | F | 15 |
| James R. Fenton | D/e F-11 196663 | 58 | D | F | 11 |
| Will Chi. | D/e F9 226006 | 59 | D | F | 9 |
| Wittin Hallman | D E F-8-396096 | 60 | D | F | 8 |
| Jonnie T. Harris | D-E F 9-110557 | 61 | D | F | 9 |
| Anthony R Pulli | D-E F 12-311254 | 62 | D | F | 12 |
| John White | D-E F 10 455033 | 63 | D | F | 10 |
| Verzell Banner | D-E F·10 320785 | 64 | D | F | 10 |
| Emil Rivera | D-E F 16 153591 | 65 | D | F | 16 |
| Eric Ann | D E F 20 061693 | 66 | D | F | 20 |
| Stan White | D-E D4 00149357 | 67 | D | F | |
| Roger Hmm | D-E D6 | 68 | D | F | |
| Mrs. Duwan J. Knight | D-E D2 | 69 | D | D | 2 |
| Davie Cox | D-E D2 | 70 | D | F | 2 |
| Derek Powell | D-E D-1 | 71 | D | D | 1 |
| Robert Angle | D E D-11 165835 | 72 | D | F | |
| Al hajj M. Lewis | D-E D-15 0 | 73 | D | D | 15 |
| Sos Offer Palmer | D-E D-20 | 74 | D | F | |
| Melvin Glynn | D-E D-15 | 75 | D | D | 20 |
| | | 76 | D | | |

EX14

3    A-3

Aug 2/05 DATE

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|-----|-------|------|----------|
| Darrell Jackson | | 77 | D | 21 | DB |
| Gregory | F8227909 | 78 | D | | |
| Royd Davis | | 79 | D | | |
| Kevil T Jones Th 14 | | 80 | D | | |
| Jamar Natol | 291388 | 81 | D | D6 | |
| H 5NPAP | | 82 | D | D7 | |
| Robert W Johnson J. | | 83 | D | D | D9 |
| Tyrone Bunting | | 84 | D | D12 | |
| Aubrey L Washington | | 85 | D | D-10 | D-10 |
| Gregory David | | 86 | D | D-12 | |
| Donnell Jackson | 00206875 | 87 | D | D-17 | |
| Ramiro Arinaga | 00474768 | 88 | D | D | D#13 |
| Domingo Torres | 263164 F Tier #6 | 89 | D | C | |
| Joe Rodriguez | 387630 F Tier 23 | 90 | D | C | |
| Max Rider | 383681 f tier #19 | 91 | D | F | 19 |
| Roy Campbell | 276969 F tier #19 | 92 | D | F | 19 |
| Jeffrey Simms | 199602 | 93 | D | | |
| Wm Creevy | 152666 | 94 | D | | |
| | | 95 | D | C | 3 |
| Jas Rigdle Sr. | | 96 | D | C | 25 |
| Jerome E Clark | 167463 | 97 | D | C | 25 |
| Donald McShann | 655504 | 98 | D | C | |
| James Could | 293646 | 99 | D | C | 12 |
| Kris Hill | 280323 | 100 | D | | |
| Mark Tingle | 381464 | 101 | D | C | 23 |
| James Miles | 167347 | 102 | D | C | 6 |
| Taylor | 280879 | 103 | D | C | 22 |
| Tony Banks | 177273 | 104 | D | C | 22 |
| Michael Keene | 348124 | 105 | D | C | Q |
| James M Berry | 407223 | 106 | D | | |
| Thomas # White | 368690 | 107 | D | C | 21 |
| John Hart | 362651 | 108 | D | C | 5 |
| Jomez Francisco | 0218186G | 109 | D | C | 29 |
| Jeff Johnson | 00206075 | 110 | D | C | 8 |
| Fredrick Jones | 237140 | 111 | D | C | |
| Charles Keen | 163618 | 112 | D | C | C26 |
| Anthony Cooper | 275064 | 113 | D | C | C8 |

A·3   ④   FILED   DATE

Aug 2/05

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|---|---|---|---|---|---|
| Vernon Z Brown Sr | 193538 | 115 | D | C | 26 |
| Raynard Emery | 405926 | 116 | D | C | 2 |
| Eric Christy | 490711 | 117 | D | C | 3 |
| John D Roy | 144888 | 118 | D | C | 17 |
| Alfred Terry | 340137 | 119 | D | E | 13 |
| Peter Schell | 399244 | 120 | D | E | 4 |
| Arthur C. Orwolfe | 00480001 | 121 | D | C | 4 |
| Robert L Coverdale | 00280859 | 122 | D | C | 26 |
| Brody Couch | 868028 | 123 | D | C | 20 |
| Fred Calder | 0001348 | 124 | D | C | 20 |
| Todd Davis | 403528 | 125 | D | C | 9 |
| Derell Filey | 348281 | 126 | D | C | 18 |
| J Jyp | 348218 | 127 | D | C | 19 |
| J Burton | 00521496 | 128 | D | C | 10 |
| Andre Johnson | 117593 | 129 | D | C | 10 |
| Antonio Jackson | 261493 | 130 | D | C | 12 |
| Henry Gooding | 13200 | 131 | D | C | 14 |
| | | 132 | D | | |
| Von Sturgis | 271898 | 133 | D | C | 13 |
| Buon Seth | 354098 | 134 | D | C | 24 |
| Jonathan West | 226874 | 135 | D | C | 18 |
| Lucas West | 464363 | 136 | D | C | 15 |
| Daniel Robinson | 159415 | 137 | D | C | 15 |
| John Ralph | 126134 | 138 | D | C | 19 |
| Joseph Dotson | 805505 | 139 | D | C | 23 |
| Michael Ross | | 140 | D | C-21 | |
| Orlando Brown | 369746 | 141 | D | C-21 | |
| Timothy Gibbs | 285416 | 142 | D | C- | 1 |
| R A Pink | 152529 | 143 | D | C-21 | 11 |
| Ronald Tattoon | 380464 | 144 | D | C-17 | |
| Charles Patterson | 174078 | 145 | D | E | 25 |
| Rex Baker | 353757 | 146 | D | C- | 14 |
| George King | 168640 | 147 | D | E- | 16 |
| Michael Yelkeston | 224146 | 148 | D | C- | 10 |
| Kevin Turner | 232797 | 149 | D | E | 2 |
| Franklin C. Harvey | 188370 | 150 | D | C- | A-16 |
| Glenn Hammond | 191490 | 151 | D | C- | A-1 |
| | 277725 | 152 | D | E-26 | |

A-3    5    EXIBIT

DATE
- AUS/2/03

| NAME: | SBI NO: | | BLDG: | TIER | CELL NO. |
|-------|---------|---|-------|------|----------|
| James A Wiese | 148620 | 153 | | | |
| Tyrone Kennedy | 386118 | 154 | | B | 17 |
| Tim Hembree | 160523 - 73 16 | 155 | | B | 16 |
| TERRY PHILLIPS | 244901 | 156 | | B | 4 |
| Donald Cole | 281479 | 157 | | B | 17 |
| Stephen Sample | 272883 | 158 | | B | 15 |
| Dwight Coleman | 399564 | 159 | | B | 19 |
| Anthony Tourreac | 441221 | 160 | | B | 19 |
| R Cross | 223459 | 161 | | B | 18 |
| A Federox | 421771 | 162 | | B | 1 |
| Jacoby Smith | | 163 | | B | 1 |
| Timothy Less | 370234 | 164 | | | |
| MARK MASSEY | 359497 | 165 | | | |
| David T. Henry | 202730 | 166 | | | |
| | | 167 | | | |
| | | 168 | | | |
| | | 169 | | | |
| | | 170 | | | |
| | | 171 | | | |
| | | 172 | | | |
| | | 173 | | | |
| | | 174 | | | |
| | | 175 | | | |
| | | 176 | | | |
| | | 178 | | | |
| | | 179 | | | |
| | | 180 | | | |
| | | 181 | | | |
| | | 182 | | | |
| | | 183 | | | |
| | | 184 | | | |
| | | 185 | | | |
| | | 186 | | | |
| | | 187 | | | |
| | | 188 | | | |
| | | 189 | | | |
| | | 190 | | | |
| | | 191 | | | |
| | | 192 | | | |

The inmates hopefully and respectfully prays that your administration staff adheres to these formal complaints formentioned petition to resolve this matter immediatley, and in good faith and good cause that we can continue to communicate on the basis of one to another as human beings.

Respectfully,

Inmates Housed in D-East and West

CC
COMMISSONER, STAN TAYLOR
Governor, Ruthanne Minner

Warden, Carroll

Deputy Warden, E. Burris

Deputy Warden, Pierce

Major Holman

Major Cunningham

Captain Seager's

Internal Affairs

**Instructions for Submitting a Regular Grievance**

A-3

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____  **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has
        been highlighted. The grievance may be resubmitted omitting this language.

_____  **Non-Grievable.** This issue has been defined as non-grievable in accordance with
        DOC Policy 4.4. These procedures have their own appeal process that must be followed.

