AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

William H. Woodlin JR.
_____
Plaintiff

V.

Commissioner Stanley Taylor Et. Al.
_____
Defendant(s)

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER: 06 - 694 GMS

I, William H. Woodlin JR _____ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant          ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED**
JAN 17 2007
U.S. DISTRICT COURT
DELAWARE
BD scanned

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

      If "YES" state the place of your incarceration Del. Corr. Center

      **Inmate Identification Number (Required):** 194803

      Are you employed at the institution? No   Do you receive any payment from the institution? No

      _Attach a ledger sheet from the ~~institution of your incarceration detailing all transactions~~ over the past six months._

2.    Are you currently employed?    ☐ Yes    ☑ No

      a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

      | | | | |
      |---|---|---|---|
      | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
      | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
      | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
      | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
      | e. | Gifts or inheritances | ☐ Yes | ☑ No |
      | f. | Any other sources | ☐ Yes | ☑ No |

      If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4.      Do you have any cash or checking or savings accounts?          ☐ Yes      ☑ No

        If "Yes" state the total amount  $_____

5.      Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
        valuable property?

                                                                        ☐ Yes      ☑ No

        If "Yes" describe the property and state its value.

6.      List the persons who are dependent on you for support, state your relationship to each person and
        indicate how much you contribute to their support, OR state NONE if applicable.

                                        NONE

        I declare under penalty of perjury that the above information is true and correct.

12/13/07                    _William H. Wooden Jr._
DATE                            SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

I/M William H. Boolin Jr.

SBI# 194 803     UNIT T-2 Bunk #40

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

16 JAN 2007 PM 3 T

Office of the Clerk

United States District Court

844 N King Street Lockbox 18

Wilm Del

19801-3570