# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-694

TO: William Woodlin   SBI#: 194103

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: January 10, 2007

**FILED**
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Attached are copies of your inmate account statement for the months of July 1, 2006 to December 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| July  | 14.49 |
| Aug   | 22.82 |
| Sept  | 12.65 |
| Oct   | 11.59 |
| Nov   | 14.54 |
| Dec   | .18 |

Average daily balances/6 months: 12.72

Attachments
CC: File

Stacy Shane
1/10/07

[signature]
1/10/07

# Individual Statement

Date Printed: 1/10/2007     Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.87 |
|---|---|---|---|---|---|---|
| 00194803 | WOODLIN | William | H | | | |
| Current Location: | T2 | | | Comments: NSP - APPROVED FOR ART SUPPLIE | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/3/2006 | $38.40 | $0.00 | $0.00 | $59.27 | 286531 | | | |
| Canteen | 7/5/2006 | ($35.16) | $0.00 | $0.00 | $24.11 | 287778 | | | |
| Canteen | 7/11/2006 | ($12.92) | $0.00 | $0.00 | $11.19 | 289941 | | | |
| Mail | 7/12/2006 | $20.00 | $0.00 | $0.00 | $31.19 | 290608 | 4854991194 | | B. GRIFFIN |
| Pay-To | 7/12/2006 | ($10.00) | $0.00 | $0.00 | $21.19 | 290786 | | WILLIAM WOODLIN | |
| Canteen | 7/18/2006 | ($20.76) | $0.00 | $0.00 | $0.43 | 293014 | | T BLDG 5/24-6/23/06 | |

Ending Mth Balance: $0.43

Total Amount Currently on Medical Hold: ($5.21)
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/10/2007                                                          Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.43 |
|---|---|---|---|---|---|---|
| 00194803 | WOODLIN | William | H | | | |
| Current Location: | T2 | | | Comments: | NSP - APPROVED FOR ART SUPPLIE | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 8/1/2006 | $38.40 | $0.00 | $0.00 | $38.83 | 298778 | | | |
| Misc | 8/1/2006 | $11.00 | $0.00 | $0.00 | $49.83 | 300311 | | T2 BLDG 6/24-7/23/06 | |
| Canteen | 8/8/2006 | ($11.97) | $0.00 | $0.00 | $37.86 | 302626 | | 7/4/06 ACTIVITIES | |
| Pay-To | 8/10/2006 | ($25.00) | $0.00 | $0.00 | $12.86 | 304607 | | WILLIAM H WOODLI | |

Ending Mth Balance: $12.86

Total Amount Currently on Medical Hold: ($5.21)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/10/2007                                                              Page 1 of 1

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00194803 | WOODLIN | William | H | | $12.86 |

**Current Location:** T2

**Comments:** NSP - APPROVED FOR ART SUPPLIE

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 9/1/2006 | $38.40 | $0.00 | $0.00 | $51.26 | 313578 | | T2 7/24-8/23/06 | |
| Canteen | 9/5/2006 | ($28.38) | $0.00 | $0.00 | $22.88 | 315104 | | | |
| Canteen | 9/12/2006 | ($22.13) | $0.00 | $0.00 | $0.75 | 318282 | | | |

**Ending Mth Balance:** $0.75

Total Amount Currently on Medical Hold: ($5.21)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/10/2007

Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.75 |
|---|---|---|---|---|---|---|
| 00194803 | WOODLIN | William | H | | | |
| Current Location: | T2 | | | | | |

Comments: NSP - APPROVED FOR ART SUPPLIE

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/2/2006 | $38.40 | $0.00 | $0.00 | $39.15 | 326734 | | | |
| Canteen | 10/3/2006 | ($18.26) | $0.00 | $0.00 | $20.89 | 327255 | | | |
| Canteen | 10/10/2006 | ($9.77) | $0.00 | $0.00 | $11.12 | 330003 | | | |
| Canteen | 10/24/2006 | ($8.95) | $0.00 | $0.00 | $2.17 | 336724 | | T BLDG 8/24-9/23/06 | |

Ending Mth Balance: $2.17

Total Amount Currently on Medical Hold: ($5.21)

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of November 2006

Date Printed: 1/10/2007                                                                                     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.17 |
|---|---|---|---|---|---|---|
| 00194803 | WOODLIN | William | H | | | |

Current Location: T2

Comments: NSP - APPROVED FOR ART SUPPLIE

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2006 | $38.40 | $0.00 | $0.00 | $40.57 | 339509 | | T-BLD 9/24-10/23/06 | |
| Canteen | 11/8/2006 | ($23.02) | $0.00 | $0.00 | $17.55 | 343689 | | | |
| Canteen | 11/16/2006 | ($16.76) | $0.00 | $0.00 | $0.79 | 347240 | | | |

Ending Mth Balance: $0.79

Total Amount Currently on Medical Hold: ($5.21)
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/10/2007      Page 1 of 1

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.79 |
|---|---|---|---|---|---|---|
| 00194803 | WOODLIN | William | H | | | |

Current Location: T2     Comments: NSP - APPROVED FOR ART SUPPLIE

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 12/8/2006 | $0.00 | ($6.00) | $0.00 | $0.79 | 357323 | | 12/7/06 | |
| Medical | 12/8/2006 | ($0.79) | ($5.21) | $0.00 | $0.00 | 357385 | | 12/7/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($5.21)

Total Amount Currently on Non-Medical Hold: $0.00