# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM    06-694

TO:   *Nicholas Rivera* SBI#: *592936*

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   *January 12, 2007*


FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*BD scanned*

Attached are copies of your inmate account statement for the months of *July 1, 2006* to *December 31, 2006*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 50.86 |
| Aug | 39.85 |
| Sept | 29.86 |
| Oct | 10.87 |
| Nov | 13.69 |
| Dec | 12.28 |

Average daily balances/6 months:   *26.24*

Attachments
CC: File

*Stacy Shane*
1/12/07

*[signature]*
1/12/07

# Individual Statement

Date Printed: 1/11/2007                                     Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.62 |
|---|---|---|---|---|---|---|
| 00522936 | RIVERA | NICHOLAS | | | | |
| Current Location: | E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 7/3/2006 | $45.84 | $0.00 | $0.00 | $48.46 | 286445 | | FS 5/24-6/23/06 | |
| Canteen | 7/5/2006 | ($24.72) | $0.00 | $0.00 | $23.74 | 287454 | | | |
| Canteen | 7/11/2006 | ($23.32) | $0.00 | $0.00 | $0.42 | 289646 | | | |
| Mail | 7/12/2006 | $100.00 | $0.00 | $0.00 | $100.42 | 290655 | 9337643291 | | C. RIVERA |
| Canteen | 7/18/2006 | ($37.10) | $0.00 | $0.00 | $63.32 | 292815 | | | |
| Canteen | 7/25/2006 | ($22.46) | $0.00 | $0.00 | $40.86 | 296534 | | | |
| | | | | Ending Mth Balance: | $40.86 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/11/2007

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $40.86 |
|---|---|---|---|---|---|---|
| 00522936 | RIVERA | NICHOLAS | E | | | |

Current Location: Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 8/1/2006 | $45.84 | $0.00 | $0.00 | $86.70 | 299026 | | FS 6/24-7/23/06 | |
| Canteen | 8/1/2006 | ($37.14) | $0.00 | $0.00 | $49.56 | 299357 | | | |
| Canteen | 8/8/2006 | ($13.12) | $0.00 | $0.00 | $36.44 | 302389 | | | |
| Canteen | 8/15/2006 | ($29.90) | $0.00 | $0.00 | $6.54 | 306646 | | | |
| Canteen | 8/22/2006 | ($6.16) | $0.00 | $0.00 | $0.38 | 308933 | | | |
| Mail | 8/22/2006 | $75.00 | $0.00 | $0.00 | $75.38 | 309422 | 8254067670 | | C. RIVERA |
| Canteen | 8/29/2006 | ($55.37) | $0.00 | $0.00 | $20.01 | 311418 | | | |

Ending Mth Balance: $20.01

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/11/2007

## For Month of September 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.01 |
|---|---|---|---|---|---|---|
| 00522936 | RIVERA | NICHOLAS | | | | |
| Current Location: | E | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2006 | $42.72 | $0.00 | $0.00 | $62.73 | 313292 | | FS 7/24-7/23/06 | |
| Canteen | 9/5/2006 | ($9.71) | $0.00 | $0.00 | $53.02 | 315029 | | | |
| Canteen | 9/12/2006 | ($25.01) | $0.00 | $0.00 | $28.01 | 318820 | | | |
| Canteen | 9/19/2006 | ($17.81) | $0.00 | $0.00 | $10.20 | 321200 | | | |
| Canteen | 9/26/2006 | ($8.94) | $0.00 | $0.00 | $1.26 | 324223 | | | |

Ending Mth Balance: $1.26

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/11/2007

## For Month of October 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $1.26 | |
|---|---|---|---|---|---|---|---|---|
| 00522936 | RIVERA | NICHOLAS | | | | | | |
| Current Location: | E | | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/2/2006 | $37.68 | $0.00 | $0.00 | $38.94 | 326073 | | FS 8/24-9/23/06 | |
| Misc Wage | 10/2/2006 | $16.64 | $0.00 | $0.00 | $55.58 | 326074 | | FS 8/24-9/23/06 | |
| Canteen | 10/3/2006 | ($35.31) | $0.00 | $0.00 | $20.27 | 327701 | | | |
| Canteen | 10/10/2006 | ($8.69) | $0.00 | $0.00 | $11.58 | 330157 | | | |
| Canteen | 10/17/2006 | ($4.33) | $0.00 | $0.00 | $7.25 | 332917 | | | |
| Canteen | 10/24/2006 | ($6.43) | $0.00 | $0.00 | $0.82 | 336939 | | | |

Ending Mth Balance: $0.82

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of November 2006

Date Printed: 1/11/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.82 |
|---|---|---|---|---|---|---|
| 00522936 | RIVERA | NICHOLAS | E | | | |

Current Location: E

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck# | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 11/1/2006 | $64.96 | $0.00 | $0.00 | $65.78 | 339315 | | FS 9/24-10/23/06 | |
| Canteen | 11/1/2006 | ($37.11) | $0.00 | $0.00 | $28.67 | 340004 | | | |
| Canteen | 11/8/2006 | ($7.53) | $0.00 | $0.00 | $21.14 | 343428 | | | |
| Canteen | 11/14/2006 | ($11.09) | $0.00 | $0.00 | $10.05 | 345674 | | | |
| Canteen | 11/21/2006 | ($8.76) | $0.00 | $0.00 | $1.29 | 348467 | | | |

Ending Mth Balance: $1.29

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/11/2007

Page 1 of 1

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.29 |
|---|---|---|---|---|---|---|
| 00522936 | RIVERA | NICHOLAS | | | | |

Current Location: E

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 12/1/2006 | $63.68 | $0.00 | $0.00 | $64.97 | 352530 | | FS 10/24-11/23/06 | |
| Canteen | 12/5/2006 | ($52.81) | $0.00 | $0.00 | $12.16 | 353792 | | | |
| Canteen | 12/12/2006 | ($8.34) | $0.00 | $0.00 | $3.82 | 358117 | | | |
| Canteen | 12/18/2006 | ($2.90) | $0.00 | $0.00 | $0.92 | 360420 | | | |

Ending Mth Balance: $0.92

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00