Dear Sir          C.A No 06-694-GMS    1-22-07

Per order of the court enclosed is my six month Rollover of my account, I would like it duely noted that this is my second time sending this and when I was notified I immediatly wrote records and luck would have it that I got it in time 12 days to spare.

Thank You For Your time

Sincerly

Warren Wright

FILED

JAN 25 2007

U.S. DISTRICT
DISTRICT OF

I/M Warren Grant
SBI# 126129 Unit D-W C-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Officer of the Clerk
U.S. District court
844 N. King St Lock Box 18
Wilm De
19801

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 00.630
JAN 24 2007
MAILED FROM ZIP CODE 19977