# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Warren Wyant    SBI#: 176129

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: January 22, 2007

---

Attached are copies of your inmate account statement for the months of July 1, 2006 to December 31, 2006.

The following indicates the average daily balances.

06cv694GMS

JAN 25 2006

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 168.05 |
| Aug | 135.70 |
| Sept | 112.55 |
| Oct | 87.98 |
| Nov | 108.04 |
| Dec | 109.97 |

Average daily balances/6 months: 120.38

Attachments
CC: File

Stacy Shane
1/22/07

# Individual Statement

Date Printed: 1/22/2007

## For Month of July 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $186.17 |
|---|---|---|---|---|---|---|
| 0176129 | Wyant | Warren | J | | | |

Current Location: D/W    Comments: App for Art Supplies

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($39.86) | $0.00 | $0.00 | $146.31 | 287940 | | | |
| Canteen | 7/12/2006 | ($39.65) | $0.00 | $0.00 | $106.66 | 290476 | | | |
| Misc | 7/13/2006 | $100.00 | $0.00 | $0.00 | $206.66 | 291350 | 390025477 | | C. WYANT |
| Canteen | 7/19/2006 | ($28.38) | $0.00 | $0.00 | $178.28 | 293660 | | | |
| Canteen | 7/26/2006 | ($37.24) | $0.00 | $0.00 | $141.04 | 297051 | | | |

Ending Mth Balance: $141.04

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($7.23)

# Individual Statement

## For Month of August 2006

Date Printed: 1/22/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 0017 6129 | Wyant | Warren | J | | $141.04 |

Current Location: D/W  Comments: App for Art Supplies

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/2/2006 | ($37.11) | $0.00 | $0.00 | $103.93 | 300602 | | | |
| Mail | 8/2/2006 | $100.00 | $0.00 | $0.00 | $203.93 | 300937 | 253451406 | | C. WYANT |
| Medical | 8/4/2006 | $0.00 | ($4.00) | $0.00 | $203.93 | 301844 | | | |
| Medical | 8/4/2006 | ($4.00) | $0.00 | $0.00 | $199.93 | 301940 | | 7/27/06 | |
| Canteen | 8/9/2006 | ($61.96) | $0.00 | $0.00 | $137.97 | 303325 | | | |
| Supplies-MailP | 8/11/2006 | $0.00 | $0.00 | ($0.87) | $137.97 | 304936 | | 7/25/06 | |
| Supplies-MailP | 8/11/2006 | $0.00 | $0.00 | ($0.63) | $137.97 | 304937 | | 7/25/06 | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $137.34 | 305909 | | 7/25/06 | |
| Supplies-MailP | 8/11/2006 | ($0.87) | $0.00 | $0.00 | $136.47 | 305908 | | 7/25/06 | |
| Canteen | 8/16/2006 | ($39.54) | $0.00 | $0.00 | $96.93 | 307424 | | | |
| Pay-To | 8/18/2006 | ($18.00) | $0.00 | $0.00 | $78.93 | 308478 | | | |
| Mail | 8/18/2006 | $50.00 | $0.00 | $0.00 | $128.93 | 308601 | 08-481487877 | MASJID MUHAMMAD | WYANT |
| Canteen | 8/23/2006 | ($33.27) | $0.00 | $0.00 | $95.66 | 309559 | | | |
| Mail | 8/28/2006 | $20.00 | $0.00 | $0.00 | $115.66 | 311211 | 0418736493 | | P. WYANT |
| Canteen | 8/30/2006 | ($39.81) | $0.00 | $0.00 | $75.85 | 312245 | | | |

Ending Mth Balance: $75.85

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($7.23)

# Individual Statement

Date Printed: 1/22/2007

## For Month of September 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00176129 | Wyant | Warren | J | | $75.85 |

Current Location: D/W    Comments: App for Art Supplies

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 9/1/2006 | $100.00 | $0.00 | $0.00 | $175.85 | 313891 | 253451448 | | C. WYANT |
| Canteen | 9/6/2006 | ($39.16) | $0.00 | $0.00 | $136.69 | 315488 | | | |
| Canteen | 9/13/2006 | ($34.58) | $0.00 | $0.00 | $102.11 | 319161 | | | |
| Canteen | 9/20/2006 | ($19.17) | $0.00 | $0.00 | $82.94 | 321712 | | | |
| Canteen | 9/27/2006 | ($21.70) | $0.00 | $0.00 | $61.24 | 324730 | | | |

Ending Mth Balance: $61.24

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($7.23)

# Individual Statement

## For Month of October 2006

Date Printed: 1/22/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $61.24 |
|---|---|---|---|---|---|---|
| 00176129 | Wyant | Warren | J | | | |

