IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-694-GMS |
| | ) |
| COMMISSIONER STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiffs Willis L. Grayson ("Grayson") and Daniel M. Woods ("Woods") are two of twelve inmates who filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 4, 2007, the court entered an order requiring Grayson and Woods to submit, within 30 days from the date of the order, a certified copy of their prison trust fund account statements or the institutional equivalents for the six-month period immediately preceding the filing of the complaint, or they would be dismissed from the case (D.I. 18);

WHEREAS, to date, the required documents have not been received from either Grayson or Woods;

THEREFORE, at Wilmington this 12th day of Feb., 2007, IT IS HEREBY ORDERED that the plaintiffs Willis L. Grayson and Daniel M. Woods are DISMISSED WITHOUT PREJUDICE from the case for failure to comply with the January 4, 2007 order.



UNITED STATES DISTRICT JUDGE

FILED

FEB 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE