IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDRE JOHNSON, DONNIE O. WEAVER, WILLIS L. GRAYSON, AMIR FATIR, DAVID B. HOUSTON, NICHOLAS RIVERA,  BRADY MUHAMMAD, WARREN J. WYANT, WILLIAM WOODLIN, JAPHIS LAMPKINS, SR.,  DANIEL M. WOOD, and DONALD BOYER, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-694-GMS |
| COMMISSIONER STANLEY TAYLOR, PAUL HOWARD, RONALD HOSTERMAN, WARDEN THOMAS CARROLL, MAUREEN WHALEN, DEPUTY WARDEN DAVID PIERCE, JENNY HAVEL, CPL. KRUMKA, OFFICER MORGAN,  JANET HENRY, LISA MERSON, and ALAN MACHINGTON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Ten plaintiffs currently remain in this action.  The other two plaintiffs, Willis L. Grayson

and Daniel M. Woods were dismissed from this action by this court.  The ten plaintiffs in this

case, all who are presently incarcerated, have requested leave to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915 as follows: Andre Johnson (D.I. 2), Donnie O. Weaver (D.I. 3),

Amir Fatir (D.I. 5), David B. Houston (D.I. 6), Nicholas Rivera (D.I. 21),  Brady Muhammad

(D.I. 12), Warren J. Wyant (D.I. 7)[1], William Woodlin (D.I. 19), Japhis Lampkins, Sr. (D.I. 8),

---

[1]Wyant's *in forma pauperis* motion was granted on January 4, 2007.  (D.I. 16.)

and Donald Boyer (D.I. 1). Consistent with 28 U.S.C. § 1915(a)(1) and (2), each of the remaining ten plaintiffs have submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. Based on the plaintiffs' submissions, the requests to proceed *in forma pauperis* (D.I. 1, 2, 3, 5, 6, 8, 12, 19, 21) are **GRANTED**.

Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiffs shall be assessed the filing fee of $350.00. The plaintiffs are jointly and severally liable for the $350.00 filing fee. The court has determined that the $350.00 filing fee shall be divided among the remaining plaintiffs. Each plaintiff shall be required to pay either an initial partial filing of $88.60, **or** an initial partial filing fee of 20 percent (20%) of the greater of his average monthly deposit or average monthly balance in the trust fund account.

IT IS HEREBY ORDERED that plaintiffs shall pay the $350.00 filing fee as follows:

**Andre Johnson**, SBI #117593, shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial filing fee of **$88.60** and subsequent payments to the Clerk of the Court.

**Donnie O. Weaver,** SBI #150811, shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial filing fee of **$18.99** and subsequent payments to the Clerk of the Court.

**Amir Fatir**, SBI #137010, shall, within thirty days from the date this order is sent,

2

complete and return the attached authorization form allowing the agency having custody of him to forward the initial partial filing fee of **$25.00** and subsequent payments to the Clerk of the Court.

**David B. Houston**, SBI #137142, shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial  filing fee of **$17.33** and subsequent payments to the Clerk of the Court.

**Nicholas Rivera**, SBI #522936, shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial filing fee of **$16.41** and subsequent payments to the Clerk of the Court.

**Brady Muhammad**, SBI #068028,  shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial  filing fee of **$8.30** and subsequent payments to the Clerk of the Court.

**Warren J. Wyant**, SBI #00176129,shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial  filing fee of **$26.34** and subsequent payments to the Clerk of the Court.

**William Woodlin, Jr.**, SBI #194803,shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward an initial partial  filing fee of **$7.44** and subsequent payments to the Clerk of the

3

Court.

**Japhis Lampkins, Sr.**, SBI #110196, shall, within thirty days from the date this order is

sent, complete and return the attached authorization form allowing the agency having custody of

him to forward an initial partial  filing fee of **$12.33** and subsequent payments to the Clerk of the

Court.

**Donald Boyer**, SBI #082420, shall, within thirty days from the date this order is sent,

complete and return the attached authorization form allowing the agency having custody of him

to forward an initial partial  filing fee of **$11.13** and subsequent payments to the Clerk of the

Court.

