IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON,<br>DONNIE O. WEAVER,<br>WILLIS L. GRAYSON,<br>AMIR FATIR,<br>DAVID B. HOUSTON,<br>NICHOLAS RIVERA,<br>BRADY MUHAMMAD,<br>WARREN J. WYANT,<br>WILLIAM WOODLIN,<br>JAPHIS LAMPKINS, SR.,<br>DANIEL M. WOOD,<br>DONALD BOYER,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>PAUL HOWARD,<br>RONALD HOSTERMAN,<br>WARDEN THOMAS CARROLL,<br>MAUREEN WHALEN,<br>DEPUTY WARDEN DAVID PIERCE,<br>JENNY HAVEL,<br>CPL. KRUMKA,<br>OFFICER MORGAN,<br>JANET HENRY,<br>LISA MERSON,<br>ALAN MACHINGTON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-694 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, **Amir Fatir, SBI #137010,** request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of **$25.00** and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Feb. 15 , 2007.

_____
Signature of Plaintiff

I/M Amir Fatir
SBI# 137010   UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
16 FEB 2007 PM 1 T

Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

Legal Mail