IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON,<br>DONNIE O. WEAVER,<br>WILLIS L. GRAYSON,<br>AMIR FATIR,<br>DAVID B. HOUSTON,<br>NICHOLAS RIVERA,<br>BRADY MUHAMMAD,<br>WARREN J. WYANT,<br>WILLIAM WOODLIN,<br>JAPHIS LAMPKINS, SR.,<br>DANIEL M. WOOD,<br>DONALD BOYER,<br>      Plaintiffs,<br>      v.<br>COMMISSIONER STANLEY TAYLOR,<br>PAUL HOWARD,<br>RONALD HOSTERMAN,<br>WARDEN THOMAS CARROLL,<br>MAUREEN WHALEN,<br>DEPUTY WARDEN DAVID PIERCE,<br>JENNY HAVEL,<br>CPL. KRUMKA,<br>OFFICER MORGAN,<br>JANET HENRY,<br>LISA MERSON,<br>ALAN MACHINGTON,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-694 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AUTHORIZATION**

I, **Donald Boyer**, **SBI #082420**, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of **$11.13** and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 12, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 2/15/07 , 2007.

*Donald J Boyer 082420*
Signature of Plaintiff

**Donald Boyer**
SBI# 082420
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M Ronald J Boyer
SBI# 082420    UNIT 17-A-L12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To the office of the Clerk.
United States District Court
844 N. King Street lockbot 18
Wilmington Delaware. 19801-3570.

LEGAL MAIL