IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William Woodlin Jr.<br>    Plaintiff,<br><br>v.<br><br>Commissioner Stanley Taylor,<br>et al.    Defendants. | )<br>)<br>)<br>)  C.A. No. : 06-694-GMS<br>)<br>)<br>) |

## MOTION TO WITHDRAW WITHOUT PREJUDICE

    Now comes the Plaintiff, William Woodlin, pro-se, respectfuly request to withdraw from the multi-plaintiff civil action in the above captioned case with leave to file his own 1983 civil action pursuant to 42 U.S.C. § 1983.



Date: February 20, 2007

Respectfuly submitted,

William H. Woodlin Jr.
William Woodlin Jr.
SBI#194803
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Am H. Deedlin JR
803  UNIT T-Z - Bunk #43
E CORRECTIONAL CENTER
DOCK ROAD
, DELAWARE 19977

WILMINGTON DE 197   21 FEB 2007 PM 1 L

United States District Court
844 N. King Street Lockbox 18
Wilmington, Del
19801-3570