Dear Sir, (Civil Action No. 06-694 GMS) 2-18-07

Please inform me if their is additional fee's required and I will send the necessary funds. I dont want the Jail deducting money from my account at will. In past exp it never comes out right. If I have to pay the whole $350.00 I will, But I dont want People having free access to my account. If you havent noticed that not only do I have a civil case against them. They cant even get chow or commisary right If their is any problem please get back to me.

Sincerely
Warren Wyant

P.S
In my other case I paid immediately.
(C.A No. 02-1346-GMS)

06cv694GMS

FILED
FEB 2 - 2007

RG
scan

Edward Cannington
SBI# 174129 UNIT B-4E-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the clerk
us District court
844 N. Kings street Lockbox 18
w/m DE.
19801