IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| David B. Houston<br>    Plaintiff, | ) | |
| v. | ) | C.A. No. : 06-694-GMS |
| Commissioner Stanley Taylor,<br>et al.    Defendants. | )<br>)<br>)<br>) | |

## MOTION TO WITHDRAW WITHOUT PREJUDICE

Now comes the Plaintiff, David B. Houston, pro-se, respectfuly requesting that this honorable court allow him to withdraw from the above captioned multi-plaintiff 1983 civil action without prejudice persuant to 42 U.S.C. § 1983.

Date: February 20, 2007

Respectfuly submitted,

David B. Houston
SBI#137142
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



FILED
FEB 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

David B. Houston #001-37-142
Delaware Correctional Center
1181 Paddock Road, T-2
Smyrna, Delaware, 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

WILMINGTON DE 197
26 FEB 2007 PM 1 T

19801+3515 C012

THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR ITS CONTENTS OR ANY DEBTS INCURRED.