IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE JOHNSON, DONNIE O. WEAVER, AMIR FATIR, DAVID B. HOUSTON, NICHOLAS R. RIVERA, BRADY a/k/a COUCH MUHAMMAD, WARREN J. WYANT, WILLIAM WOODLIN, JAPHIS LAMPKINS, SR., and DONALD BOYER,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMISSIONER STANLEY TAYLOR, PAUL HOWARD, RONALD HOSTERMAN, WARDEN THOMAS CARROLL, MAUREEN WHALEN, DEPUTY WARDEN DAVID PIERCE, JENNY HAVEL, CPL. KRUMKA, OFFICER MORGAN, JANET HENRY, LISA MERSON, and ALAN MACHINGTON, CPL. ONEY, MICHAEL LITTLE, FLOYD DIXON, CORRECTIONAL MEDICAL SERVICES, FIRST MEDICAL SERVICES, SGT. MARVIN CREASY, JAMES P. SATTERFIELD, LIEUTENANT PALOWSKI, MICHAEL MCCRAMER, and DAVID HALL,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-694-GMS ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

At Wilmington this  9th  day of  April , 2007, the plaintiff Warrant J. Wyant ("Wyant") having been ordered on February 12, 2007, to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed, and instead submitted monies directly to the clerk of the court to pay his partial filing fee (D.I. 26);

IT IS ORDERED that, on or before **April 26, 2007**, Wyant shall show cause why he cannot pay installment filing fees and why he did not submit the authorization form as ordered in the court's February 12, 2007 order so that the agency (i.e., Delaware Correctional Center) having custody of Wyant can forward payments from Wyant's prison account to the clerk of the court as required under 28 U.S.C. § 1915(b).

UNITED STATES DISTRICT JUDGE

FILED

APR 1 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE