IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDRE JOHNSON, DONNIE O.           )
WEAVER, AMIR FATIR, DAVID B.       )
HOUSTON, NICHOLAS R. RIVERA,       )
BRADY a/k/a COUCH MUHAMMAD,        )
WARREN J. WYANT, WILLIAM           )
WOODLIN, JAPHIS LAMPKINS, SR.,     )
and DONALD BOYER,                  )
                                   )
      Plaintiffs,                 )
                                   )
v.                                 ) Civil Action No. 06-694-GMS
                                   )
COMMISSIONER STANLEY TAYLOR,       )
PAUL HOWARD, RONALD                )
HOSTERMAN, WARDEN THOMAS           )
CARROLL, MAUREEN WHALEN,           )
DEPUTY WARDEN DAVID PIERCE,        )
JENNY HAVEL, CPL. KRUMKA,          )
OFFICER MORGAN, JANET HENRY,       )
LISA MERSON, and ALAN              )
MACHINGTON, CPL. ONEY, MICHAEL     )
LITTLE, FLOYD DIXON,               )
CORRECTIONAL MEDICAL SERVICES,     )
FIRST MEDICAL SERVICES, SGT.       )
MARVIN CREASY, JAMES P.            )
SATTERFIELD, LIEUTENANT            )
PALOWSKI, MICHAEL MCCRAMER,        )
and DAVID HALL,                    )
                                   )
      Defendants.                 )

**ORDER**

WHEREAS, the plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this court entered an order granting the plaintiffs leave to proceed *in forma pauperis,* and on February 12, 2007, entered an order requiring the plaintiffs Andre Johnson

("Johnson"), Donnie O. Weaver ("Weaver"), David B. Houston ("Houston"), Nicholas R. Rivera ("Rivera"), Brady a/k/a Couch Muhammad a/k/a Brady Couch ("Couch"), William H. Woodlin, Jr. ("Woodlin"), and Japhis Lampkins, Sr., ("Lampkins") to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 26);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from the above-listed plaintiffs;

WHEREAS, Woodlin and Houston also filed motions to withdraw without prejudice which the court construes as motions to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a) (D.I. 29, 31);

THEREFORE, at Wilmington this 10th day of April, 2007, IT IS HEREBY ORDERED that:

1. Andre Johnson, Donnie O. Weaver, David B. Houston, Nicholas R. Rivera, Brady a/k/a Couch Muhammad a/k/a Brady Couch, William H. Woodlin, Jr., and Japhis Lampkins, Sr., are dismissed as plaintiffs for failure to provide the authorization form as ordered by the court.

2. The motions to voluntarily dismiss (D.I. 29, 31) pursuant to Fed. R. Civ. P. 41(a) are denied as moot.

UNITED STATES DISTRICT JUDGE

FILED
APR 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2