To: District court clerk

844 N. King st. Lookbox 18

Wilmington, De. 19801



Dated: 4-20-2007

**Re:   Sending money to the court with- out allowing D.O.C to have freely**
**access to my inmate account.** *Civil Action no. 06-C94-GMS*

Dear Court Clerk,

      I would like permission from the court to have a set amount to send
to the court monthly to pay my filing fees in my case. I do not want the department
of corrections to have such free access to my account. It's well known though-out
the prison that the Department "once they receive the approval to freely subtract
from your account" They begin to take as they please and not how the court
ordered it to. One time it's 10% and then the same month they take 20% or
whatever they feel like.

It's well know that I pay my fee's and find's through the courts and all I am asking
this court is to give me the amount this court would like me to send monthly until
my part of my filing fee is paid in full.

I pray this court will understand my complaint and grant my wish.

Respectfully Submitted,

*Warren J. Wyant*

*P.S If this is not*
*suitable Please send*
*me a southin ACCess*
c.c.File  *Form to sign sVU*
*missplaced the original.*
*Thank You*

IM CURRAN Wright

SBI# 172125  UNIT D-c Je-8

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

20 APR 2007 PM 1 T

clerk of this court

844 N. King st. Lac/Box 18

wilmington

19801

U.S.M.S.
X-RAY

1980143519 C012