IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMIR FATIR, WARREN J. WYANT, and DONALD BOYER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 06-694-GMS ) |
| COMMISSIONER STANLEY TAYLOR, PAUL HOWARD, RONALD HOSTERMAN, WARDEN THOMAS CARROLL, MAUREEN WHALEN, DEPUTY WARDEN DAVID PIERCE, JENNY HAVEL, CPL. KRUMKA, OFFICER MORGAN, JANET HENRY, LISA MERSON, and ALAN MACHINGTON, CPL. ONEY, MICHAEL LITTLE, FLOYD DIXON, CORRECTIONAL MEDICAL SERVICES, FIRST MEDICAL SERVICES, SGT. MARVIN CREASY, JAMES P. SATTERFIELD, LIEUTENANT PALOWSKI, MICHAEL MCCRAMER, and DAVID HALL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

At Wilmington this 4th day of May, 2007, the plaintiff Warrant J. Wyant ("Wyant") having failed to show cause why he should be allowed to submit monies directly to the clerk of the court to pay his partial filing fee complete instead of returning an authorization form as ordered by the court and as is required of all other inmate plaintiff litigants (34);

IT IS ORDERED that the plaintiff Warrant J. Wyant ("Wyant") shall complete and return an authorization form within 30 days from the date of this order or he will be dismissed as a

plaintiff from this case.

_____
UNITED STATES DISTRICT JUDGE

FILED

MAY - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ANDRE JOHNSON,                    )
DONNIE O. WEAVER,                 )
WILLIS L. GRAYSON,                )
AMIR FATIR,                       )
DAVID B. HOUSTON,                 )
NICHOLAS RIVERA,                  )
BRADY MUHAMMAD,                   )
WARREN J. WYANT,                  )
WILLIAM WOODLIN,                  )
JAPHIS LAMPKINS, SR.,             )
DANIEL M. WOOD,                   )
DONALD BOYER,                     )
                                  )
        Plaintiffs,                )
                                  )
        v.                         ) Civil Action No. 06-694 GMS
                                  )
COMMISSIONER STANLEY TAYLOR,      )
PAUL HOWARD,                      )
RONALD HOSTERMAN,                 )
WARDEN THOMAS CARROLL,            )
MAUREEN WHALEN,                   )
DEPUTY WARDEN DAVID PIERCE,       )
JENNY HAVEL,                      )
CPL. KRUMKA,                      )
OFFICER MORGAN,                   )
JANET HENRY,                      )
LISA MERSON,                      )
ALAN MACHINGTON,                  )
                                  )
        Defendants.                )
```

**AUTHORIZATION**

I, **Warren J. Wyant, SBI #176129**, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of **$26.34** and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 12, 2007.

     This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff