

Warren Wyant
SBI# 00176129, D-Building
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

May 10, 2007

Mr. Peter Dalleo
Clerk of the Court
United States District Court
For the District of Delaware
Wilmington, Delaware 19802

RE: **Boyer et al v. Taylor et al, 1:06-CV-694**

Dear Mr. Dalleo:

      On or about February 15, 2007 you contacted me to inform me that I was to pay an initial partial filing fee of $26.34 and also sent to me an authorization form to allow the Delaware Correctional Center Business Office access to my account for the purpose of securing the monies (through the Institutional pay-to system) owed for the above referenced lawsuit. I then forwarded to you the $26.34 and a letter stating that I did not want to sign anything allowing this place free access to my account. It never comes up right. I am presently serving a life sentence and I have paid all of my court fines and in my other lawsuit, I paid the entire fee at one time, so I would not have to go through all of this. On February 23, 2007 I received notice from your office indicating that the Court had received the $26.34 and that was it. On              I received a second notice from your office stating that I had failed to complete the authorization form previously mentioned above. I wrote a second letter to you explaining my position and stating that if it was absolutely necessary, then please return the appropriate form to me and I would sign it. As of this date, I still have not heard anything from you relating to this matter, but I have just received a slip from the accounting office here at the prison informing me that funds were disbursed from my account for legal fees totaling $30.36, which happens to be all the money that I had on my account at that time. I seems strange to me that all the money I had was all the money that I owed (please see the attached receipt). I was never informed that the Court would require any additional funds nor did I sign any permission form for the Business Office to access my account for this purpose, which is precisely why I did not want to allow this type of transaction in the first place.

      This whole practice of just taking money without asking is not only disturbing but it is totally un-American. Would you please explain this situation to me so that I can understand? Thank you very much for your attention to this matter.

Sincerely,

Warren Wyant

C.C
Business Office
D.C.C

May 8th I received from you an order to complete and return an authorization form within 30 days (enclosed) so How/Why have they taken money from my account. I already paid the $26.34 then they have $30.36 from me ?!

>Warren Wyant
>SBI# 00176129, D-Building
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, Delaware 19977

May 10, 2007

Business Office
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dear Sir(s):

    I have just received a receipt for payment from your office indicating that funds were disbursed from my account for legal fees in the amount of $30.36, which just happens to be exactly the amount, to the last cent, that I had in my account. Let alone that I have not been informed of said debt or signed any type of waiver form authorizing anyone to access my account, and even if I had, it is my understanding that you are only supposed to take 20% of my incoming money, not the money already on my account. I understand that you are not supposed to completely clear my account of all funds. I would be sincerely appreciative if you could explain this situation to me.

>Sincerely,
>
>Warren Wyant

## Other Events
1:06-cv-00694-GMS Boyer et al v. Taylor et al
PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 2/26/2007 at 8:13 AM EST and filed on 2/23/2007
**Case Name:** Boyer et al v. Taylor et al
**Case Number:** 1:06-cv-694
**Filer:** Warren J. Wyant
**Document Number:** No document attached

**Docket Text:**
Partial Filing Fee Received from Warren J. Wyant: $ 26.34, receipt number 146552 (copy to business office) (rpg)

**1:06-cv-694 Notice has been electronically mailed to:**

**1:06-cv-694 Notice has been delivered by other means to:**

Donald Boyer
SBI# 082420
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Amir Fatir
SBI #137010
Delaware Correctional Center
1181 Paddock Road
P.O. Box 500
Smyrna, DE 19977

David B. Houston
SBI# 137142
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Andre Johnson
SBI# 117593
Delaware Correctional Center

```
UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 146552  -  EW
February 23, 2007

Code      Case #        Qty      Amount

PL5100    1-06-CV-694            26.34 CH


Total->                          26.34


FROM: DCC INMATE ACCOUNT
RE INMATE:  WARREN WYANT
CK#   17069
PNC BANK
```

**Receipt for Payment**
Bureau of Adult Corrections
State of Delaware

Institution: DCC    Trans #: 424661    Date: 5/4/2007

Bldg: D/W

Funds were disbursed from your account for legal fees:    Debited: ($30.36)    On Hold: $0.00

Resident: Wyant, Warren J

SBI # 00176129

Source: Business Office [m]

I/M Warren Wyant
SBI# 126129   UNIT 28
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
US District Court
844 N. King Street Lockbox 18
Wilm DE
19801