Warren J. Wyant
SBI# 176129, D-West Bldg
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

June 5, 2007

Mrs. Carol Powell
Business Office
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

RE: **Discrepancies with Account**

Dear Mrs. Powell:      #06-694-GMS

    I have received your letter along with the Account Statement Sheet dated May 30, 2007 (copies enclosed) and none of your figures add up with my canteen receipts (copies are also attached). Please allow me to explain the circumstances of these discrepancies. After the initial $30.36 was deducted from my account on May 4, 2007 I received an additional $100.00 on May 7, 2007. When I went to the Commissary on May 8, 2007 the balance on my account indicated that I had $92.36 because $7.64 had already been deducted from my account. None of my receipts match up with the individual account statement that you have sent to me. Can you please address this issue for me? Additionally, you had stated in your letter that I would owe $22.00 for the month of June along with the $7.64 that had been placed on "Hold" (that has already been paid), which would put me at $96.88 paid towards a $350.00 bill that is supposedly being split five separate ways, but with a mere $16.00 more, I will have paid a third of the fee all by myself. This does not make sense. Finally, the $4.05 that was taken off of my account between the dates 5/8/07 and 5/15/07, if you could please fix this for me it would be greatly appreciated.

    Thank you very much for your assistance with this matter.

Sincerely,

Warren Wyant

cc:   Clerk of the Court
      File



06cv694GMS

FILED

JUN 12 2007

RG Scanned

U.S. DISTRICT



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6685
Support Services

## MEMORANDUM

To:     Warren Wyant #176129, Building D/W

From:   Carol Powell, Support Services Officer

Date:   05/30/07

Re:     Legal Fees

---

    I received your letter regarding legal deductions. You paid your initial fee for case #06-694-GMS is the amount of $26.24 in February 2007. Once you paid the initial amount due from you on this multi case and now you are being assessed 20% of the prior month income along with the other plaintiffs in the case until the filing fee is satisfied. In April you received $200.00. The calculation is based on a month's incoming money less $10.00 and the balance is multiplied by 20%. Therefore 20% of $190.00 was $38.00. This amount was posted as a legal hold on your account. On 5/4 all legal transactions were pulled from all accounts. At that time you only had $30.36 in your account, therefore the remaining $7.64 was placed on legal hold that will be removed from your account next month. You have already received $120 for the month of May. Your legal share for June will be $22.00 in addition to the $7.64 on hold.

    If you have further questions do not hesitate to contact this office.

CC:     Inmate File

# Individual Statement
## From February 2007 to May 2007

Page 2 of 2

Date Printed: 5/30/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00176129 | Wyant | Warren | J | | Beginning Month Balance: | $47.88 |
| Current Location: D/W | | Comments: | | | Ending Month Balance: | $56.47 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/24/2007 | ($24.57) | $0.00 | $0.00 | $44.18 | 419579 | | | |
| Mail | 4/26/2007 | $100.00 | $0.00 | $0.00 | $144.18 | 420202 | 8013412 | APR 07 | D TRANUM |
| Legal | 5/1/2007 | $0.00 | $0.00 | ($38.00) | $144.18 | 422815 | | | |
| Canteen | 5/2/2007 | ($113.82) | $0.00 | $0.00 | $30.36 | 423131 | | | |
| Legal | 5/4/2007 | ($30.36) | $0.00 | ($7.64) | $0.00 | 424661 | | | |
| Mail | 5/7/2007 | $100.00 | $0.00 | $0.00 | $100.00 | 424786 | 087131323 | APR 07 | C WYANT |
| Supplies-MailPostag | 5/8/2007 | $0.00 | $0.00 | ($4.05) | $100.00 | 425972 | | | |
| Canteen | 5/8/2007 | ($27.94) | $0.00 | $0.00 | $72.06 | 426007 | | 4/11/07 | |
| Canteen | 5/16/2007 | ($11.65) | $0.00 | $0.00 | $60.41 | 429106 | | | |
| Canteen | 5/23/2007 | ($10.41) | $0.00 | $0.00 | $50.00 | 431578 | | | |
| Mail | 5/24/2007 | $20.00 | $0.00 | $0.00 | $70.00 | 432675 | 9310725308 | | M WYANT |
| Canteen | 5/30/2007 | ($13.53) | $0.00 | $0.00 | $56.47 | 434285 | | | |

Ending Month Balance: $56.47

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: ($7.64)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($4.05)



THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THE LETTER.

FM William Francis, Jr.
SBI 164560  UNIT W/B-K
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 9850

WILMINGTON, DE 19850  JUN 8  2007

Office of The Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE
                19801-3570