Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
July 20, 2007

Clerk
U.S. District Court
844 King Street
Wilmington, DE 19801

**RE: Boyer, et al. v. Taylor, et al., C.A. No. 1:06-cv-694-GMS**

Dear Sir:

    Enclosed you will please find a U.S. Marshall 285 form for each defendant and the Attorney General in the above captioned case.

    Judge Sleet has ordered plaintiffs to serve a copy of the complaint (D.I. 10), "U.S. Marshall 285" forms and the amended complaint (D.I. 18) upon each defendant (13 in all, including the State Attorney General).

    Twenty-two (22) copies of the complaint (D.I. 10) were sent to the Clerk of the Court by registered mail when this case was filed on November 15, 2006. Please include a copy of one of the complaints already received with the U.S. Marshall 285 forms. Boyer filed an amended complaint consisting of exhibits (D.I. 18) on January 5, 2007. Boyer is housed in MHU (Maximum Housing Unit) 21, which is essentially another institution and is completely isolated from the other two plaintiffs. Please add the amended complaint (D.I. 18) with the enclosed U.S. Marshall 285 forms since Plaintiffs Fatir and Wyant have never seen that amended complaint and have no way of communicating with Plaintiff Boyer.

    Please also let me know how much of the $350.00 filing fee has thus far been paid in total from all three plaintiffs.

    Thank you very much.

Sincerely,

Amir Fatir

cc: Warren Wyant

From:
Fatir #137010
1181 Paddock Rd.
Smyrna, DE 19977

To:
CLERK
U.S. DISTRICT COURT
844 N. King St., Lockbox 18
Wilmington, DE 19801-3750

Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
July 20, 2007

Mr. David Pierce
Deputy Warden
Delaware Correctional Center
Smyrna, DE 19977

**RE: Boyer, et al. v. Taylor, et al., C.A. No. 1:06-cv-694-GMS**

Dear Deputy Warden Pierce:

    Warren Wyant # 176129, Donald Boyer # 082420 and I are plaintiffs in the above captioned case.

    The court has ordered us to provide certain documents and to all sign various filings.

    Boyer is now located in MHU 21. Wyant is housed in D/West and I am housed in W.

    Would you please arrange for the plaintiffs to meet to work out compliance with the court's order?

    As the case proceeds there will be occasions when legal documents will need to be signed by all three of us. Please instruct me as to how that should be handled. Signings can probably be facilitated via Mike Little and Tim Martin who run the libraries and I suggest that you work it out with them.

    Thank you for your attention to this matter.

Sincerely,

Amir Fatir

cc:   Judge Sleet
      Warren Wyant
      Donald Boyer
      Mike Little
      Tim Martin

From: Fatir #137010
1181 Paddock Rd.
Smyrna, DE 19977

To: CLERK
U.S. DISTRICT COURT
844 N. King St., Lockbox 18
Wilmington, DE 19801-3750




