IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Donald Boyer, Amir Fatir, and )
Warren Wyant, )
                            )
           Plaintiffs, )
                            )
v.                          )   C.A. No. 06-694-GMS
                            )
Stanley Taylor, et al.,     )
                            )
           Defendants.      )

**MOTION TO RECONSIDER
DISMISSAL OF COUNT 45**

FILED
AUG -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Count 45 of the complaint (D.I. 10) alleged cruel and unusual punishment in violation of the Eighth Amendment in the use of box handcuffs. It was alleged that box handcuffs cut off circulation in the wrists and arms and places inmates with high blood pressure, heart ailments and/or circulatory ailments in danger of stroke, cardiac arrest and/or death.

The court dismissed Count 45 for plaintiffs' failure to allege that any of the plaintiffs have the medical conditions referred to in the count. Nor did plaintiffs allege any occasion in which any of them were handcuffed in an excessively tight manner or that any of the plaintiffs suffered physical harm as a result of tight handcuffs or when or where such alleged activity took place.

Plaintiffs Boyer and Fatir suffer from high blood pressure. In addition, Fatir suffers from hypertension, heart problems and circulatory ailments.

Dr. Vandusen has requested cardiac specialists and pulmonary specialists to examine and treat Fatir. The medical board in charge of keeping down expenses has, thus far, denied Dr. Vandusen's requests.

Fatir was transported to Dover for a stress test on May 11, 2007. He was transported to Dover's Women Center for a sleep apnea test on July 27, 2007.

On both trips to and from the prison he was forced to wear box handcuffs which were excessively tight, restricted circulation and caused his heart to pound in an effort to get blood through.

Upon return to the prison, on both occasions, he was given blood pressure tests. On both occasions his blood pressure was extremely high.

Prior to his last trip in box handcuffs his blood pressure was 120/80. Upon return to the prison, after wearing box handcuffs, his blood pressure was 159/109.

Due to the excessively tight box handcuffs Fatir's circulation was severely curtailed. His blood pressure rose markedly, he experienced shortness of breath and a racing heart beat which caused him to fear imminent death from heart attack or stroke.

If allowed to proceed with Count 45 as amended, Commissioner Carl C. Danberg, Bureau Chief Rick Kearney and Warden David Hall must be added as defendants. David Hall is the Warden in charge of transportation to and from the prison.

### Count 45 (Proposed Amendment)

1. Box handcuffs cut off circulation in the wrists and arms and places inmates with high blood pressure, heart ailments and/or circulatory ailments in danger of stroke, cardiac arrest and/or death.

2. Box handcuffs are placed on prisoners traveling outside the prison to court or hospital.

3. Box handcuffs were never adequately tested to determine whether they are safe.

4. Plaintiffs Boyer and Fatir suffer from high blood pressure. In addition, Fatir suffers from hypertension, heart problems and circulatory ailments.

5. Fatir was transported to Dover for a stress test on May 11, 2007.

6. Fatir was transported to Dover's Women Center for a sleep apnea test on July 27, 2007.

7. On trips to and from the prison on May 11, 2007, July 27, 2007 and July 28, 2007 Fatir was forced to wear box handcuffs which were excessively tight, restricted circulation and caused his heart to pound in an effort to get blood through.

8. Upon return to the prison on May 11, 2007 and July 28, 2007 Fatir was given blood pressure tests. On both occasions his blood pressure was extremely high.

9. Prior to his last trip in box handcuffs Fatir's blood pressure was 120/80. Upon return to the prison, after wearing box handcuffs, his blood pressure was 159/109.

10. Due to the excessively tight box handcuffs Fatir's circulation was severely curtailed. His blood pressure rose markedly, he experienced shortness of breath and a racing heart beat which caused him to fear imminent death from heart attack or stroke.

11. Placing box handcuffs on plaintiffs violates the Eighth Amendment of the United States Constitution's prohibition against cruel and unusual punishment and displays deliberate indifference on the part of defendants.

11. Defendants Carl C. Danberg, Carroll, Pierce and David Hall are responsible for the violation(s) in this count.

Dated: 8/1/07

Respectfully submitted,

_____
Amir Fatir

_____
Warren Wyant

_____
Donald Boyer

CERTIFICATE OF MAILING

I, Amir Fatir, hereby declare that on the below date, I caused to be placed in the United States Mail the foregoing titled:

*Motion to Reconsider Dismissal of Count 45*

with the original and true copies thereof in sealed envelopes, postage prepaid and addressed to the following:

Original sent to:

~~Beau Biden~~
~~Attorney General~~
~~820 N. French St.~~

Clerk
U.S. District Court
844 King St.
Wilm., DE 19801

True copies sent to:

Beau Biden, Esq.
Attorney General
820 N. French St.
Wilm., DE 19801

I hereby declare the above stipulated item(s) was deposited in the United States Mail on 8/1/07.

_____
Declarant



USA First-Class

I/M Amir Fatir
SBI# 137010  UNIT W-C-18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilm, DE 19801

WILMINGTON DE 197
02 AUG 2007 PM 2 T