July 31, 2007

Mr. Peter Dalleo
Clerk of the Court
U.S. District Court
Wilmington, DE 19802

RE: Boyer etal V. Taylor etal 1:06-cv-694

Dear Mr. Dalleo

    Sir, I've already written you about the problem I've been having with my account because of this suit. According to the receipts I've received from you, Feb 23rd $26.34, May 8th $30.36, June 14th $29.63 and July 16th $2300 totaling $109.34. ( Is this correct) How much is paid all together by all party's involved.

                                                Sincerely,
                                                Warren Wyant
                                                00176129 D-W C-8
                                                Delaware Correctional Center
                                                1181 Paddock Road
                                                Smyrna, De 19977

Cc
Carol Powell
Business Office
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977



FILED
AUG - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Mrs. Carol Powell    July 31st, 2007    Warren J Wyant
Business Office                                       SBI #176129, D-West
Delaware corr center                     Delaware corr center
1181 Paddock Rd                         1181 Paddock Rd
Smyrna, De 19977                     Smyrna, De 19977

Re: Discrepancies with account

Dear Mrs Powell

     I Just recieved your response to my questions about my account, an individual statement from 1-3-07 to 7-25-07, and I see the problem is worse than I thought, on 6-27-07 my Balance was $80.00 after receiving $25.00, the ending month Ballance was the same $80.00 (for June) my Begining month Balance for July is $56.80 without showing a withdrawl of the $23.20 thats missing. But showing a new medical Hold for $23.00 "U.S. Dist court" on 7-12-07 you again took off $23.00 even this time. For U.S. Dist court. What & Where was the $23.20 that mysteriously dissapeared for and where did it go. thank you for your time and Hopefully your Help.

c.c                                         Sincerly
Peter Dalleo                            Warren Wyant
Clerk of the court
U.S. Dist court
Wilm De 19802

Date Printed: 7/31/2007                                                                                                          Page 1 of 1

## Individual Statement
## For Month of July 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $56.80 |
|---|---|---|---|---|---|---|
| 00176129 | Wyant | Warren | J | | | |

Current Location: D/W                  Comments: App for Art Supplies

$23.⁰⁰ Difference

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 7/3/2007 | $0.00 | $0.00 | ($23.00) | $56.80 | 450900 | | US DISTRICT COURT 0 | |
| Canteen | 7/5/2007 | ($16.66) | $0.00 | $0.00 | $40.14 | 451877 | | | |
| Mail | 7/5/2007 | $100.00 | $0.00 | $0.00 | $140.14 | 452821 | 005443467 | | CALVIN WYANT |
| Canteen | 7/11/2007 | ($10.00) | $0.00 | $0.00 | $130.14 | 454846 | | | |
| Legal | 7/12/2007 | ($23.00) | $0.00 | $0.00 | $107.14 | 455974 | | US DISTRICT COURT 0 | ✓ |
| Canteen | 7/17/2007 | ($42.39) | $0.00 | $0.00 | $64.75 | 457790 | | | |
| Supplies-MailP | 7/17/2007 | $0.00 | $0.00 | ($4.60) | $64.75 | 457895 | | 6/26/07 | |
| Supplies-MailP | 7/17/2007 | $0.00 | $0.00 | ($4.60) | $64.75 | 457896 | | 6/26/07 | |
| Supplies-MailP | 7/17/2007 | $0.00 | $0.00 | ($4.60) | $64.75 | 457897 | | 6/26/07 | |
| Supplies-MailP | 7/17/2007 | $0.00 | $0.00 | ($4.60) | $64.75 | 457898 | | 6/26/07 | |
| Supplies-MailP | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $60.15 | 459538 | | 6/26/07 | |
| Supplies-MailP | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $55.55 | 459539 | | 6/26/07 | |
| Supplies-MailP | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $50.95 | 459540 | | 6/26/07 | |
| Supplies-MailP | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $46.35 | 459541 | | 6/26/07 | |
| Canteen | 7/25/2007 | ($12.75) | $0.00 | $0.00 | $33.60 | 461518 | | | |
| Supplies-MailP | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $33.60 | 461987 | | 7/8/07 | |
| Supplies-MailP | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $33.60 | 461989 | | 7/8/07 | |
| Supplies-MailP | 7/25/2007 | $0.00 | $0.00 | ($0.58) | $33.60 | 461993 | | 7/8/07 | |

Ending Mth Balance: $33.60

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.74)

**Individual Statement**
**From January 2007 to June 2007**

Date Printed: 7/31/2007                                                                                     Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00176129 | Wyant | Warren | J | | Beginning Month Balance: | $68.41 |
| Current Location: D/W | | | | Comments: | Ending Month Balance: | $80.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 6/15/2007 | ($11.50) | $0.00 | $0.00 | $83.68 | 443737 | | ST ELIZABETH ANN | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.41) | $83.68 | 444064 | | 6/5/07 | |
| Canteen | 6/20/2007 | ($13.83) | $0.00 | $0.00 | $69.85 | 445547 | | | |
| Supplies-MailPosta | 6/21/2007 | ($0.41) | $0.00 | $0.00 | $69.44 | 446875 | | 6/5/07 | |
| Canteen | 6/27/2007 | ($14.44) | $0.00 | $0.00 | $55.00 | 448575 | | | |
| Mail | 6/27/2007 | $25.00 | $0.00 | $0.00 | $80.00 | 448928 | 08571420040 | | J REYNOLDS |

Ending Month Balance: $80.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($1.74)

IM Warren Wyatt
SBI# 172129   UNIT D-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter Dalleo
office of the clerk
u.s. District court 844 N/king st Lockbox 18
Wilm Dc
19801