OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 6, 2007

TO:  Warren J. Wyant
     SBI# 00176129
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   RE:  *Status of Payments Received; 06-694(GMS)*

Dear Mr. Wyant:

   This office received a letter from you requesting the status of payments received in the above-mentioned case. Please be advised that to date the Clerk's Office has received payments from you in the amount of $109.34. The total amount of payments made to date for all plaintiffs, including your payments, is $209.97. This leaves a remaining balance to be paid in the amount of $140.03. These payments can be referenced on the account summary provided by the financial administrator.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                    Sincerely,

/ead
                                    PETER T. DALLEO
                                    CLERK


cc:  The Honorable Gregory M. Sleet
enc: Account Summary

BOYER, ET AL VS. TAYLOR, ET AL.

*Warren J. Wyant Account Summary*

CA 06-694-GMS
**CASE #3**

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/4/2007 | | | | 350 |
| 2/23/2007 | 5100PL | 146552 | 26.34 | 323.66 |
| 5/8/2007 | 5100PL | 147492 | 11.13 | 312.53 |
| 5/8/2007 | 5100PL | 147493 | 30.36 | 282.17 |
| 6/6/2007 | 5100PL | 147778 | 0.23 | 281.94 |
| 6/14/2007 | 5100PL | 147874 | 6 | 275.94 |
| 6/14/2007 | 5100PL | 147894 | 42.77 | 233.17 |
| 6/14/2007 | 5100PL | 147905 | 29.64 | 203.53 |
| 7/16/2007 | 5100PL | 148193 | 23 | 180.53 |
| 7/16/2007 | 5100PL | 148196 | 20.53 | 160 |
| 7/16/2007 | 0869PL | 148196 | 13.97 | 146.03 |
| 7/16/2007 | 0869PL | 148214 | 6 | 140.03 |

BOYER, ET AL VS. TAYLOR, ET AL.

*Plaintiffs Account Summary*

CA 06-694-GMS
**CASE #3**

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/4/2007 | | | | 350 |
| 2/23/2007 | 5100PL | 146552 | 26.34 | 323.66 |
| 5/8/2007 | 5100PL | 147492 | 11.13 | 312.53 |
| 5/8/2007 | 5100PL | 147493 | 30.36 | 282.17 |
| 6/6/2007 | 5100PL | 147778 | 0.23 | 281.94 |
| 6/14/2007 | 5100PL | 147874 | 6 | 275.94 |
| 6/14/2007 | 5100PL | 147894 | 42.77 | 233.17 |
| 6/14/2007 | 5100PL | 147905 | 29.64 | 203.53 |
| 7/16/2007 | 5100PL | 148193 | 23 | 180.53 |
| 7/16/2007 | 5100PL | 148196 | 20.53 | 160 |
| 7/16/2007 | 0869PL | 148196 | 13.97 | 146.03 |
| 7/16/2007 | 0869PL | 148214 | 6 | 140.03 |