IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boyer, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Taylor, et al., )<br>)<br>Defendants. ) | C.A. No. 06-694-GMS |

**MOTION TO ORDER DEFENDANTS
TO ALLOW AND ARRANGE
CONSULTATION AMONG PLAINTIFFS**

Comes now plaintiff Amir Fatir and moves this honorable court to order defendants to allow and arrange consultation and exchange of case-related documents for plaintiffs Donald Boyer, Warren Wyant and Amir Fatir.

1. Plaintiffs are presently housed as follows: Fatir in W-Building, Wyant in D/West Building and Boyer in MHU 21.

2. Plaintiffs have made repeated requests to prison officials to allow for plaintiffs to meet and to send case-related copies of documents (motions, amendments and letters-to-the court) to other plaintiffs.

3. All such requests have been ignored.

4. In its July 16, 2007 memorandum and order this court stated that "The plaintiffs are advised that each remaining plaintiff is required to sign any amendment or pleading with the court." ("ORDER," page 2.)

5. In order to properly litigate this case and comply with the court's order, plaintiffs must be able to meet and consult and get the appropriate signatures.

6. WHEREFORE, plaintiffs request that defendants be ordered to arrange for the plaintiffs to meet, obtain signatures, and exchange documents for one hour each week without shackles and outside the hearing of any officer, staff member or employee or informant of the Department of Justice or prison administration.

Respectfully submitted,

_____
Amir Fatir


_____
Warren Wyant


_____
Donald Boyer

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion to Order Defendants to Allow and Arrange Consultation Among Plaintiffs upon the following parties/persons:

| | |
|---|---|
| To: Carl Danberg, Esq.<br><br>Attorney General<br><br>Department of Justice<br><br>820 N. French St.<br><br>To: Wilmington, DE 19801<br><br><br>To: | To:<br><br><br><br>To:<br><br><br><br>To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 8th day of August, 2007

_____
Amir Fatir
SBI # 137010

INM AMIR FATIR
SBI# 137010 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
09 AUG 2007 PM 1 T

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilm, DE 19801