IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-694-GMS |
| | ) | |
| Taylor, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR APPOINTMENT OF EXPERT TO COLLECT
AND CHEMICALLY TEST PHYSICAL
EVIDENCE AT DELAWARE CORRECTIONAL CENTER**

NOW COMES Plaintiffs, pursuant to Federal Rules of Civil Procedure, and move this honorable court for an order appointing an expert to enter the Delaware Correctional Center ("DCC") prison, D-Building, and to obtain specimens of substances existing in the building showers and bathrooms for the purpose of chemical analysis to determine whether the material is mold and fungus, and to ascertain the specific type of mold and fungus present as alleged in the complaint.

Plaintiffs present the following in support of this request:

1. Plaintiffs have alleged the physical presence of mold and fungus in the showers and bathrooms of D-Building at DCC which pose a health hazard to the inmate population and subject inmates, including plaintiffs, to life-threatening health problems.

2. Plaintiffs intend to file a motion for a Preliminary Injunction/Temporary Restraining Order to shut down buildings which are, *inter alia*, infested with mold and/or fungus and require the immediate removal of such material as a

health hazard in accordance with acceptable procedure for the safe removal of such harmful substances from said inmate housing units.

3. An order which permits a qualified expert to enter the prison and housing unit(s) to obtain specimens of the material alleged to be harmful mold and/or fungus in plaintiffs' complaint is required to establish the standard of proof necessary for plaintiffs' intended Preliminary Injunction/TRO and to protect the plaintiffs and other similarly situated inmates from exposure to such material and irreparable harm therefrom.

WHEREFORE, plaintiffs submit prayer that this request be granted.

Dated: August 10, 2007

Respectfully submitted,

_____
Amir Fatir

_____
Warren Wyant

_____
Donald Boyer

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached MOTION FOR APPOINTMENT OF EXPERT TO COLLECT AND CHEMICALLY TEST PHYSICAL EVIDENCE AT DCC upon the following parties/persons:

To: Beau Biden, Esq.

    Attorney General

    Department of Justice

    820 N. French St.

To: Wilmington, DE 19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 10TH day of August, 2007

_____
Amir Fatir
SBI # 137010

I/M Amir Fatir
SBI# 137010  UNIT W-C-18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
11 AUG 2007 PM 1 L

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

Legal Mail