Amir Fatir # 137010
DCC
1181 Paddock Road
Smyrna, DE 19977
August 29, 2007

Clerk
U.S. District Court
844 King St.
Wilmington, DE 19801

RE: **Boyer, et al. v. Taylor, et al. C.A. No. 06-694-GMS**

Dear Sir:

    Please send me a docket sheet for the above case.

    Thank you.

Sincerely,

Amir Fatir



FILED
SEP - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Amir Fatir
SBI# 137010  UNIT W-C-18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

/3/



Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE
19801

LEGAL MAIL