IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Boyer, et al., )
) 
    Plaintiffs, )
)
v. )   C.A. No. 06-694-GMS
)
Taylor, et al., )
)
    Defendants. )

FILED SEP 1 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### MOTION FOR A TEMPORARY RESTRAINING ORDER OR A PRELIMINARY INJUNCTION TO PERMIT PLAINTIFF FATIR TO TELEPHONE HIS WIFE IN ENGLAND

**Comes now** plaintiff Amir Fatir, pro se, pursuant to Rule 65 Fed. R. Civ. P. and asks this honorable court to grant a Temporary Restraining Order and/or Preliminary Injunction to require that defendants permit him to telephone his wife who resides in England.

1. Fatir's wife, Helen Fatir, is a resident of the United Kingdom.

2. The current collect-calling telephone system will not permit calls outside the country.

3. Fatir filed and won a grievance to make calls to his wife.

4. The Warden's designee originally determined that the existing phone system would permit calls to England and indicated that the telephone vendor had so verified.

5. When it became clear that the current system would not facilitate calls to England, the Warden's designee overruled the grievance committee, citing "security" as the reason for denying Fatir phone calls to England.

6. Inmates regularly place telephone calls via counselors' offices or via the Chaplain's office.

7. DCC is capable of accommodating Fatir's telephone communication with his wife via the means in paragraph 6 or other means such as requiring that the vendor include international calls in the system.

8. Allowing inmates to use the counselors' offices or the chaplaincy to make calls, but denying that same option to Fatir to call his wife in England, violates the equal protection clause of the 14th Amendment to the U.S. Constitution.

9. Having a system for domestic calls but none for international calls violates the equal protection clause of the 14th Amendment to the U.S. Constitution.

10. Fatir has a First Amendment right to communicate with his wife and family.

**WHEREFORE**, plaintiff asks this honorable court to grant a TRO/Preliminary Injunction and order defendants to permit and facilitate plaintiff's making calls to his wife.

Dated: 9/12/07                                              Respectfully submitted,

                                                            _____
                                                            Amir Fatir

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boyer, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-694-GMS |
| ) | |
| Taylor, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

Upon the supporting declaration of the plaintiff and the accompanying memorandum of law, it is

ORDERED that defendants Stanley Taylor, Paul Howard, Ronald Hosterman, Thomas Carroll, and David Pierce show cause in room _____ of the United States Courthouse, 844 King Street., Wilmington, DE 19801, on the _____ day of _____, 2007, at _____ o'clock, why a preliminary injunction should to issue pursuant to Rule 65(a), Fed.R.Civ.P., enjoining the said defendants, their successors in office, agents and all other persons acting in concern and participation with them, to

1. Permit and arrange for Amir Fatir to make regular telephones to his wife in England. Said calls will be for not less than the 60 minutes weekly time afforded all other inmates in DCC.

2. Fatir shall be permitted to make not less than one weekly telephone call to his wife.

**IT IS FURTHER ORDERED** that this order to show cause, and all other papers attached to this application, shall be served on defendants by _____, 2007, and the United States Marshals Service is hereby directed to effectuate such service.

_____
United States District Judge

Dated: _____

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion for TRO/Prelim. Injun.; Brief; Order to Show Cause upon the following parties/persons:

To: Beau Biden, Esq.

    Department of Justice

    820 N. French St.

    Wilmington, DE  19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 12th day of September, 2007

_____
Amir Fatir
SBI # 137010