F I L E [D]

SEP 1 8 20[..]

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boyer, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-694-GMS |
| ) | |
| Taylor, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR A TEMPORARY RESTRAINING ORDER OR A PRELIMINARY INJUNCTION TO CLOSE D-BUILDING AND DECLARE IT UNFIT FOR HUMAN HABITATION

**Comes now** plaintiffs, pro se, pursuant to Rule 65 Fed. R. Civ. P. and asks this honorable court to grant a Temporary Restraining Order and/or Preliminary Injunction to close D-Building and declare it unfit for human habitation.

The reasons D-Building should be closed immediately are as follows:

1. D-Building (formerly "Medium Security" and "Medium One Security") is an old, dilapidated building that contains mold, fungus, peeling paint, poor air quality, lack of intake vents, poor ventilation, no actual ventilation system corroded coils, clogged vents, overcrowding which causes impaired breathing, respiratory ailments and infectious diseases.

2. The bathrooms in D/East are filthy, contain mold in the windows, peeling paint, no stalls, accumulated rust, filth and dirt.

3. The building is filled with bacteria and mold which thrive in the showers, bathrooms and living quarters.

4. In violation of *Anderson v. Redman*, inmates in D-building are double-bunked in small child-sized bunks in rooms with no ventilation which were designed for one person.

5. The water in D-building is contaminated with deadly minerals, fecal matter, bacteria and other lethal disease-causing microbes.

6. In the morning when water is first run in the sinks, feces can clearly be smelled coming out of the very sink pipes which residents of D-building must use to drink water.

7. The water in D-building is undrinkable.

8. D-building's cloth mattresses have been used by inmates who have defecated upon them only to have the same mattresses given to a different inmate.

9. Mattresses are contaminated with feces, blood, urine and bodily secretions.

10. The cells in D/East contain no intake vents. Where such vents do exist they are in a state of disrepair.

11. Commissioner Danberg has publicly admitted that D-building is in need of complete renovation.

12. Plaintiffs were and/or are housed in D-building for years under deplorable, inhumane conditions.

13. D-building's conditions violate the 8th Amendment prohibition against cruel and unusual punishment.

14. No mold removing chemicals are used or fungus killing chemicals are provided to assure that D-building provides a sanitary environment.

15. Guards were advised not to drink the D-building water, yet inmate residents have no choice but to drink it.

WHEREFORE, plaintiffs ask this honorable court to issue a TRO/Preliminary Injunction to close D-building down and declare it unfit for human habitation.

Dated: 9/12/07

Respectfully submitted,

_____
Amir Fatir

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | C.A. No. 06-694-GMS |
| Taylor, et al., | ) | |
|     Defendants. | ) | |

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

Upon the supporting declaration of the plaintiff and the accompanying memorandum of law, it is

ORDERED that defendants Stanley Taylor, Paul Howard, Ronald Hosterman, Thomas Carroll, and David Pierce show cause in room _____ of the United States Courthouse, 844 King Street., Wilmington, DE 19801, on the _____ day of _____, 2007, at _____ o'clock, why a preliminary injunction should to issue pursuant to Rule 65(a), Fed.R.Civ.P., enjoining the said defendants, their successors in office, agents and all other persons acting in concern and participation with them, to

1. Close D-building at DCC and cease to house prisoners within that building.

**IT IS FURTHER ORDERED** that this order to show cause, and all other papers attached to this application, shall be served on defendants by _____, 2007, and the United States Marshals Service is hereby directed to effectuate such service.

_____
United States District Judge

Dated: _____

# CERTIFICATE OF SERVICE

I, Amir Fatir, hereby certify that I have served a true and correct copy of the enclosed:

Motion for a TRO/Preliminary Injunction to close D-Bldg. and declare it unfit for human habitation

Memorandum of Law in support of TRO to close D-Bldg.

Affadavit of Amir Fatir

Order to Show Cause and TRO

upon the following person:

Beau Biden, Esq.
Dept. of Justice
820 N. French St.
Wilm., DE 19801

BY PLACING A SEALED ENVELOPE, and depositing same in the U.S. mail at the Delaware Correctional Center, Smyrna, DE 19977. On this 15th day of September, 2007.

Amir Fatir
#137010