Amir Fatir #137010
1181 Paddock Rd.
Smyrna, DE 19977
September 23, 2007

Clerk
U.S. District Court
844 King St.
Wilm., DE 19801



RE: Boyer v. Taylor, C.A. No. 06-694-GMS

Dear Sir:

Please let me know why defendants in this case have not yet been served. On 7/24/07 Marshall forms were sent to the Court. On 11/15/06 copies of the complaint for all defendants were sent.

In addition, plaintiffs have several motions before the Court that haven't been decided. TRO's, I understand, can be ruled upon even before service has occurred. If that is correct, plaintiffs request action on our motions, including the TRO's, expeditiously.

Sincerely,
Amir Fatir

