Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
9/28/07



RECEIVED
OCT - 2 2007
BW
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk
U.S. District Ct.
844 King St.
Wilm., DE 19801

RE: Bayer et al. v. Taylor et al. CA. No. 06-694-GMS

Dear Clerk:

Please provide a detailed listing of the payments received for the filing fee. The docket shows no payments from me for $24.77 and $18.00 deducted by the prison on 6/8/07.

I want to know exactly how much has been paid by all 3 plaintiffs and how much is left to be paid.

Thank you.

Sincerely,
Amir Fatir