OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 4, 2007

TO: Amir Fatir
    SBI #137010
    DCC

*RE*: **Request to Clerk regarding Partial Payments,
      CA 06-694GMS**

Dear Mr. Fatir:

   We are in receipt of your letter dated 9/28/07 requesting a detailed listing of all payments made to date in subject case. Please note that payment receipts are mailed to the individual making the payment, as well as to the account custodian at the institution where he or she is incarcerated. We do this as a courtesy in an effort to avoid overpayments or duplication of payments.

   Per your request, a summary of payments received and docketed to date is enclosed for your reference. According to our records the last payments were posted on 9/12/07, leaving a balance of $67.43.

   I trust that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/re                                 PETER T. DALLEO
                                    CLERK

cc: The Honorable Gregory M. Sleet, CA 06-694 GMS
    Mr. Warren J. Wyant, SBI #176129, DCC
    Mr. Donald Boyer, SBI #082420, DCC
    Business Office, DCC
    Financial Administrator, USDC

enc. Account Summary

BOYER, ET AL VS. TAYLOR, ET AL.

|  |  | CA 06-694-GMS |  |  |  |
|  |  | CASE #3 |  |  |  |
| DATE | FUND | RECEIPT | AMOUNT | BALANCE |  |
| 1/4/2007 |  |  |  | 350 |  |
| 2/23/2007 | 5100PL | 146552 | 26.34 | 323.66 | WYANT |
| 5/8/2007 | 5100PL | 147492 | 11.13 | 312.53 | BOYER |
| 5/8/2007 | 5100PL | 147493 | 30.36 | 282.17 | WYATT |
| 6/6/2007 | 5100PL | 147778 | 0.23 | 281.94 | FATIR |
| 6/14/2007 | 5100PL | 147874 | 6.00 | 275.94 | BOYER |
| 6/14/2007 | 5100PL | 147894 | 42.77 | 233.17 | FATIR |
| 6/14/2007 | 5100PL | 147905 | 29.64 | 203.53 | WYATT |
| 7/16/2007 | 5100PL | 148193 | 23.00 | 180.53 | WYATT |
| 7/16/2007 | 5100PL | 148196 | 20.53 | 160 | } FATIR |
| 7/16/2007 | 0869PL | 148196 | 13.97 | 146.03 | |
| 7/16/2007 | 0869PL | 148214 | 6.00 | 140.03 | BOYER |
| 8/8/2007 | 0869PL | 148453 | 2.00 | 138.03 | BOYER |
| 8/8/2007 | 0869PL | 148471 | 8.00 | 130.03 | FATIR |
| 8/21/2007 | 0869PL | 148611 | 18.00 | 112.03 | WYATT |
| 9/12/2007 | 0869PL | 148841 | 4.00 | 108.03 | BOYER |
| 9/12/2007 | 0869PL | 148851 | 8.03 | 100 | } FATIR |
| 9/12/2007 | 086400 | 148851 | 9.97 | 90.03 | |
| 9/12/2007 | 086400 | 148866 | 22.60 | 67.43 | WYATT |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/14/2007 at 5:09 PM EDT and filed on 6/14/2007
**Case Name:**          Boyer et al v. Taylor et al
**Case Number:**        1:06-cv-694
**Filer:**              Amir Fatir
**Document Number:** No document attached

**Docket Text:**
Partial Filing Fee Received from Amir Fatir: $ 42.77, receipt number 147894 (copy of receipt/report to business office). (rbe)

**1:06-cv-694 Notice has been electronically mailed to:**

**1:06-cv-694 Notice has been delivered by other means to:**

Donald Boyer
SBI# 082420
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Amir Fatir
SBI #137010
Delaware Correctional Center
1181 Paddock Road
P.O. Box 500
Smyrna, DE 19977

Warren J. Wyant
SBI# 00176129
Delaware Correctional Center
1181 Paddock Road