Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
October 12, 2007

The Honorable Gregory M. Sleet
President Judge
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801

RE:  **Boyer et al. v. Taylor, et al.  06-694-GMS**

Dear Judge Sleet:

  Defendants in the above entitled case have yet to be served. I sent U.S.M. 28 forms to the Clerk on July 24, 2007 and have written two letters regarding service upon defendants, but those letters have not been answered.

  This court's order stated that forms, copies of the original complaint and copies of the amended complaint were to be sent to the court for service. When this case was originally filed, 22 copies of the original complaint were sent, along with the complaint, to the clerk. My letter to the clerk asked if that satisfied the requirement of copies since such copies were already in the possession of the clerk. I also enclosed copies of the amended complaint (those counts which your honor indicated could be amended).

  I asked the clerk to let me know if anything additional was needed to comply with the court's order.

  Please instruct the clerk to arrange for service and to inform me if I need to add or change anything for service to occur.

  Plaintiffs have several motions and some TRO's before the court upon which have no action has been taken. It is my understanding the Rule 65(b) Fed.R.Civ.P. allows for motions to be granted even before service has occurred.

  Plaintiffs request that our motions be decided upon whether or not defendants have been served. Defendants' counsel, the Attorney General of Delaware, has been provided a copy of every motion filed with this court.



The Honorable Gregory M. Sleet
October 12, 2007
Page 2

    Thank you for your attention to these matters.

                                                   Respectfully,

                                                 Amir Fatir

I/M Amir Fatir
SBI# 137010  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

WILMINGTON DE 197
15 OCT 2007 PM 3 T

The Hon. Gregory M. Sleet
U.S. District Court
844 King St. Lockbox 18
Wilmington, DE 19801

19801+3569