Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977
October 24, 2007

Clerk
U.S. District Court
844 King Street, Lockbox 18
Wilmington, DE 19801

**RE:  Boyer et al. v. Taylor, et al 06-694-GMS**

Dear Sir:

Enclosed are 13 copies of the amended complaint which is to be sent to all the defendants via the U.S. Marshall in this case.

Thirteen (13) U.S. Marshall 285 forms and copies of the original complaint were already sent previously.

Please let me know if anything more is necessary to effect service.

Sincerely,

Amir Fatir



FILED

OCT 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



I/M Amir Fatir
SBI# 137010    UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$ 02.84°
02 1A
0004805975    OCT 25 2007
MAILED FROM ZIP CODE 19977

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

U.S.M.S.
X-RAY

Legal Mail