IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-694-GMS |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| et al., | ) |
| Defendants. | ) |
| | ) |

## ORDER

At Wilmington this 13th day of Nov , 2007, having considered the pending

motions of the plaintiffs, Donald Boyer ("Boyer"), Amir Fatir ("Fatir"), and Warren Wyant

"Wyant") (collectively "the plaintiffs");

IT IS ORDERED that:

The plaintiffs' motion for appointment of expert to collect and chemically test physical

evidence at Delaware Correctional Center (D.I. 48) is **denied** without prejudice. Rule 706 of the

Federal Rules of Evidence affords the trial judge broad discretion to appoint an independent

expert answerable to the court, whether *sua sponte* or on the motion of a party. "The most

important factor in favor of appointing an expert is that the case involves a complex or esoteric

subject beyond the trier-of-fact's ability to adequately understand without expert assistance."

*Ford v. Mercer County Corr. Ctr.,* 171 Fed. Appx. 416, 421 (3d Cir. 2006) (citation omitted).

The plaintiffs seek an expert to obtain specimens and to support their claims that mold

and fungus in the showers and bathroom pose a health risk to inmates. At this early stage of the

case the court finds that the issues are not so complex as to require an independent court-

appointed expert. Nor are they beyond a lay person's grasp.

The plaintiff's motion for an order directing defendants not to transfer plaintiffs out of judicial district during proceeding (D.I. 49) is **denied**. The Delaware Supreme Court has recognized that prison officials have discretion to house inmates at the facilities they choose. *Walls v. Taylor*, 856 A.2d 1067, 2004 WL 906550 (Del. 2004) (table) (citing *Brathwaite v. State*, No. 169, 2003 (Del. Dec. 29, 2003). Furthermore, the United States Supreme Court has held that an inmate has no due process right to be incarcerated in a particular institution whether it be inside the state of conviction, or outside that state. *Olim v. Wakinekona,* 461 U.S. 238, 251 (1983).

_____
UNITED STATES DISTRICT JUDGE

```
FILED

NOV 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

-2-