IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-694-GMS |
| | ) | |
| Taylor, et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD Scanned

## MOTION FOR PRE-TRIAL CONFERENCE AND/OR SCHEDULING MANAGEMENT

1. Plaintiff Amir Fatir, pursuant to Rule 16 Fed.R.Civ.P., asks this honorable court for a Pre-trial conference and/or conference for scheduling management.

2. Plaintiffs have several items pending before the court which have not been addressed, ruled upon or acted upon.

3. Defendants have not been served although plaintiffs have written several letters to the clerk, judge and U.S. Marshals requesting service be made upon defendants or that plaintiffs be given an explanation as to why service has not been made upon defendants. The appropriate 285 Marshal Forms were received by the clerk on 7/24/07.

4. Plaintiffs inquiries have not been answered.

5. In addition to the service which has not occurred, plaintiffs have filed:

    a. Motion to Amend the Complaint & Proposed Amendment

    b. Motion for Reconsideration of dismissal of Count 17 of the Complaint

    c. Amended complaint as to Counts 31, 42 and 50

    d. Motion for Reconsideration of Dismissal of Count 45

e. Motion to Allow Consultation between Plaintiffs

f. Motion to Appoint Expert

g. Motion for Order directing Defendants Not to transfer Plaintiffs Out of Judicial District During Proceeding.

h. Motion to Order Prison Law Library to Make Copies of Cases

i. Motion to Preliminary Injunction/TRO

j. Opening Brief in support to Preliminary Injunction/TRO

k. Motion for a TRO/Preliminary Injunction to Fatir to Telephone Wife

l. Motion for TRO/Preliminary Injunction to Close D-Building

m. Memorandum of Law in Support of Motion to Close D-Building

Because of the number of unaddressed issues before the court and because plaintiffs have not been able to get either the clerk or the court to take the action necessary to move this case forward or answer questions regarding delays, plaintiffs ask this honorable court to grant its Rule 16 Motion for a Pre-trial conference.

Dated: 11/14/07

                        Respectfully submitted,

                        Amir Fatir

                        Warren Wyant

                        Donald Boyer

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion for Pre-Trial Conference and/or Scheduling Conference upon the following parties/persons:

To: Ophelia M. Waters, Esq.

   Dept. of Justice

   820 N. French St.

   Wilmington, DE 19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 15th day of November, 2007

_____
Amir Fatir
SBI # 137010

I/M: Amir Fatir
SBI# 137010 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

LEGAL MAIL