Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
November 16, 2007

Clerk
U.S. District Court
844 King Street, Lockbox 18
Wilmington, DE 19801

RE:  **Boyer, et al. v. Taylor, et al., C.A. No. 06-694-GMS**

Dear Sir:

Under separate cover I am mailing you 20 copies of:

> **Amended Complaint (D.I. 43)**
> **Proposed Amended Complaint (D.I. 40**
> **Motion for Reconsideration of Count 45 (D.I. 44)**
> **Motion to Order Defendants to allow and Arrange consultation among Plaintiffs (D.I. 47)**
> **Motion to order prison law library to make copies of cases (D.I. 50)**
> **Motion for TRO/Preliminary Injunction (D.I. 52)**
> **Motion for TRO/Preliminary Injunction to permit Fatir to telephone his wife (D.I. 55)**
> **Motion for TRO/Preliminary in Junction to Close D-Building (D.I. 57)**
> **7 U.S. Marshal 285 forms (one for each added defendant)**

in the above captioned case pursuant to the court's order dated November 13, 2007.

Not included in the package being sent is the amended complaint (D.I. 18) which was mailed to the court by Plaintiff Donald Boyer. Plaintiffs Fatir and Wyant never received a copy of that complaint and Mr. Boyer is housed in either SHU or MHU which is completely isolated and cut off from the "main compound" where Fatir and Boyer are housed. Therefore I am not able to include a copy of D.I. 18.

Would the clerk be so kind, under these circumstances, to make the appropriate copies of the Boyer-filed amended complaint (D.I. 18)? Or, alternatively, send me a copy of the complaint so that I can obtain copies of it for the court.

Because Boyer is cut off from any contact and communication with the other two plaintiffs, obtaining his signature for any documents will be impossible until the court orders defendants to allow plaintiffs to meet.

Thank you for your understanding and assistance.

Very truly yours,

Amir Fatir

I/M Amir Fatir
SBI# 137010  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Legal mail

SOUTH JERSEY PA 080
17 NOV 2007 PM 1 Y

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

USA First-Class