OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 26, 2007

TO: Amir Fatir
    SBI #137010
    Delaware Correctional Center
    1181 Paddock Road
    P.O. Box 500
    Smyrna, DE 19977

   **RE:  U.S. Marshal 285 Forms - Deficiencies Noted**
        *Civ. No.* 06-694(GMS)

Dear Mr. Fatir:

   Please be advised that this office has received incomplete U.S. Marshal 285 forms for all defendants referenced in the 11/14/07 Memorandum and Order (DI 65). The incomplete USM 285 forms lack an original signature. Please submit the corrected USM 285 forms to the Clerk's Office. Also, please be advised that the Court has not received USM 285's for the defendants referenced in the Memorandum and Order dated 7/16/07 (DI 39). Enclosed please find a courtesy copy of DI 39.

   Upon receipt of the U.S. Marshal 285 forms, your complaint will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

   Enclosed is a courtesy copy of DI 18, as requested in your letter dated 11/19/07 (DI 67). You are responsible for making service copies to be submitted to the Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK
cc: The Honorable Gregory M. Sleet
enc: DI 39 (Memorandum and Order)
     Copy of DI 18
     Returned USM 285 forms