11-25-07

To: Peter T. Dalleo
Clerk of the court

RE: Partial Payments to court
CA 06-694 GMS

Mr Dalleo,
From the Last statement you sent us/W Wyant, A. Fatir, D. Boyer and the additional money taken off our accounts we should of Been Paid in full Last month. But i have Been informed By A. Fatir that more money has Been taken from His account. Can You Please Look into this matter for us.

Sincerely
Warren J Wyant
176129
D.C.C
1181 Paddock Rd
Smyrna De
19977

cc:
A. Fatir
D. Boyer


FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Warren Jewett
SBI# 172129  UNIT T-1   6.50
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 NOV 2007 PM 1 T

Peter T. Dalleo
office of the clerk USDC
844 N. King st Lockbox 18
Wilm De       19801