OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 29, 2007

**Warren J. Wyant**
SBI# 00176129
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    *RE:*  **Request to Clerk regarding Partial Payments,
CA 06-694GMS**

Dear Mr. Wyant:

    We are in receipt of your letter dated 11/25/07 requesting a detailed listing of all payments made to date in subject case. Please note that payment receipts are mailed to the individual making the payment, as well as to the account custodian at the institution where he or she is incarcerated. We do this as a courtesy in an effort to avoid overpayments or duplication of payments.

    Per your request, a summary of payments received and docketed to date is enclosed for your reference. According to our records the last payments were posted on 11/6/07, leaving a balance of $11.16.

    I trust that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/rwc                                            PETER T. DALLEO
                                                 CLERK

cc:  The Honorable Gregory M. Sleet, CA 06-694 GMS
     Business Office, DCC
     Financial Administrator, USDC

enc.  Account Summary