Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977
November 28, 2007

Mr. Peter T. Dalleo
Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801

**FILED**
**NOV 30 2007**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

BD scanned

**RE: Boyer, et al. v. Taylor, et al., C.A. No. 06-694-GMS**

Dear Mr. Dalleo:

    Thank you for your letter of November 26, 2007. I have reviewed D.I. 18 which was filed by Plaintiff Donald Boyer on January 5, 2007.

    Mr. Boyer was sent to an isolated part of the institution (SHU) so that the other two plaintiffs have no access to or communication with him.

    Although called an amended complaint, D.I. 18 actually consists of exhibits.

    I request that D.I. 18 be re-designated "additional exhibits" instead of "amended complaint" and that service upon defendants proceed without these documents which were mistakenly called an amendment. In fact, the court (D.I. 39) said as much in its Memorandum and Order: "The amended complaint consists solely of exhibits A-1 through A-16." In a footnote, the court stated that "Several of the exhibits filed as the 'amended complaint' do not relate to any of the allegations contained in the original complaint, and, therefore are not considered."

    I would request that service not be held up by the lack of this document which should not have been filed at the time it was filed nor designated an amendment. Once service is made I shall personally make sure that opposing counsel is served a copy of this document along with an affidavit of service to apprise this court that counsel has been provided a copy of D.I. 18.

    Unless otherwise directed by the clerk or the court I shall presume that this request is acceptable and that service can proceed.

Thank you for your time and consideration.

Very truly yours,

*Amir Fatir*

I/M: AMIR FATIR
SBI#: 137010    UNIT: W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

Mr. Peter T. Dalleo
Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

Legal
MAIL