Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977
November 28, 2007

Mr. Peter T. Dalleo
Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801

FILED
NOV 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO Scanned

RE: **Boyer, et al. v. Taylor, et al., C.A. No. 06-694-GMS**

Dear Mr. Dalleo:

Thank you for your letter of November 26, 2007.

Enclosed your will please find completed USM 285 forms with my original signature.

You indicated that the Court has not received USM 285's for the defendants referenced in the Memorandum and Order dated 7/16/07.

Please double-check the material sent and docketed 7/24/07 or 7/30/07 (DI 41, 42, 43). Thirteen USM 285 forms were completed and sent for the following defendants: Stanley Taylor, Paul Howard, Ronald Hosterman, Warden Thomas Carroll, Deputy Warden David Pierce, Jenny Havel, Janet Henry, Cpl. Oney, Floyd Dixon, Marvin Creasy, James P. Satterfield, Lt. Palowski and the Attorney General of the State of Delaware.

Please let me know if the forms have been located.

Thank you very much.

Very truly yours,

Amir Fatir