

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 3, 2007

TO:   Amir Fatir
      SBI #137010
      Delaware Correctional Center
      1181 Paddock Road
      P.O. Box 500
      Smyrna, DE 19977

      **RE:  U.S. Marshal 285 Forms**
            *Civ. No.* **06-694(GMS)**

Dear Mr. Fatir:

    Please be advised that the Court has no record of receiving your USM 285's from the Memorandum and Order dated 7/16/07 (DI 39). Please submit the USM 285's to the Court. Also, please be aware that the Court is not in receipt of service copies of DI 18.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Gregory M. Sleet