Amir Fatir #137010
1181 Paddock Rd.
Smyrna, DE 19977

12/14/07

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilm, DE 19801

Dear Sir:

RE: Boyer, et al v. Taylor, et al. Civ. No. 06-694-Gms

Please provide an itemized tally of the filing fee paid. If the $350 has been paid in full, please notify this prison and reimburse me for any money taken from my account in excess of the filing fee.

Sincerely,
Amir Fatir



FILED
DEC 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Amir Fatir
SBI# 137010  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
17 DEC 2007 PM 1 T

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilm, DE 19801