OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 19, 2007

TO: Amir Fatir
    SBI #137010
    Delaware Correctional Center
    1181 Paddock Road
    P.O. Box 500
    Smyrna, DE 19977

*RE:* **Letter to Clerk Regarding Account Summary**
      **CA 06-694 GMS**

Dear Mr. Fatir:

A current summary of payments received and docketed is enclosed for your reference. According to our records, the last payment posted was $18.00 on 11/6/07. This leaves a balance due of $11.16.

I trust that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: Account Summary

BOYER, ET AL VS. TAYLOR, ET AL.

CA 06-694-GMS
**CASE #3**

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/4/2007 | | | | 350.00 |
| 2/23/2007 | 5100PL | 146552 | 26.34 | 323.66 |
| 5/8/2007 | 5100PL | 147492 | 11.13 | 312.53 |
| 5/8/2007 | 5100PL | 147493 | 30.36 | 282.17 |
| 6/6/2007 | 5100PL | 147778 | 0.23 | 281.94 |
| 6/14/2007 | 5100PL | 147874 | 6.00 | 275.94 |
| 6/14/2007 | 5100PL | 147894 | 42.77 | 233.17 |
| 6/14/2007 | 5100PL | 147905 | 29.64 | 203.53 |
| 7/16/2007 | 5100PL | 148193 | 23.00 | 180.53 |
| 7/16/2007 | 5100PL | 148196 | 20.53 | 160.00 |
| 7/16/2007 | 0869PL | 148196 | 13.97 | 146.03 |
| 7/16/2007 | 0869PL | 148214 | 6.00 | 140.03 |
| 8/8/2007 | 0869PL | 148453 | 2.00 | 138.03 |
| 8/8/2007 | 0869PL | 148471 | 8.00 | 130.03 |
| 8/21/2007 | 0869PL | 148611 | 18.00 | 112.03 |
| 9/12/2007 | 0869PL | 148841 | 4.00 | 108.03 |
| 9/12/2007 | 0869PL | 148851 | 8.03 | 100.00 |
| 9/12/2007 | 086400 | 148851 | 9.97 | 90.03 |
| 9/12/2007 | 086400 | 148866 | 22.60 | 67.43 |
| 10/12/2007 | 086400 | 149179 | 18.00 | 49.43 |
| 10/12/2007 | 086400 | 149180 | 0.02 | 49.41 |
| 10/12/2007 | 086400 | 149181 | 2.00 | 47.41 |
| 11/6/2007 | 086400 | 149488 | 0.03 | 47.38 |
| 11/6/2007 | 086400 | 149489 | 18.22 | 29.16 |
| 11/6/2007 | 086400 | 149490 | 18.00 | 11.16 |