Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
January 30, 2008

Mr. Peter T. Dalleo
Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801



BD scanned

RE:   **U.S. Marshall 285 Forms**
      **Boyer, et al. v. Taylor, et al., Civ. No. 06-694-GMS**

Dear Mr. Dalleo:

   Please direct the U.S. Marshal to provide me with copies of the U.S. Marshal 285 Forms which have been served upon defendants in the above case.

   Thank you.

                                                          Sincerely,

                                                          Amir Fatir



Amir Fatir #137616
1181 Paddock Rd.
Smyrna, DE 19977

WILMINGTON DE 197
31 JAN 2008 PM 2 L

Mr. Peter T. Dalleo
Clerk
U.S. District Court
844 King St., Lockbox 18
(Wilmington) DE 19801

(Legal Mail)