**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 06-694-GMS ) ) Jury Trial Requested |
| COMMISSIONER STANELY TAYLOR, et al., | ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of State Defendants Thomas Carroll, Ronald Hosterman, David Pierce, Michael Little, Floyd Dixon, James Satterfield and Maureen Whelan ("State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan").  This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan.  State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                 STATE OF DELAWARE
                 DEPARTMENT OF JUSTICE

                 */s/ Erika Y. Tross*
                 Erika Y. Tross (#4506)
                 Deputy Attorney General
                 820 North French Street, 6th Floor
                 Wilmington, Delaware 19801
                 (302)577-8400
                   Attorney for Defendants Carroll, Hosterman,
                   Pierce, Little, Dixon, Satterfield and Whelan

Dated: February 7, 2008

## CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on February 7, 2008, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individuals in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donald Boyer
SBI # 082420
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Warren Wyant
SBI # 00176129
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Amir Fatir
SBI # 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400