IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD BOYER, AMIR FATIR, and<br>WARREN WYANT, | )<br>)<br>) | |
| Plaintiff, | )<br>) | C.A. No. 06-694-GMS |
| v. | )<br>) | Jury Trial Requested |
| COMMISSIONER STANELY TAYLOR, et al., | )<br>) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, State Defendants Thomas Carroll, Ronald Hosterman, David Pierce, Michael Little, Floyd Dixon, James Satterfield and Maureen Whelan ("State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file a response to Plaintiffs' motions in the above-captioned matter and an answer to their complaints. In support of the Motion, State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan state as follows:

1.  Plaintiffs Donald Boyer, Amir Fatir, and Warren Wyant (the "Plaintiffs") are all inmates presently incarcerated at the Delaware Correctional Center ("DCC") in Smyrna, Delaware. Plaintiffs are appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

2. On November 15, 2006, Plaintiffs, along with nine (9) other individuals who have since been dismissed from the case, filed a Complaint against 25 Defendants alleging various claims. (D.I. 10).

3. Less than two months later, on January 5, 2007, Plaintiff Boyer filed the First Amended Complaint against all of the defendants adding new claims and allegations. (D.I. 18). On July 30, 2007, Plaintiffs filed a Second Amended Complaint further refining their allegations and claims against the defendants. (D.I. 43).

4. Following the filing of their Second Amended Complaint, the Plaintiffs, led by Plaintiff Fatir, filed a series of motions including a motion to order defendants to allow and arrange consultation among the plaintiffs (D.I. 47), a motion to order the DCC prison law library to make copies of cases (D.I. 50), a motion for temporary restraining order and a preliminary injunction (D.I. 52), a motion for a temporary restraining order or a preliminary injunction to permit plaintiff Fatir to telephone his wife in England (D.I. 55), and a motion for a temporary restraining order or a preliminary injunction to close D-Building and declare it unfit for human habitation (D.I. 57) (together, the "Plaintiffs' Five Motions Requesting Relief").

5. In an Order, dated November 13, 2007, this Court ordered that the defendants file a response to the Plaintiffs' Five Motions Requesting Relief, within 30 days after receiving service. (D.I. 65).

6. The first State Defendants served in the case – Hosterman, Pierce, and Little – were served on January 7, 2008. (D.I. 81, 82 and 84). Thus by the terms of the Court's November 13, 2007 Order they were required to file a response to the Plaintiffs'

Five Motions Requesting Relief on February 6, 2008 and an answer to the Original, First Amended and Second Amended Complaints by March 7, 2008.

7.      Although State Defendants Hosterman, Pierce and Little's responses were due by February 6, 2008, the deadline for filing responses by the other State Defendants is later as they were served after January 7. In addition, the Plaintiffs have not yet effected service upon a number of defendants.

8.      Due to the large number of defendants involved, the breadth of the allegations involved in the Plaintiffs' Original, First and Second Amended Complaints, the Five Motions Requesting Relief for which the State Defendants must respond to, and the press of other litigation, State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan are unable to file a response to the Plaintiffs' Five Motions Requesting Relief by the Court's deadline. For these reasons, State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan request an extension of time of forty-five (45) days, from February 6, 2008 until on or before March 22, 2008, in which to file a response to Plaintiffs' Five Motions Requesting Relief and an answer to the Original, First Amended and Second Amended Complaints.

9.      This is State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan's first request for an extension of time.

10.     There is no trial date scheduled in this case.

[Remainder of page intentionally left blank.]

WHEREFORE, State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan respectfully request that the Court grant the Motion and enter an Order, substantially in the form attached hereto, enlarging State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan's, as well as the other State Defendants', time to file a response to Plaintiffs' Five Motions Requesting Relief and an answer to the Original, First Amended and Second Amended Complaints until on or before March 22, 2008.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
    Attorney for State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan

Dated: February 7, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 06-694-GMS ) ) |
| COMMISSIONER STANELY TAYLOR, et al., | ) ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1. The Plaintiffs are inmates incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. The Plaintiffs are not able to be reached by telephone, therefore counsel has spent no time in attempting to reach an agreement on the subject of the Motion for Enlargement of Time.

3. The undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan

Dated: February 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 06-694-GMS |
| v. | ) ) |
| COMMISSIONER STANELY TAYLOR, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon the Motion for Enlargement of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  State Defendants Carroll, Hosterman, Pierce, Little, Dixon, Satterfield and Whelan, as well as the other State Defendants, have until on or before March 22, 2008 to file a response to Plaintiffs' Five Motions Requesting Relief (D.I. 47, 50, 52, 55 and 57) and an answer to the Original, First Amended and Second Amended Complaints.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on February 7, 2008, I caused a true and correct copy of the attached *Motion for Enlargement of Time* to be served on the following individuals in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donald Boyer
SBI # 082420
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Warren Wyant
SBI # 00176129
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Amir Fatir
SBI # 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400