OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

February 8, 2008

TO: Amir Fatir  
SBI #137010  
Delaware Correctional Center  
1181 Paddock Road  
P.O. Box 500  
Smyrna, DE 19977

*RE: Status of 06-694(GMS)*

Dear Mr. Fatir:

This office received a letter from you requesting clarification as to whether USM 285 forms were executed/unexecuted. Enclosed please find a courtesy docket sheet.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Gregory M. Sleet  
enc: Docket Sheet