UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, WARREN J. WYANT, AMIR FATIR, <br><br> Plaintiffs, <br> v. <br><br> STANLEY TAYLOR, PAUL HOWARD, RONALD HOSTERMAN, THOMAS CARROLL, DAVID PIERCE, JENNY HAVEL, JANET HENRY, CPL. ONEY, FLOYD DIXON, SGT. MARVIN CREASY, JAMES P. SATTERFIELD, LIEUTENANT PALOWSKI, SGT. BAILEY, CPL. VARGAS, FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, DAVID HALL, MAUREEN WHALEN, MICHAEL LITTLE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 006-694 GMS <br> JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Correctional Medical Services. This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services

Date: February 19, 2008

### **CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 19th day of February 2008, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

| | |
|---|---|
| Amir Fatir<br>SBI #137010<br>Delaware Correctional Center<br>1181 Paddock Road<br>P.O. Box 500<br>Smyrna, DE 19977 | Donald Boyer<br>SBI# 082420<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 |
| Warren J. Wyant<br>SBI# 00176129<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 | Erika Yvonne Tross, Esquire<br>Delaware Department of Justice<br>820 North French Street<br>6th Floor<br>Wilmington, DE 19801 |

      /s/ James E. Drnec
James E. Drnec, Esquire (#3789)