IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
|       Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 06-694-GMS |
| Taylor, et al., | ) ) ) | |
|       Defendants. | ) | |

**MOTION TO COMPEL NON-PARTIES
TO PRODUCE DOCUMENTS**

COMES NOW Plaintiff Amir Fatir, pro se, pursuant to Rule 34(c) of the Federal Rules of Civil Procedure, and asks this honorable court to grant plaintiffs' motion to compel non-parties to produce documents.

1. Defendant Whalen is a party to this case and was, at all relevant times, in the principal in charge of the education department at the Delaware Correctional Center ("DCC"). Whalen was promoted to a higher position in education statewide.

2. Whalen's replacement as DCC is Michael Grossman. Whalen remains Mr. Grossman's superior.

In December 2007 Plaintiff Fatir was interviewed for a job as a teacher's aide by Mr. Grossman and two teachers.

3. In January 2008 Fatir was selected to begin working and was approved by the prison classification for the job.



4. On or about the day that the approval was granted Defendant Whalen was served and Mr. Grossman was notified of Fatir's involvement in this case.[1]

5. Mr. Grossman then ordered Fatir's hiring to be "frozen."

6. Grossman's actions violated Fatir's First Amendment right to petition government for redress of grievances, his Sixth Amendment right of access to the courts. Furthermore, Plaintiff avers that Grossman's actions, if true, amount to obstruction of justice.

7. Plaintiffs ask this honorable court for an order compelling Mr. Grossman to provide the following documentation and to submit to an inspection, by plaintiffs, of his computer system for said documents:

  a. All emails, letters, phone records of communications between Mr. Grossman and Defendant Whalen regarding this civil action and/or Plaintiff Fatir.

  b. All notes, memos and/or letters and emails from Mr. Grossman or Defendant Whalen to subordinates or superiors at DCC education, State of Delaware education or prison officials regarding this action or Plaintiff Fatir. This request specifically includes documents from or to teachers Gue, Larson or Administrative Officer Haith.

  c. All emails, letters, phone records, forms and other documents between Mr. Grossman, Ms. Haith or other teachers regarding Plaintiff Fatir's hiring or freeze on hiring and classification officers at DCC including Classification

---

[1] It is unclear whether Whalen was served or waived service or whether service was attempted upon Whalen but went, instead, to Mr. Grossman. The docket sheet shows waiver of service with 285 form returned executed for Maureen Whalen dated 1/25/08. Waiver sent on 1/18/08.

Officer Evelyn Stevenson, the Central Institution Classification Committee (C.I.C.C.), the I.B.C.C., or Defendant Ronald G. Hosterman.

8. Plaintiff furthermore asks this honorable court for an order compelling DCC Classification to provide the following documentation and to submit to an inspection, by plaintiffs, of classification's computer system for said documents:

a. All emails, letters, phone records of communications between any classification personnel and Mr. Grossman and Defendant Whalen regarding this civil action and/or Plaintiff Fatir.

b. All notes, memos and/or letters and emails between classification personnel and any DOC employees pertaining to this action and/or Plaintiff Fatir as relates to litigation.

c. All emails, letters, phone records, forms and other documents between classification personnel and Ms. Haith or other education staff regarding Plaintiff Fatir's hiring or freeze on hiring.

WHEREFORE, Plaintiffs ask this honorable court to grant their motion to compel non-parties to produce documents.

3/12/08

Respectfully submitted,

_____
Amir Fatir

_____
Warren Wyant

3

_____
Donald Boyer
(in SHU Supermax & unable to sign)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boyer, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-694-GMS |
| ) | |
| Taylor, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Motion to Compel Non-parties to Produce Documents (the "Motion"); and it appears that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED.**

2. Principal Michael Grossman, Classification Officer Evelyn Stevenson, and Administrator Haith shall provide all emails, letters, notes, memos, phone records which pertain to or have bearing upon this action to Plaintiff Fatir within **ten (10) days.**

3. Principal Michael Grossman, Classification Officer Evelyn Stevenson, and Administrator Haith shall provide plaintiffs with access to their computers to ascertain whether such documents exist and whether all such documents have been provided to plaintiffs within **ten (10) days.** Defendants' counsel shall facilitate compliance with this order.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion to Compel Non-parties to produce documents upon the following parties/persons:

| | |
|---|---|
| To: Erica Y. Tross<br><br>Deputy Attorney General<br><br>Department of Justice<br><br>820 N. French St.<br><br>To: Wilmington, DE  19801 | To: Evelyn Stevenson<br><br>Classfication Officer<br><br>DCC, 1181 Paddock Road<br><br>Smyrna, DE  19977<br><br>To: |
| To: Michael Grossman<br><br>Education Principal<br><br>DCC, 1181 Paddock Rd.<br><br>Smyrna, DE  19977 | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 12th day of March, 2008

_____
Amir Fatir
SBI # 137010

Legal Mail

IM Fletcher
SBI# 132010  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lockbox 18
844 N. King St.
Wilm., DE 19801