# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| COMMISSIONER STANELY TAYLOR, et al., | ) ) |
| Defendants. | ) |

C.A. No. 06-694-GMS

Jury Trial Requested

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that on March 28, 2008, copies of **Plaintiff Amir Fatir's Grievances Filed between July 1, 2005 and the Present, Bates Stamped 000001 - 000281** were served upon the following individuals by U.S. Mail:

James E. Drnec, Esquire
Balick & Balick
711 King St.
Wilmington, DE 19801

Amir Fatir
SBI # 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
    Attorneys for State Defendants

Dated: March 28, 2008