IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al, | ) | |
|     Plaintiffs, | ) | |
| v. | ) | C.A. No. 06-694-GMS |
| Taylor, et al., | ) | |
|     Defendants. | ) | |

**AFFIDAVIT OF AH'KEE FLONNORY**

I, Ah'kee Flonnory, being first duly sworn, depose and say:

1. I am an inmate employee at Concrete Design Systems ("CDS").

2. I have outside work status.

3. I am an African-American and a prisoner at the Delaware Correctional Center.

4. CDS has three buildings which are officially designated Pre-Cast, Metal Shop and the Office.

5. Informally, Pre-Cast is called "the Black House" and "Nigger House" because all of the employees therein are Black.

6. Informally, the Metal Shop is called "the White House" because all of the employees therein are White.

7. Informally, the Office is called "the Big House" or "Massa's House" because only the guards and one clerk (Salih Hall) are allowed to enter it.

8. The work in the Black House is much harder and physically taxing than the work performed in the White House.

9. Recently, one Hispanic Inmate was allowed inside the White House because the White welder departed and the Hispanic is the only one who knows how to weld. There is a White inmate who everyone pretends can weld, but he cannot and is only



FILED
MAR 31 2008
U.S. DISTRICT COURT

learning, but is allowed in the White House so that he can be segregated from those relegated to the Black House.

10. Only white lifers are allowed in CDS. Until recently, there were three white lifers at CDS. One was sent to Georgetown in an effort to get him released from prison so now only two white lifers are employed at CDS.

11. No Black lifer is allowed to work at CDS even though there are Black lifers who are highly skilled (like Rafi Ahmad) and who helped establish CDS in the 1980s and even helped design and build buildings such as S-1 and W-1, W-2 and W-3.

12. Staff at CDS allow inmates to supervise and discipline other inmates in violation of Standard Operating Procedures which preclude any inmate from having supervisory authority over another inmate.

13. I was recently told to "get on the bus," i.e., to go back inside and be suspended for a week by an inmate. This was backed up and supported by the staff. In effect, inmates have illegally been given power over when I can be released since by being suspended I lose good time credits which places my release date further back in time.

Subscribed and sworn to before me this 25 day of March, 2008.

_Ah'kee Flonnory_ 3-25-08
Ah'kee Flonnory, Affiant

_Timothy J. Martin_
Notary Public

My Commission Expires: June 14, 2008

2

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion for Hearing, Affadavit of Ah'Kee Flonnory upon the following parties/persons:

To: Erica Y. Tross

    Dept. of Justice

    820 N. French St.

    Wilm., DE  19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 26<sup>th</sup>1 day of March`, 2008

                              Amir Fatir
                              SBI # 137010