## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Boyer, et al.,                           )
                                         )
              Plaintiffs,                )
                                         )
       v.                                )          C.A. No. 06-694-GMS
                                         )
Taylor, et al.,                          )
                                         )
              Defendants.                )

FILED

APR - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR A TEMPORARY RESTRAINING ORDER
## AND/OR PRELIMINARY INJUNCTION TO BRING
## THE COMMISSARY TRUST FUND ACCOUNT INTO RECEIVERSHIP
## FOR ACCOUNTING

Bo scanned

COME NOW the Plaintiffs, pro se, pursuant to Rule 65 of the Fed. R. Civ. P., and

pray this honorable court for a Temporary Restraining Order and/or a preliminary

Injunction to bring the prison commissary trust fund account into receivership for

accounting.

1.     The Commissary Account at the Delaware Correctional Center ("DCC") is a trust

fund account  established for the benefit of prisoners at the DCC.

2.     The money and interest on the account can only be used for recreational purposes

by the terms of the trust.

3.     Defendants have breached their fiduciary duty by using the account and spending

the account's money 🐷 in ways that are inconsistent with the purpose of the account.

4.     Plaintiffs ask this honorable court to bring the account into receivership to stop

the raid on the account by defendants, to obtain an accurate accounting and to enforce

and put into place necessary regulations to prevent further abuses.

Respectfully submitted,

_____
Amir Fatir

_____
Warren Wyant

_____
Donald Boyer

# <u>Certificate of Service</u>

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion for a TRO to Bring Commissary Acct into Receivership & Supporting Memorandum of Law upon the following parties/persons:

To: Erica Y. Tross, Esq.

    Dept. of Justice

    820 N. French St.

    Wilmington, DE  19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 31st day of March, 2008

                            Amir Fatir

                            SBI # 137010

Amir Fatir #136010
1181 Paddock Rd.
Smyrna, DE 19977

Legal Mail

WILMINGTON DE 197
02 APR 2008 PM 1 T

Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilm., DE 19801

