IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-694-GMS |
| | ) | |
| Taylor, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR A TEMPORARY RESTRAINING ORDER
AND/OR A PRELIMINARY INJUNCTION
TO PERMIT PLAINTIFF FATIR TO
RECEIVE REJECTED BOOKS**

**Comes now** plaintiff Amir Fatir, pro se, pursuant to rule 65 Fed. R. Civ. P. and asks this honorable court to grant a Temporary restraining Order and/or Preliminary Injunction to require that defendants permit him to receive books that were rejected due to allegedly containing nude pictures and/or drawings.

1. The Delaware Correctional Center ("DCC") prevented Fatir from receiving the following publications: "The Catcher in the Rye," "Natural Cures 'They' Don't Want You to Know About," "Ishmael," "The Multi-Orgasmic Woman," and "Shakti: the Feminine Power of Yoga."

2. Denial of said books violates plaintiff's First Amendment right and DCC's own policy. See BOP 4.5 provided in plaintiffs' proposed Amended Complaint

3. Denial of said books also violates the Department of Correction's settlement with Tightwad Magazines.

4. The Catcher in the Rye is a classic novel which is even available in the prison library. "Ishmael" is a novel about Western man's sociological propensity to "take" from

the environment as expressed by a telepathic gorilla. It is also, ironically, available in the prison library. "Natural Cures 'They' Don't Want You to Know About" is a best-selling book about the unholy alliance between the Food and Drug Administration and the various chemical and insurance companies. None of those books is sexual at all and contain no illustrations whatsoever.

5. "The Multi-Orgasmic Woman," is a Taoist book that discusses Chinese techniques for sublimating and controlling sexual energy. It is the companion book to the best-selling "Multi-Orgasmic Man" by Mantak Chia. "Shakti: the Feminine Power of Yoga" is a yoga book and, reportedly, contains some nude illustrations.

6. None of the books is obscene or pornographic. Each falls within the scope of the regulations promulgated in BOP 4.5.

7. Defendant Carroll and/or his designees prevented Fatir from receiving the books which should have been admitted.

8. Plaintiff Fatir was never even notified that "Catcher in the Rye" and "Natural Cures" had arrived, in violation of DCC's purported policy.

**Wherefore**, plaintiff asks this honorable court to grant a TRO/Preliminary Injunction and order defendants to permit Fatir to receive the books which were rejected.

Respectfully submitted,

Amir Fatir

Warren Wyant

_____
Donald Boyer (in MHU & cannot sign)

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion for TRO/Preliminary Injunction to Receive Books upon the following parties/persons:

To: Erika Tross, Esq.

   Dept. of Justice

   820 N. French St.

   Wilmington, DE  19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 14th day of April, 2008

_____

Amir Fatir

SBI # 137010



Amir Fatir
SBI #137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

RECEIVED
APR 02 2008
Delaware Correctional Center

UNITED STATES POSTAGE
$01.65
MAILED FROM ZIPCODE 19977
APR 15 2008