IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Boyer, et al.,                )
                              )
        Plaintiffs,           )
                              )
    v.                        )    C.A. No. 06-694-GMS
                              )
Taylor, et al.,               )
                              )
        Defendants.           )

**BRIEF IN SUPPORT OF MOTION
FOR A TEMPORARY RESTRAINING ORDER
AND/OR A PRELIMINARY INJUNCTION
TO PERMIT PLAINTIFF FATIR TO
RECEIVE REJECTED BOOKS**



FILED
APR 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Memorandum of Law and Points of Authorities**

Although "the courts accord the decisions of prison officials extreme deference," *Pepperling v. Crist*, 678 F. 2d 787, 789, "Prison officials have no legitimate government interest in imposing their own standards of sexual morality on the inmates," *Ibid.*, at 790.

In the recent past the Delaware Correctional Center permitted Playboy, Penthouse, Oui, Hustler, Players and just about any magazine that did not show how to make weapons, bombs, or drugs. Books that dealt with sexual themes were not banned. Only "hard core" magazines were prohibited.

Somewhere around 2001 the prison began to mix religion with the state by imposing Christian fundamentalist values upon the population. Some of this was done at the instigation of the prison Mennonite chaplain who encouraged prisoners to complain that the existence and availability of nude pictures and nudity in movies tempted them beyond their control and interfered with their supposed deep interest in their rehabilitation.

More and more magazines and books were banned, even some which showed women in bathing suits.

Defendants have now gone far beyond the discretion courts have generally permitted prison officials. They have banned books which were sent to Plaintiff Fatir which are available at any high school and which meet the standards of their own policy.

The procedure for challenging rejected publications is flawed because the receiver never gets to see the material rejected and so is unable to ascertain whether or not the rejected material even contains what the prison administration claims it contains.

Censorship of *Shakti* and *The Multi-Orgasmic Woman* violates Fatir's First Amendment rights and *Wolf v. Ashcroft*, 297 f. 3d 305 (3d Cir. 2002) and *Ramirez v. Pugh*, 379 f. 3d 122 (3d Cir. 2004).

DCC's censorship is overly broad, arbitrary and capricious and violates DOC's own policy, BOP 4.5, which olds that "Sexual explicit material does not include material of a news or information type. Publications concerning research or opinions on sexual, health, or reproductive issues, or covering the activities of gay rights organizations or gay religious groups, for example, should be admitted unless otherwise a threat to legitimate institution interests… Sexually explicit material may nonetheless be admitted if it has scholarly value, or general social or literary value."

In rejecting Fatir's books, defendants did not adhere to their own policy. None of the books contains obscenity, sadomasochism, bestiality or anything involving children.

The Warden, in violation of policy, did not notify Fatir of rejection within the prescribed time period nor indicate precisely what articles or materials were objectionable. In a form letter dated 5/25/07 Support Services Officer Carol Powell stated that *Shakti* was "rejected because it contains pictures that are sexually explicit / obscene in nature." Here the real bias and transgression of policy is indicated. Warden Carroll and DCC staff has defined any and all nudity as "sexually explicit/obscene in nature" and that is in diametric opposition to the court decisions in this circuit and DOC's own policy as well as DOC's settlement agreement with Tightwad magazines.

DCC's censorship is overly broad and rejects all material that contain any nudity whatsoever, even nudity which meets the standards set by DOC's own policies.

Both *Shakti* and *Multi-Orgasmic Woman* meet DCC's own exception to censorship afforded scholarly works, educational materials and religious materials which may contain nudity.

Denial of Fatir his right to read and study integral components of yoga (which both *Shakti* and *Multi-Orgasmic Woman* are components of) when yoga is an essential part of Fatir's religion (in Islam yoga is called Tauhid, i.e., "Oneness") is a denial of Fatir's First Amendment right to practice, study and read about his religion instead of force-feeding Christian fundamentalist biases upon him under the guise of prison rehabilitation.

Fatir is a published author whose writings analyze, critique and explain yogic philosophy including tantra yoga which is the ancient yoga system for sublimation of sexual energies created by the Black Dravidians of Ethiopian descent who inhabited the Indus Valley around 4000 B.C. and created the yoga system that has spread to the Western hemisphere today.  The religion of the ancient Dravidians was not "Hinduism," but Santana – which is the Sanskrit word for "peace" even as Islam is the Arabic word for the same.  Dravidian Santana, then, is a more advanced form of the Arabicized Islam which is, in distorted form, practiced by the state-sponsored DCC Wahabi sect.

