

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

April 24, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

     Re:  ***Boyer, et al. v. Taylor, et al.*,**
        <u>**D. Del., C.A. No. 06-694-GMS**</u>

Dear Judge Sleet:

   Please allow this letter to reflect State Defendants' response to the Court's order dated March 28, 2008 instructing the State Defendants to "conduct an investigation to determine if there are options available to Fatir to make international telephone calls using local telephone numbers." (D.I. 112 at 10).

   Since receiving the Court's order, I contacted Investigator Joseph Richardson, the Institutional Investigator at the Delaware Correctional Center ("DCC"), to investigate possible options available to the inmates to make international telephone calls using local telephone numbers. Investigator Richardson contacted three companies – Talkster, United World Telecom and Prison Calls Online. (Exhibit A – "Richardson Affidavit" at ¶ 3). A thorough investigation revealed that none of these companies are compatible with DCC's telephone system and pose security concerns to DCC, as well as crime victims. (*Id.*).

   Talkster is a company that requires the caller to use the internet or a cell phone to a make a three-way call. (*Id.* at ¶ 4; Exhibit B). Talkster is problematic for two reasons. First, DCC's system does not accommodate three-way calling because it disconnects the call when the intermediary hangs up. Second, inmates are not permitted access to either the internet or cell phones due to safety and security concerns. (Richardson Aff. at ¶ 4).

The Honorable Gregory M. Sleet
April 24, 2008
Page 2

United World Telecom will not set up billing with DCC's current telephone provider. (*Id.* at ¶ 5). Moreover, this company uses a broadband internet connection to transmit calls and inmates are not permitted access to the internet. (*Id.*; Exhibit C).

Finally, Prison Calls Online is a company that is used by the recipient of the phone call. (Richardson Aff. at ¶ 6; Exhibit D). The recipient applies to Prison Calls and the company then sends the inmate a "special inmate phone number" that is not the actual recipient's home phone number. (*Id.*). The inmate then dials this "special number" and Prison Calls routes the phone call to the recipient's home phone. (*Id.*). DCC monitors inmate phone calls to insure inmates are not harassing victims. Use of a "special number" would greatly impede the prison's ability to monitor inmate phone calls and prevent harassment. (Richardson Aff. at ¶ 6).

Given the grave concerns each of these companies would pose to the safety and security of the DCC and crime victims, they are not viable options for facilitating international phone calls by inmates and should not be implemented at DCC. Further, any system that requires use of a cell phone, the internet or a "special number" is problematic for use in the prison. (*Id.* at ¶ 7).

DCC maintains that inmates, such as Inmate Fatir, who would like to contact family living abroad, have the option of informing the recipient of the call that they may purchase a cell phone that has a United States phone number but is capable of receiving phone calls overseas. (*Id.* at ¶ 8). The inmate could then dial the United States number but speak with the recipient where they are located overseas. (*Id.*). In addition, the inmates have the option of using the mail or receiving visits from individuals who qualify and pass security.

Enclosed with this letter is the affidavit of Joseph Richardson detailing the results of his investigation. Also enclosed are documents from the websites of Talkster, United World Telecom and Prison Calls Online that describe how each of the companies provides telephone service.

I trust that this letter and the investigation conducted by Investigator Richardson satisfy this Court's order. If the Court has any further questions or concerns please do not hesitate to contact me at (302) 577-8400. Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross, DAG
Attorney for State Defendants

EYT/bja
Enclosures

The Honorable Gregory M. Sleet
April 24, 2008
Page 3

cc (with Enclosures):  Amir Fatir, Plaintiff
                             Donald Boyer, Plaintiff
                             Warren Wyant, Plaintiff
                             James E. Drnec, Esq., Counsel for CMS

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD BOYER, AMIR FATIR, and )
WARREN WYANT, )
       )
      Plaintiff, )
       )    C.A. No. 06-694-GMS
      v. )
       )    Jury Trial Requested
COMMISSIONER STANELY TAYLOR, et al., )
       )
      Defendants. )

## AFFIDAVIT OF JOSEPH RICHARDSON

    I, Joseph Richardson, having been duly sworn by law, do hereby depose and state as follows:

    1.    I am employed by the State of Delaware Department of Correction ("DOC") as an Institutional Investigator for the Delaware Correctional Center ("DCC"), in Smyrna, Delaware. I have been employed by the DOC as an Institutional Investigator at DCC for over seven (7) years.

