### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

DONALD BOYER, AMIR FATIR, and )
WARREN WYANT, )
                                   )
         Plaintiff, )
                                   )       C.A. No. 06-694-GMS
         v. )
                                   )       Jury Trial Requested
COMMISSIONER STANELY TAYLOR, et al., )
                                   )
         Defendants. )

### MOTION FOR ENLARGEMENT OF TIME [RE:  D.I. 118]

COMES NOW, State Defendants Thomas Carroll, Ronald Hosterman, David Pierce, Jeanette Havel, Janice Henry, Michael Little, Floyd Dixon, Marvin Creasy, James Satterfield, Maureen Whelan, Ralph Bailey, and David Hall (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file a response to Plaintiffs' Motion for a Temporary Restraining Order and/or a Preliminary Injunction to Permit Plaintiff Fatir to Receive Rejected Books (the "Motion to Receive Books") (D.I. 118).  In support of the Motion, State Defendants state as follows:

         1.       Plaintiffs Donald Boyer, Amir Fatir, and Warren Wyant (the "Plaintiffs") are all inmates presently incarcerated at the Delaware Correctional Center ("DCC") in Smyrna, Delaware.  Plaintiffs are appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

2.      On November 15, 2006, Plaintiffs, along with nine (9) other individuals who have since been dismissed from the case, filed a Complaint against 25 Defendants alleging various claims.  (D.I. 10).

3.      Less than two months later, on January 5, 2007, Plaintiff Boyer filed the First Amended Complaint against all of the defendants adding new claims and allegations.  (D.I. 18).  On July 30, 2007, Plaintiffs filed a Second Amended Complaint further refining their allegations and claims against the defendants.  (D.I. 43).

4.      Following the filing of their Second Amended Complaint, the Plaintiffs, led by Plaintiff Fatir, filed a series of five motions requesting injunctive relief for various issues.  State Defendants filed a response in opposition to each of the five motions.  The Court denied all five of the Plaintiffs' motions in an order dated March 28, 2008.  (D.I. 112).

5.      Less than one month following the Court's decision, on April 21, 2008, the Plaintiffs, again led by Plaintiff Fatir, filed the Motion to Receive Books.  In the Motion to Receive Books, Plaintiff Fatir claims that this Court should grant him injunctive relief because the DCC has "prevented [him] from receiving the following publications:  'The Catcher in the Rye', 'Natural Cures They Don't Want You to Know About', 'Ishmael', 'The Multi-Orgasmic Woman' and 'Shakti:  the Feminine Power of Yoga'."  (D.I. 118 at ¶ 1).  State Defendants' response to the Motion was due on May 5, 2008. [1]

6.      The undersigned counsel anticipates filing a response to Plaintiffs' Motion to Receive Books, however, due to the press of other litigation and Plaintiff Fatir's

_____

[1] Plaintiffs' Motion to Receive Books was filed and served by mail on April 21, 2008. Thirteen days (10 days plus 3 days for mailing) from this date was Sunday, May 4, 2008.

allegations of rejection of many different books counsel for the State Defendants has been unable to gather the information and documents needed to effectively respond to the allegations in Plaintiffs' Motion.   In light of the circumstances, counsel requests an enlargement of five (5) days until May 9, 2008, to file a response on behalf of the State Defendants.

7.      This is State Defendants' first request for an extension of time to file a response to the Motion to Receive Books.

8.      There is no trial date scheduled in this case.

WHEREFORE, State Defendants respectfully request that the Court grant the Motion and enter an Order, substantially in the form attached hereto, enlarging State Defendants' time to file a response to Plaintiffs' Motion to Receive Books until on or before May 9, 2008.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
        Attorney for State Defendants

Dated: May 5, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DONALD BOYER, AMIR FATIR, and    )
WARREN WYANT,                    )
                                 )
       Plaintiff,           )
                                 )     C.A. No. 06-694-GMS
      v.                      )
                                 )
COMMISSIONER STANELY TAYLOR, et al.,  )
                                 )
      Defendants.      )

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1.    The Plaintiffs are inmates incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2.    The Plaintiffs are not able to be reached by telephone, therefore counsel has spent no time in attempting to reach an agreement on the subject of the Motion for Enlargement of Time.

3.    The undersigned counsel assumes that the Motion is opposed.

                     **STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

                     */s/ Erika Y. Tross*
                     Erika Y. Tross (#4506)
                     Deputy Attorney General
                     820 North French Street, 6th Floor
                     Wilmington, Delaware 19801
                     (302)577-8400
                     Attorney for State Defendants

Dated: May 5, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD BOYER, AMIR FATIR, and )
WARREN WYANT, )
                                   )
         Plaintiff, )
                                   )     C.A. No. 06-694-GMS
      v. )
                                     )
COMMISSIONER STANELY TAYLOR, et al., )
                                     )
         Defendants. )

## ORDER

Upon the Motion for Enlargement of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.       The Motion is **GRANTED**.

2.       State Defendants, have until on or before May 9, 2008 to file a response to Plaintiffs' Motion for a Temporary Restraining Order and/or a Preliminary Injunction to Permit Plaintiff Fatir to Receive Rejected Books (D.I. 118).

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on May 5, 2008, I caused a true and correct copy of the attached ***Motion for Enlargement of Time*** to be served on the following individuals in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

**Via First Class Mail**

Donald Boyer
SBI # 082420
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Warren Wyant
SBI # 00176129
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Amir Fatir
SBI # 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via Electronic Delivery**
James E. Drnec, Esq.
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400