IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Boyer, et al.,                           )
                                         )
        Plaintiffs,                      )
                                         )
    v.                                   )   C.A. No. 06-694-GMS
                                         )
Taylor, et al.,                          )
                                         )
        Defendants.                      )

**REQUEST FOR ENTRY OF DEFAULT**

TO:  Clerk of the Court for the District of Delaware

You will please enter the default of defendants for failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

1. On March 31, 2008 plaintiffs filed a Motion for a Temporary Restraining Order and/Or Preliminary Injunction to Bring the Commissary Trust Fund Account into Receivership for Accounting.

2. Plaintiffs also filed a Memorandum in Support.

3. Plaintiffs sent a copy and a certificate of service to Erica Y. Tross, Esq., Dept. of Justice, 820 N. French St., Wilmington, DE 19801.

4. In the 44 days since, defendants have failed to file any response to plaintiffs' motion.



FILED
MAY 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**WHEREFORE,** plaintiffs request that you enter the default of defendants.

Dated: 05/14/08

Signed:

_____
Amir Fatir


_____
Warren Wyant


_____
Donald Boyer (in MHU & cannot sign)

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Request for Entry of Default upon the following parties/persons:

| To: Erica Tross | To: |
|---|---|
| Dept. of Justice | |
| 820 N. French St. | |
| Wilmington, DE 19801 | |
| To: | To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 14th day of May`, 2008

_____
Amir Fatir
SBI # 137010

Amir Fatir
SBI# 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

CLERK
U.S. DISTRICT COURT 
844 KING ST.
LOCKBOX 18
WILMINGTON, DE 19801


RECEIVED
MAY - 2008