

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

May 29, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Boyer, et al. v. Taylor, et al.*,
              <u>D. Del., C.A. No. 06-694-GMS</u>

Dear Chief Judge Sleet:

      Please allow this letter to reflect State Defendants' response to the Plaintiffs' Request for Entry of Default filed May 16, 2008 in the above-captioned matter. (D.I. 127). Plaintiffs' Request relates to the Motion for a Temporary Restraining Order and/or Preliminary Injunction to Bring the Commissary Trust Fund Account into Receivership for Accounting (the "Motion for Receivership"). (D.I. 115).

      On April 3, 2008, the Plaintiffs filed the Motion for Receivership. The Motion was nonsensical and, as a result, the State Defendants were unable to formulate an adequate response to its allegations. There is no "Commissary Trust Fund Account" established for the benefit of the prisoners at DCC. Inmates have individual inmate accounts. Moreover, the DCC has an account for monies spent in the commissary. The money from this account goes to purchase items to stock the commissary as well as certain other items needed at the Institution. Plaintiffs are not beneficiaries of any "Commissary Trust Fund Account" at DCC.

      Moreover, the State Defendants do not understand the nature of the relief the Plaintiffs seek. By the Motion for Receivership the Plaintiffs requested that the Court "bring the account into receivership to stop the raid on the account by the defendants…." The relief the Plaintiffs seek – a "receivership" – is unclear and again, as a result, the State Defendants were unable to formulate a response.

The Honorable Gregory M. Sleet
May 29, 2008
Page 2

      Should the Court require the State Defendants to respond to the Motion for Receivership, the State Defendants request clarification of the account to which the Plaintiffs are referring, as well as clarification of the relief requested. Without this information the State Defendants will be unable to adequately respond to the Motion.

      If the Court has any further questions or concerns please do not hesitate to contact me at (302) 577-8400. Thank you.

      Sincerely,

      */s/ Erika Y. Tross*

      Erika Y. Tross, DAG
      Attorney for State Defendants

EYT/bja
cc:    Amir Fatir, Plaintiff
       Donald Boyer, Plaintiff
       Warren Wyant, Plaintiff
       James E. Drnec, Esq., Counsel for CMS (via electronic delivery)