

May 29, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA CM/ECF FILING**
The Honorable Gregory M. Sleet
United State District Court
 for the District of Delaware
800 King Street
Wilmington, DE 19801

>    Re:   *Boyer, et al. v. Correctional Medical Services, Inc., et al.*
>          C.A. No. 06-694 GMS

Dear Chief Judge Sleet:

I represent the defendant Correctional Medical Services, Inc. ("CMS") in the above-referenced matter. This letter is intended to serve as CMS's response to Plaintiffs' Request for Entry of Default (D.I. 127), which was filed in relation to Plaintiff's earlier-filed Motion for a Temporary Restraining Order (D.I. 115)  Neither I nor my client is certain as to how either request for relief bears any applicability to CMS, as it has no knowledge of or connection to the alleged Commissary Trust Fund Account at issue in the Motion for a Temporary Restraining Order. As such, the relief requested by Plaintiff has no bearing on CMS and both motions should be denied.

To the extent the Court desires a more formal response, counsel gladly will provide it, but cannot do so without further clarification from Plaintiffs as to the exact nature of the purported res at issue and how Plaintiffs believe CMS has any responsibility, obligation or control over it.

Respectfully Submitted,

James E. Drnec

JD/jz
cc:   Mr. Amir Fatir
      Erika Y. Tross, Esquire (via CM/ECF filing)