Jair A. Marin  
SBI # 358832 Unit W J-21  
Delaware Correctional Center  
Smyrna, Delaware 19977

May 7, 2008

The Honorable Gregory M. Sleet
U. S. District Cast
844 King St.
Wilmington, Delaware 19801

Re: <u>Boyer v. Taylor, C.A. No, 06-694-GMS</u>

Dear Judge Sleet:

    The phone system here at Delaware Correctional Center (DCC) does not allow inmates whose families live in countries other than the United States to call their homes and speak with their loved ones. A phone call home would be a great aid to those whose families cannot visit them and is the only possible means of communicating with them other than pen and paper. The letter takes two or three weeks to get to the destination and some have difficulty writing.

    In here at DCC there are approximately 40 inmates that have this situation. If you like, I can send you the affidavits of these guys.

    I am respectfully asking for those of us who fit the above criteria to be allowed to call home once or twice per month. Other inmates can call their families 6 times per week

    One possible solution to this problem is to allow the inmates to get a phone card and the counselors allow them to make a phone call to their country.

    We are only asking for a call once or twice a month.

    Thank you for take the time to read this letter. I would appreciate any help you can give us.

Sincerely

<i>Jair A. Marin</i>

Jair A. Marin

[RECEIVED stamp: MAY 20 2008, U.S. DISTRICT COURT]