Jair A. Marin
SBI # 358832 Unit W J-21
Delaware Correctional Center
Smyrna, Delaware 19977

May 7, 2008

The Honorable Gregory M. Sleet
U. S. District Cast
844 King St.
Wilmington, Delaware 19801

Dear Judge Sleet:

My name is Jair A. Marin, I'm from Colombia South America. I'm Currently in Delaware Correctional Center DCC I have served 12 years of a 15 years sentence for trafficking cocaine, you might be aware that the sentence for this charge has changes from 15 year to 8 year (House Bill 210)

I have completed my education in prison, since my incarceration I have learned to speak English earned my G.E.D., High School Diploma and I just completed my Associates Degree in Psychology. I'm considerate a model inmate. I have an immigration detained and I wrote to every organization that I believe that can help me but so far I do not receive any help or any respond.

This is my first time in prison. I have significantly changed my life and I have taken advantage of my time in jail. My immigration detained are punish my twice because of the detained I can't qualify to go to other jails that have more opportunities for early release. I believe that I have been given less opportunity to get a modification of my sentence due to the detained

I heard, on a Spanish language news cast, about a program that start in Arizona, call "Comunidades Segura" (possibly translates to "secure Community" or "Safe Community"). This program sends inmates back to there country of origin, if they want to go, provided that the inmates has served more that a half of the sentence.

Also I have some questions I like to ask:

- I have an immigration detained and I want to know how to apply to the program "Comunidades Segura" or to any similar program available in Delaware
- How can I remove the detained as it affects my ability to participate in rehabilitation programs and ability to apply for an early release?
- I have, or had, a resident status. How I find out my current status with immigration?
  - I have a son born in USA
  - I also have the support of my ex-wife and her family.

Thank you for take the time to read this letter, and if you could possible help me, I will be grateful.

Sincerely

*Jair A. Marin*
Jair A. Marin