OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 3, 2008

Jair A. Marin
SBI# 358832
DCC
1181 Paddock Rd
Smyrna, DE 19977

      **RE:**    Letter Received 5/20/08 Regarding Request to Make Overseas Telephone Calls
             CA 06-694 GMS

Dear Mr. Marin:

    This is in response to your letter received <u>5/20/08</u> and returned herewith. The Clerk's Office is unable to act on your request in its current form as it is unclear how you wish the document(s) to be treated.

    The Clerk's Office is unable to identify a case that has been filed by you. It is essential for you to specify the case number so that your request may be responded to in a timely manner.

    If you have not filed a complaint and wish to do so, please complete the required forms. If you currently have a case pending, then please note the case number on your document(s) and resubmit your request.

    Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                              Sincerely,

/rwc

                                            PETER T. DALLEO
                                            CLERK