IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boyer, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-694-GMS |
| ) | |
| Taylor, et al., ) | |
| ) | |
| Defendants. ) | |

FILED
JUN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION FOR A TEMPORARY RESTRAINING ORDER
AND/OR A PRELIMINARY INJUNCTION
TO PROHIBIT RESTRICTION TO TWO BOOKS**

**COME NOW** the plaintiffs, pro se, pursuant to Rule 65 Fed. R. Civ. P. and ask this honorable court to grant a Temporary Restraining Order and/or Preliminary Injunction to Prohibit the Restriction to Two Books at the Delaware Correctional Center ("DCC").

1. Count 36 of the Complaint is a First Amendment claim which states that "DCC only allows two books to be sent to inmates via mail. All books and magazines must be sent by a bookstore, publisher or vendor. The two book limitation is arbitrary, serves no legitimate penological interest. The two book limitation promulgated by defendants violates Plaintiffs' First Amendment right of freedom of the press. In addition, it violates *Johnson v. Anderson*, the controlling case for prisoner rights in Delaware, decided by this court."

2. On June 14, 2008 Plaintiff Amir Fatir was sent three books by Khabooks.Com. The prison mailroom selected two of them,[1] but withheld a third.[2]

---

[1] N'Cobra and Meditation and Prayers.

[2] Understanding the Black Woman

3. Plaintiff Fatir has been asked to review these books for a newspaper.[3]

4. Denial of the book prevents Fatir from writing the requested reviews and meeting the deadline.

5. Plaintiffs ask this court to restrain defendants from seizing their books and applying an arbitrary and capricious limitation of two books to plaintiffs.

6. Plaintiffs have a First Amendment right to read, to obtain books and to study. Defendants are limiting prisoners to two books, in many cases, only a bible and a dictionary.

7. Defendants actions are draconian and serve no legitimate penological interest other than to keep prisoners ignorant and incapable of legally challenging their mistreatment at the hands of their jailers.

**WHEREFORE** plaintiffs ask this honorable court to grant their Motion for a Temporary Restraining Order and/or Preliminary Injunction.

Dated: 06/18/08

Respectfully submitted,

_____
Amir Fatir

_____
Warren Wyant

_____
Donald Boyer (in MHU & cannot sign

---

[3] Harlem News and Your Black Books Guide.

**Items Received Through the Mail**

Inmate Name (Print): _Amir Fatir_ SBI# : _137010_ Unit: _W_ Date: _6-17-08_

Received via: [ ] U.S. Postal Service    [ ] UPS    [ ] Other

Sender: _____    Store of Purchase: _LHABOOKS.com_

PO Box/Street: _____    PO Box/Street: _____

City, St, Zip: _____    City, St, Zip: _Disputville, VA_

| Qty Rec'd | Qty Appr | Item | Description (color, size, title, ect) | Receipt Cost |
|---|---|---|---|---|
| 3 | 2 | Book/Periodical | N'COBA _Visitations + Prayers_ | _____ |
| ___ | ___ | Religious Book | _____ | _____ |
| ___ | ___ | Photographs | _____ | _____ |
| ___ | ___ | Wedding Band | _____ | _____ |
| ___ | ___ | Other | _____ | _____ |

_1- Book Too Many / Only Standing This Black Woman_

_____    _____
Mailroom Officer    Date _6-17-08_

The Property Room Officer has received this form, with approved quantities being noted above.

_____    _____
Property Room Officer    Date

Items were given to housing unit Officer for distribution with white and yellow copies to be returned to Mailroom after inmate has signed and the pink to be given to the inmate.

_____    _____
Staff Signature    Date

I have received the above-approved items. I request that the items not approved be sent to the following address at my expense. I have included a pay-to for postage with my response. If I do not include a pay-to or give any other instructions as to the disposal of above-disapproved property, within 5 days of receipt of this notice, the Mailroom will dispose of it.

Name: _____    _____    _____
                                Inmate Signature    Date

Street: _____

City, State Zip _____    White Copy – Property Officer
                                        Yellow - Mailroom
                                        Pink – Inmate

FORM# 677 (3-part) (Rev 09/02)

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion for TRO to Prohibit Restriction to Two Books upon the following parties/persons:

To: Erika Y. Tross, Esq.

   Dept. of Justice

   820 N. French St.

   Wilm., DE  19801

To: James E. Drnec, Esq.

   Balick & Balick, LLC

   711 King St.

   Wilmington, DE  19801

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 18th day of June, 2008

_____
Amir Fatir
SBI # 137010