IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-694-GMS |
| | ) | |
| Taylor, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO AMEND THE COMPLAINT**

**COMES NOW** Plaintiff Amir Fatir, pro se, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., and requests leave to file an amended complaint adding a parties and claims.

1. The request for amendment concerns matters which relate to the matters in the original complaint.

2. Discovery has not yet ended.

3. No prejudice will be experienced by the opposing party by granting this motion.

4. This court should freely grant a motion to amend a complaint. *Forman v. Davis*, 371 U.S. 178, 182, 183 S.Ct. 227 (1962); *Interroyal Corp. v. Sponseller*, 889 f.2d 108, 112 (6th Cir.)., *cert denied*, 494 U.s. 1091 (1990).

Dated: June 18, 2008

Respectfully submitted,

_____
Amir Fatir

FILED
JUN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Warren Wyant_
Warren Wyant

_____
Donald Boyer (in MHU & cannot sign

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Boyer, et al.,                    )
                                  )
       Plaintiffs,           )
                                  )
v.                                )   C.A. No. 06-694-GMS
                                  )
Taylor, et al.,                   )
                                  )
       Defendants.           )

### PROPOSED AMENDED COMPLAINT

Added to the complaint as Defendant is Carol Powell.

Carol Powell ("Powell") resides or works at 1181 Paddock Road, Smyrna, DE 19977 and is employed as "Support Services Manager" at the Delaware Correctional Center ("DCC"). This defendant, acting under color of law, performed the below violation of statute and the United States Constitution detailed in Count No. 59.

### Added Causes of Action

Count 59

1. Plaintiff Fatir received a book entitled "Tarot" on 12/19/07.

2. Included with the book were a deck of Tarot cards.

3. The Tarot cards were not given to Fatir.

4. Fatir did not receive a notification of rejection nor was he told why the cards were rejected.

5. Fatir was never provided a form to appeal the mailroom officer's rejection of his Tarot cards.

6. In previous years the Tarot was permitted in DCC. DCC is required by policy to post any proposed change in rules for 30 days, prior to enforcement, to provide an opportunity for prisoners to challenge the change of rules.

7. No rule change of rule was posted to alert prisoners that Tarot cards were now prohibited.

8. Failure to post the change of rules violates policy and plaintiff's due process rights.

9. Prohibition of the tarot violates plaintiff's First Amendment right.

10. Prohibtion of the Tarot discriminates against Fatir's religion as well as practitioners of paths including, but not limited to, Wicca, Yoruba, Fitrah, Ausarianism, Egyptian Ra Theology and the Magical Path.

11. The Tarot is considered a book and is often titled "The Book of Thoth." To prohibit the Tarot while permitting other books is discriminatory.

12. Since DCC permits and even sells gambling cards such as pinochle cards and straight decks, no legitimate penological reasons exists for prohibiting the Tarot which are of the same size as the gambling cards, but are cards used for spiritual oracular purposes.

13. Fatir wrote Carol Powell a letter enquiring about his Tarot cards and was told that they had been discarded.

14. Defendant Carol Powell is responsible for the violations in this count.

**WHEREFORE** plaintiffs request that the court grant the motion to amend and grant the following relief (in addition to the relief already requested in the original and amended complaints):

    A. Award additional compensatory damagaes in the following amount:

        1. $1,000 against Defendant Carol Powell.

    B. Award additional punitive damages in the following amount:

        1. $1,000 against Defendant Carol Powell.

Dated: 06/18/08                                                     Respectfully submitted,

_____
Amir Fatir

_____
Warren Wyant

_____
Donald Boyer (in MHU & cannot sign

3

**Items Received Through the Mail**

Inmate Name (Print): Amir Fatir  SBI# : _____  Unit: W  Date: 12-15

Received via: [ ] U.S. Postal Service  [ ] UPS  [ ] Other

Sender: _____  Store of Purchase: Amazon

PO Box/Street: _____  PO Box/Street: _____

City, St, Zip: _____  City, St, Zip: _____

| Qty Rec'd | Qty Appr | Item | Description (color, size, title, ect) | Receipt Cost |
|---|---|---|---|---|
| 1 | 1 | Book/Periodical | Tarot | |
| | | Religious Book | | |
| | | Photographs | | |
| | | Wedding Band | | |
| 1 | 0 | Other Cards | Tarot Cards Not allowed | |

_____  _____
Mailroom Officer                Date  12-15

The Property Room Officer has received this form, with approved quantities being noted above.

_____  _____
Property Room Officer           Date

Items were given to housing unit Officer for distribution with white and yellow copies to be returned to Mailroom after inmate has signed and the pink to be given to the inmate.

_____  _____
Staff Signature                 Date

I have received the above-approved items. I request that the items not approved be sent to the following address at my expense. I have included a pay-to for postage with my response. If I do not include a pay-to or give any other instructions as to the disposal of above-disapproved property, within 5 days of receipt of this notice, the Mailroom will dispose of it.

Name: _____  _____  _____
                                   Inmate Signature              Date

Street: _____

City, State Zip _____  White Copy – Property Officer
                                    Yellow - Mailroom
                                    Pink – Inmate

FORM# 677 (3-part) (Rev 09/02)

## Certificate of Service

    I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Motion to Amend the Complaint; Proposed Amended Complaint upon the following parties/persons:

To: Erika Y. Tross, Esq.

    Dept. of Justice

    820 N. French St.

    Wilmington, DE  19801

To: James E. Drnec, Esq.

    Balick & Balick, LLC

    711 N. King St.

    Wilm., DE  19801

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 18th day of June, 2008

                                                            _____
                                                            Amir Fatir
                                                            SBI # 137010