Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE  19977
June 18, 2008



The Honorable Gregory M. Sleet
President Judge
United States District Court
844 King Street, Lockbox 18
Wilmington, DE  19801

**<u>Re:  Boyer, et al. v. Taylor, et al., 06-694-GMS</u>**

Dear Judge Sleet:

It has recently been brought to my attention that Plaintiff Donald Boyer has been classified to return to general population from the MHU (Maximum Housing Unit) since December 2007.  However, it is reported, his actual transfer has been vetoed and/or suspended by Security Chief Scarborough.

It appears that Plaintiff Boyer is suffering from retaliation because of his participation in this § 1983 civil action.  Such retaliation for engaging in a constitutionally protected activity is not permitted.

When Plaintiff Boyer transfers to general population, the most likely building to which he will return is D-Building.  It seems likely that the State defendants know that Mr. Boyer's return to D-Building will eliminate their claim that plaintiffs' request for a TRO to shut down D-Building could no longer be considered moot. (Because each plaintiff can be transferred to D-Building at any time, the D-Building situation is "capable of repetition, but evading review."  See *Hardwick v. Brinson*, 523 F.2d 798, 800.)

Plaintiff Boyer has a right to be treated equally with all other people who have been sent to SHU, then MHU and gained classification back to general population.  His participation in this lawsuit should not be a reason for retaliation against him by the prison administration.

Please ask the prison to provide you with a copy of Plaintiff Boyer's classification, the results of the MDT, IBCC, and ICC Boards and any notes and comments made by his counselor and classification teams regarding his classification back to Medium Security.

If you find the prison's treatment of the plaintiff to be suspicious, please conduct or order an investigation and take all additional action you deem appropriate.

Thank you for your time and consideration.

Sincerely,

Amir Fatir

cc:    Commissioner Carl Danberg
       Warden Perry Phelps
       Erika Y. Tross, Esq.

I/M Aaron Faté

SRi# 13700   UNIT W

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

USA First-Class

Tiffany Lamp

41 USA