Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977
June 25, 2008

The Honorable Gregory M. Sleet
President Judge
U.S. District Court
844 King Street, Lockbox 18
Wilmington, DE 19801

RE: **Boyer et al., v. Taylor, et al., C.A. No. 06-694-GMS**

Dear Judge Sleet:

    Plaintiffs recently filed a TRO regarding the two book limit at the Delaware Correctional Center which has been renamed the James T. Vaughn Correctional Center. In that TRO we neglected to cite the fact that although the prison mailroom and Support Services Officer Carol Powell restrict prisoners (and this plaintiff) to two books, the actual policy in the latest "Inmate Housing Rules" allows for three books.

    Page 6, under "**5. PERSONAL ITEMS**" of "The Inmate Housing Rules" indicates the allowable amounts of materials and states:

> b. Two person or library magazines, **three library or personal reading books,** (which may include Bible and/or Koran), and one newspaper that does not promote illegal activity.

    The two book limit promulgated by Carol Powell and the mailroom is not even in accord with current JTVCC policy and is based upon a policy that became defunct about three years ago when the new policy was signed and placed into effect by Warden Thomas Carroll on June 9, 2005.

    As with most things at this prison, there are several conflicting policies in circulation and some degree of effort is necessary to track down what policy is in actual effect at a given time on a given issue. The problem is rooted in the fact that the people in charge seem to have assigned to themselves powers which are not provided pursuant to administrative regulation. Policies are determined by the Department of Correction. In the prison at present, just about everyone thinks they have a right to make up policy at their whim. The Warden has the responsibility to **execute** the policies that are established by the Department of Correction at the level of the Commissioner. In the present "Ball of Confusion" at JTVCC, everyone down to the regular guards and

sometimes even inmates make policies and those "policies" become the unwritten "law of the land."

Plaintiffs request that you rule on the two-book TRO "with all deliberate speed," since Carol Powell has threatened to have my book destroyed even though I have informed her that a TRO is pending and have notified her of her mistaken notion of the book policy.

Even if the prison's Support Services Officer decides to abide by actual policy and send me the book she has withheld, plaintiffs would request that the court rule on the TRO because a three book limit is equally as unconstitutional, arbitrary, capricious and in contradiction of the stated aim of the Department of Correction to "rehabilitate offenders" as is the two-book policy.

Respectfully submitted,

Amir Fatir

Enc.   06/19/08 Memo from Carol Powell

cc:    Erika Y. Tross, Esq.
       Warden Perry Phelps
       Support Services Officer Carol Powell



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
JAMES T VAUGHN CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6685
Support Services

# **MEMORANDUM**

To:     Amir Fatir #137010, Building W

From:   Carol Powell, Support Services Officer

Date:   06/19/08

Re:     Prohibited Mail Appeal

---

    I have received your written appeal regarding the Prohibited Mail Notice that you received on June 14, 2008. Current policy states that inmates are only permitted to possess two books. Therefore if you have not already done so, please write to the Mail Room within 5 days of the date of this letter to provide information on how you wish to dispose of the book. If you would like to mail the book you must include a pay-to for the postage fees. If you do not provide any information within 5 days, the book will be disposed of according to JTVCC policies.


CC:     Mailroom
        Inmate File

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Letter to President Judge Gregory M. Sleet upon the following parties/persons:

To: Erika Y. Tross, Esq.

    Dept. of Justice

    820 N. French St.

    Wilmington, DE  19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 25th day of June, 2008

_____

Amir Fatir

SBI # 137010

I/M Amir Fatir
SBI# 137010 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 JUN 2008 PM 4 L

Judge Gregory M. Sleet
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801