IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boyer, et al., | ) |
|       Plaintiffs, | ) |
| v. | ) C.A. No. 06-694-GMS |
| Taylor, et al., | ) |
|       Defendants. | ) |

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ. P., plaintiffs request this court to grant summary judgment as to the liability of defendants Taylor, Howard, Caroll, Pierce, Henry, Dixon, Creasy, Satterfield, and Pawlowski for the violations stated in Count 1 of the complaint.

1. In Count 1 of this § 1983 complaint, plaintiffs complained of mold and fungus in the showers of D-Building which placed their health in peril.

2. In his affidavit notarized March 19, 2008, Staff Lieutenant Ronald Pawlowski admitted that plaintiffs' allegation in Count 1 is accurate and true.

3. In paragraph 3, Defendant Pawlowski stated: The showers in the D Building have paint peeling off the walls and ceiling. In addition there is mold and mildew in the showers."

4. In State Defendants' Response in opposition to Plaintiffs' Motion for a Temporary Restraining Order or a Preliminary Injunction to Close D-Building and Declare it Unfit for Human Habitation, at paragraph 14, defendants write: "In the course of his inspections S/Lt. Pawlowski has found that there is peeling paint and mold and mildew in the showers."

FILED

JUN 27 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

5. Defendants have admitted the veracity of plaintiffs' allegations contained in Count 1 of the claim.

**WHEREFORE**, plaintiffs move this honorable court to grant partial summary judgment against defendants Taylor, Howard, Caroll, Pierce, Henry, Dixon, Creasy, Satterfield, and Pawlowski for the violations stated in Count 1 of the complaint and to grant plaintiffs relief as follows:

A. Award compensatory damages in the following amounts:

    1. $5,000 each from defendants Taylor, Howard, Caroll, Pierce, Henry, Dixon, Creasy, Satterfield, and Pawlowski.

B. Award punitive damages in the following amounts:

    1. $10,000 each from defendants Taylor, Howard, Caroll, Pierce, Henry, Dixon, Creasy, Satterfield, and Pawlowski.

C. Award injunctive relief in the following manner:

    1. Close D-Building and remove all prisoners from D-Building.

D. Award declaratory relief in the following manner:

    1. Declare D-Building unfit for human habitation.

Dated: 06/23/08

                              Respectfully submitted,,

                              Amir Fatir

                              Warren Wyant

———————————
Donald Boyer (in MHU &
Unable to sign)

## Certificate of Service

I, __Amir Fatir__, hereby certify that I have served a true And correct cop(ies) of the attached: __Motion for Partial Summary Judgment; Brief in Support of Summary Judgment__ upon the following parties/person (s):

TO: __Erika Tross, Esq.__
__Dept. of Justice__
__820 N. French St.__
__Wilm., DE 19801__

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __25th__ day of __June__, 200__8__

__Amir Fatir__



SBI# 132610 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
844 K.N. St. Lockbox
W/lm, DE 19801