Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
June 30, 2008

Mr. Peter Dalleo
Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801

RE: **Service of Defendants in Boyer, et al v. Taylor, et al., C.A. No. 06-694-GMS**

Dear Mr. Dalleo:

    U.S. Marshall-284 forms were returned to me without service taking place upon the following defendants: Rosalie Vargas, Cpl. Oney, Lt. Pawlowski, Stanley Taylor, Paul Howard and First Correctional Medical, LLC.

    I am trying to assure that there will be no grounds for future dismissal as regards the above defendants based upon the Marshall's inability to serve them.

    Although Stanley Taylor was no longer working at the DOC headquarters (245 McKee Rd., Dover, DE 19903) at the time of service, DOC has his current home address and sends pension checks to that address on a regular basis. The same is also true for Cpl. Oney and Paul Howard.

    Lt. Pawlowski (Palowski) is currently working for DOC but at 1181 Paddock Road as a staff lieutenant at the James T. Vaughn Correctional Center (formerly DCC).

    The address of former Correctional Officer Rosalie Vargas is unknown, but is known by her former employers, DOC.

    Please direct the United States Marshall to obtain their addresses from the Department of Correction and to serve them at those addresses.

Sincerely,

Amir Fatir

[RECEIVED JUL -3 2008]

I/M A. Fatir

SBI# 137010   UNIT W

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977



Peter Dalleo
Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801