IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and<br>WARREN WYANT,<br><br>      Plaintiffs,<br><br>    v.<br><br>COMMISSIONER STANELY TAYLOR, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 06-694-GMS<br>)<br>)   Jury Trial Requested<br>)<br>)<br>) |

**STATE DEFENDANTS'**
**MOTION FOR ENLARGEMENT OF TIME [RE: D.I. 140. 141]**

    COMES NOW, State Defendants Thomas Carroll, Ronald Hosterman, David Pierce, Jeanette Havel, Janice Henry, Michael Little, Floyd Dixon, Marvin Creasy, James Satterfield, Maureen Whelan, Ralph Bailey, and David Hall (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file an answering brief in response to Plaintiffs' Motion for Partial Summary Judgment in the above-captioned case. (D.I. 140). In support of the Motion, the State Defendants state as follows:

    1.    Plaintiffs Donald Boyer, Amir Fatir, and Warren Wyant (the "Plaintiffs") are all inmates presently incarcerated at the Delaware Correctional Center ("DCC") in Smyrna, Delaware. Plaintiffs are appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

    2.    On November 15, 2006, Plaintiffs, along with nine (9) other individuals who have since been dismissed from the case, filed a Complaint against 25 defendants alleging various claims. (D.I. 10).

3. Less than two months later, on January 5, 2007, Plaintiff Boyer filed the First Amended Complaint against all of the defendants adding new claims and allegations. (D.I. 18). On July 30, 2007, Plaintiffs filed a Second Amended Complaint further refining their allegations and claims against the defendants. (D.I. 43). The Court entered an order reviewing and screening the Second Amended Complaint on January 14, 2008. (D.I. 65). Following the review, 20 counts of Plaintiffs' Complaints remained against the State Defendants. On March 20, 2008, the State Defendants filed an Answer to the remaining claims. (D.I. 104).

4. On April 21, 2008, Plaintiffs filed a Third Motion to Amend. (D.I. 120). The State Defendants responded in opposition to the Third Motion to Amend on May 2, 2008. (D.I. 122). The Court has not yet issued a decision on the Third Motion to Amend.

5. Approximately one month later, on May 27, 2008, counsel for the State Defendants received from Plaintiffs a document entitled "Plaintiffs' Request for Production of Documents", containing 150 separate document requests. State Defendants filed a Motion for Protective Order on June 11, 2008. (D.I. 134). The Court has not yet ruled on the Motion for Protective Order.

6. On June 23, 2008, Plaintiffs filed a Fourth Motion to Amend. (D.I. 137). In the Fourth Motion to Amend Plaintiffs specifically state that "Discovery [in this matter] has not yet ended." (D.I. 137 at ¶ 2).

7. Despite Plaintiffs' request for documents and their admission that discovery in this matter is not complete, on June 27, 2008, the Plaintiffs filed a Motion for Partial Summary Judgment asking that the Court issue summary judgment solely as to

one of their claims. (D.I. 140). Plaintiffs also filed an Opening Brief in Support of Plaintiffs' Motion for Partial Summary Judgment. (D.I. 141). In accordance with the Local Rules for the District of Delaware, a response to the Motion for Summary Judgment is due on or about July 7, 2008.

8. State Defendants assert that this matter is not ripe for summary judgment. As the Plaintiffs admit, discovery in this matter has not yet ended. Because discovery is not complete and the record in this matter is not fully developed, State Defendants are unable, at this time, to adequately respond to the Motion for Partial Summary Judgment.

9. Given the number of issues remaining in this case and the motions pending before this Court, State Defendants request an extension until November 7, 2008 – approximately 120 days from the date the answering brief is currently due – in which to complete discovery and file a response to Plaintiffs' Motion for Partial Summary Judgment.

10. This is State Defendants' first request for an extension of time to respond to the Motion for Partial Summary Judgment.

11. This Court has not entered a scheduling order in this matter.

12. There is no trial date scheduled in this case.

WHEREFORE, State Defendants respectfully request that the Court grant the Motion and enter an Order, substantially in the form attached hereto, enlarging State Defendants' time to file a response to Plaintiffs' Motion for Partial Summary Judgment until on or before November 7, 2008.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for State Defendants

Dated: July 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 06-694-GMS |
| v. | ) ) Jury Trial Requested |
| COMMISSIONER STANELY TAYLOR, et al., | ) ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1. The Plaintiffs are inmates incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. The Plaintiffs are not able to be reached by telephone, therefore counsel for the State Defendants has spent no time in attempting to reach an agreement on the subject of State Defendants' Motion for Enlargement of Time (the "Motion").

3. The undersigned counsel assumes that Plaintiffs oppose the Motion.

4. The undersigned counsel has spoken with James Drnec, counsel for the medical defendant. Mr. Drnec has no objection to the Motion.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants

Dated: July 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | )<br>)<br>) |
| Plaintiffs, | )<br>) C.A. No. 06-694-GMS |
| v. | )<br>) Jury Trial Requested |
| COMMISSIONER STANELY TAYLOR, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Upon State Defendants' Motion for Enlargement of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The State Defendants have until on or before November 7, 2008 to file an answering brief to Plaintiffs' Motion for Partial Summary Judgment (D.I. 140, 141).

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on July 7, 2008, I caused a true and correct copy of the attached *State Defendants' Motion for Enlargement of Time [Re: D.I. 140, 141]* to be served on the following individuals in the form and manner indicated:

**Via First Class Mail**

Donald Boyer
SBI # 082420
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Warren Wyant
SBI # 00176129
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Amir Fatir
SBI # 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via Electronic Delivery**

James E. Drnec, Esq.
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400