

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

July 7, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *Boyer, et al. v. Taylor, et al.*,
              D. Del., C.A. No. 06-694-GMS

Dear Chief Judge Sleet:

      Please allow this letter to reflect State Defendants' response to Plaintiff Amir Fatir's letter to this Court dated June 18, 2008 and filed June 23, 2008 regarding Plaintiff Donald Boyer's classification status and alleged retaliation by the State Defendants. (D.I. 138). Plaintiff Boyer is currently classified to Medium High Security at the Delaware Correctional Center. His next classification review date has been set by the classification board in accordance with the normal scheduled interval.

      As the Court is aware Plaintiff Boyer has not filed anything with this Court indicating that he is being retaliated against or that his current classification violates his rights. Moreover, Plaintiff Fatir has not provided this Court with any proof that Plaintiff Boyer believes he is being retaliated against by the State Defendants.

      Plaintiff Fatir's letter appears to be nothing more than a subterfuge to obtain information about Plaintiff Boyer's classification – information which he is not entitled to receive pursuant to 11 *Del. C.* § 4322. To the extent the Court would like more information on Plaintiff Boyer's classification, the State Defendants are willing to provide such information for the Court's review *in camera*.

The Honorable Gregory M. Sleet
July 7, 2008
Page 2

     If the Court has any further questions or concerns please do not hesitate to contact me at (302) 577-8400.  Thank you.

                                Sincerely,

                                */s/ Erika Y. Tross*

                                Erika Y. Tross, DAG
                                Attorney for State Defendants

EYT/cr
cc:    Amir Fatir, Plaintiff