IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
|     Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 06-694-GMS |
| Taylor, et al., | ) ) ) | |
|     Defendants. | ) | |

FILED
JUL 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFFS' REPLY TO STATE DEFENDANTS' RESPONSE
IN OPPOSITION TO PLAINTIFFS'
MOTION TO AMEND THE COMPLAINT [RE: D.I. 137]**

COMES NOW the Plaintiffs replying to State Defendants' Response in Opposition to Plaintiffs' Motion to Amend the Complaint.

1. Plaintiff Fatir's claim that defendants improperly denied him a deck of Tarot cards is part of a continuing series of violations of plaintiff's First Amendment rights.

2. As claims pertaining to First Amendment violations are presently being litigated in this case, and the denial of the Tarot cards is similar to the other violations, this court should allow the claim regarding the Tarot cards to proceed in the interest of judicial economy and in the interest of justice.

3. Defendants' counsel states that "Fatir asserts that the prison failed to notify him that he was not permitted to receive Tarot cards and that officers improperly denied him a deck of Tarot cards on December 19, 2007. Notably Fatir did not file a grievance regarding the tarot cards until June 17, 2008 – the day before he drafted and mailed the fourth Motion to Amend."

4. Counsel omits the fact that the mailroom has a separate system for appealing denial of books which has officially been in effect since the Department of Correction entered into a settlement agreement with Tightwad Magazines, Inc.

5. Pursuant to the appropriate mailroom appeal procedure, Plaintiff Fatir did immediately write the mailroom when his Tarot cards were denied.

6. Fatir was told by mailroom staff that a decision was going to be reached by the officials "up front."[1]

7. Fatir had previously been told by staff that Tarot cards were permitted and he awaited a decision by the officials "up front" regarding his Tarot cards, fully expecting those officials to tell the lower ranked officer that the cards should never have been withheld.

8. When no answer was forthcoming regarding the Tarot cards, Fatir then wrote to Support Services Officer Carol Powell about the cards.

9. It was only after Carol Powell officially denied the cards that Fatir had a matter that **might** be reviewable by the grievance board.

10. Since the mailroom has in place a separate appeal system, Fatir is not required to "exhaust remedies" via the grievance board for he has already exhausted available remedies by appealing the denial of the Tarot to both the mailroom and the Support Services Officer Carol Powell.

11. Defendants' counsel stated in footnote number 2: "In his grievance Fatir falsely lists the incident date as June 17, 2008. Fatir was actually denied the Tarot cards

---

[1] "Up front" is a colloquial expression used in the prison for the top prison officials such as the Warden, Deputy Wardens, Security Chiefs, Support Services Manager, et al.

on December 19, 2007. It appears that Fatir wrote the grievance solely because he knew was mailing [sic] the Fourth Motion to Amend the next day."

12. In point of fact, Plaintiff Fatir did not "falsely" list the date as June 17, 2008. Fatir had no grievance against Carol Powell until she denied the cards. The appeal process with the mailroom and the Support Services Office was not concluded until Carol Powell denied the cards. Until that time Fatir had no cause of action against Ms. Powell nor did he have a grievable issue. So the incident, i.e., the denial of the cards, occurred on the date Fatir was aware of Ms. Powell's official denial.

13. To some extent Defendants' counsel is correct that Fatir fully intended to amend the complaint at the time he filed the grievance. Fatir is fully aware of the fact that the prison grievance system is a fake, a bad joke, and solely exists to delay and deny prisoners' access to the courts. The possibility of getting justice from the grievance system is more remote than the Pegasus constellation. Although he knew he'd properly exhausted the pertinent appeal process, Fatir knew that in a climate such as the one extant, where justice for prisoners scarcely exists, that it would behoove him to close all loopholes – real and contrived -- to which Defendants might resort by filing the futile grievance.

14. Although it is not bound, the Tarot is considered a book (actually two volumes in one). It is comprised of the Major Arcana (Greater Secret) and Minor Arcana (Lesser Secret). Originally, it was written by the great Egyptian archetype of wisdom, Tehuti.[2] Proper use and reading of the Tarot (and any high oracle such as the Yoruba Ifa, the Hebrew Ummin-Thummin or the Egyptian Metu Neter) provides clarity about

---

[2] Thoth who was called Hermes by the Greeks – whose great teachers such as Socrates, Plato, Pythagoras and Aristotle were students in the Egyptian Initiation System.

subconscious influences and the best manner in which one can "tame" unruly and wild subconscious passions and appetites. Because most men are ruled by their passions, oracles such as the Tarot can accurately provide probabilities of what is likely to arise in a person's life if he continues on his present trajectory.

15. Prophet Moses was considered to be an Egyptian, spoke and wrote ancient Kamitic,[3] and therefore received his famous "Torah" in hieroglyphic language. That Torah survives in what is now called the Tarot.

16. Plaintiff Fatir is required by the dictates of his faith to consult the wisdom systems known as the Injil of Jesus, the Quran given to Muhammad, the Torah (Tarot) of Moses and other wisdom texts such as the Egyptian Book of the Dead, the Upanishads of India and the Tao Te Ching and I Ching of China.

17. However "inartfully pleaded," Fatir has made a claim that Carol Powell did personally deny him the Tarot cards since the appeal went to her and the mailroom also based its decision on her ruling.

WHEREFORE, plaintiffs ask this honorable court to grant their motion to amend the complaint.

Respectfully submitted,

_____
Amir Fatir

_____
Warren Wyant

---

[3] Kamitic is the language of the ancient Egyptians. The name of the nation was Kamet, but the Greeks called it Aigyptos, hence, "Egypt" in modern terminology.

Dated: July 16, 2008

_____
Donald Boyer (cannot sign)

IM Amir Fatir
SBI# 137010 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

D.S.M.S
X-RAY

Legal
Mail

Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801