Amir Fatir # 137010
1181 Paddock Rd.
Smyrna, DE 19977
July 21, 2008

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
844 King Street
Wilmington, DE 19801

FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: **Boyer, et al., v. Taylor, et al.**

  My wife, Helen Fatir, has flown to the United States to visit me. It is Department of Correction policy to permit visitors three hour special visits when they have traveled from beyond a 150 mile radius. Deputy Warden David Pierce confirmed that that policy remained in effect when I spoke with him two summers ago.

  I am told that a prisoner whose family visited from Germany received a four-hour special visit. Other prisoners whose families traveled from Latin America report that they have gotten three hour special visits.

  Although my wife has come all the way from England, this prison refuses to allow us to have anything but the standard 90 minute visit. They may call our visit a "special visit," but it is nothing but the same visit anyone would get if they walked up to the prison from Smyrna Landing Road.

  I think that the institution is retaliating against me and my wife because this court required them to investigate the possible options for me to telephone her in England. I can think of no other reason for them to deny my wife and me the visiting privileges and rights that are due to us according to Department policy.

  I know you are extremely busy and that this issue is small when measured against the monumental decisions you must make. However, this is huge to my wife and me and, owing to the prison's refusal to allow us to talk by phone, this is the only opportunity we have for any type of personal communication.

  It costs her a few thousand dollars to make these visits and we can only manage to arrange such every couple of years.

  Past experience has taught me that the prison will only give me the run around and will delay resolving the issue until long after my wife returns to England on August 10th. Therefore, I have asked my wife to call you to ask you to intervene and question

The Honorable Gregory M. Sleet
July 21, 2008
Page 2

whether she and I are being denied the three-hour special visits due to retaliatory measures taken because of this case.

    I am certain that a call from you will immediately correct this matter and inspire the prison officials to strictly abide by policy.

    Just last night I learned that my father, Sterling Hobbs, just suffered a massive stroke. My family is, understandably, distraught. Part of what I must do is help my family process the type of care my father will receive, the therapy he will get (he got out of intensive care today) and how to encourage my father to work with the speech therapist he'll need. My father is a very eloquent, brilliant man who was the second Black disk jockey in Philadelphia (WHAT radio) and purchased a small newspaper so that I could have a way to hone my writing skills when I expressed a desire to be a writer in the late '60s when I was 15 or 16. Not being able to talk must be torturous to him.

    So I have a lot to discuss with my wife. Your inquiry into this matter is greatly appreciated.

                                    Sincerely,

                                    Amir Fatir

Amir Fatir #137315
dock Rd. &,
Smyrna, DE 19977

The Hon. Gregory M. Sleet
Chief Judge
U.S. District Court
844 King St, Lockbox 18
Wilmington, DE 19801

