CA 06-694 GMS

HELEN FATIR
c/o 118 BELLVIEW ROAD
BRANFORD, CT 06405

JUDGE SLEET
844 NORTH KING STREET
LOCKBOX 18
WILMINGTON, DE 19801



FILED
JUL 2 4 2008
U.S. ... COURT
... ...LAWARE

July 21st 2008

Dear Judge Sleet,

I am the wife of Amir Fatir (#137010) and I am visiting him from England, not something I am able to do as often as I would prefer.

Amir has suggested that I write and request that you look into the "special visits" of 5 hours for people coming a significant distance., since we are not being allowed this.

Amir is in Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977

Thank you
Sincerely

Helen Fatir



Judge Sweet
844 North King Street
Lockbox 18
Wilmington
DE 19801