

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

July 28, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *Boyer, et al. v. Taylor, et al.*,
     <u>D. Del., C.A. No. 06-694-GMS</u>

Dear Chief Judge Sleet:

  Please allow this letter to reflect State Defendants' response to Plaintiff Amir Fatir's letter to this Court dated July 21, 2008 and filed July 23, 2008 (D.I. 152) and Helen Fatir's letter dated July 21, 2008 and filed July 24, 2008 (D.I. 153). Plaintiff Fatir and Ms. Fatir claim that the Delaware Correctional Center ("DCC") has a policy to "permit visitors three hour special visits when they have traveled from beyond a 150 mile radius." (D.I. 152 at ¶ 1).

  Minimum security inmates at DCC are permitted to have two regular 45 minute visits. (Attachment A at p 22 ¶ 1a). Inmates who have visitors who "reside more than one hundred miles from the institution" may request a special visit. The special visit is 90 minutes long. (Attachment B – "Special Visits Template" at ¶ 1). To the extent an inmate would like a special 90 minute visit, he must arrange such a visit with the Visit Scheduling Office. (Special Visits Template at ¶ 4). It appears from DCC's records that Ms. Fatir has already arranged and received permission for two special visits. (Attachment C).

  DCC rules for minimum security inmates do not provide for regular or special visits that are longer than 90 minutes. Plaintiff Fatir mentions that he has been told that other families have received visits longer than 90 minutes. In order to address his

The Honorable Gregory M. Sleet
July 28, 2008
Page 2

allegations the DCC would need further information about the dates such alleged visits occurred and the inmates involved.

If the Court has any further questions or concerns please do not hesitate to contact me at (302) 577-8400. Thank you.

        Sincerely,

        */s/ Erika Y. Tross*

        Erika Y. Tross, DAG
        Attorney for State Defendants

EYT/bja
Attachments
cc:    Amir Fatir, Plaintiff

# ATTACHMENT A

## INMATE HOUSING RULES FOR MINIMUM SECURITY

mail has been rejected. The inmate will have five days to notify the Institution Mailroom of how to dispose of the item (donate to a charitable organization or mail out of the Institution at the inmate's expense) or appeal the Mailroom rejection to the DCC Support Services Manager. Failure of the inmate to act within five days will be cause for the item(s) to be disposed of in accordance with Institution procedures.

XI. **VISITING**

   A. Inmates are encouraged to receive approved visits. Visits may be either open or closed depending upon security considerations.

   B. On the date of a visitor's first visit to DCC, all visitors are required to complete a Visitor Request Form indicating their name, address, telephone number, date of birth, social security number, and driver's license number, and name and SBI number of inmate to be visited and relationship to inmate being visited. The Institutional Investigator shall approve persons requesting visits and provide a copy of the approved list to the appropriate staff. Any person determined to constitute a threat to security or any person having been incarcerated or in the custody of the Department of Correction within the past ten years will be excluded from visitation. A written request for exception may be made if the person is a member of the inmate's immediate family. Such

## INMATE HOUSING RULES FOR MINIMUM SECURITY

request must be submitted in writing to the Warden for consideration.

1. Visiting appointments are scheduled by telephone during the week prior to the requested visit. It is the responsibility of the inmate and the visitor to be on time for the scheduled visit. Therefore, visitors must report at least one half hour prior to the start of the scheduled visit for appropriate screening and processing, including sign-in.

   a. Inmates in Minimum Security are eligible for two 45-minutes a week.

   b. Persons under the age of 18 must be accompanied by an adult. Children, age 5 and under, are not counted as adult visitors. Adult visitors are responsible for the behavior of accompanying children. All visitors, age 16 or over, must present valid picture identification that contains his/her current address.

   c. Money orders or cashier checks in an amount that will not increase the inmate's account balance beyond $500 will be given to Gatehouse security staff for placement on the account of the visited inmate. Money orders or cashier checks will only be accepted on the day/time of the scheduled visit, and only for the inmate being visited. Cash,

22

currency, and checks are not permitted. Money orders or cashier checks must contain the inmate's name, SBI number, and name and complete address of the person giving the money order or cashier checks.

d. All visitors must be properly attired. Spandex pants, leggins, halter-tops, bathing suits, and tight and/or revealing clothing are not permitted. Dresses, skirts, culottes, and shorts must be no shorter than two inches above the knee. Measurement will be taken from the bend in the back of the knee with the waistband in normal position.

e. Only one inmate will be visited by the approved visitor at a given time. Conversation(s) with another inmate's visitor or by a visitor with another inmate is not allowed.

f. Inmates and visitors must remain in the visiting area until excused by staff. An inmate or visitor is not permitted to depart and return to the visiting area. If, for any reason, the inmate or visitor departs the visiting area, the visit is terminated.

g. Visitors who are disorderly, uncooperative, and/or appear intoxicated will be denied entry to the facility and will be required to depart the premises. Visitors must be respectful and courteous to staff at all times, including when

telephonically scheduling visits. Visitors introducing or attempting to introduce contraband to the facility, including but not limited to cell phones, weapons, drugs, tobacco, or cash, will be prosecuted to the fullest extent of the law and will be barred permanently from the facility.

