IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, <br><br> Plaintiffs, <br><br> v. <br><br> COMMISSIONER STANLEY TAYLOR, PAUL HOWARD, RONALD HOSTERMAN, WARDEN THOMAS CARROLL, DEPUTY WARDEN DAVID PIERCE, JENNY HAVEL, JANET HENRY, CPL. ONEY, FLOYD DIXON, MARVIN CREASY, JAMES P. SATTERFIELD, and INSPECTOR LT. PALOWSKI, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 06-694-GMS ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

Before the court is the plaintiff Amir Fatir's ("Fatif") letter/motion requesting the addresses of retired/former employees of the Delaware Department of Correction ("DOC"). (D.I. 142.) Fatir wishes the U.S. Marshal to obtain the addresses from the DOC so that service may be effected upon retired/former DOC employees Stanley Taylor, Cpl. Oney, Paul Howard, and Rosalie Vargas.

Delaware law precludes the disclosure of personnel records to the public, or to an inmate. *See* 29 Del. C. §§Sec. 10002(g)(1), (g)(13). Accordingly, the DOC is precluded from providing the personal information sought by Fatir. Additionally, Fatir indicates that the defendant Lt. Palowski was not served at the address on the USM-285 form provided, but he is aware of her current address. It is the plaintiffs' responsibility to obtain the addresses for the remaining

unserved defendants.

THEREFORE, at Wilmington this 31st day of July, 2008, IT IS HEREBY ORDERED that the motion for addresses is **denied**. (D.I. 142.)

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 3 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE