UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, WARREN J. WYANT, AMIR FATIR,<br><br>          Plaintiffs,<br>  v.<br><br>STANLEY TAYLOR, PAUL HOWARD, RONALD HOSTERMAN, THOMAS CARROLL, DAVID PIERCE, JENNY HAVEL, JANET HENRY, CPL. ONEY, FLOYD DIXON, SGT. MARVIN CREASY, JAMES P. SATTERFIELD, LIEUTENANT PALOWSKI, SGT. BAILEY, CPL. VARGAS, FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, DAVID HALL, MAUREEN WHALEN, MICHAEL LITTLE,<br><br>          Defendants. | Case No. 006-694 GMS<br>JURY TRIAL DEMANDED |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION DIRECTED TO PLAINTIFF**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant Correctional Medical Services, Inc. ("CMS"), by and through its undersigned counsel, requests production of the following documents within thirty (30) days from the date hereof at the offices of Balick & Balick LLC, 711 King Street, Wilmington, Delaware:

**REQUESTS**

1. All documents[1] referred to in Plaintiffs' Answers to Interrogatories.

**RESPONSE:**

---

[1] All definitions and instructions contained in CMS's First Set of Interrogatories are incorporated herein by reference.

2

    2.    Copies of all documents which are relevant, in whole or in part, to plaintiff's claim for damages (including but not limited to medical reports, income and tax records).

**RESPONSE:**

    3.    Copies of all documents which are relevant, in whole or in part, to plaintiff's claim for lost wages.

**RESPONSE:**

    4.    If you claim any loss of support, loss of income, loss of future income, or impairment of earning capacity in this lawsuit, please produce Federal and State income tax returns for the years 1998 through the present.

**RESPONSE:**

    5.    Copies of any hospital records, test results, examination results or reports, office notes, correspondence, or any other matter in writing whatsoever pertaining to your physical, mental, or emotional condition at any time or any treatment or examinations or tests concerning your health since January 1, 2003, other than from treatment with CMS.

**RESPONSE:**

6. Correspondence or written or recorded report made by each physician or other medical personnel, other than CMS personnel, to whom you have gone for consultation or examination concerning your physical, mental, or emotional condition since your diagnosis with sleep apnea.

**RESPONSE:**

7. All documents submitted to or received from any expert.

**RESPONSE:**

8. Every photograph, diagram or other pictorial representation(s) upon which you intend to rely at trial.

**RESPONSE:**

9. Copies of all bills and receipts evidencing payment of bills for which the plaintiff seeks compensation in this lawsuit.

**RESPONSE:**

10.    Copies of the curriculum vitae of all experts you intend to call at trial.

**RESPONSE:**

11.    Any journals, diaries, logs or other documents or recordings kept by the plaintiff.

**RESPONSE:**

12.    All documents, including but not limited to texts, journals, treatises, correspondence, and memoranda upon which any expert retained by you in connection with this lawsuit relies in forming his or her opinion.

**RESPONSE:**

BALICK & BALICK L.L.C.

    /s/ James E. Drnec
James E. Drnec (DE Bar # 3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorneys for Correctional Medical Services, Inc.

Dated: August 11, 2008

## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 11th day of August 2008, the foregoing Defendant Correctional Medical Services, Inc.'s First Set of Request for Production of Documents was filed via CM/ECF and served First Class Mail upon the following:

| | |
|---|---|
| Amir Fatir<br>SBI #137010<br>James T. Vaughn Correctional Center<br>1181 Paddock Road<br>P.O. Box 500<br>Smyrna, DE 19977 | Erika Yvonne Tross, Esquire<br>Delaware Department of Justice<br>820 North French Street<br>6th Floor<br>Wilmington, DE 19801 |

                                                                /s/ James E. Drnec
                                                  James E. Drnec, Esquire (#3789)