## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD BOYER, AMIR FATIR, and )
WARREN WYANT, )
                )
       Plaintiffs, )
                )     C.A. No. 06-694-GMS
    v. )
                )     Jury Trial Requested
COMMISSIONER STANELY TAYLOR, et al., )
                )
       Defendants. )

### STATE DEFENDANTS' AND CORRECTIONAL MEDICAL SERVICES, INC.'S JOINT MOTION FOR LEAVE TO DEPOSE PLAINTIFFS DONALD BOYER AND WARREN WYANT

COMES NOW, State Defendants Thomas Carroll, Ronald Hosterman, David Pierce, Jeanette Havel, Janice Henry, Michael Little, Floyd Dixon, Marvin Creasy, James Satterfield, Maureen Whelan, Ralph Bailey, and David Hall (the "State Defendants") and Defendant Correctional Medical Services, Inc. ("CMS"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an order, substantially in the form attached hereto, granting the State Defendants and CMS leave to depose Plaintiffs Donald Boyer ("Boyer") and Warren Wyant ("Wyant"). In support of the Motion, State Defendants and CMS state as follows:

1.      Plaintiffs Boyer and Wyant are inmates presently incarcerated at the James T. Vaughn Correctional Center in Smyrna, Delaware.

2.      Counsel for the State Defendants and counsel for CMS wish to depose Boyer and Wyant as part of discovery in this case.

3.      No scheduling order has been entered in this matter, however, the Court has given the State Defendants until November 7, 2008 to respond to Plaintiffs' Partial

Motion for Summary Judgment.

4. Federal Rule of Civil Procedure 30(a) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants the State Defendants' counsel and CMS's counsel the right to depose Boyer and Wyant.

WHEREFORE, State Defendants and CMS respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, granting the Joint Motion for Leave to Depose Plaintiffs Donald Boyer and Warren Wyant.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
  Attorney for State Defendants

**BALICK & BALICK**

*/s/ James E. Drnec*
James E. Drnec (#3789)
711 King St.
Wilmington, DE 19801
(302) 658-4265
  Attorney for Defendant CMS

Dated: August 14, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-694-GMS |
| v. | ) ) | Jury Trial Requested |
| COMMISSIONER STANELY TAYLOR, et al., | ) ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certify, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that they are, as a practical matter, unable to discuss the subject of this Motion with the Plaintiffs because the Plaintiffs are incarcerated individuals in a prison. Defense counsel assume that the Plaintiffs oppose the Motion.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
        Attorney for State Defendants

**BALICK & BALICK**

*/s/ James E. Drnec*
James E. Drnec (#3789)
711 King St.
Wilmington, DE 19801
(302) 658-4265
        Attorney for Defendant CMS

Dated: August 14, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-694-GMS |
| v. | ) ) | Jury Trial Requested |
| COMMISSIONER STANELY TAYLOR, et al., | ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Upon State Defendants' and Correctional Medical Services, Inc.'s Joint Motion for Leave to Depose Plaintiffs Donald Boyer and Warren Wyant (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      State Defendants and CMS are granted leave to depose Plaintiffs Donald Boyer and Warren Wyant in this matter.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet
United States District Court Chief Judge

## CERTIFICATE OF MAILING AND/OR DELIVERY

I, Erika Y. Tross, Esq., hereby certify that on August 14, 2008, I caused a true and correct copy of the attached *State Defendants' and Correctional Medical Services, Inc.'s Joint Motion for Leave to Depose Plaintiffs Donald Boyer and Warren Wyant* to be served on the following individuals in the form and manner indicated:

**Via First Class Mail**

Donald Boyer                                    Warren Wyant
SBI # 082420                                   SBI # 00176129
Delaware Correctional Center       Delaware Correctional Center
1181 Paddock Road                         1181 Paddock Road
Smyrna, DE 19977                          Smyrna, DE 19977

Amir Fatir
SBI # 137010
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via Electronic Delivery**

James E. Drnec, Esq.
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400