Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE  19977
August 4, 2008



The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court
844 King Street
Wilmington, DE  19801

RE: **Boyer, et al. v. Taylor, et al., C.A. No. 06-694-GMS**

Dear Chief Judge Sleet:

On June 30, 2008 I wrote the Clerk of the Court regarding the inability of the Marshal to serve USM-285 forms on former Department of Correction employees.

In that letter I asked the Clerk to "Please direct the United States Marshal to obtain their addresses from the Department of Correction and to serve them at those addresses."

I did not ask the Clerk to provide me with those addresses. My request was that the Marshall be directed to obtain them and then serve the defendants.

As long as those people are properly served, I would prefer not to ever have their addresses.

Perhaps my request was, previously, less than clear.

The court seems to have placed plaintiffs into a Catch-22 situation. The court stated that "it is the plaintiffs' responsibility to obtain the addresses for the remaining unserved defendants" while, simultaneously, stating that plaintiffs, due to our incarceration, are precluded from the disclosure of personnel records because of 29 Del. C. §§Sec. 10002(g)(1), (g)(13).[1]

How, then, are plaintiffs to serve defendants if the Court will not order the records provided to the marshal for service and will not permit plaintiffs to view those records?

---

[1] Although plaintiffs do not desire to have the unserved defendants' addresses, plaintiffs object to the court's apparent presumption that 29 Del. C. §§Sec. 10002(g)(1), (g)(13) – or any state statutes – can properly limit plaintiffs' discovery in a federal court case. This court is not bound by statutes enacted by the Delaware legislature.

      Plaintiffs request that the court schedule a status conference to work out the problem of service or, in the alternative, to order service upon those individuals who currently occupy the positions previously held by Defendants Taylor, Oney, Howard and Vargas.

Sincerely,

*Amir Fatir*

Amir Fatir

cc:    Erika Y. Tross

Case 1:06-cv-00694-GMS    Document 161    Filed 08/18/2008    Page 2 of 3

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached 2 Letters to Judge Sleet upon the following parties/persons:

To: Erika Y. Tross, Esq.

    Dept. of Justice

    820 N. French St.

    Wilmington, DE  19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this 4th day of August, 2008

Amir Fatir
SBI # 137010