Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977
August 13, 2008



The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court
844 King St.
Wilmington, DE 19801

RE: <u>Boyer, et al., v. Taylor, et al., C.A. No. 06-694-GMS</u>

Dear Judge Sleet:

    Plaintiffs have before you a Motion for a Temporary Restraining Order and/or Preliminary Injunction to Prohibit Restriction to Two Books.

    Because of our action, this prison has now allowed three books. This, however, is still at variance with Department of Correction policy. In the latest *Isthmus*, a newspaper I founded and named and which has now become an administration propaganda organ paid for with inmate commissary money, the administration states the following beneath a headline that reads "Announcements from Administration."

> **Concerning the Number of Books Permitted**
>
>     Residents of James T. Vaughn Correctional Center are permitted to have three books in their cells at one time – of which one book may or may not be a religious text, depending on personal preference. This policy is comparable to other Delaware prisons. However, while other prisons allow six printed items, JTVCC policy specifies that an inmate is allowed three books, two magazines, and one current newspaper – which amounts to a total of six printed items.
>
>     Books from the JTVCC Library, books that have been mailed in from a retail store, or any other books that are not listed on an approved books memo issued from the education department will be counted as one of the three books. Be sure to limit the number of books that you have in our cell. Violators of this policy are subject to disciplinary action.

    This announcement is an admission that JTVCC is not even in line with statewide, Departmental policy that prisoners be permitted to have six books. This administration has decided to further curtail our constitutional right to read by arbitrarily deciding that

the six books permitted every other Delaware prisoner be changed into three books. Most people don't order magazines and individual newspapers. So, in reality, JTVCC has cut our allotted reading material in half. They could quite easily have complied with the policy and let prisoners decide if they wanted six books, or five books and on magazine, or all magazines.

Please include this admission in your decision on plaintiffs' TRO and, as previously requested, pleased regard the three book limitation as being just as unconstitutional as the two book limitation.

Please also consider that other prisoners "similarly situated" in Pennsylvania, New York, New Jersey, Maryland and the federal prisons are permitted approximately twenty-five books. Certainly Delaware is no more prone to fires by book than prisoners in neighboring states. The prison's argument that the book limitation is somehow due to the fire marshal is quite absurd. I hope your honor will require that the fire marshal's report be presented before taking that ridiculous defense seriously.

In cases in which prison policy itself is being challenged as unconstitutional, the understanding of "similarly situated" prisoners must include prisoners in other jurisdictions, otherwise a prison warden could have his every action declared constitutional just be applying it to all the prisoners under his rule.

Respectfully submitted,

Amir Fatir

cc:     Ubreen Bhatti, ACLU
        Erika Tross, Dept. of Justice

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Letter upon the following parties/persons:

To: Erika Y. Tross, Esq.

    Dept. of Justice

    820 N. French St.

    Wilm., DE 19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this 13th day of Aug., 2008

Amir Fatir
SBI # 137010

I/M Amir Fatir
SBI# 137610   UNIT 3
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
AUG 2008

Judge Gregory M. Sleet
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801