IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, AMIR FATIR, and WARREN WYANT, ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 06-694-GMS |
| v. ) ) | Jury Trial Requested |
| COMMISSIONER STANELY TAYLOR, et al., ) ) | |
| Defendants. ) | |

## ORDER

Upon State Defendants' and Correctional Medical Services, Inc.'s Joint Motion for Leave to Depose Plaintiffs Donald Boyer and Warren Wyant (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. State Defendants and CMS are granted leave to depose Plaintiffs Donald Boyer and Warren Wyant in this matter.

SO ORDERED this 19th day of August, 2008.

_____
The Honorable Gregory M. Sleet
United States District Court Chief Judge

FILED
AUG 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE