IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Boyer, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-694-GMS |
| | ) | |
| Taylor, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF FATIR'S MOTION TO BE PRESENT
DURING DEFENDANTS' DEPOSITION OF
PLAINTIFFS DONALD BOYER AND WARREN WYANT**

COMES NOW Plaintiff Amir Fatir, pursuant to Rule 30, Fed.R.Civ.P., and asks this honorable court to issue an order that defendants permit him to be present during the depositions of plaintiffs Donald Boyer and Warren Wyant.

1. Defendants have requested leave of this court to depose Plaintiffs Donald Boyer and Warren Wyant.

2. Plaintiffs are pro se litigants.

3. Fatir is a party to this case.

4. Parties to a case are generally permitted to be present at depositions if they wish. See *Discovery Practice* by Roger S. Haydock and David F. Herr at § 3.2.2 (2d ed., Little, Brown & Co. 1988).

WHEREFORE, plaintiff asks this honorable court to grant his motion to be present at the depositions of plaintiffs Boyer and Wyant.

Dated: August 20, 2008                                  Respectfully submitted,

                                                        _____
                                                        Amir Fatir



FILED
AUG 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*WARREN WYANT*
Warren Wyant

_____
Donald Boyer (in MHU & cannot sign)

## Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached MOTION TO BE PRESENT DURING DEPOSITION OF PLAINTIFFS DONALD BOYER & WARREN WYANT. upon the following parties/persons:

To: James E. Drnec, Esq.

    Balick & Balick, LLC

    711 King St.

    Wilmington, DE  19801

To: Erika Y. Tross, Esq.

    Department of Justice

    820 N. French Street

    Wilmington, DE  19801

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this 20th day of August, 2008

_____
Amir Fatir
SBI # 137010

I/M: Amir Fatir
SBI# 137010   UNIT 3
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 AUG 2008 PM 4 T

Clerk
U.S. District Court
844 King St.
Wilm, DE 19801