Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977
August 18, 2008

Clerk
U.S. District Court
844 King St.
Wilm., DE 19801

RE: **Boyer, et al. v. Taylor, et al.**
**C.A. No. 06-694-GMS**

Dear Sir:

Defendants' counsel in the above captioned case stated that "the Court has given the State Defendants until November 7, 2008 to respond to Plaintiffs' Partial Motion for Summary Judgment."[1]

I have not received a copy of said order granting defendants additional time.

Please provide me with a copy of that order as well as an updated docket sheet.

Thank you.

Sincerely,

Amir Fatir

FILED
AUG 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] See State Defendants' and correctional medical Services, Inc.'s Joint Motion for Leave to Depose Plaintiffs Donald Boyer and Warren Wyant.