OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 25, 2008

TO:

Amir Fatir
SBI #137010
James T. Vaughn Correctional Center
1181 Paddock Road
P.O. Box 500
Smyrna, DE 19977

      **RE:  Request for Docket Sheet**
            **CA No.: 06-694 GMS**

Dear Mr. Fatir:

    The Clerk's office is in receipt of your letter requesting a copy of the docket sheet in the above case.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page.
    Your docket sheet is **22 pages** in length.  The cost of this request is **$11.00**. Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Enclosed is the copy of the text entry order entered on the docket on 7/9/08 granting Defendant's Motion for Extension to file a Response.  There was no written order issued.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                     Sincerely,

/rc                                               PETER T. DALLEO
                                                  CLERK

cc:  The Honorable Gregory M. Sleet