UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD BOYER, WARREN J. WYANT, AMIR FATIR, ) ) ) Plaintiffs, ) v. ) ) STANLEY TAYLOR, PAUL HOWARD, ) RONALD HOSTERMAN, THOMAS ) CARROLL, DAVID PIERCE, JENNY ) HAVEL, JANET HENRY, CPL. ONEY, ) FLOYD DIXON, SGT. MARVIN ) CREASY, JAMES P. SATTERFIELD, ) LIEUTENANT PALOWSKI, ) SGT. BAILEY, CPL. VARGAS, ) FIRST CORRECTIONAL MEDICAL, ) CORRECTIONAL MEDICAL SERVICES, ) DAVID HALL, MAUREEN WHALEN, ) MICHAEL LITTLE, ) ) Defendants. ) | Case No. 006-694 GMS JURY TRIAL DEMANDED |

---

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S
NOTICE OF JOINDER IN STATE DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFF FATIR'S
MOTION TO BE PRESENT DURING DEFENDANTS' DEPOSITION OF
<u>PLAINTIFFS DONALD BOYER AND WARREN WYANT (D.I. 167)</u>**

Defendant Correctional Medical Services, Inc. ("CMS") by and through its undersigned counsel, hereby joins in and adopts all of the arguments and factual statements set forth in State Defendants Thomas Carroll, Ronald Hosterman, David Pierce, Jeanette Havel, Janice Henry, Michael Little, Floyd Dixon, Marvin Creasy, James Satterfield, Maureen Whelan, Ralph Bailey, and David Hall (the "State Defendants"), Response in Opposition to Plaintiff Fatir's Motion to be Present During Deposition of Plaintiffs Donald Boyer and Warren Wyant (D.I. 167) and requests the same relief noted therein.

                        **BALICK & BALICK L.L.C.**

                    /s/ James E. Drnec
           James E. Drnec (DE Bar # 3789)
           711 King Street
           Wilmington, DE 19801
           (302) 658-4265
           Attorneys for Correctional Medical Services, Inc.

Dated:  August 28, 2008

## **CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 28th day of August 2008, the foregoing Notice of Joinder in State Defendants' Response in Opposition to Plaintiff Fatir's Motion to be Present During Defendants' Deposition of Plaintiffs Donald Boyer and Warren Wyant was filed via CM/ECF and served First Class Mail upon the following:

Amir Fatir
SBI #137010
James T. Vaughn Correctional Center
1181 Paddock Road
P.O. Box 500
Smyrna, DE 19977

                                                /s/ James E. Drnec
                                    James E. Drnec, Esquire (#3789)