Amir Fatir # 137010
1181 Paddock Road
Smyrna, DE 19977
August 25, 2008

FILED
AUG 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
844 King Street
Wilmington, DE 19801

**RE: Boyer, et al. v. Taylor, et al., C.A. No. 06-694-GMS**

Dear Judge Sleet:

Before the court is plaintiffs' Motion for a TRO and/or Preliminary Injunction to Bring the Commissary trust Fund Account into Receivership for Accounting pursuant to Rule 66 of the Federal Rules of Civil Procedure.

Defendants argued that the inmate commissary account was not a trust fund account. In rebuttal, plaintiffs submitted two past accounting statements presented by defendants when there was universal knowledge of the nature of the commissary trust fund account.

Plaintiffs have recently obtained another statement which we would like to present to the court for inclusion in the court's decision-making process.

Enclosed is a copy of the "Commissary Expenditure Report" for January 1, 2000 through June 1, 2001.

Plaintiffs intend to raise questions about certain questionable transactions such as paying for the printing of the prison's *Isthmus* newspaper with prisoners' money since *The Isthmus* has degenerated into a mere propaganda organ for the prison administration and is, in no way, a prisoners' newspaper.[1]

Plaintiffs question the payment of $197,269.29 to Quanta Secursystems for a TV system as well as payments to Radio Shack for TV systems and MATV. The television system installed in the SHU was, for years, used only for some (not all) inmates to observe so-called treatment programs and had channels blocked out to prevent prisoners

[1] This plaintiff created *The Isthmus* and gave it its name and was its editor and photographer for a few years. It was intended to be – and for a few years was – a newspaper that reported news in a fair manner from the unique perspective of prisoners. It won an award internationally and the late author Norman Mailer remarked that it was the best prison newspaper he'd ever seen. Mr. Mailer agreed to come to the prison and help teach *Isthmus* reporters, but the administration obstructed his permission to come.

from viewing other channels. Thus, that huge amount of money could not have legitimately been spent as "recreational."

Since prisoners are not permitted to use any "CD's for Law Library," plaintiffs question that expenditure and its designation as "recreational."

Serious questions must be raised about the expenditure of $51,174.29 for "Rec./Movie." One could almost finance the production of an independent film for that amount of money, yet defendants would have us believe that such a huge amount of money was spent simply renting videos (no more than three per week for the entire prison) during a six month period. A review of the prison's statements will reveal a long pattern of exorbitantly high fees allegedly paid for movie rentals.

Plaintiffs also question whether our commissary fund money has been and/or is being used to pay the salaries of guards who work in the prison commissary. If our money is used for their salaries, a question arises as to whether that is a legitimate expenditure since the guards perform a security function. If it is deemed legitimate, the next question becomes whether prisoners have a right to determine (or at least participate in the determination of) which guards will work in the prison commissary. Surely, we should not be expected to pay the salaries of guards who abuse us and our interests, who write prisoners up for purely imaginary and invented infractions and who permit our goods to be lost and spoiled to the tune of $3,201.99 during a six month period.

At some point questions must be raised about previously purchased large televisions which no longer are available to inmates to view, ice machines purchased for several buildings which no longer have ice machines and the guards' salaries who work in the recreation department. What happened to the ice machines that we discarded from C, D, E, and V buildings and, if they were sold, was the money deposited into the inmate commissary account?

Sincerely,

Amir Fatir

Enc. Commissary Expenditure Report

# Certificate of Service

I, Amir Fatir, hereby certify that I have served a true and correct copy(ies) of the attached Letter to Judge Sleet upon the following parties/persons:

To: Erika Y. Tross, Esq.

Dept. of Justice

820 N. French St.

Wilmington, DE 19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this 25th day of August, 2008