        _____ Disciplinary Action      _____ Parole Decision      _____ Classification Action

_____  **Request.** Requests are not processed through the grievance procedure. Please
        correspond with the appropriate Office to secure the information that is requested.

✓      **Duplicate Grievance(s).** This issue has been addressed previously in
        Grievance # 21000.

✓      **Original Grievances** must be submitted to the Inmate Grievance Chairperson.
        Photocopies are not accepted.

✓      **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓      **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.


_____
Inmate Grievance Chairperson

AUG 2 9 2005
_____
Date

2/1/06

(✻ Emergency Grievance)

EXIBIT  E-16
A-4

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 7/8/05

GRIEVANT'S NAME: Donald Boyer        SBI#: 082420

CASE#: 17437                    TIME OF INCIDENT: On Going

HOUSING UNIT: D-East tier E-26

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I'm putting this grievance in concerning the poor ventilation
on all the tiers in D-Building. The return vents are clogged up
with dirt and dust. It's not taking out the hot stale air off
the tiers. It's hard for guys with breathing problems along with
cronic illnesses.
   There is no circulation on the tiers and there are only
two fans on some tiers and some tiers only have one fan. The
only thing that the fans are doing is circulation hot stale air
around.

ACTION REQUESTED BY GRIEVANT: To have the windows at the back of the
tiers taken out beings they have screens on them and to have a
couple windows taken out at the front of the tiers so the air
can circulate through the tiers. To have the return vents
cleaned.

GRIEVANT'S SIGNATURE: Donald Boyer        DATE: 7/8/05

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

9/22
2005  RECEIVED  SEP 22

AUG 02 2005

Inmate Grievance Office

April '97 REV

Emergency Grievances

EXIBIT  A-4

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                    DATE: _Aug 22/03_

GRIEVANT'S NAME: _DONALd J BoyER_    SBI#: _082420_

CASE#: _21771_                    TIME OF INCIDENT: _On going_

HOUSING UNIT: _D·EAST AND WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I am filing this grievance in Regard to rules and
regulations of institutional policies are not being
followed. The problem is ice distribution as of
the 22nd of Aug. D-East and D-West tiers only
receive one bag of ice twice a day. We don't
receive any ice at 9am. Lack of sufficient ice causes
arguments among inmates which there are 52 on tier.
We do not have access to any drinking water except
what is available in restrooms and water is warm.
Correctional Officers do not like giving access to inmates
                                                    page ①

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

AUG 2 9 2005

April '97 REV

Inmate Grievance Office

2/2/06

EXIBIT
A-4

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _DCC_    DATE: _8/22/05_

GRIEVANT'S NAME: _DONALd J BOYER_    SBI#: _082420_

CASE#: _____    TIME OF INCIDENT: _on going_

HOUSING UNIT: _D-EAST ANd WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

to get cold water from water fountain. C/O Calhoun stated
Capt. Henry has denied inmates access to water
fountain reason being a security concern. When ice is
made available 1 bag is distributed at 11am and 6pm.
So ice is done without for 18 hours. Why is it that S-1
has 28 inmates on tier and receives 2 bags of ice at
11am and 6:30pm. S-1 has air conditioning made available
to inmates also.

Page 2

ACTION REQUESTED BY GRIEVANT: For memo to be distributed by
Warden immediatly and for inmates to be allowed
to come out on code green to obtain ice because some
inmates are dehydrating. Warden when Capt. Henry approached
with problems she states file a grievance could you make

GRIEVANT'S SIGNATURE: _Donald J Boyer_    DATE: _Aug 22/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

AUG 2 9 2005

**Inmate** Grievance Office

EXiBit
A-4

FORM #584

GRIEVANCE FORM

FACILITY: _D C C_

DATE: _8/22/05_

GRIEVANT'S NAME: _DoNAld J BoYER_

SBI#: _682420_

CASE#:

TIME OF INCIDENT: _on going_

HOUSING UNIT: _D-EAST AND WEST_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

page ③

ACTION REQUESTED BY GRIEVANT: _Capt Henry distributes proper amount of ice. 3 bags of ice at 9am, 11am, and 6pm Reason being heat and humidity_

GRIEVANT'S SIGNATURE: _Donald J Boyer_    DATE: _AUG 22/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

AUG 2 9 2005

Inmate Grievance Office

EXIBIT
A-4

**FORM  #584**

**GRIEVANCE FORM**

E-2C

FACILITY: D.C.C.    DATE: Nov, 13, 05

GRIEVANT'S NAME: Donald Buyer    SBI#: 082420

CASE#: 20821    TIME OF INCIDENT: 9:45 PM

HOUSING UNIT: D EAST

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the above date and time Nov, 13, 05 9:45 PM
C/o Griffin removed E tier's coffee pot and hid it
for the remainder of the night then the 12-8 shift.
C/o Griffin did not log the incident nor did he
inform the 12-8 officers of the whereabouts of the
coffee pot. When ask where is the coffee pot He stated
don't worry about it, I can do what I want to do.
C/o Griffin was told by his Lt.'s and Capt Hazzard
to leave the coffee pot and ice chest alone. C/o Griffin
is abusing his job duties and creating a unhealthy environment.

ACTION REQUESTED BY GRIEVANT: Will be discuss at hearing.

GRIEVANT'S SIGNATURE: Donald Boyce    DATE: 11/14/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    X (NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

NOV 2 1 2005

April '97 REV

Inmate Grievance Office

12/14/05

EXIBIT
A-5



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone:  (302) 653-9261
Fax:  (302) 659-6668

<u>MEMORANDUM</u>

TO:        IM Donald Boyer SBI# 082420 D-East E26B

FROM:    Deputy Warden Pierce

DATE:    January 25, 2006

RE:        Staff Issues

I received your letter dated January 22, 2006, regarding issues with staff and assure you my office will be looking into the matter.

DP/dc
Attachment
cc:      File

Received
on
4 to 12
JAN 29/06

EXIBIT
A-5

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: DCC                          DATE: 1/22/06

GRIEVANT'S NAME: Donald J. Boyer       SBI#: 082420

CASE#:                                 TIME OF INCIDENT: 1840

HOUSING UNIT: D - E 2-6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR  ANY WITNESSES.

On 1/21/06 Capt. McCreanor used the
racial slur "you people" in reference to me
and another inmate. He had the distinct
smell of alcohol on his breath in violation of
SOP 8.9. He was intimidating, offensive
and unprofessional in his conduct, demeanor
and language — at one point saying, "Get
the F away from here."

ACTION REQUESTED BY GRIEVANT: An investigation of Capt.
McCreanor and alcohol treatment such as
Alcoholics Anonymous be given.

GRIEVANT'S  SIGNATURE: Donald J Boyer    DATE: 1/22/06

WAS AN INFORMAL RESOLUTION ACCEPTED?         _____(YES)   ✓(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____         DATE:_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

EXiBit A-5

D East
E 2605
Donald J. Boyer  os242c
D-East
E-Tier / cell 26
Jan. 22, 2006

Warden Thomas Carroll
DCC,
Smyrna, DE 19977
Re: Captain McCreanor
Dear Warden Carroll:

**RECEIVED**

JAN 2 3 2006

**DCC** Warden's Office

On Jan. 21, 2006 at approximately 1800 I and Amir Fatir were heading to evening chow when we heard someone screaming, "You people! I'm talking to you people! Get over here."

When I looked up I saw it was Capt. McCreanor. I asked, "What's the problem?"

He said, "Both of you, get over here." When I got closer he yelled "Where's your I.D."

I told him it was on my shirt. He got up in my face and shouted, "Put it on your coat."

That is when I smelled alcohol on his breath. I took a step back and he yelled "Get back over here. That's your problem with you people."

EXIBIT A-5

-2-

I then said, "What do you mean by 'you people?'"

Capt. Creamer ignored my question pointed to Kabir and yelled, "Get the F away from here. Head off."

He then seemed to catch himself and yelled out, "I didn't curse at you."

It was all very bizarre.

He took my I.D. and told me to go to chow.

In his drunken state, Capt. McCreamer seemed bent on causing a disturbance.

We should not be on the compound when he is intoxicated. It places inmates and staff in jeopardy.

I am asking you to please investigate this matter and see if Capt. McCreamer has a serious drinking problem and if he does, get him some help.

DCC Standards of Conduct, SOP 8.9, F. States "Under no circumstances will any employee consume drugs or intoxicants, including beer and wine, eight hours prior to assigned tour of duty." The SOP goes on to say an employee will not have alcohol on his breath (F.6).

Capt. McCreamer violated that SOP

EXIBIt A-5

- 3 -

and presented a bad example for staff and inmates.

I.D.'s are suppsed to be afixed to you Shirt pocket, not the Coat.

Capt. McCreanor should be instructed to refrain from creating his own policy on the Spot.

Sincerely,

Donald J. Boyer

EXIBIT   A-6

David B. Houston #001-37-142
HIV/AIDS Peer Education Program
Delaware Correctional Center
1181 Paddock Road, D-East
Smyrna, Delaware. 19977

Jeremy McEntire
245 McKee Road
Smyrna, Delaware. 19977


February 6, 2006

Please find enclosed a list of what I see as correctable items in order of difficulty, which
may help solve a few of "F-Tier's" problems.