Current Location: D/W

Comments: App for Art Supplies

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/4/2006 | ($31.40) | $0.00 | $0.00 | $29.84 | 328047 | | | |
| Mail | 10/4/2006 | $100.00 | $0.00 | $0.00 | $129.84 | 328180 | 253451488 | | C. WYANT |
| Canteen | 10/11/2006 | ($25.98) | $0.00 | $0.00 | $103.86 | 331231 | | | |
| Canteen | 10/18/2006 | ($22.15) | $0.00 | $0.00 | $81.71 | 333447 | | | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.63) | $81.71 | 337379 | | 10/22/06 | |
| Canteen | 10/25/2006 | ($33.72) | $0.00 | $0.00 | $47.99 | 337601 | | | |

Ending Mth Balance: $47.99

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($7.23)

# Individual Statement

## For Month of November 2006

Date Printed: 1/22/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $47.99 |
|---|---|---|---|---|---|---|
| 00176129 | Wyant | Warren | J | | | |

Current Location: D/W    Comments: App for Art Supplies

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/1/2006 | ($22.39) | $0.00 | $0.00 | $25.60 | 341071 | | | |
| Mail | 11/2/2006 | $100.00 | $0.00 | $0.00 | $125.60 | 341723 | 253451523 | | C. WYANT |
| Supplies-MailP | 11/3/2006 | ($0.63) | $0.00 | $0.00 | $124.97 | 342131 | | | |
| Mail | 11/8/2006 | $20.00 | $0.00 | $0.00 | $144.97 | 343933 | 7585857 | 10/22/06 | D. TRANUM |
| Canteen | 11/8/2006 | ($24.51) | $0.00 | $0.00 | $120.46 | 344291 | | | |
| Pay-To | 11/9/2006 | ($4.00) | $0.00 | $0.00 | $116.46 | 344843 | | MASJID MUHAMMAD | |
| Canteen | 11/15/2006 | ($31.64) | $0.00 | $0.00 | $84.82 | 346386 | | | |
| Mail | 11/15/2006 | $25.00 | $0.00 | $0.00 | $109.82 | 346617 | 08-561370076 | | D WYANT |
| Misc | 11/20/2006 | $25.00 | $0.00 | $0.00 | $134.82 | 348367 | 93107211625 | | P WYANT |
| Canteen | 11/22/2006 | ($35.78) | $0.00 | $0.00 | $99.04 | 349264 | | | |
| Canteen | 11/29/2006 | ($32.16) | $0.00 | $0.00 | $66.88 | 351713 | | | |

Ending Mth Balance:    $66.88

Total Amount Currently on Medical Hold:    $0.00

Total Amount Currently on Non-Medical Hold:    ($7.23)

# Individual Statement

## For Month of December 2006

Date Printed: 1/22/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $66.88 |
|---|---|---|---|---|---|---|
| 00176129 | Wyant | Warren | J | | | |

Current Location: D/W    Comments: App for Art Supplies

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/5/2006 | $100.00 | $0.00 | $0.00 | $166.88 | 354081 | 253451554 | | C WYANT |
| Canteen | 12/6/2006 | ($29.59) | $0.00 | $0.00 | $137.29 | 354787 | | | |
| Supplies-MailP | 12/7/2006 | $0.00 | $0.00 | ($1.95) | $137.29 | 355952 | | 11/17/06 | |
| Supplies-MailP | 12/7/2006 | $0.00 | $0.00 | ($1.95) | $137.29 | 355953 | | 11/17/06 | |
| Mail | 12/8/2006 | $25.00 | $0.00 | $0.00 | $162.29 | 356090 | 93107217532 | | PEG |
| Supplies-MailP | 12/8/2006 | ($1.95) | $0.00 | $0.00 | $160.34 | 356941 | | 11/17/06 | |
| Supplies-MailP | 12/8/2006 | ($1.95) | $0.00 | $0.00 | $158.39 | 356940 | | 11/17/06 | |
| Canteen | 12/13/2006 | ($39.66) | $0.00 | $0.00 | $118.73 | 358722 | | | |
| Mail | 12/20/2006 | $25.00 | $0.00 | $0.00 | $143.73 | 361266 | 8013056 | | D TRANUM |
| Canteen | 12/20/2006 | ($39.88) | $0.00 | $0.00 | $103.85 | 361547 | | | |
| Canteen | 12/27/2006 | ($31.44) | $0.00 | $0.00 | $72.41 | 364391 | | | |
| Pay-To | 12/29/2006 | ($4.00) | $0.00 | $0.00 | $68.41 | 365532 | | | MASJID MUHAMMAD |

Ending Mth Balance: $68.41

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($7.23)