**THE FAILURE OF ANY PLAINTIFF TO RETURN THE AUTHORIZATION**

**FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT**

**IN DISMISSAL OF THAT PLAINTIFF FROM THIS ACTION WITHOUT PREJUDICE**

**AND POSSIBLE REAPPORTIONMENT OF THE FILING FEE AMONG THE**

**REMAINING  PLAINTIFFS.  NOTWITHSTANDING ANY PAYMENT MADE OR**

**REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT**

**DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO**

**STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS**

**MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH**

**RELIEF.**

Upon receipt of this order and the authorization forms, the Warden or other appropriate

official at the Delaware Correctional Center having custody of each plaintiff shall be required to

deduct the stated initial partial filing fee for each plaintiff as set forth in this order, from each

4

plaintiff's trust account when such funds become available, and forward that amount to the Clerk

of the Court.   Thereafter, absent further order of the Court, each time that the balance in each

plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Delaware

Correctional Center, or at any prison at which each plaintiff is or may be incarcerated, shall be

required to make monthly payments of 20 percent (20%) of the preceding month's income

credited to the plaintiff's trust account and forward that amount to the Clerk of the Court until the

$350.00 filing fee is paid in full.

DATED: Feb. 1 2, 2007

UNITED STATES DISTRICT JUDGE

**FILED**

FEB 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDRE JOHNSON,                  )
DONNIE O. WEAVER,               )
WILLIS L. GRAYSON,              )
AMIR FATIR,                     )
DAVID B. HOUSTON,               )
NICHOLAS RIVERA,                )
BRADY MUHAMMAD,                 )
WARREN J. WYANT,                )
WILLIAM WOODLIN,                )
JAPHIS LAMPKINS, SR.,           )
DANIEL M. WOOD,                 )
DONALD BOYER,                   )
                                )
          Plaintiffs,           )
                                )
          v.                    ) Civil Action No. 06-694 GMS
                                )
COMMISSIONER STANLEY TAYLOR,    )
PAUL HOWARD,                    )
RONALD HOSTERMAN,               )
WARDEN THOMAS CARROLL,          )
MAUREEN WHALEN,                 )
DEPUTY WARDEN DAVID PIERCE,     )
JENNY HAVEL,                    )
CPL. KRUMKA,                    )
OFFICER MORGAN,                 )
JANET HENRY,                    )
LISA MERSON,                    )
ALAN MACHINGTON,                )
                                )
          Defendants.           )

**AUTHORIZATION**

I, **Andre Johnson, SBI #117593**, request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of **$88.63** and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDRE JOHNSON,                    )
DONNIE O. WEAVER,                 )
WILLIS L. GRAYSON,                )
AMIR FATIR,                       )
DAVID B. HOUSTON,                 )
NICHOLAS RIVERA,                  )
BRADY MUHAMMAD,                   )
WARREN J. WYANT,                  )
WILLIAM WOODLIN,                  )
JAPHIS LAMPKINS, SR.,             )
DANIEL M. WOOD,                   )
DONALD BOYER,                     )
                                  )
          Plaintiffs,             )
                                  )
          v.                      ) Civil Action No. 06-694 GMS
                                  )
COMMISSIONER STANLEY TAYLOR,      )
PAUL HOWARD,                      )
RONALD HOSTERMAN,                 )
WARDEN THOMAS CARROLL,            )
MAUREEN WHALEN,                   )
DEPUTY WARDEN DAVID PIERCE,       )
JENNY HAVEL,                      )
CPL. KRUMKA,                      )
OFFICER MORGAN,                   )
JANET HENRY,                      )
LISA MERSON,                      )
ALAN MACHINGTON,                  )
                                  )
          Defendants.             )

**AUTHORIZATION**

I, **Donnie O. Weaver, SBI #150811,** request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of $**18.99** and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON,<br>DONNIE O. WEAVER,<br>WILLIS L. GRAYSON,<br>AMIR FATIR,<br>DAVID B. HOUSTON,<br>NICHOLAS RIVERA,<br>BRADY MUHAMMAD,<br>WARREN J. WYANT,<br>WILLIAM WOODLIN,<br>JAPHIS LAMPKINS, SR.,<br>DANIEL M. WOOD,<br>DONALD BOYER,<br><br>      Plaintiffs,<br><br>      v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>PAUL HOWARD,<br>RONALD HOSTERMAN,<br>WARDEN THOMAS CARROLL,<br>MAUREEN WHALEN,<br>DEPUTY WARDEN DAVID PIERCE,<br>JENNY HAVEL,<br>CPL. KRUMKA,<br>OFFICER MORGAN,<br>JANET HENRY,<br>LISA MERSON,<br>ALAN MACHINGTON,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-694 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AUTHORIZATION

I, **Amir Fatir, SBI #137010,** request and authorize the agency
holding me in custody to disburse to the Clerk of the Court the
initial partial filing fee of **$25.00** and the subsequent payments
pursuant to 28 U.S.C. § 1915(b) and required by the Court's order
dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.