Fatir, therefore, has a First Amendment right to read and study literature that is religious, scholarly and scientific in nature. *Shakti* and *Multi-Orgasmic Woman* fall into that category.

Defendants cannot show any reasonable explanation for banning Fatir's publications or any legitimate penological interest served by forcing non-Christians to comply with right-wing fundamentalist Southern Christian reading restrictions.  Nor can

defendants show where allowing prisoners to read books which contain nude illustrations has led to violence, rape, murder, refusal to work or refusal to undergo treatment programming.

A prison regulation implicating an inmate's constitutional rights must be reasonably related to legitimate penological interests to be valid. *Ramirez v. Pugh*, 379 f.3d 122 (3d Cir. 2004). For a prison regulation implicating a prisoner's constitutional rights to be upheld as reasonable, there must be a valid, rational connection between the prison regulation and the legitimate governmental interest put forward to justify it. *Ramirez*, supra.

The prison provides Fatir with no alternative means of exercising his right to read the yoga books and thus this court must order defendants to permit him to receive the books which were sent to him.

Plaintiff Fatir submits that a knowledge of the sexual energy control bestowed by tantra will do far more to prevent violent sex crimes than all of the nonsensical, idiotic and backwards "therapy" provided sex offenders in DCC combined. DCC is incapable of reforming sex criminals. Tantra can do so with relative ease… and at a zero budget.

For the foregoing reasons, plaintiffs therefore ask this honorable court to grant their Motion for a Temporary Restraining Order and/or Preliminary Injunction to Permit Plaintiff Fatir to receive rejected books.

Respectfully submitted,

_____
Amir Fatir

EXHIBITS FOR MOTION TO PERMIT FATIR TO RECEIVE BOOKS



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855

D2

## MEMORANDUM

TO: Inmate Amir Fatir AKA Sterling Hobbs        SBI # 00137010
    D East Building

FROM: Thomas L. Carroll, Warden – DCC

DATE: June 1, 2007

RE: Publication Appeal

This will acknowledge receipt of the Rejected Publication Appeal Form you submitted on May 25, 2007 regarding the denial of the publication "Shakti: The Feminine Power of Yoga" due to a violation of the Department of Correction Policy 4.5 regarding incoming publications.

You should be advised that the rejected publication contains material that is sexually explicit and/or obscene and is, therefore, not conducive to the goal of rehabilitation. Additionally, material of this type also presents risks to institutional safety and security.

Based on these factors, the appeal is denied.

CC    Deputy Warden Burris
      Deputy Warden Pierce
      Major Dave Holman
      Major James Scarborough
      Support Services Manager Tonya Smith
      Support Services Officer Carol Powell
      File



# amazon.com.

Amazon.com
1850 Mercer Rd.
Lexington, KY 40511

**Billing Address:**
James A. Swartzmiller
431 East Side Road
Sorrento, ME 04677
United States

**Shipping Address:**
Amir Fatir #137010
Delaware Correctional Center
1181 Paddock Rd
Smyrna, DE 19977-3474
USA



DJcyqPbR/-2 of 2-/std-us/3183156   M

**Your order of April 23, 2007 (Order ID 002-2412600-6236069)**

| Qty. | Item | Item Price | Total |
|---|---|---|---|
|  | **IN THIS SHIPMENT** |  |  |
| 1 | **Shakti: The Feminine Power of Yoga**<br>Davis, Victoria --- Hardcover<br>(** B-9 **) 0971558116<br>0971558116 | $24.95 | $24.95 |
| 1 | **Naked and Empty-Handed --- Transcendence and beyond in group workshops**<br>Nito, Swami Anand --- Paperback<br>(** B-9 **) 141201980X<br>141201980X | $21.00 | $21.00 |

|  |  |
|---|---|
| Subtotal | $45.95 |
| Shipping & Handling | $4.98 |
| Order Total | $50.93 |
| Paid via Mastercard | $50.93 |
| Balance due | $0.00 |

This shipment completes your order.



http://www.amazon.com

For detailed information about this and other orders, please visit Your Account. You can also print invoices, change your e-mail address and payment settings, alter your communication preferences, and much more -- 24 hours a day -- at http://www.amazon.com/your-account.