    2.    I have investigated the issue regarding whether inmates can make international telephone calls. Our contract with our current telephone provider does not permit direct dial international calling.

    3.    In accordance with a request from Deputy Attorney General Erika Y. Tross, I investigated the possibility of using alternative methods for inmates to make international phone calls using local telephone numbers. I contacted three companies — Talkster, United World Telecom and Prison Calls Online. My investigation revealed that all three companies are incompatible with our system and present safety and security concerns.

1

4.    Talkster (located at www.talkster.com) cannot work with DCC's telephone system because it involves a three-way call. DCC's system does not accommodate three-way calling. As a result, when the intermediary hangs up the phone call is disconnected. Further, Talkster requires the use of the internet or a cell phone. Inmates are not permitted access to the internet or cell phones for security reasons.

5.    United World Telecom (located at www.uwtcallback.com) is a Voice Over IP ("VoIP") that uses a broadband Internet connection to transmit calls. I spoke with a representative from www.uwtcallback.com and they will not set up billing with our current telephone provider. Moreover, as previously stated, inmate use of the internet is not permitted due to security concerns.

6.    Prison Calls Online (located at www.prisoncall.com) is a system where the recipient of the call applies to Prison Calls to set up the service. Once the recipient applies, Prison Calls then sends the inmate a "special inmate phone number" that is not the actual home phone number of the recipient. The inmate then dials this special number. Prison Calls routes the special number through their system and it rings at the recipient's home. DCC has an obligation to verify who inmates are calling to prevent inmates from harassing victims. Prison Calls impedes the prison's ability to verify phone calls by using "special numbers" that are not the recipient's actual home phone number.

7.    Use of providers like Talkster, United World Telecom and Prison Calls Online present safety and security problems. Requiring the use of the internet, cell phones or "special numbers" makes monitoring inmate phone calls very difficult. Further through these services DCC would have no ability to track changes the inmate makes to the telephone number. This could then lead to harassment of victims and other

2

individuals or inmates conducting business from inside the prison through the use of the internet. As such, these systems pose grave security concerns to the prison, as well as potential security concerns to victims of crimes.

8.    Although the prison cannot provide inmates the means to make direct dial international phone calls, an inmate can make a phone call, indirectly, to someone living overseas. In order to make such a call, the recipient of the call would need to purchase a cell phone with a United States phone number that has the capability of receiving calls in the country where the person resides. The recipient would then need to set up a pre-paid account with our telephone system. Once the account was set up the inmate could call the cell phone's United States phone number and the recipient could receive the phone call where they are located overseas.

Joseph Richardson

**SWORN AND SUBSCRIBED** before me this 24 day of April, 2008.

Notary

3

# EXHIBIT B

**talkster**    home   how it works   news   help   blog

Engl

## Make all your calls local. Never pay for international calls again!

  

### From your computer

No downloads, no headset needed, works with any phone.

**Step 1**
On the form on the Home Page, enter your name and phone number you will make the call from, along with the name and number of the person you want to call. Click on **Invite** to start.

**Step 2**
Talkster will give you and your friend each a local Talkster number that you can use whenever you want to call each other. Save this number in your phone book (if you want). Your local numbers will also be sent to you both by SMS (in case you forget them!). Click here to see the list of Talkster countries currently available.

**Step 3**
Call the Talkster number for your friend. When your friend answers, tell them to hang up and call their local Talkster number for you that they got in the SMS or that they see on their phones caller display. You stay on the line - don't hang up! When your friend dials back using their Talkster number, you'll be connected and can talk for FREE as much as you want!

### From your phone

You can use Talkster from ANY cell phone, on any network.

**Step 1**
Go to http://free.talkster.com

**Step 2**
Enter your name and phone number you will make the call from, along with the name and number of the person you want to call. Click on **Invite** to start.

**Step 3**
Talkster will give you and your friend each a local Talkster number that you can use whenever you want to call each other. Save this number in your phone book (if you want). Well also send you your local numbers by SMS (just in case!). Click here to see the list of Talkster countries currently available.

**Step 4**
Call the Talkster number for your friend. When your friend answers, tell them to hang up and call the local Talkster number in the SMS they were sent or on their caller display. You just hang on - don't hang up! When your friend dials back using their Talkster number, you will be connected and can begin talking for FREE as much as you

### With an SMS

You can use Talkster from AN just by sending us an SMS!