h. Visiting is a privilege and can be lost during a loss of privileges sanction imposed by the Shift Commander, during sanctions imposed by the Hearing Officer, and/or during placement on pre-hearing detention. Visits will be terminated for any inmate and/or visitor failing to follow institutional rules.

i. Persons wishing to visit must call the Institution one week prior to the week of the desired visit. A visiting week is considered to be Monday through Sunday. Visits are scheduled by calling (toll-free) 1-800-282-8602 for inmates whose last name begin with A to J or 1-800-722-0252 for inmates whose last name begin with K to Z (within the state of Delaware) and/or calling 1-302-653-4828 (out-of-state callers). The Visit Scheduling Office shall be open 8 a.m. to 4 p.m. Monday through Friday, excluding holidays. It is the responsibility of the person calling to schedule the visit to remember when the visit will occur. Visits will not be

  canceled or confirmed once the call is terminated. Only one 45-minute visit may be scheduled on Saturday, Sunday, and/or holidays.

j. Inmates may apply for honor visits through their assigned counselor, in accordance with guidelines for their Security Level. Honor visits are a privilege earned through good behavior and participation in programming or work. Honor visit rules are updated periodically and will be posted in housing units as well as published in the inmate newspaper.

k. All attorneys shall schedule meetings through the Security Superintendent's Office. All meetings between inmates and attorneys will be visually observed by staff.

XII. **TELEPHONE ACCESS**: The rules concerning Minimum Security inmate telephone calls are as follows:

A. Inmates are provided access to telephones as a privilege related to their security classification. Three 10-minute calls will be permitted weekly.

B. If the Institution receives an incoming call from inmate family members or friends regarding an emergency matter, the call shall be referred to Treatment staff for verification of the emergency and appropriate action.

# ATTACHMENT B



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE SECURITY SUPERINTENDENT**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6663

Approval has been granted for **one, one and a half hour visit for the above listed month.** You are entitled to have **one** special visitation per month as long as you and all persons listed reside more than one hundred miles from the institution. Please note, minor children under the age of eighteen, must have adult supervision at all times during the visit and/or while seated in the waiting area. Special visits will not exceed the amount of visitation time the inmate is permitted by week or by month. Weekly/monthly visiting time is determined by housing location.

Please mail future visit requests by no later than two weeks in advance of the date you are requesting to visit. **Please include telephone number(s) where you may be reached.**

Two adults and two children (under the age of six) are permitted to visit for one and a half hours during a special visit. Children over six count as adults for seating capacity. There is a limitation of four visitors for special visits. If you are requesting to have three or four persons, the hour and a half must be divided into two forty-five minute back-to-back visits (two visitors for forty-five minutes, alternating with one or two of the other visitors for the remaining forty-five minutes).

**It is your responsibility** to call the Visit Scheduling Office at 302/653-4828 and schedule your visit when you receive approval. The Visit Scheduling Office is open Monday thru Friday, between the hours of 8:00 a.m. to 4:00 p.m. When you are speaking to the visit scheduling person, please tell him/her you are scheduling a SPECIAL VISIT, otherwise they will schedule you for a regular visit. Please keep in mind that **all visits are scheduled one week in advance.** If you should have any questions regarding this matter, you may contact my office at 302/653-9261 ext. 2834.

Sincerely,

# ATTACHMENT C



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**OFFICE OF THE SECURITY SUPERINTENDENT**
**JAMES T. VAUGHN CORRECTIONAL CENTER**
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
TELEPHONE: (302) 653-9261
FAX: (302) 659-6053

June 23, 2008

Helen Fatir
6 The Greenway
Colletts Green
Powick Worcester WR 2 4 RZ
England, United Kingdom

Dear Mrs. Fatir:

RE: Special Visit Requests with Amir Fatir #137010 of W Bldg. for July and August 2008

Approval has been granted for <u>one</u>, one (1) hour and a half visit for each listed month. **It is <u>your responsibility</u> to call the Scheduling Office at 302/653-4828 (Monday thru Friday between 8:00 a.m. to 4:00 p.m.) to schedule your visit when you receive notification of approval.** When you are speaking to the visit scheduling person, please tell him/her you are scheduling a SPECIAL VISIT, otherwise a regular visit will be scheduled. Please keep in mind that all visits are scheduled one week in advance.

Only two adults and two children (under the age of six) are permitted to visit at a time during regular and/or special visits. If you are requesting to have three or four persons visit in adult capacity, the hour and a half visit can be divided into two forty-five minute back-to-back visits (two visitors for forty-five minutes and then alternate with one or two of the other visitors for the remaining forty-five minutes). Please note, minor children under the age of eighteen, must have adult supervision during the visit and/or while sitting in the waiting area. If you should have any questions regarding this matter, you may contact my office at 302/653-9261 extensions 2212 or 2302.

Please mail future visit requests by at least two weeks in advance of the date you are requesting to visit. Please include a telephone number where you may be reached, if necessary.

Sincerely,
Major James Scarborough
Security Superintendent

JS/ejp
xc:    Visit Scheduling Desk & SV File