Amir Fatir

SBI # 137010

## Commissary Expenditure Report

January 1, 2000 through May 31, 2001
Expenditures $500 and above

| VENDOR | ITEM | TYPE | DATE | AMT |
|---|---|---|---|---|
| AAA Ice Co. | Bags of Ice | Recreational | 02/16/01 | 1,080.00 |
| CDS | Concrete Inf. | Recreational | 01/07/00 | 1,000.00 |
| Central Inmate Comm. | Video License | Recreational | 03/08/01 | 5,250.00 |
| Central Inmate Comm. | Performance License | Recreational | 02/25/00 | 4,195.00 |
| Davis Dist. | Winter Games For Units | Recreational | 01/10/01 | 6,064.90 |
| Del Marketing | Law Library | Recreational | 05/18/01 | 10,058.00 |
| Dover Post | Isthmus | Recreational | 07/07/00 | 515.00 |
| Dover Post | Isthmus | Recreational | 10/30/00 | 555 00 |
| Dover Post | Isthmus | Recreational | 11/17/00 | 555.00 |
| Ice Plant | Ice Bags & Ties | Recreational | 05/30/00 | 611.00 |
| Ice Plant | Ice Bags & Ties | Recreational | 08/10/00 | 611.00 |
| Ice Plant | Ice Bags & Ties | Recreational | 09/18/00 | 611.00 |
| Ice Plant | Ice Bags & Ties | Recreational | 11/27/00 | 581.55 |
| Ice Plant | Ice Bags & Ties | Recreational | 04/10/01 | 641.10 |
| Kelly's Sports | Equipment | Recreational | 03/03/00 | 771.11 |
| Kelly's Sports | Gym Equipment | Recreational | 04/27/00 | 532.10 |
| Kelly's Sports | Ping Pong Table | Recreational | 06/07/00 | 919.39 |
| Kelly's Sports | Equipment | Recreational | 07/26/00 | 1,404.36 |
| Kelly's Sports | Gym Equipment | Recreational | 08/10/00 | 1,128.36 |
| Kelly's Sports | Equipment | Recreational | 09/18/00 | 826.50 |
| Kelly's Sports | Equipment | Recreational | 09/28/00 | 1,283.00 |
| Kelly's Sports | Equipment | Recreational | 10/16/00 | 577.80 |
| Kelly's Sports | Gym Equipment | Recreational | 11/17/00 | 1,077.31 |
| Kelly's Sports | Equipment | Recreational | 05/18/01 | 1,112.20 |
| Lowes | Gym Floor Redone | Recreational | 02/16/01 | 502.06 |
| Penco Corp. | Ice Machines | Recreational | 03/08/01 | 1,005.57 |
| Perma Bound | Library Books | Recreational | 03/17/00 | 1,493.17 |
| Perma Bound | Library Books | Recreational | 11/17/00 | 1,837.89 |
| Prison Ind. | Isthmus | Recreational | 10/30/00 | 555.00 |
| Prison Ind. | Printing | Operational | 11/30/00 | 662.00 |
| Prison Ind. | Printing | Operational | 04/19/01 | 685.00 |
| Quanta Secursystems | TV System | Recreational | 11/27/00 | 197,269.29 |
| Radio Shack | TV Systems | Recreational | 07/14/00 | 673.35 |
| Radio Shack | MATV | Recreational | 10/16/00 | 564.09 |
| Roscoe's | Toilet Rental | Recreational | 01/10/01 | 510.24 |
| Roscoe's | Toilet Rental | Recreational | 02/16/01 | 549.44 |
| Sam's Club | TVs SHU | Recreational | 10/06/00 | 80,973 00 |
| Slaughters | Ice Machine | Recreational | 03/08/01 | 638.89 |
| Square One Elect. | Ice Machine | Recreational | 03/08/01 | 1,014.00 |
| State Janitorial Supply | Comm. Bags | Operational | 01/31/00 | 574.60 |
| State Janitorial Supply | Comm. Bags | Operational | 03/15/00 | 1,010.96 |
| State Janitorial Supply | Comm. Bags | Operational | 04/24/00 | 575.60 |
| State Janitorial Supply | Comm. Bags | Operational | 10/30/00 | 500.32 |
| torage Concepts | Comm. Shelving | Operational | 03/08/01 | 10,619.69 |
| UTD Refrig. | Ice Machines | Recreational | 05/18/01 | 1,908.29 |
| Video Scene | Rentals | Recreational | 02/25/00 | 1,056.00 |
| Video Scene | Rentals | Recreational | 05/30/00 | 645 99 |
| Video Scene | Rentals | Recreational | 01/30/01 | 576.95 |
| Video Scene | Rentals | Recreational | 03/22/01 | 773.00 |
| West Bend | New Coffee Pots | Recreational | 09/18/00 | 1,049.05 |
| West Bend | New Coffee Pots | Recreational | 01/18/01 | 1,049.05 |
| West Group | CDs For Law Library | Recreational | 04/16/01 | 8,477.33 |
| | | | **Total** | **$359,710.50** |

## Commissary Income Statement

**January 01, 2001 through June 01, 2001**

#29

| | | |
|---|---|---|
| 1. **Revenues** | | |
| Gross Sales | | $545,737.58 |
| 2. **Cost Of Goods Sold** | | -$481,229.10 |
| Gross Profit | | 64,438.48 |
| **General / Admin. Expenses** | | |
| 3. Operational Expenses | -$16,785.76 | |
| Total Operational Exp. | | -$16,785.76 |
| Income for Operations | | $47,652.72 |
| Other Income & Expenses | | |
| Interest Gained | $10,087.43 | |
| Less Spoilage & Losses | -$3,201.99 | |
| 4. Rec./Movie Less Exp. | -$51,174.29 | |
| | | -44,208.85 |
| 5. **Net Income (Retained Earnings)** | | |
| For Period | | $3,443.87 |

**/ENUES**
·ceived from sales
, and interest.

**ST OF GOODS**
**_D**
merchandise or
that generates
, including a
*es section.*

**:REATION &**
**VIE**
**'ENDITURES**
uipment, Movie
Library Books,
, & Ties, Coffee
..

**4. GENERAL A**
**ADMINISTR**
**EXPENSES**
Office supplies,
Commissary Bags
Printing, etc.

**5. RETAINED**
**EARNINGS**
Profit incurred ove
specific period,
determined by sub
all expenses from
revenues.

I/M Amir Fatir
SBI# 137010 UNIT W
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 AUG 2008 PM 2 T

USA 1¢ Tiffany Lamp

USA First-Class

Hon. Gregory M. Sleet
U.S. District Court
844 King St.
Wilm., DE 19801

U.S.M.S.
X-RAY

19801+3519