---

### Showers:

Removal of fungal or bacterial growth on shower walls and
peeling paint.  (Bleach does not work)

Place hand rails on shower to prevent any more slip and fall accidents.

Strip to the bare block and paint or tile shower walls to prevent further
growth of mold like substance.

### Cells:

Spray all cell and utility closets between cells for spiders and roaches.

Replace all cloth covered mattresses with a water proof covering as
in the main hospital unit to protect against all body fluid.
(Bowel and urine)

Fix exhaust and intake vents in all cells, that they have a positive and
negative flow in this semi- closed environment.

Top bunks need hand rails to allow safe entry and exit of the bunk by
all  assigned inmates no matter their size or age. Most inmates assigned to
F-Tier are physically handicapped and cannot make this transition easily
or safely.

A short ladder either bolted or welded to the foot of the bunk would allow
the over weight, elderly or physically handicapped a better chance of safe
entry and exit from the top bunk in these cells.

ExHiBit A-6

## The Tier Residents:

The corrections officers are required to make area checks of each tier
every 20 – 30 minutes (D – E -- F) per 8 hour shift, 3 shifts per day
for the purpose security. They are not trained in mental health issues
and can only visually check for verbal complaint missing persons or
a man down. There has never been a nurse or doctor assigned to do rounds
of the F-Tier Chronic Care Unit as there are inmates with a wide range of
physical and emotional disabilities present ei., cardiac, diabetic,
dermatological and HIV/AIDS. From all accounts, most people employed
by CMS have no idea that this unit exists and therefore do not treat the
residents with the same care as on the main wards of the hospital and this
needs to be rectified as soon as possible.

Hopefully this will help you and Mr. Welch fix or resolve some the problems
suffered by the residents of Chronic Care Unit on F-Tier. Should there be any further
questions or assistance required, please feel free to contact me.
Thank you,

                                        Sincerely

                                        David B. Houston
                                        HIV/AIDS Peer Education Program,
                                        D.C.C.

Cc: Alfred Onounga, Director Delaware Center for Justice, Inc.
    Linda Kemp, Supervisor, Peer Educations Program
    File.

DONALD BOYER

EXIBIT A-7

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                    DATE: 02/28/06

GRIEVANT'S NAME: DONALd BOYER    SBI#: 082420

CASE#: 24248                     TIME OF INCIDENT: _____

HOUSING UNIT: D East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

D Bldg. lacks a proper ventilation system.
The absence of a true ventilation system
in cells and tiers, corroded coils, clogged
vents and overcrowding (double-bunking)
impairs breathing, causes and exacerbates
respiratory ailments and infectious diseases.
These violate the 8th Amendment of the
U.S. Constitution.

ACTION REQUESTED BY GRIEVANT: Complete renovation
or evacuation of D-Building. A new
building fit for human habitation be built
with single rooms, not double-bunked in
rooms designed for one.

Donald Boyer
GRIEVANT'S SIGNATURE                    DATE: 02/28/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

RECEIVED

cc: INSTITUTION FILE
     GRIEVANT

MAR 0 1 2006

April '97 REV

Inmate Grievance Office
Received

DONALD BOYER
EXIBIT A-7

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC

DATE: 02/28/06

GRIEVANT'S NAME: DONALD BOYER    DONALD BOYER

DONALD BOYER

SBI#: 082420

CASE#: 2/248

TIME OF INCIDENT: _____

HOUSING UNIT: D - East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

D - Bldg. is double-bunked when it was designed for only one person per room. This violates the U.S. District Court order in Anderson v. Redman. As I was, incarcerated prior to double-bunking rule, change, to force me to be double-bunked violates the ex post facto clause of the U.S. Constitution.

ACTION REQUESTED BY GRIEVANT: Return D - Bldg. to single bunking or return me to my single room in W - Bldg.

GRIEVANT'S SIGNATURE: Donald Boyer    DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 0 1 2006

April '97 REV

Inmate Grievance Office

DONALD BOYER
EXIBIT
A-7

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC

GRIEVANT'S NAME: DONALD BOYER

CASE#: 24246

HOUSING UNIT: D-East

DATE: 02/28/06

SBI#: 082420

TIME OF INCIDENT:

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

The bathrooms on D r E Tiers have both warm insufficient working toilets and urinals, peeling paint, no door on bathroom for D Tier, no stalls for even a medium of privacy, especially since women staff often work the Tiers, rust on windows, bacteria throughout. The condition of the bathroom endangers health and, amounts to cruel and unusual punishment.

ACTION REQUESTED BY GRIEVANT: Complete renovation of bathrooms, doors installed, stalls installed, complete disinfection of bathroom.

GRIEVANT'S SIGNATURE: Donald Boyer    DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 0 1 2006

April '97 REV

Received 1/1 Inmate Grievance Office

DONALD BOYER
EXIBIT
A-7

FORM  #584

GRIEVANCE FORM

FACILITY: DCC

DATE: 02/28/06

GRIEVANT'S NAME: Donald Boyer

SBI#: 082420

CASE#: 292478

TIME OF INCIDENT:

HOUSING UNIT: D East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The soil at DCC is contaminated with
rayen and other lethal contaminants. This
places my health at risk.

ACTION REQUESTED BY GRIEVANT: Test Soil at DCC o make
test results known. If contaminants cannot
be quickly removed all inmates should be
relocated or released.

GRIEVANT'S SIGNATURE: Donald Boyer  DONALD BOYER

DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAR 0 1 2006

Inmate Grievance Offic

DONALd BoYER
EXiBit
A-7

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_

GRIEVANT'S NAME: _Donald Boyer_  (DONALd BoYES)

CASE#: _2d/248_

HOUSING UNIT: _D  East_

DATE: _02/28/06_

SBI#: _082420_

TIME OF INCIDENT: _____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Due to overcrowding and double-bunking the_
_noise levels in D-Bldg. are extremely high._
_Excessive noise causes hearing loss, stress,_
_anxiety and hypertension._

ACTION REQUESTED BY GRIEVANT: _End double-booking in D_
_Bldg. Return to the design capacity._

GRIEVANT'S SIGNATURE _Donald Boyer_        DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAR 0 1 2006

Inmate Grievance Office

DONALD BOYER
EXIBIT
A-7

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: DCC                          DATE: 02/28/06

GRIEVANT'S NAME: DONALD BOYER    SBI#: 082420
DONALD BOYER

CASE#: 202278                          TIME OF INCIDENT:

HOUSING UNIT: D East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The water in D-Bldg. is contaminated with
deadly minerals fecal matter, bacteria and
other lethal disease-causing contaminants in
violation of the 8th Amendment of the U.S.
Constitution. There is no adequate water
treatment system to purify water.

ACTION REQUESTED BY GRIEVANT: Provide clean drinking and
bathing water. Provide water test results
for past two years. Evacuate D-Bldg. if
water cannot be cleaned immediately.

GRIEVANT'S SIGNATURE: Donald Boyer  DONALD BOYER    DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 0 1 2006

April '97 REV

Inmate Grievance Office

4/27/06

DONALd BOYER
EXiBit
A-7

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                          DATE: 2/28/06

GRIEVANT'S NAME: DONALd BOYER          SBI#: 082420

CASE#: 2/248                           TIME OF INCIDENT:

HOUSING UNIT: D East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The showers in D Building contain deadly mold,
placing health in peril in violation of the
8th Amendment of the U.S. Constitution.
The mold is deadly black mold. The mold was
painted over but is exerting through the bricks.

ACTION REQUESTED BY GRIEVANT: Showers be completely
stripped, professionally decontaminated and
all new showers, floors and walls be
installed.

GRIEVANT'S SIGNATURE: Donald Boyle           DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____ (YES)   _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____      DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 0 1 2006

Inmate Grievance Office

April '97 REV           4/27/06

DONALD BOYER
EXIBIT
A-7

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                                           DATE: 02/28/06

GRIEVANT'S NAME: DONALD BOYER    SBI#: 082420

CASE#: 24248                          TIME OF INCIDENT:

HOUSING UNIT: D - East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Cells in D-Bldg. lack chairs, stools, cabinets,
tables, TV stands for both prisoners, ladders for
climbing to the top bunk. Lack of chairs, desks
& tables violate First Amendment. Inability to even
sit down violates the Eighth Amendment. Lack of
cabinets places personal property at risk and violates
equal protection since some other buildings
have cabinets provided. No ladders violates
cruel & unusual punishment. Only 1 TV stand in
rooms with 2 violates equal protection

ACTION REQUESTED BY GRIEVANT: End double-bunking or provide
chairs, ladders, stools, desks, cabinets & TV stands
for D-Bldg.

GRIEVANT'S SIGNATURE: DONALD BOYER          DATE:

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAR 0 1 2006

Inmate Grievance Office

4/22/06





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

MEMORANDUM

TO:        IM Donald Boyer SBI# 082420 D-East E26B

FROM:    Deputy Warden Pierce

DATE:    July 13, 2006

RE:        Problems in Building

       I received your letter dated June 30, 2006, regarding problems in your building and have forwarded your concerns to Security Superintendent Scarborough for his investigation.