_____

Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON,<br>DONNIE O. WEAVER,<br>WILLIS L. GRAYSON,<br>AMIR FATIR,<br>DAVID B. HOUSTON,<br>NICHOLAS RIVERA,<br>BRADY MUHAMMAD,<br>WARREN J. WYANT,<br>WILLIAM WOODLIN,<br>JAPHIS LAMPKINS, SR.,<br>DANIEL M. WOOD,<br>DONALD BOYER,<br><br>      Plaintiffs,<br><br>      v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>PAUL HOWARD,<br>RONALD HOSTERMAN,<br>WARDEN THOMAS CARROLL,<br>MAUREEN WHALEN,<br>DEPUTY WARDEN DAVID PIERCE,<br>JENNY HAVEL,<br>CPL. KRUMKA,<br>OFFICER MORGAN,<br>JANET HENRY,<br>LISA MERSON,<br>ALAN MACHINGTON,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-694 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AUTHORIZATION

I, **David B. Houston, SBI #137142**, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of **$17.33** and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____

Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON,<br>DONNIE O. WEAVER,<br>WILLIS L. GRAYSON,<br>AMIR FATIR,<br>DAVID B. HOUSTON,<br>NICHOLAS RIVERA,<br>BRADY MUHAMMAD,<br>WARREN J. WYANT,<br>WILLIAM WOODLIN,<br>JAPHIS LAMPKINS, SR.,<br>DANIEL M. WOOD,<br>DONALD BOYER,<br><br>      Plaintiffs,<br><br>      v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>PAUL HOWARD,<br>RONALD HOSTERMAN,<br>WARDEN THOMAS CARROLL,<br>MAUREEN WHALEN,<br>DEPUTY WARDEN DAVID PIERCE,<br>JENNY HAVEL,<br>CPL. KRUMKA,<br>OFFICER MORGAN,<br>JANET HENRY,<br>LISA MERSON,<br>ALAN MACHINGTON,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-694 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AUTHORIZATION

I, **Nicholas Rivera, SBI #522936**, request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of **$16.41** and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.


                                    _____

                                    Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON,<br>DONNIE O. WEAVER,<br>WILLIS L. GRAYSON,<br>AMIR FATIR,<br>DAVID B. HOUSTON,<br>NICHOLAS RIVERA,<br>BRADY MUHAMMAD,<br>WARREN J. WYANT,<br>WILLIAM WOODLIN,<br>JAPHIS LAMPKINS, SR.,<br>DANIEL M. WOOD,<br>DONALD BOYER,<br><br>       Plaintiffs,<br><br>       v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>PAUL HOWARD,<br>RONALD HOSTERMAN,<br>WARDEN THOMAS CARROLL,<br>MAUREEN WHALEN,<br>DEPUTY WARDEN DAVID PIERCE,<br>JENNY HAVEL,<br>CPL. KRUMKA,<br>OFFICER MORGAN,<br>JANET HENRY,<br>LISA MERSON,<br>ALAN MACHINGTON,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 06-694 GMS |

**AUTHORIZATION**

I, **Brady Muhammad, SBI #068028**, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of **$8.30** and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____

Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON,<br>DONNIE O. WEAVER,<br>WILLIS L. GRAYSON,<br>AMIR FATIR,<br>DAVID B. HOUSTON,<br>NICHOLAS RIVERA,<br>BRADY MUHAMMAD,<br>WARREN J. WYANT,<br>WILLIAM WOODLIN,<br>JAPHIS LAMPKINS, SR.,<br>DANIEL M. WOOD,<br>DONALD BOYER,<br><br>      Plaintiffs,<br><br>      v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>PAUL HOWARD,<br>RONALD HOSTERMAN,<br>WARDEN THOMAS CARROLL,<br>MAUREEN WHALEN,<br>DEPUTY WARDEN DAVID PIERCE,<br>JENNY HAVEL,<br>CPL. KRUMKA,<br>OFFICER MORGAN,<br>JANET HENRY,<br>LISA MERSON,<br>ALAN MACHINGTON,<br><br>      Defendants. | Civil Action No. 06-694 GMS |