**Returns Are Easy!**
Visit http://www.amazon.com/returns to return any item -- including gifts -- in unopened or original condition within 30 days for a full refund (other restrictions apply). Please have your order ID ready.

Thanks for shopping at Amazon.com, and please come again!



amazon.com.
and you're done."

Amir Fatir # 137010
DCC
1181 Paddock Road
Smyrna, DE 19977
May 29, 2007

Mr. Carl Danberg
Commissioner
Department of Correction
245 McKee Road
Dover, DE 19901

**RE: DCC Ban on Publications in contradiction to Policy 4.5**

Dear Mr. Danberg:

    The Delaware Correctional Center is restricting incoming publications which conform to the standards set forth in policy 4.5 and which conform to DCC's own standards which permit publications of a sexual nature which are of educational, medical or religious interest.

    The prison has withheld a book sent to me about yoga that's entitled "Shakti: the feminine power of yoga." Apparently, the book contains some nude illustrations and has been banned for being "sexually explicit."

    Your policy provides clarity on what can be legitimately rejected. It states that rejected material may be sado-masochistic, bestiality or involving children. Additionally, the policy states that material may be rejected if it poses a threat to the institution or is contrary to law. The examples you provide include child pornography.

    Your policy explicitly states that sexually explicit material does not include "publications concerning research or opinions on sexual, health or reproductive issues." The policy even states that "Sexually explicit material may nonetheless be admitted if it has scholarly value, or general social or literary value."

    "Shakti" deals with health issues, sexual energy issues (called libido in Freudian psychology) and its impact upon the psyche and health. It is far from being a pornographic book.

    The Warden or Warden's designee's rejection of all publications which show any nudity whatsoever is overly broad and an abuse of discretion. Moreover, no consideration has been given to the exceptions in policy 4.5 or in DCC's own Inmate Housing Rules, page 1⁄2-7.

Commissioner Carl Danberg
May 29, 2007
Page 2

The rejections are in conflict with the Third Circuit's decisions in *Wolf v. Ashcroft*, 297 F.3d 305 (3d Cir. 2002) and *Ramirez v. Pugh*, 379 F. 3d 122 (3d Cir. 2004).

This institution's obsession with avoiding nudity has caused it to go so far as to prevent prisoners from seeing the movies Borat and The Last King of Scotland, two movies which have won Academy Awards.

Although your policy grants discretion to the Wardens of the various institutions, in rejecting materials in such a broad and overreaching manner, discretion has been abused. DCC has gone way too far in censorship and I respectfully request that you intervene.

Sincerely,

Amir Fatir

cc: Julia Graff, ACLU Delaware



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                         (302) 739-5601
Commissioner                                      Fax: (302) 739-8221

July 12, 2007

Amir Fatir
SBI# 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Fatir,

I am in receipt of your letter dated May 29th.

Your concern is better addressed at the institution.

Sincerely,

Carl C. Danberg,
Commissioner

Cc:   Tom Carroll, Warden
      Rick Kearney, BOP
      TK# 337
CCD:lmd

Amir Fatir #137010
D-East / D-2
Jan. 14, 2006

Mrs. Elizabeth Burris
Deputy Warden
DCC
Smyrna, DE 19977

RE: <u>Breakdown of Mailroom Book Procedures</u>

Dear Mrs. Burris:

Three books which my wife ordered for me separately have been lost, misplaced or improperly discarded by DCC Mailroom staff. I've written numerous letters to Support Services Manager Jenny Havel, Tina Scott, Mailroom Officer Cpl. Oney and filed grievances — to no avail.

Before I file a complaint with the Small Claims Court I am asking you to intervene to either reimburse me the cost of the books plus shipping and handling or locate and send me the books.

Elizabeth Burris
Jan. 14, 2006
Page 2

The missing books are:

<u>The Catcher in the Rye</u>

I wrote the mailroom asking why the book had not been sent to me. My wife asked Amazon to trace it and learned it had been shipped and received. It is a paperback book.