**Step 1**
Send the SMS to Talkster phone number:

**+447624802492**

Send it in this format:

**{your name} {your frien number in internationa {your friend's name}**

Example If John wants t at 12125551212, the SMS like this:
John 12125551212 Jane

**Step 2**
Talkster will send you ar friends an SMS with your numbers for each other. number in your phone bc want). Click here to see Talkster countries currei available.

**Step 3**
Call the Talkster number friend. When your frienc tell them to hang up anc local Talkster number in they were sent or that tl

**Call a group!**
Click on **Add someone else** to add up to 5 friends for a group call. Now you can reach a whole group with one single phone number, all for FREE!
✉ Learn more

want!

**Group calls**
Click on **Add someone else** to add up to 5 friends if you want to make a group call.
✉ Learn more

their caller display. You line - don't hang up! Whe friend dials back using th number, you will be con can talk for FREE as muc want!
✉ Learn more

Click here to see the list of Talkster countries currently available.

Click here to watch the How it Works movie.

→ About Us   → Terms and Conditions   → Privacy Policy   → Contact Us   Copyright © Talkster 2008. All rights reserve

## Who will you call?

# EXHIBIT C



customer login | agent login | **trigger a call**

# Save up to 80% on international calls!



**Where savings meet quality...**

**Home**    **Products & Services**    **View Rates**    **Contact Us**    **Sign Up**    **Support**    **Partner Programs**    **Corporate**

Toll Free (USA) 1-866-234-2880 or +1-561-276-7156 (USA & International)

english | français

## International Callback

Easy access to lowest international rates from any country in the world!

## Global VoIP Connect

Your internet now has the power to connect you to any phone in the world at the lowest rates!

## CallMe800

Get your personal toll free number that forwards incoming calls to any phone number in the world!

## CallMyGlobalNumber

Own a unique USA or Global phone number that can forward your calls to any phone number in the world!

## Global Call Connect

Your mobile or fixed phone now has easy access to high quality international calls at low rates!

## Virtual Calling Card

Travelers can now enjoy easy access to international calling at low rates with high quality!

| 10:56:31 AM | Thursday, April 24, 2008 |
|---|---|



"United World Telecom has become recognized as one of the highest quality callback providers. It seems determined not to compromise its reputation by simply using the cheapest carriers. UWT has a number of unique features and their technical and customer support is exceptional."
- Phone-Guide.com



### Our Customers

Customers of United World Telecom are located in over 150 countries and their profile range from embassies, international organizations, import-export companies to business travelers, students, and expatriates of many nations.



### Our Commitment

In today's competitive telecom market, companies are increasingly sacrificing call quality in exchange of lower costs and higher profits. At United World Telecom, we believe in maintaining the highest possible call quality at the lowest possible rates, providing deep savings to our customers.



Click for **LIVE** support

Call Toll Free (USA)
1-866-234-2880



Contact Us

Tel: +1-561-276-7156
(USA & International)



Partner Inquiry

home | sitemap | contact | resources

To find out more about any individual product or service, simply click on any of the services listed above. If you are interested in becoming a reseller or agent, please visit our Partner Section and learn more about telecom reseller programs.

Additional info on our services:

### International Callback

Our International Callback service is the best value in callback anywhere. Because we provide the highest quality possible, you will experience the lowest number of uncompleted calls compared to any of our competitors, saving you both money and frustration. Not only is our call back service of the best quality, our international callback rates are highly competitive. We also offer the ability to become a callback reseller or callback agent at wholesale call back rates. If you find a callback company with lower rates, chances are, the quality will not be comparable and you will actually end up paying more due to more dropped calls or a missed call. Quality callback is our guarantee. You don't even need a callback card, rather you will receive your own DID number.

### Virtual Calling Card

Our Virtual Calling Card provides you all the features of a traditional international calling card except that you do not need to carry an actual phone card with you and you will get the best rate for each call you make. You also have the option of accessing your phone calling card directly through a toll-free number or through a local number. The virtual calling card is truly the best international calling card. Another difference between our phone card and a traditional prepaid phone card is that you never have to go out and buy another prepaid calling card. Also, this is not just a long distance calling card, you can call anywhere in the entire world. Wholesale calling cards are also available with great wholesale rates so you can become a calling card distributor (phone card distributor).