DP/dc
Attachment
cc:        Security Superintendent Scarborough
      File

1

EXIBIT

A-8

RECEIVED

JUL 0 5 2006

DEPUTY WARDEN I

No 12E

JUNE 30/06

TO: Deputy Warden Pearce

Dear Mr. Pearce!

I am writing you regarding the on-going and continuing problems that we are experiencing in D-bldg. It seems that this is not being treated as a serious problem. There have been numerous complaints of these problems yet they seem to fall on deaf ears.

These problems stem from multiple situations that have happened in this prison over a year ago. The main concern of all the problems is the ventilation. The buildings air out-take is not functioning properly at all. Since they did the roofing, the out-take values have been capped off. As a result of a faulty air return system, stagnant and contaminated air is not being removed, thus forcing us to breath the stench of stale air. Any possibility of air flow is not present due to each end of the Teir being blocked by doors with non-functioning windows. Stale contaminated air is circulated without chance of escape, therefore deleting any opportunity for fresh air to be drawn in.

The second problem is the hallway drinking fountain. It has been demerited un-fit to drink from. We are forced to drink from bathroom faucets which others wash their bodies from, as well as from an outside bathroom which is acknowledged as un-sanitary. This same outside faucet is corroded and has a severly high potential of harboring infectious diseases which could spread rampedly amongst other inmates. These unsanitary conditions are a very serious health hazard and are not ideal, especially with the skin disease running prevalent.





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:        IM Donald Boyer SBI# 082420 D-East E26B

FROM:    Deputy Warden Pierce

DATE:    July 20, 2006

RE:        Proposal

I received your letter dated July 18 2006, regarding a proposal for ice and water in your building and have forwarded your letter to Security Superintendent Scarborough for his consideration and reply to me.

DP/dc
Attachment
cc:        Security Superintendent Scarborough
           File

RECEIVED

JUL 18 2006

DEPUTY WARDEN I

EXIBIT
A-9

DE
E26B

07/15/06

Deputy Warden Pierce,

      I am sending this proposal to you so you can go over them and forward them to security chief Scarborough, and Staff Lt. Floyd Dixon, and please send me a copy as well. When I seen you on the compound you told me to mail them to you. I did not get to finish typing it out because of circumstances beyond my control so I sent the rest in writing. One thing that stands out from everything in the proposal is the ice and water situation. If you could start the process of getting more ice and water containers on the tiers for cold water so that we could have something cold to drink, it would be very much appreciated. And to get thermostats in each building so that the officers can report to you on a daily basis how hot and humid it is in the buildings. Thank you very much for your expertese and concerns involving these matters. The older and younger Inmates send their thanks as well,

                Sincerly,
                  Donald Boyer
                  082420

EXIBIT
A-9

Mr. Donald Boyer
SBI# 08242
7/18/06

Security Superintendent Scarborough,
RE: Here Are Some Problems That Needs To Be Addressed
In D-Building.


Number1: Due to the excessive heat and humidity there is a need for a
five gallon water container on the tier and with it; two bags of Ice. One in the
morning and one in the evening, specifically for that container. In addition we
only receive Ice twice a day for our coolers, and in reality we need it three times
a day. Once at 9:00am, once at noon, and once in the evening. There also needs
to be three bags instead of two each time, due to there being fifty-two people on
the tier. (Two half-melted bags does not cut it. The reason we need water
containers on the tier is because the only water we have access to is the sinks in
the bathroom, which are contaminated due to the fact that people wash their
face, brush their teeth, spit, and things of that nature all day, every day. Plus
there is mold and mildew all around those sinks. The water fountain in the
hallway is contaminated with bacteria and germs and barely works. Besides the
guard say it is a security risk, to let us off the tier to get the fountain water.
Having a water cooler on the tier, would alleviate a lot of the problems.
Maintenance could design a cage for the water cooler like the one for the hot
pot, and have the tier-man responsible for filling it. Sir, please understand when
it's 90 degrees outside it's at least 120 degrees inside. This building was built
some 34 years ago in 1971, and has not been properly maintained. There is 52
people on the tier, and without proper ventilation and enough Ice to hydrate us,
we are suffering. These unsanitary conditions are very serious health hazards,
especially with the skin disease going around.


Number2: To have cell doors open after count; after the guard makes
his/her count, he/she should open the showers and let us come out of our cells,
also, due to the excessive heat and humidity and overcrowded conditions This
would not be a security risk, because we would still be locked on the tier. It's
been done in the past, and it worked. If a guard was put at the table in the center
of the hallway, which is where one is supposed to be at all times anyway, then
he/she could monitor all three tiers. This would alleviate a lot of the tension and
fighting amongst the inmates, and it would take stress off of the already
overworked guards because they would not have to write hundreds of inmates
up for being in the hallway. Come count time the guard yells count we lock in,
he counts, and we come back out. It should be like this from 8;00am to 10:00pm,
then at 10:00pm we lock in for the night.

Exibit
A-9

4

Number 3 : Ever since the hospital has been built the ventalation system
has been down, It does not work and we have been told it cannot be fixed,
The return vents are either clogged up with dirt and dust, not working, or
they are capped off because there is no circulation of fresh air through
the building whatsoever and nothing to take out the stale and stench
air such as return vents. Maintenance has tried to fix them multible times
and cannot. Until they can be fixed properly, us Inmates have some suggestions.
to temporarily elevate some of these problems such as ; To put a screen .
gate at the back door of each trer for the summer months. Take the windows
out of the front of each trer door. This way the stale and stagnet air
would have some where to go and fresh air would flow throughout the trer,
and people with illnesses such as breathing problems and heart conditions, to
say the least, would be a little cooler and breath alot better. It would
also keep the spread of TB, Hepitetes and other infectious disease to
a minimum,

Number 4 : Our bathroom is contaminated with black mold, peeling layers of

(2)

EXIBIT
A-9

5

lead based paint with mold and fungus growing on the walls in the paint. There is also mold, fungus, peeling paint, and rust on the doors and windows. This is a serious health hazzard. The sink chases and shower chases where the pipes are, are contaminated with an enormous amount of fungus and bacteria such things are dangerous to breath. Also there are bugs like roaches spiders and ants living and breeding in there, we need E-crew or Maintenence to clean these places out and spray for bugs at least once every six months. spraying for the bugs would cut down on inmates going to the infirmery with spider bites. you could easily come down here yourself sir and look in the chases and you would see and smell what we are talking about.

Number 5: The mattresses in D-Building have not been changed in four years, This building is in constant transit. More inmates come and go in D-Building than all the people that get tranferred back and fourth to court every day it seems. This is the reason people are developing skin rashes, hepititus, scabies, skin mites, and other disease. We would also like to have new sheets every week like the other buildings get. We get sheets with blood and body fluid stains on them while the other buildings get new ones each week.

In closing Mr Scarborough there should be some kind of evaluation on employees of DCC from captain on down because when you freeze these gaurds and they have no choice but to work they take their frustration out on us. I understand we are inmates and we are being punished for whatever reason but when has punishment gone too far. Inmates are not animals, we are human all we are asking is to be treated fairly especially as far as our health is concerned. One very good solution is to get with Staff Leut. Floyd Dixon and myself and hire a team of inmates about 8 to 10 people to paint and do whatever else we can to elevate these conditions and to bring the building back up to code this way if there are any

Exibit
A9                                                                    6

future inspections the prison will not be held responsible for
any code violations, at least not in D-Building. Thank you
for your time and patience in reading this letter and I look
forward to talking to you and hearing your input on these matters.

C.C.                                      DONALD BOYER 082426

＊ One thing I almost forgot. In the evening our Ice arrives between
5:00 and 6:00 and the officers take our coolers off the tier
and put the ice in them and do not hand them out until
8:30 code green they say they do this so the kitchen workers
can get ice too which is understandable but instead of making
everyone wait on a couple kitchen workers how about putting
a small cooler in the office with a bag or two of ice
in it especially for them because between 4:00 and 8:00 pm
is when its usually the hottest in the buildings.

C.C.   WARDEN PIERCE
Staff Lt. Floyd Dixon



EXIBIT
A-10



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

MEMORANDUM

TO:        IM David Houston SBI# 137142 D-East F17B

FROM:      Deputy Warden Pierce

DATE:      July 24, 2006

RE:        Building Temperature

  I received your letter dated July 23, 2006, regarding the temperature in your building and have forwarded your concerns to Captain Henry for her corrective action.