## AUTHORIZATION

I, **Warren J. Wyant**, **SBI #176129**, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of **$26.34** and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____

Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ANDRE JOHNSON,                      )
DONNIE O. WEAVER,                   )
WILLIS L. GRAYSON,                  )
AMIR FATIR,                         )
DAVID B. HOUSTON,                   )
NICHOLAS RIVERA,                    )
BRADY MUHAMMAD,                     )
WARREN J. WYANT,                    )
WILLIAM WOODLIN,                    )
JAPHIS LAMPKINS, SR.,               )
DANIEL M. WOOD,                     )
DONALD BOYER,                       )
                                    )
          Plaintiffs,               )
                                    )
     v.                             ) Civil Action No. 06-694 GMS
                                    )
COMMISSIONER STANLEY TAYLOR,        )
PAUL HOWARD,                        )
RONALD HOSTERMAN,                   )
WARDEN THOMAS CARROLL,              )
MAUREEN WHALEN,                     )
DEPUTY WARDEN DAVID PIERCE,         )
JENNY HAVEL,                        )
CPL. KRUMKA,                        )
OFFICER MORGAN,                     )
JANET HENRY,                        )
LISA MERSON,                        )
ALAN MACHINGTON,                    )
                                    )
          Defendants.               )
```

**AUTHORIZATION**

I, **William Woodlin, Jr., SBI #194803**, request and authorize
the agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of **$7.44** and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____

Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ANDRE JOHNSON,                        )
DONNIE O. WEAVER,                     )
WILLIS L. GRAYSON,                    )
AMIR FATIR,                           )
DAVID B. HOUSTON,                     )
NICHOLAS RIVERA,                      )
BRADY MUHAMMAD,                       )
WARREN J. WYANT,                      )
WILLIAM WOODLIN,                      )
JAPHIS LAMPKINS, SR.,                 )
DANIEL M. WOOD,                       )
DONALD BOYER,                         )
                                      )
          Plaintiffs,                 )
                                      )
     v.                               ) Civil Action No. 06-694 GMS
                                      )
COMMISSIONER STANLEY TAYLOR,          )
PAUL HOWARD,                          )
RONALD HOSTERMAN,                     )
WARDEN THOMAS CARROLL,                )
MAUREEN WHALEN,                       )
DEPUTY WARDEN DAVID PIERCE,           )
JENNY HAVEL,                          )
CPL. KRUMKA,                          )
OFFICER MORGAN,                       )
JANET HENRY,                          )
LISA MERSON,                          )
ALAN MACHINGTON,                      )
                                      )
          Defendants.                 )
```

**AUTHORIZATION**

I, **Japhis Lampkins, Sr.**, **SBI #110196**, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of **$12.33** and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ANDRE JOHNSON,                    )
DONNIE O. WEAVER,                 )
WILLIS L. GRAYSON,                )
AMIR FATIR,                       )
DAVID B. HOUSTON,                 )
NICHOLAS RIVERA,                  )
BRADY MUHAMMAD,                   )
WARREN J. WYANT,                  )
WILLIAM WOODLIN,                  )
JAPHIS LAMPKINS, SR.,             )
DANIEL M. WOOD,                   )
DONALD BOYER,                     )
                                  )
          Plaintiffs,             )
                                  )
     v.                           ) Civil Action No. 06-694 GMS
                                  )
COMMISSIONER STANLEY TAYLOR,      )
PAUL HOWARD,                      )
RONALD HOSTERMAN,                 )
WARDEN THOMAS CARROLL,            )
MAUREEN WHALEN,                   )
DEPUTY WARDEN DAVID PIERCE,       )
JENNY HAVEL,                      )
CPL. KRUMKA,                      )
OFFICER MORGAN,                   )
JANET HENRY,                      )
LISA MERSON,                      )
ALAN MACHINGTON,                  )
                                  )
          Defendants.             )
```

**AUTHORIZATION**

I, **Donald Boyer, SBI #082420,** request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of **$11.13** and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____

Signature of Plaintiff