<u>Natural Cures They Don't Want You to Know About</u>

This book was shipped on Oct. 31, 2006. I never got it or received notification that it arrived. I wrote letters to the mailroom and Support Services Manager. I received no reply. I filed a grievance that was never heard. Finally, I asked Staff Lieutenant Profaci to call the mailroom. She did and was told the book or the next book I shall mention had been destroyed the previous day because I'd failed to contact the mailroom.

Elizabeth Burris
Jan. 14, 2006
Page 3

### The Multi-Orgasmic Woman

My wife ordered this book for me from Amazon.com. It's a Taoist Chinese spiritual health book. On 12-14-05 the mailroom sent me a form that did not tell me the title of the book or author. It simply checked a box that falsely claimed I'd been sent "sexually graphic obscene material."

This book, written by world reknown scholar Mantak Chia, falls within the "educational" exception regarding "sexual materials." Although I object to all the censorship that's been instituted during my absence from DCC, the book in question is not in any way obscene.

I wrote the mailroom, Jenny Havel, Tina Scott and Cpl. Oney. I filed a grievance.

S/Lt. Profaci informed me the book had been discarded despite the fact that I followed proper procedure by appealing to the Support Services Manager well within the

Elizabeth Burris
Jan. 14, 2006
Page 4

prescribed five days.

The mailroom falsely told S/Lt. Profaci the book was "The Story of O," an old erotic book from the '60s.

I don't want to be tagged "the bad guy" but I cannot just let my money be wasted due to the mailroom's failure to follow SOP.

Please reply within 14 days. After that I will consider my efforts to resolve this matter internally to have been exhausted.

I hope you and your family are healthy and well.

Sincerely,

[signature]

## Summary of DOC Policy # 4.5 – Policy for Incoming Publications
*effective March 14, 2007*

The Delaware Department of Correction has implemented a new policy with respect to incoming publications, which balances inmates' right to receive information with the prisons' responsibility to provide safe and secure correctional facilities.

This policy covers: books; booklets; pamphlets, or similar documents; single issues of magazines, periodicals, newsletters, and newspapers; as well as other materials addressed to a specific inmate, such as advertising brochures, flyers and catalogs.

Inmates may receive publications as long as they are not determined to be detrimental to the security, discipline, or good order of the prison; do not facilitate criminal activity; and are not prohibited by law.

Only the Warden/Warden's Designee may reject a publication. Publications may be rejected if they depict, describe or contain:

- Procedures for the construction or use of weapons, ammunition, bombs or incendiary devices;
- Methods of escape from correctional facilities or blueprints or descriptions of DOC institutions;
- Procedures for brewing alcoholic beverages or manufacturing drugs;
- Encoded messages;
- Activities that may lead to physical violence or group disruption;
- Encouragement or instruction of commission in criminal activity;
- Sexually explicit material (e.g., sado-masochism; bestiality; involving children).

Publications may not be rejected solely because they contain offensive, controversial or repugnant content; deal with sexual, health, or reproductive topics; or cover issues of concern to the lesbian, gay, bisexual and transgender communities.

Rejection of periodicals (e.g., magazines and newspapers) must be done on an issue-by-issue basis, rather than rejecting an entire subscription.

Inmates will be advised promptly in writing when a publication they have ordered has been rejected, and will be given 20 days within which to appeal the Warden's decision. The publisher/sender of the publication will also be given notice that it has been rejected and an opportunity to appeal the decision.

The Warden of your facility can set limits on how many publications inmates may retain in his or her quarters.

**You can review the complete policy on Incoming Publications in the Law Library.**



**STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1811 PADDOCK ROAD
SMYRNA, DELAWARE 19977
SUPPORT SERVICES DEPARTMENT**

*January 25, 2006*

TO:     Amir Fatir
        SBI#: 137010

FROM:   Stacy Shane
        Support Services Secretary

RE:     LETTER
___

*I contacted the mailroom regarding your book that was deemed obscene. The name of the book was the Big O and it was disposed of on 1/3/06 cause they never received anything from you regarding what you wanted them to do with it. It was written up and given to you on 12/14/05.*

*The other book, Natural cures they don't want you to know about; was never received per the mailroom.*

/ss

CC:  File



## STATE OF DELAWARE
## DEPARTMENT OF CORRECTION
## **DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261

Inmate/ Housing:   **Amir Fatir/DE**          S.B.I. # Number: **00137010**

RE:   5 photos in a letter          Issue: N/A

The above named publication from:

> James Swartzmiller
> 431 East Side Road
> Sorrento, ME  04677

has been rejected in accordance with the Department of Correction Policy on incoming publications, which provides in part:

> **A publication may be rejected only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity.**

The above named publication has been rejected because it contains pictures that are sexually explicit / obscene in nature.