### VoIP

UWT offers a variety of VoIP services. Voice over IP has become a very popular international calling service. VoIP service allows you to use your Internet connection to place international calls to any phone, including mobile phones. You can use VoIP software to make VoIP calls right from your PC or a VoIP phone to connect to the Internet. If you choose the VoIP phone you can use the Internet connection on your computer as well. We offer great deals on VoIP equipment. Business VoIP solutions are also available such as our VoIP reseller program. Become a VoIP reseller or a VoIP agent. VoIP calling is also known as Internet calls (internet phone calls). Our service is easy and affordable unlike other VoIP providers that offer an expensive VoIP calling card. We also offer virtual phone numbers.

### Global Call Connect

Global Call Connect allows you to access our network through a local access number or a toll free number from any phone allowing you to make international mobile calling or international long distance calling . Simply call your access number and you are already connected to our international calling network, which will provide you a cheap international call rate each time. International calling has never been so easy.

### Call Me 800

If you are in need of toll free call forwarding services, get a toll free number to forward international calls to your existing line in any country, Call Me 800 is the right toll free service. All of our international toll free numbers are reliable and provide high quality international forwarding. Get your own toll free numbers now.

### CallMyGlobalNumber

An alternative international call forwarding solution is CallMyGlobalNumber. The difference is, with this service, you will receive a local number in virtually any major city in the world, which will forward incoming calls to your phone wherever you are. When someone calls you, they will only need to dial your local phone number and the call will be forwarded to your phone anywhere in the world.

### Partner Programs

If you want to learn how to start a telecom business, read about our partner programs, including a callback reseller program, VoIP reseller program, VoIP agent program, private reseller partner program, and other telecom reseller opportunities.

There are also prepaid phone agent opportunities available that provide wholesale prepaid calling cards that allow you to start a calling card wholesale business. The calling card business is highly profitable.

If you are still not convinced that United World Telecom can provide you the best service at the best international call rates on international calling, read our client testimonials. No matter which service is best for you, you will receive the best quality as well as customer support at the lowest

possible cost. Call international now!