DP/dc
Attachment
cc:    Captain Henry
       File

EXHIBIT
A-10

David B. Houston
#00-37-142
D-East /1=

DE
FMB

RECEIVED

JUL 2 4 2006

DEPUTY WARDEN I

EXIBIT

Dave Pierce
Deputy Warden
DCC

July 23, 2006

This is a complaint to attempt to correct the
following issues on the Rehabilitation tier (F-Tier)
which need to be addressed post haste before there
is lose of life. (Nor an oversstatement)

1.) AT present it is so hot in the cells that normal
movement for nine (9) inmates is extremely difficult.

    a.) Thurman Hitchens: Has a small fan and suffers
        from a lung disease. He uses inhalers and is
        70+ years of age.

    b.) Ronald Kline: Has no fan and suffers chronic asthma
        and a fluid build up in right lung. He is 47 years old.

    c.) Raymond Steele: No fan uses nebulizer for congestion.
        Also a diabetic and is 73 years old.

    d.) Christopher C. Owens: Has a fan and uses inhaler. He
        suffers from a chronic heart and lung disease. He
        is 65+ years old

    e.) Sodi Sandoz: Has a fan also suffers a chronic
        heart and lung disease. He is 53 years old

A-10.

EXiBit

f.) Michael Phares: Has a fan. Also uses a C-PAP machine to aid in breathing. He is 74 years old.

g.) John White: Has a fan. Suffers from (COPD) Chronic Oral Pulmonary Disease. He is 74 years old.

h.) Donald McCabe: Has a fan. Suffers heart disease (has had a stroke) 75 year of age.

i.) Glenn Barrentine. Has a fan. Uses a C-PAP machine. Suffers chronic sleep apnea. He is 56 years of age.

J.) The next group are those people or persons who suffer HIV/AIDs and are taking medication for same. These meds are taken with warning to avoid extreme heat and/or direct sunlight as they can cause severe side effects. At present there are five. (5).

These are major issues which can cause death due to extreme heat and the lack of untrained supperision which also has yet to be addressed by either DCC administration or the medical department.

2.) Unless there is a fire drill the F-tier fire door is never open. Take note that on hot days the fire doors are opened in S-1 Building on a regular basis to either vent, cool, or whatever the need, it is done and inmate health is not at the farefront in most cases.

EXIBIT
A-10

3.) The simple solution of removing the glass window and replacing it (or not) with plexy glass with drilled holes for circulation would solve this heat problem to a degree.

4.) Turn up the blower pressure in the cells from just a trickle as is at present to the, "I think I need to plug this up cause the heat blasting" like it does from Oct. to March. If you can have forced air with the heat during winter, then why cant we get the forced cool air in the summer months?

Something must be done to correct these issues. Does it always have to take a serious injury or I/m death before something this simple is implemented.

Can you do more than say; "I'll check into it?" Come look at these guys between 10:00 a.m. and 1330 hrs. They are busting and showers and Ice arent getting the job done.

Respectfully
Submitted

EXiBiT
A-11-

**FORM   #584**

**GRIEVANCE FORM**

FACILITY: DCC                          DATE: 8/31/06

GRIEVANT'S NAME: Donald Beyer        SBI#: 082420

CASE#: 68816                          TIME OF INCIDENT: Ongoing

HOUSING UNIT: D

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The DCC phone system is a monopoly, price-
fixing operation. Forcing inmates to use Verizon
violates anti-trust and is an illegal banking
scheme. DOC's kickbacks from the phone
companies for forcing me and others of my
family to use Verizon's exherbitant rates
is exploitative of DOC's wards of the state.

ACTION REQUESTED BY GRIEVANT: Cancel the phone contract.
Stop taking kickbacks. Establish new system
that benefits inmates and, not prison
brass.

GRIEVANT'S SIGNATURE: Donald Beyer        DATE: 8/31/06.

WAS AN INFORMAL RESOLUTION ACCEPTED?         _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

RECEIVED

cc: INSTITUTION FILE
    GRIEVANT

SEP 05 2006

April '97 REV                          Inmate Grievance Office

EXIBIT A-11

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                          DATE: 8/31/06

GRIEVANT'S NAME: Donald Boyer          SBI#: 082420

CASE#: 68875                           TIME OF INCIDENT: Ongoing

HOUSING UNIT: D

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

DCC receives federal money to hold inmates for at least 85% of their sentences. DCC gets federal funds to build, staff, maintain & fill SNU & MHU. Such profiteering on human captivity violates the 13th Amendment's prohibition against slavery.

ACTION REQUESTED BY GRIEVANT: Cease using federal funds to hold prisoners up to and beyond 85% of their sentences.

GRIEVANT'S SIGNATURE: Donald Boyer     DATE: 8/31/06

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____      DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
SEP 05 2006
Inmate Grievance Office

April '97 REV





A-11

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

February 8, 2006

## MEMORANDUM

TO:        Bldg. "D" "E" 82420  BOYER, DONALD

FROM:    Deputy Warden Burris, *Elizabeth Burris*

DATE:    February 8, 2006

RE:        Inmate Telephone System

By now you are aware that the inmates' telephone system has gone through recent changes. Effective February 6, 2006, families must either have their phone service with Verizon or establish a pre-paid account with PCS at 1-800-786-8521. I have received a listing of inmates who are currently making calls to family/friends who had telephone companies that do not allow billable calls.

While I realize that you probably already know that this change affects you, I wanted to send you this memorandum to remind you to make the appropriate notifications to your telephone contacts regarding the new system.

EB/drs

*EXBIX*
*EXIBIT*

*A-11*

December 15, 2004

TO:     All Inmates at SCI

FROM:   Deputy Warden DeLoy

RE:     Inmate Phones
_____

On Friday, December 17, 2004 at 12:00 noon Verizon will be taking over the inmate phones. There will be no phone service for 8 to 10 hours during the change over.

Effective immediately after the change over, rates for local calls will increase and long distance rates will increase after the first of the year.

Please review the attached dialing instructions for changes.

*12- 15- 04*

*Exibit*
*A · 11*

# Telephone Dialing Instructions
## *Instrucciones Para Marcar El Numero e Telefono*

1. To make a call, dial 0 plus the area code and the number.
   *Para hacer una llamada telefonica, marque el 0 luego el codigo de area y el numero de telefono.*

2. Enter your 6-digit PIN number at the tone.
   *Oprime el numero de 6 cifras de su tarjeta de identificacion al tono.*

3. The phone system will ask for your language preference; for English dial 1.
   *El sistema telefonico le preguntara por su idioma de preferencia. Para Español margue el 2.*

4. The system will thank you and you call will be placed.
   *El sistema telefonico le dara las gracias y su llamada sera procesada.*

①

EXHIBIT A : 2

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/16/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BOYER, DONALD | SBI# : 00082420 | Institution : DCC |
| Grievance # : 73723 | Grievance Date : 10/03/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 10/03/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier E, Cell 26, Bottom | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims: I'm filing this grievance in regards to black mold in E tiers bathroom, and the shower and the fire exit door. The black mold in the bathroom has fungus on the wooden shelving over top of the sinks. The shelves should be removed and replaced with stainless steel. The mold on the walls and window pains should be scraped off and painted over and the hoppers need to be cleaned three times a day with spray bottles full of bleach to ensure the killing of any bacteria or fungus growing on or in them because inmates are obtaining fungus and flesh eating skin disease on their private areas. Maintenance should come over and replace the weather stripping on the fire escape door and clean the mold off the door before they do it, the smell burns your nostrils.

Remedy Requested : For deputy warden Pierce to put a memo out to Capt. Henry to get the fungus problem cleaned up because Capt. Henry has not been doing anything about the fungus problem in this building.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Pierce, David E Jr. |
| Grievance Amount : | |

Received By v Security superintendent scarborough 10/31/06
IN ThE

  

**Date:** 10/16/2006

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BOYER, DONALD | SBI# : 00082420 | Institution : DCC |
| Grievance # : 73723 | Grievance Date : 10/03/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Hygiene/Sanitation | Incident Date : 10/03/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg D-EAST, Tier E, Cell 26, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Pierce, David E Jr. | Date of Report 10/16/2006 |

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date                :_____

Witness (Officer)    :_____

Exhibit A-13
1

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                          DATE: _10-3-06_

GRIEVANT'S NAME: _Donald Boyer_         SBI#: _082420_

CASE#: _74263_                          TIME OF INCIDENT: _ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_I'm filing this grievance because there is no adequate drinking water in the hospital_
_for inmates to drink while waiting long periods of time to be seen. The problem is_
_that the inmates need a water fountain in the lobby because the only water we_
_have access to is in the bathroom sink which is contaminated with bacteria and_
_the only way to get a drink of water is from that sink where inmates spot_
_wash their hands and probably other nasty things leading to bacteria growth in the_
_sink. Also in the bubble where the guard sits in the main lobby there should be a_
_talk box in the plexiglass so you can communicate with the guard because_
_the guards don't want you to hit the glass to get their attention so_
_a talk box would stop this problem. It's hard for the handicap to bend way_
_down to talk in the tiny hole where the passes go so this needs to be addressed_

ACTION REQUESTED BY GRIEVANT: _To have deputy warden pierce to investigate_
_and order a water fountain in the lobby and have a talk box put_
_in the plexiglass window in the guard box in the lobby. And have_
_deputy warden pierce talk to the hospital administrator about these_
_problems because he said he has no authority over that._

GRIEVANT'S  SIGNATURE: _Donald Boyer_        DATE: _10-3-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