You have the option to appeal this rejection to the Office of the Warden. This appeal must be completed and submitted via the enclosed Publication Rejection Appeal Form within twenty (20) days of receipt of this correspondence. Additionally, the Appeal Form must be forwarded to the Warden's Office in the enclosed envelope.

A copy of this notification has been sent to the sender who may obtain an independent review of this rejection by writing to Bureau Chief Rick Kearney, 245 McKee Road, Dover, DE 19904 within twenty (20) days of receipt of that copy.

_____          4/24/04
Support Services Officer                 Date

cc:   Chief Rick Kearney
      File

James Swartzmiller
431 East Side Road
Sorrento, ME  04677

Department of Correction
Delaware Correctional Center
DCC Mailroom
PROHIBITED MAIL NOTICE FOR MAIL ADDRESSED

DATE: 12-14-05
BLDG: Mailroom

To: INMATE: Amir Fatir
SBI NUMBER: 137010
HOUSING UNIT: 22

FROM: Amazon.com
ADDRESS:
CITY/STATE:

Please be advised that your correspondence is being returned for the following reason(s):

( ) Correspondence with inmates of this and other penal institutions shall be the subject to the approval of the Warden of each institution.

( ) Outgoing or incoming mail may be disapproved for mailing or delivery to the inmate if any part of it:

(✓) Is obscene or contains a graphic presentation of sexual behavior that is in violation of the law.

( ) Concerns plans for violation of law or Department or Institution rules.

( ) Is dangerously inflammatory in that it advocates or encourages riot, insurrection, escape, disruption of the institution, violence or violation of law or Department or Institution.

( ) Contains information which inmates might use to manufacture or devise weapons, drugs, intoxicants, or escape paraphernalia, or to effect or facilitate escape or disruption of the institution.

( ) Threatens physical harm, blackmail or extortion.

( ) Presents clear and substantial objective of the correction system, or to the safety of any persons.

( ) No inmate may establish or conduct a business during his period of incarceration.

( ) The address of incoming and outgoing mail must contain the inmate's committed name, identification number and institutional address. The return address must be on all incoming and outgoing mail.

( ) Personal checks prohibited.

( ) Books, periodicals or other publication(s) must be sent directly from the publisher and must be prepaid.

(✓) Enclosed item(s) not permitted:

**Note:** The Inmate may appeal this decision in writing to the Support Services Manager of the Delaware Correctional Center stating reasons within five days of the date of this notice. The Inmate must reply to the mailroom within five days of the date of this notice as to how he wishes to dispose of this item or is appealing the decision. If the Inmate has not responded to the Mail Room or Support Services Manager within five days, the item will be disposed of according to DCC policies.

FORM #: 676 – Revised 05/03
3-part
1 Copy: Inmate
1 Copy: Mail Room
1 Copy With Package

Staff Signature



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261

Inmate/ Housing:    **Amir Fatir/aka/Sterling Hobbs/D-E d-2-b** S.B.I.#: **00137010**

RE:    Shakti: The feminine Power of Yoga          Issue: Book

The above named publication from:

        James Swartzmiller
        431 East Side Road
        Sorrento, ME. 04677

has been rejected in accordance with the Department of Correction Policy on incoming publications, which provides in part:

> **A publication may be rejected only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity.**

The above named publication has been rejected because it contains pictures that are sexually explicit / obscene in nature.

You have the option to appeal this rejection to the Office of the Warden. This appeal must be completed and submitted via the enclosed Publication Rejection Appeal Form within twenty (20) days of receipt of this correspondence. Additionally, the Appeal Form must be forwarded to the Warden's Office in the enclosed envelope.

A copy of this notification has been sent to the sender who may obtain an independent review of this rejection by writing to Bureau Chief Rick Kearney, 245 McKee Road, Dover, DE 19904 within twenty (20) days of receipt of that copy.

_____        ___5/25/07_____
Support Services Officer                                Date

cc:    Chief Rick Kearney
      File

      James Swartzmiller
      431 East Side Road
      Sorrento, ME. 04677