Our service is available to and from the continents of Asia, Africa, Australia, Antarctica, Oceania, North America, South America, and Europe. Services are available in the following countries: Afghanistan, Albania, Algeria, American Samoa, Andorra, Angola, Anguilla, Antigua, Argentina, Argentina Buenos Aires, Armenia, Armenia Yerevan, Aruba, Ascension Island, Australia, Austria, Azerbaijan, Bahamas, Bahrain, Balearic Islands, Bangladesh, Bangladesh Dhaka, Barbados, Belarus, Belgium, Belize, Benin, Bermuda, Bhutan, Bolivia, Bolivia Cochabamba, Bolivia La Paz, Bolivia Santa Cruz, Bosnia, Botswana, Brazil, Brazil Rio, Brazil Sao Paulo, British Virgin Islands, Brunei, Bulgaria, Burkina Faso, Burma Myanmar, Burundi, Cambodia, Cameroon, Canada, Cape Verde Island, Cayman Islands, Central African Republic, Chad, Chile, China, China Beijing, China Shanghai, Christmas Cocos Islands, Colombia, Colombia Armenia, Colombia Barranquilla, Colombia Bogota, Colombia Cali, Colombia Medellin, Colombia Palmira, Colombia Pereira, Comoros, Congo, Cook Islands, Costa Rica, Croatia, Cuba, Cyprus, Czech Republic, Default, Denmark, Diego Garcia, Djibouti, Dominica And Grenada, Dominican Republic, East Timor Saipan Rota, Ecuador, Egypt, El Salvador, Equatorial Guinea, Eritrea, Estonia, Ethiopia, Faeroe Islands, Falkland Islands, Fiji, Finland, Fr Polynesia Tahiti Moorea, France, France Nice Southeast, France Paris, French Antilles, French Guiana, Gabon, Gambia, Georgia, Germany, Ghana, Gibraltar, Greece, Greenland, Guadeloupe, Guam, Guantanamo Bay, Guatemala, Guinea, Guinea Bissau, Guyana, Haiti, Honduras, Hong Kong, Hungary, Iceland, India, India Mumbai Bombay, India New Delhi, Indonesia, Indonesia Jakarta, Inmarsat Atl East, Inmarsat Indian, Inmarsat Pacific, Inmarsat West, Iran, Iraq, Ireland, Israel, Italy, Ivory Coast, Ivory Coast Abidjan, Jamaica, Japan, Japan Nagoya, Japan Tokyo, Jordan, Kazakhstan, Kenya, Kenya Nairobi, Kiribati, Korea North, Korea South, Kuwait, Kyrgyzstan, Laos, Latvia, Lebanon, Lesotho, Liberia, Libya, Liechtenstein, Lithuania, Luxembourg, Macao, Macedonia, Madagascar, Malawi, Malaysia, Maldives, Mali Republic, Malta, Marshall Islands, Mauritania, Mauritius, Mayotte Island, Mexico, Mexico Acapulco, Mexico Cancun, Mexico Chapala, Mexico Ensenada, Mexico Guadalajara, Mexico Leon, Mexico Mexico City, Mexico Monterrey, Mexico Puebla, Mexico Puerto Vallarta, Mexico Tijuana And Rosarito, Micronesia, Moldavia, Monaco, Mongolia, Montserrat, Morocco, Mozambique, Namibia, Nauru, Nepal, Netherl Antilles, Netherl Antilles St Marteen, Netherlands, New Caledonia, New Zealand, Nicaragua, Niger Republic, Nigeria, Nigeria Lagos, Niue Island, Norfolk Island, Norway, Oman, Pakistan, Pakistan Karachi, Palau, Palestine, Panama, Papua New Guinea, Paraguay, Paraguay Ascuncion, Peru, Peru Lima, Philippines, Philippines Manila, Poland, Portugal And Azores, Puerto Rico, Qatar, Reunion Island, Romania, Romania Bucharest, Russia, Russia Moscow, Russia St Petersburg, Rwanda, San Marino, Sao Tome, Saudi Arabia, Saudi Arabia Dhahran, Saudi Arabia Jeddah, Saudi Arabia Riyadh, Senegal, Serbia Montenegro, Seychelles, Sierra Leone, Singapore, Slovakia, Slovenia, Solomon Islands, Somalia, South Africa, South Africa Johannesburg, Spain, Sri Lanka, St Helena, St Kitt And Nevis, St Lucia, St Pierre And Miquelon, St Vincent, Sudan, Suriname, Swaziland, Sweden, Switzerland, Syria, Taiwan, Taiwan Taipei, Tajikistan, Tanzania, Thailand, Thailand Bangkok, Thuraya, Togo, Tonga Islands, Trinidad And Tobago, Tunisia, Turkey, Turkey Ankara , Turkey Istanbul, Turkmenistan, Turks And Caicos Islands , Tuvalu, Uae, Uganda, Ukraine, Ukraine Kiev, United Kingdom, United Kingdom Special Ngn, Uruguay, Uruguay Montevideo, Us Virgin Islands, USA, USA Alaska , USA Directory Assistance, USA Hawaii, USA South Florida, USA Toll Free, Uzbekistan, Vanuatu, Vatican City, Venezuela, Venezuela Caracas, Vietnam, Wallis And Futuna, Western Samoa, Yemen Arab Republic, Zaire, Zambia, and Zimbabwe.

(©) 1996 - 2008 United World Telecom. LC. USA

# EXHIBIT D

PrisonCalls Online.....Providing discount collect calls to loved ones behind bars!

Case 1:06-cv-00694-GMS    Document 121-5    Filed 04/24/2008    Page 2 of 2    Page 1 of 3



## FAQ: Frequently Asked Questions

- How does the prison phone service work?
- Does your phone system violate the prison's rules?
- How much will I save?
- Our calls are now only $5.00, can I still save with your service?
- If the inmate gets out of prison, can we cancel?
- What if the inmate is moved to another prison facility?
- We are a legal clinic and deal with several inmates in the same facility, can all the inmates use the same number?
- I have more than one inmate in different prisons, can they all use the same number?
- Can the inmate call anyone else with my number?
- My husband is in prison and his parent's live overseas, can he call them with your service?

**I have another question not listed here and wish to email for a response.**
**—You may also call 1-888-925-1400 for prompt service.**

**Q:** How does PCO's phone service work?

When you enroll in our Inmate Phone Service we will give you a special inmate phone number. Your inmate will now dial this special number instead of your home number. When the inmate dials this number, we will route the call over our network and it will ring in your home just as your calls do now. You will still have the option to accept or not accept the call as before.

You will save money because we route the call over our network instead of allowing the prison to send the call to you on their long distance network at a higher rate.

^back to top

**Q:** Does your phone system violate the prison's rules?