RECEIVED

cc: INSTITUTION FILE
    GRIEVANT

OCT  0 9 2006

**April '97 REV**

Inmate Grievance Office

Exibit

A-13
2

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                          DATE: _10-24-06_

GRIEVANT'S NAME: _Donald Boyer_          SBI#: _052420_

CASE#: _____                   TIME OF INCIDENT: _5:45 ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I'm writing this grievance in regards to Sgt. Kellegan <ins>Colligan</ins> for unproffesional
conduct and verbally abusive language and threatning and disorderly in
C-14 ~~chow~~ Twice and diet window, I put my ID. in the window for my
diet and snack I received my diet so I went back and gave my ~~inmate~~ I.D.
to the inmate and asked him if he could check on my snack, He told me
that Sgt Kellegan said I don't get a snack, just a diet. I told him thats not
right cause if that was the case my diet would have run out. so he told me to
get away from the damn window. Then I went to the building sgt in D-Building and asked
him could he see why I could not get my snack and explained everything to him. Sgt Bryant
took my ID to the window and asked to talk to Sgt Kellegan and asked him to check the
list for my snack ——> ongoing

ACTION REQUESTED BY GRIEVANT: _____ Page 2 _____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____    DATE: _10-24-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

EXIBIT A-13 3

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                              DATE: _10-24-06_

GRIEVANT'S NAME: _Donald Boyer_           SBI#: _082420_

CASE#: _____                     TIME OF INCIDENT: _5:45 ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Then sgt. kellegan gave sgt Bryant my I.D. and told sgt Bryant and I  Quote.
"I told that motherfucker that he don't get that motherfucking diet snack
and tell that bitch motherfucker to get away from the window. Sgt. Bryant
was shocked to hear that kind of language out of a fellow sgt. mouth
and told me to write a grievance so I asked Sgt Bryant for sgt
kellegan's name and he got it for me. with my 37 years in prison I have never
disrespected a gaurd with verbal abuse. I always give them respect and try
to teach other inmates to give them respect, he was so abusive inmates in line
heard him. I feel that Sgt. kellegan is a threat to security and should not
work in the kitchen around inmates because he is very disrespectful.

ACTION REQUESTED BY GRIEVANT: _For Sgt. kellegan to be investigated by_
_deputy warden Pierce and security chief Scarbourgh and internal affairs,_
_for their investigation. Also to have sgt Bryant interviewed for confirmation._

GRIEVANT'S SIGNATURE: _Donald Boyle_        DATE: _10-24-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

EXIBIT A-14

# <u>PER DEPUTY WARDEN PIERCE:</u>

EFFECTIVE IMMEDIATELY:
WE ARE NO LONGER PERMITTED TO ISSUE
**BOTTOM BUNK MEMOS** OR **SNEAKERS** FOR ANY REASON!!

Exibit
A-14

3/22/93

D.R. Richard P. Dushuttle M.D. new

addresses. 640 queen street Dover Del

19901. tel-6788447. orthopaedic surgery.

name of inmate Donald J Boyer Date of Birth

3/28/48. SBi number-00082420. social

securit number 222-30 7352. addresses

Del corr center smyrna Del. 19977. my

new addresses. Donald J Boyer - SBi 00082420. sussex

corr institution p.o. Box 500 georgetown Del 19947

omak



( Calcaneus ) = hill (Heel)
Talus = Right foot Tender
Cuboid = Left
Navicular Right

fracture of the

( The Calcaneus ) is attached to the Talus above.
In front are the navicular, cuboid and
cuneiform bones





5

**EMERGENCY DEPARTMENT**  DATE OF SERVICE 8/10/78  12:10 A & P  A or P

**RIVERSIDE HOSPITAL**
**WILMINGTON, DE**

4 3554 4

| PATIENT LAST NAME, FIRST NAME, MIDDLE INITIAL | AGE | DATE OF BIRTH | SEX | MARITAL | RELIGION | RACE | TYPE |
|---|---|---|---|---|---|---|---|
| Boyer, Donald | 30 | 3/28/48 | M | | | | E |

SERVICE  EMR

| ADDRESS | CITY | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|
| 915 Vandever Avenue | Wilm., DE | | 19801 | 5719866 |

| RESPONSIBLE PARTY | ADDRESS | CITY, STATE, ZIP | RELATIONSHIP | TELEPHONE |
|---|---|---|---|---|
| Patient | No Lic. on person | | | |

| EMPLOYER | OCCUPATION | ADDRESS (Job site: 9th & Poplar St., Wilm., DE) |
|---|---|---|
| Felton Construction Co., INc. | | 453 Penn St.  Yeadon, Pa. 19050 |

| BLUE CROSS CERTIFICATE NO. | GROUP NO. | TYPE | PLAN STATE. IF DEPENDENT, SPECIFY SUBSCRIBER | MEDICAID NO. | STATE |
|---|---|---|---|---|---|

| MEDICARE # | SOCIAL SECURITY # | NAME & ADDRESS OF COMMERCIAL INS. |
|---|---|---|
| | 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 | Work Compensation |

| ACCIDENT CASES | DATE 8/9/78 | TIME 5:30 p.m. | WHERE INJURED AUTO HOME WORK OTHER X | FAMILY DOCTOR NOTIFIED Manuello  None - Pt. requests recommendation |
|---|---|---|---|---|

BROUGHT IN BY  FIRE  RELATIVE  POLICE  AMBULANCE  OTHER X  NOTIFIED  POLICE  FIRE  REL.  OTHER

PATIENT STATEMENT - REASON FOR VISIT
Pt. states cinder block fell on right foot at work yesterday

| SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | CODE 99 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | LAB |
| | | | | | | | | | X-RAY |
| | | 18 50 | | | | | | | |
| | | 10 | | | | | | | |

PHYSICIANS REPORT - PHYSICAL FINDINGS

TREATMENT

NURSES NOTES  BP 130/88  T. 98  P. 100  R.  ALLERGIES  None

DISPOSITION OF PATIENT AT DISCHARGE

DISPOSITION OF PATIENT  DISCHARGED  ADMITTED TO ROOM  NURSE'S SIGNATURE

ADMITTED BY  DOCTOR'S SIGNATURE

INSTRUCTIONS

# X-RAY REPORT

| Name | First Name | Middle Name | Room No. | Hosp. No. |
|---|---|---|---|---|
| Boyer | Donald | | OPER | |

| ment nation of | Name-Part Right Foot | | Sex X F | Age-Years 30 | X-Ray No. 01-27-71 |
|---|---|---|---|---|---|

| ting Physician Dr.Tan , Dr.C.Mauriello | | Date 8-10-78 | O.P.D.No. 49354-4 |
|---|---|---|---|

Frontal, lateral and oblique films were taken. There is alteration
of the bone architecture along the anterior superior margin of
the talus. This is considered to represent a recent cortical tear
fracture. The fracture position is satisfactory. The other findings
are normal.

ORC/bz

*Referred to Dr. Mauriello*

**EMERGENCY DEPARTMENT**

50250 0

| | | AGE | DATE | SEX | MARITAL | RELIGION | RACE | TYPE: |
|---|---|---|---|---|---|---|---|---|
| Dorman, Donald | | 30 | 03/28/48 | M | | | | SERVICE: EMR |

913 Woodlawn Ave.    Wilmington, DE  19801    573-0966

RESPONSIBLE PARTY

Felton Construction Co.    OCCUPATION    9th & Poplar St. Wilm., DE

Work Compensation

FAMILY DOCTOR NOTIFIED: Dr. Mauriello

REASON FOR VISIT: Damaged cast- right foot

*Cortical fracture Talus*

| SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | SERVICE | SVC CODE | CHARGE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | 10 00 | | | | | | | LAB |
| | | | | | | | | | X-RAY |
| | | | | | | | | | EKG |
| | | | | | | | | | R.T. |

REPORT - FINDINGS

Cast demolished
Bottom - wet
X-ray

NOTES    BP    T.    P.    R.    ALLERGIES: none known

3/27/78 Cast damaged. Dr. Guaghiard's called pt placed on Crutches to return 7:15am 3/28/78

CONDITION OF PATIENT AT DISCHARGE

DISCHARGED    ADMITTED TO ROOM

NURSE'S SIGNATURE

DOCTOR'S SIGNATURE

*LETTER*® 44-902

**WilsonJones** Snap-A-Way® Forms

*SPEED LETTER*®

TO

C/O Donald Boyle

FROM

Harold J. Laggren
Medical Dept

SUBJECT

Work Boots

MESSAGE

The above is to be issued a
Pair of work Boots Size 10½ C

DATE April 1 93  SIGNED [signature]

REPLY

DATE _____ SIGNED _____

WilsonJones • Carbonless • MADE IN U.S.A.
44-902 Triplicate • © WilsonJones, 1989

RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY

**SPEED LETTER**®

②

FROM

Stan Dill

TO

Medical

SUBJECT
FOLD NO. 9 or 10

Donald Bayer    DoB 3/28/48

MESSAGE

High top sneakers
Size 10½ C as per
Dr Lessner's orders

DATE  8/10/93    SIGNED  P. Mulke RN

REPLY

Rec 8-27-93

— FOLD FOR NO. 9

— FOLD FOR NO. 10

DATE _____    SIGNED _____

10

WilsonJones · Carbonless · MADE IN U.S.A.
44-902 Triplicate · © WilsonJones, 1989

**RECIPIENT:** RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

(3)

SPEED LETTER

To whom it may concern

FROM
Med.

SUBJECT _____

MESSAGE

Donald Boyer needs boots & Hi Tec sneakers. His previous shoes are ruined due to chemical or boots from work according to O.O.C

Size 11

DATE 6/27/94    SIGNED _____

REPLY

O

8    DATE _____    SIGNED _____

WilsonJones • Carbonless • MADE IN U.S.A.
44-902 Triplicate • © WilsonJones, 1989

SENDER: DETACH AND RETAIN YELLOW COPY, SEND WHITE AND PINK COPIES

TO Boyer Donald

FROM Medical

SUBJECT

MESSAGE

One pair of work boots & One pair of Hi Top Sneakers

DATE 7-22-94   SIGNED X Donald J Boyer

REPLY

9

DATE _____   SIGNED _____

**WilsonJones®**   SENDER: DETACH AND RETAIN YELLOW COPY, SEND WHITE AND PINK COPIES.   RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY.

44-902 • Triplicate
44-904 • Quadruplicate

SPEED LETTER®

FROM _Correction Officer_          TO _Medical_

SUBJECT _Donald Boyer_

LD NO. 9 or 10
MESSAGE

_Pls. allow inmate to use shower shoes till he gets his pair of shoes_

DATE _7/14/95_  SIGNED _Anagano_

REPLY

LD FOR NO. 9
LD FOR NO. 10

_//_          DATE ___          SIGNED ___

**WilsonJones®**    RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

44-902 • Triplicate
44-904 • Quadruplicate

5

**SPEED LETTER**

FROM *Stan Dill - Laundry*
*Donald Boyer*

TO *Medical*

SUBJECT *Donald Boyer*

OLD NO. 9 or 10

MESSAGE  *I/M Boyer has been medically authorized to be issued a pair of Hi-Top Sneakers. Size 11 Per Dr Robinson*

DATE  *8-14-95*  SIGNED  *Maria James RN*

REPLY

FOLD FOR NO. 9
FOLD FOR NO. 10

DATE _____  SIGNED _____

**WilsonJones.**   RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

44-902 • Triplicate
44-904 • Quadruplicate



TO Donald Boyer

6

SUBJECT Boob

MESSAGE

DATE 8-15-95

Approval has been granted
for the above mentioned Inmate
to receive a pair of boob.

SIGNED Sue Walls

REPLY

DATE

SIGNED

FROM

Donald Boyer

① TO William

SUBJECT Sneakers

MESSAGE

Please put your size 11 sneakers

X Donald J Boyer

REPLY

DATE 10/1/95    SIGNED William James JR

SPEED LL

RECIPIENT: RETAIN WHITE COPY, RETURN PINK COPY. PLEASE TURN OVER FOR USE WITH WINDOW ENVELOPE.

DATE    SIGNED

Wilson Jones.

44-902 • Triplicate
44-904 • Quadruplicate

Carbonless Snap-A-Way® Forms  ©1993 ACCO USA, Inc.  Made in U.S.A.



· A · GRAM

FROM: Dee - MEDICAL

TO: Donald Boyer — DW

DATE: 11/05/56

ATTENTION OF:

SUBJECT: Sneakers

I've received one pair of sneakers from medical. Size: 11

DOO 82420

SIGNED X Donald Boyer

DATE

Snap · A · Gram

Adams
NC 2873

# MEMORANDUM

| TO | Donald Boyer DW | 9 | FROM | Medical |
|---|---|---|---|---|

| DATE | 1-10-97 | SUBJECT | |
|---|---|---|---|

## MESSAGE

Picked up one pair of Hi-Top Boots
SBI 0082420

X Donald J. Boyer

PLEASE REPLY BY_____    NO REPLY NECESSARY_____

Adams
9042

8

## Memorandum





DEDICATED PEOPLE
MAKING A DIFFERENCE

Correctional Medical Services

Donald Beyer  SBI # 082420
D East
1181 Paddock Rd
Smyrna, DE 19977

9 November 2006

Dear Mr. Beyer,

        I received your letter regarding your concerns on 6 November 2006.    The
medical staff should respond with equipment to stabilize a patient at a minimum;
transport of patients from one are to another should only be attempted if this becomes
necessary due to the risk of injury to the patient.    In approximately 70% of cases the
patient can be resuscitated and stabilized on site, no transport is needed.    The time to roll
a stretcher to each emergency would slow the staff response time and the bag they have
allows the to stabilize the patient until transportation arrives.
        The issue of delivery of meals and the meals themselves is under the control of
the DOC.    The medical staff does have a properly executed order in your file so you
should be receiving them; I would ask that you address your concerns with the kitchen
through other grievance channels.
        I hope the other grievances you forwarded me have been heard.    We have a
extremely competent nurse at DCC who addresses all of these items at that level; please
let me know if they have not yet been resolved.
         Please write to me if you experience any further problems.

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC:  Warden Thomas Carroll

EXIBIT
A·15

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY: _DCC_                                      DATE SUBMITTED: _2/13/06_

INMATE'S NAME: _DONALd J BOYE_          SBI#: _082420_

HOUSING UNIT: _D·EAST·TIER E-CELL26_     CASE #: _24020_

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _UNRESOLVEd_

TYPE OF MEDICAL PROBLEM:

_I having constant pain in my spine in my neck
I need to see a Bone special for my neck I am suffering
from a disk degeneration in my lower Brack. I need
a mammogram examination to see why I am having
constant pain in my neck. I need to special pediatrics
Bed pillow for my spine and my neck the Regular
institution pillow or casket pillow or for funeral. and
I need a neck Brack for my neck. and potassium for
my Bone_

GRIEVANT'S SIGNATURE: _____          DATE: _2/13/06_

ACTION REQUESTED BY GRIEVANT: _To SEE A docTOR ThaTs IS A BONE
SPECIAL FOR MY NECK ANd MY SPINE._

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FEB 1 4 2006

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

EXIBIT.

2/13/06

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

_____ Disciplinary Action      _____ Parole Decision      _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

✓ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # *20785*

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

*The above grievance was re-sent to CMS.*

_____
Inmate Grievance Chairperson

FEB 1 5 2006
_____
Date

EXiBit A-16



**FORM #584**

### GRIEVANCE FORM

FACILITY: _DCC_

DATE: _10-27-06_

GRIEVANT'S NAME: _Donald Boyer_

SBI#: _082420_

CASE#: _80924_

TIME OF INCIDENT: _1:00 - ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I'm writing this grievance in regards to Sgt. Burton In A-14 chow hall, he is not going by the rules and regulations that the hospital implicated in their rules and regulations as far as diet trays, and the dietician told me if anything should happen regarding my diet that I should write him, concerning my diet. On the 27th of October at approximatly 1:00 Sgt Burton at A-14 chowhall window served my diet. The diet on the menu said It was supposed to be chicken. Sgt Burton served me a chicken patty that has, salt, spices making it very spicy, and I cannot eat that. He gave it to all the Inmates that were on diet's. I explained to him that I couldn't eat it. He said and I Quote "I don't care, its chicken and you gonna eat it." Then I told

ACTION REQUESTED BY GRIEVANT: _→ ongoing_

GRIEVANT'S SIGNATURE: _Donald Boyer_     DATE: _10/27/06_

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

NOV 01 2006

Inmate Grievance Office





**FORM  #584**

**GRIEVANCE FORM**

FACILITY: ___D C C_____     DATE: __10-27-06_____

GRIEVANT'S NAME: _Donald Boyer___     SBI#: __082420_____

CASE#: __80924_____     TIME OF INCIDENT: __1:00 - ongoing___

HOUSING UNIT: __D/E_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

him I would write him up to Deputy warden pierce he said, and I Quote,
"write a fucking grievance, cause I don't care about Deputy warden pierce
fuck him, he don't run this kitchen I do; now get the fuck away from the
window." I have high blood pressure and I have a diabetic problem, so I am
not supposed to eat chicken patties, this is why my blood pressure and sugars are
high because they keep messing up my diet, According to the code of conducts
book for the gaurds on page 4 section 13 Sgt Burton is illustrating
unproffesional conduct and threatning behavior by using profanity twords me
and about the dietician and deputy warden pierce, Also page 6 section 21
Insubordination, All staff should obey job related orders from duly recognised
Supervisors, which means he should obey the order of the dietician.
ACTION REQUESTED BY GRIEVANT: For deputy warden Pierce to have a thourough
investigation and as well as security chief scarbourogh, the dietician,
and the hospital to investigate these problems as well, And to have
the proper diciplinary Actions taken so this stops and never happens agyn.
This is not the first Sgt in the chow hall to curse and treat me badly.

GRIEVANT'S SIGNATURE: _Donald Boyer_____ DATE: _10-27-06_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

NOV 0 1 2006

Inmate Grievance Office

April '97 REV

*Exibit A-16*

2

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: DCC

DATE SUBMITTED: 10-31-06

INMATE'S NAME: Donald Boyer

SBI#: 082420

HOUSING UNIT: D/E

CASE #: 82023

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

I'm filing this grievance in regards to inadequate and unproffesional medical service, when a code 4 was called yesterday 10-30-06 an inmate in education building was having a stroke, the medical team responded, they went inside the building to give the inmate medical attention, they stayed in there for about 2 minutes trying to help the patient then they realized they didn't have the proper equipment, a stretcher, so the medical staff had to go back to the hospital to get a stretcher while the patient was having seizures and could have possibly died from the minutes wasted running back to the hospital, This put the inmates life in danger, each building should be equiped with emergency equipment from the hospital in DCC. They should have a gurney, and a stretcher in each Building so the nursing staff doesn't have to run back to the hospital to get one. they should not have a golf cart for an emergency vehicle

GRIEVANT'S SIGNATURE: Donald Boyer         DATE: 10-31-06

ACTION REQUESTED BY GRIEVANT: For Warden Carrol to have a thourogh investigation through his administrative staff, Deputy warden pierce, Deputy warden Burress security chief scarbourgh and internal affairs. And the Dicector of the hospital because this is an ongoing problem, and should be looked into immediatly before someone Dies.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

RECEIVED
NOV 06 2006
Inmate Grievance Office

EXIBIT
A-16

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

WRITE MR. RUNDLE, MEDICAL DIRECTOR

_____          11-16-04
Inmate Grievance Chairperson                   Date

Form#: 584 (F&B)
(Reverse Revised July '99)

**Emergency**

EXIBIT A-16

FORM #585

MEDICAL GRIEVANCE

FACILITY: DCC

INMATE'S NAME: Donald Boyer

HOUSING UNIT: D/E

DATE SUBMITTED: 10-31-06

SBI#: 082420

CASE #: 82064

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

I'm filing this grievance in regards that the rules, regulations, and policies are not being followed according to the dieticians prescribed diets, the kitchen cooks dinnertime around 5:30 and served me a chicken patty this is the second time in a week that this has happened. According to the dietician, I cannot eat a chicken patty that is salty, spicy, and greasy, because I have high blood pressure and I am a diabetic, if I continue to eat the same food that everyone else eats on their trays I might have a stroke or heart attack, it's the kitchen Leuitenent that is in charge of the kitchen and the seargents that are altering the diet menu for cost cutting reasons, It is the same with the diet snacks. This is why my blood pressure is so high, And the doctor needs to have a meeting with the dietician and the medical director and his staff immediatly

GRIEVANT'S SIGNATURE: Donald Boyer       DATE: 10-31-06

ACTION REQUESTED BY GRIEVANT: For Deputy Warden Pierce to have a thourogh investigation along with Deputy Warden Burres and security chief Scarborough and internal affairs

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

NOV 0 6 2006

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

3

Ex^bi:
A-16

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

WRITE G. KLEIN, FOOD SERVICES

_____
Inmate Grievance Chairperson

11-16-06
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

EXIBI A-16    4

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                    DATE: 10-20-06

GRIEVANT'S NAME: Donald Boyer    SBI#: 082420

CASE#: 80612                     TIME OF INCIDENT: ongoing

HOUSING UNIT: D/E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I am writing this grievance because of the unsanitary conditions in
chow halls 14A, 14B, 14C, and 14D. First of all the ventalation
systems are clogged with dust, dirt and grease. They need to be cleaned
and need new filters. The number of inmates that must be fed makes
it impossible to clean the dining room adequatly between meal times
creating unsanitary conditions. The tables in the chow halls and the
floors need to be pressure washed, especially underneath the tables
because its never cleaned there. The walls should be G.I.'ed as well especially
since they have food and juice on them especially around the serving
windows. The upper windows have spider webs in them as well as

NEXT PAGE ↓

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: Donald Boyer    DATE: 10-20-06

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

OCT 24 2006

Inmate Grievance Office

EXIBIT
A-16

②

4

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                              DATE: _10-20-06_

GRIEVANT'S NAME: _Donald Boyer_    SBI#: _082420_

CASE#: _80612_                      TIME OF INCIDENT: _Ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

most of the lower windows. They should be cleaned as well. All
of this should be done at least once every 90 days. The chow hall
floors need painting as they are chipping badly. The doors that we
enter and exit from also need painting. The sanitation crew workers
are not doing a good job keeping the chow halls clean and the
gaurds supervising them are not doing a good job eaither. There should
be no excuse or no exceptions that this Institution remains as unsanitary
as it is. If having the walls G.I.ed does not clean them then
they should be painted as well. The Gards especially Lieutenent
Barlow and Sgt. creasy are cleaning the tables theirselves with

NEXT PAGE ↓

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _Donald Boyer_        DATE: _10-20-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

**April '97 REV**

RECEIVED

OCT 2 4 2006

Inmate Grievance Office

EXIBIT
A-16

5

③

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D C C_          DATE: _10-20-06_

GRIEVANT'S NAME: _Donald Boyer_   SBI#: _082420_

CASE#: _8 0 6 1 2_          TIME OF INCIDENT: _Ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Paper towels and dirty rags from the kitchen. I have witnessed this_
_with my own eyes, this is very unsanitary as it does not get rid of_
_the germs that just pass on to inmates and their food. Through my_
_investigation it took so long to write this grievance because I had_
_to investigate each dining hall, and I came up with the same problems_
_in each one and am now writing the grievance. I have been a_
_Sanitation crew leader and enviormental crew for at least 25 years_
_so I know what I'm talking about. I've worked under deputy warden_
_Betty Burris._

ACTION REQUESTED BY GRIEVANT: _For Deputy Warden pierce to investigate these_
_matters and to visually check on these matters himself and for him_
_to see the Agency Inspection Reports from Lt. Sheryl Marsh_
_for the past 2 years for the dining halls and complete kitchen_
_area's._

GRIEVANT'S SIGNATURE: _Donald Boyer_    DATE: _10-20-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

April '97 REV

OCT 24 2006

Inmate Grievance Office

EXiBiT. A-16    Page 1    ~to

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: DCC                    DATE: 10-24-06

GRIEVANT'S NAME: Donald Boyer     SBI#: 082420

CASE#: 81003                     TIME OF INCIDENT: 5:45 ongoing

HOUSING UNIT: D/E

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Im writing this grievance In regards to Sgt Colligan for unproffessional conduct and verbally
abusive language and threatning and disorderly behavior, in C-14 juice and diet window.
I put my I.D. in the window for my diet and snach I received my diet only, so I went
back and gave my I.D. to the inmate and asked him about my snach he told me that Sgt.
Colligan said that I don't get a snach, just a diet. I told him that's not right because
if that was the case my diet would have run out. I need my diet tray and snach because I
am a diabetic. Anyways Sgt Colligan told me to get away from the damn window, then I
went to the building sgt in O-Building and asked him to see why I could not get my snach.
Sgt. Bryant took my I.D. to the window and asked to talk to Sgt Colligan and asked
Sgt Colligan to check the list for my snach, Sgt. Colligan gave sgt. Bryant my I.D.

ACTION REQUESTED BY GRIEVANT:          Page 2 of Grievance

GRIEVANT'S SIGNATURE: Donald Boyer     DATE: 10-24-06

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

NOV 01 2006

April '97 REV

Exibit A-16

Page 2    7

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                          DATE: _10-24-06_

GRIEVANT'S NAME: _Donald Boyer_          SBI#: _082420_

CASE#: _81003_                           TIME OF INCIDENT: _5:45 ongoing_

HOUSING UNIT: _D/E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

and told Sgt Bryant, and I quote, " I told that motherfucker he don't get no
motherfucking diet snack and tell that bitch motherfucker to get away from the window."
Sgt. Bryant was shocked to hear that kind of language from a fellow sgt. and told
me to write a grievance. I asked Sgt. Bryant for Sgt. Colligans name and he
got it for me. With my 37 years in prison I have never verbally abused a gaurd.
I have always given them respect and try to teach other inmates to do the same.
Sgt. Colligan was so loud with his abusive language that other inmates in line heard
him. I feel that Sgt colligan is a threat to security and should not work in the
kitchen around inmates because he is very disrespectfull.

ACTION REQUESTED BY GRIEVANT: _For Sgt Colligan to be investigated by Deputy_
warden pierce, Security chief Scarbourgh and internal affairs. Also to have sgt.
Bryant interviewed for confirmation.

GRIEVANT'S SIGNATURE: _Donald Boyer_        DATE: _10-24-06_

WAS AN INFORMAL RESOLUTION ACCEPTED?         _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

NOV 01 2006

Inmate Grievance Office

April '97 REV

I/M Donald J Boyle
SBI# 082426  UNIT BLD 18 CELL - CU 6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED
DEC 2 7 2006

$ 04.20

to the office of the clerk u.s.
District court locklot 18
Boggs federal Building.
844 King street Wilmington

De. 19801.

legal
mail